**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:23-cr-00368-TNM-1 |
| | : | |
| JUSTIN LEE | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

Clerk of the Court:

Please enter the appearance of Terrell N. Roberts, III, as counsel for the defendant in the above-captioned matter.

Respectfully submitted,
**ROBERTS AND WOOD**

  /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
troberts@robertsandwood.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Entry of Appearance was electronically filed on October 19, 2023, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Adam Michael Dreher
Assistant U.S. Attorney
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053
adam.dreher@usdoj.gov

  /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III