AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | )  Case: 1:23-cr-00368 |
|---|---|
| v. | )  Assigned To : McFadden, Trevor N. |
|  | )  Assign. Date : 10/18/2023 |
| Justin Lee | )  Description: INDICTMENT (B) |
|  | ) |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Justin Lee                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. § 1752(a)(1) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority);
18 U.S.C. § 1752(a)(2)((Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) (Engaging in physical violence in restricted building or on restricted grounds)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings);

2023.10.18
13:17:40
-04'00'

Date:     10/18/2023

_Issuing officer's signature_

City and state:     Washington, DC

US Magistrate Judge, G. Michael Harvey
_Printed name and title_

| **Return** |
|---|
| This warrant was received on *(date)* 10-19-23 , and the person was arrested on *(date)* 10-19-23 at *(city and state)* Washington DC . |
| Date: 10-19-23 |

_Arresting officer's signature_

Michael Bem DUSM
_Printed name and title_