CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
            vs.             )    Criminal Case No.: 23-368 (TNM)
                            )
JUSTIN LEE                  )
                            )
                            )
                            )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
Trevor N. McFadden
United States District Judge

Date: ___1/9/24___