IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,     ) Criminal Action
                              ) No. 23-cr-368
              Plaintiff,      )
                              ) JURY TRIAL
vs.                           ) Day 1
                              )
Justin Lee,                   ) Washington, DC
                              ) August 20, 2024
              Defendant.      ) Time:  9:00 a.m.
_____

TRANSCRIPT OF JURY TRIAL
HELD BEFORE
THE HONORABLE JUDGE TREVOR N. McFADDEN
UNITED STATES DISTRICT JUDGE
_____

A P P E A R A N C E S

For Plaintiff:      Adam Michael Dreher
                    Matthew Edward Vigeant
                    UNITED STATES ATTORNEY'S OFFICE
                    Capitol Siege
                    601 D. Street NW
                    Washington, DC 20530
                    202-252-1706
                    Email:  Adam.dreher@usdoj.gov
                    Email:  Matthew.vigeant@usdoj.gov

For Defendant:      Terrell Roberts, III
                    ROBERTS & WOOD
                    6801 Kenilworth Avenue
                    Suite 202
                    Riverdale, MD 20737
                    (301) 699-0764
                    Email:  Troberts@robertsandwood.com

_____

Court Reporter:           Janice E. Dickman, RMR, CRR, CRC
                          Official Court Reporter
                          United States Courthouse, Room 6523
                          333 Constitution Avenue, NW
                          Washington, DC  20001
                          202-354-3267

\* \* \* \* \* \* \*P R O C E E D I N G S\* \* \* \* \* \* \*

THE COURT:  Good morning.

THE COURTROOM DEPUTY:  Your Honor, this is criminal case 23-368, *United States of America versus Justin Lee.*

Counsel, please come forward to identify yourselves for the record, starting with the government.

MR. DREHER:  Good morning, Your Honor.  Adam Dreher, alongside Mr. Matt Vigeant, as well as Ms. Derra McQuaig, on behalf of the United States.  And also seated with us at Counsel table is Special Agent Joseph Perez, with the FBI.

THE COURT:  Good morning, folks.

MR. ROBERTS:  Good morning, Your Honor.  Terry Roberts on behalf of my client, who is present, Justin Lee.

THE COURT:  Good morning, Mr. Roberts, Mr. Lee.

Mr. Dreher, is the government ready for trial?

MR. DREHER:  Yes, Your Honor.

THE COURT:  And is the defendant ready?

MR. ROBERTS:  Yes.

THE COURT:  Was the government looking to make a brief opening statement?

MR. DREHER:  Yes, Your Honor.

THE COURT:  I'll hear you now.

Say your name for me one more time.

MR. VIGEANT:  Matthew Vigeant, if you get it wrong, my whole life I've heard it wrong, a million different ways,

so it's okay.

THE COURT:  I'll do my best.

MR. VIGEANT:  If Your Honor is ready?

THE COURT:  Yes.

MR. VIGEANT:  On January 6, 2021, thousands of rioters stormed our nation's Capitol and temporarily halted the peaceful transfer of power.  The defendant Justin Lee took part in that riot.  Amongst other actions on January 6th, Mr. Lee forced his way just below the mouth of the Lower West Terrace tunnel.

At 4:46 p.m., after members of Congress had already been evacuated due to the riot, and as members of the Metropolitan Police Department and U.S. Capitol Police were valiantly fighting against overwhelming odds to keep further rioters from entering the Capitol, Mr. Lee threw multiple objects at those officers.  The objects Mr. Lee threw included a smoke bomb which struck an officer's riot shield and spewed smoke into other officers' faces and throughout the tunnel.

It appears that the volume isn't working, so I apologize, Your Honor.

Specifically, the evidence will show that after making his way to the Capitol grounds, Mr. Lee climbed over the still intact snow facing, which demarcated the perimeter, and assisted other rioters in climbing over that fencing as well before moving up the Maryland Walkway, carrying away a U.S.

Capitol Police Area Closed sign with him.

After spending approximately 90 minutes on the West Plaza, Your Honor will see that Mr. Lee then made his way up through the temporary scaffolding erected to the south of the inaugural stage, climbed to the top of that scaffolding and then moved over the bleachers on the inaugural stage.  From that position Mr. Lee was able to look down and see rioters assaulting police officers at the mouth of the Lower West Terrace tunnel.

But instead of being dissuaded or deterred by witnessing that violence, Mr. Lee chose to join it.  So he made his way down from the bleachers, through the crowd of rioters, onto the steps just outside of the tunnel's entrance.  Once there, Mr. Lee moved toward the police line and as rioters pushed against and struck officers' riot shields with baseball bats and other instruments, Mr. Lee lit an incendiary device and then hurled the smoke bomb at the row of officers.

In addition to other witnesses, Your Honor will hear from Metropolitan Police Department Officer Jason Sterling, who was hit by Mr. Lee's smoke bomb.  Officer Sterling will describe the vicious fight that he and his fellow officers experienced in the tunnel, how outnumbered they were compared to the rioters, and how Mr. Lee's smoke bomb not only directly harmed him, but interfered with and obstructed his and his fellow officers' abilities to defend themselves and to protect

the Capitol.

As Your Honor will see, though, throwing the smoke bomb was not enough for Mr. Lee. So after throwing that smoke bomb, Mr. Lee proceeded to throw three additional objects at police officers. Officer Sterling will also testify how such projectiles impacted and impeded his and his fellow officers' performance of their duties that day.

And once he was done throwing objects at the police, Mr. Lee stayed directly behind the frontline of rioters, pulled out a flashlight, shined it towards officers, obstructing their view and distracting them.

For his conduct on January 6 the defendant is facing seven charges. They include assaulting a police officer and obstructing police during a civil disorder. At the end of the trial the government will ask Your Honor to reach the only verdict that is consistent with the evidence, that the defendant is guilty of all counts. Thank you.

THE COURT: Thank you, Mr. Vigeant.

Mr. Roberts, did you wish to make an opening statement?

MR. ROBERTS: Yes.

THE COURT: All right.

MR. ROBERTS: Your Honor, we think the evidence makes much different inferences than has just been told to you.

Lee was a 23-year-old young man who took off work that day to come to Washington on January 6th. He was a

supporter of former President Trump and had voted for him.  He actually had no illusions about the election or who won the election and thought the election had already been decided, in terms of which state and which electoral votes mattered.  And he came to show his support for Trump anyway and associate with like-minded people.

Mr. Lee, as you will hear, is no stranger to demonstrations and had attended many before.  At the University of Maryland, which he attended and graduated from, he was a member of Terps for Trump and he had attended Trump's inauguration and saw the aftermath from persons who protested against Trump.  He saw trash cans burned in the street and protestors openly assault Trump supporters who came to the inauguration.

He also attended free speech rallies and also attended a George Floyd demonstration in Rockville to protest what had happened to Floyd.

Relevant here, Justin had gained some experience in attending protests and knowledge of what protestors do and say and the type of police presence generally expected to handle crowds.  He had been to the West Lawn of the Capitol before, at a Christmas tree, and thought of it as a public space, with peaceable expression and assembly.

The evidence which you will hear will show a young man who acted within the bounds of free expression, protected

under the First Amendment.  His intent was not to injure or hurt police officers or act to obstruct or resist them.

He believed he had a lawful -- he believed that he had lawful authority to be on Capitol grounds that day, which by law are regarded as traditional fora for the exercise of speech and assembly.  He did not think a crowd of this magnitude would come there unless it was planned and it was lawful to do so.

His thought processes were that of an innocent mind and founded on a belief that his actions were within the bounds of the exercise of our most fundamental rights at that time. His actions on the Lower West Terrace near the tunnel demonstrate an effort to communicate a message as part of his right to free speech and without an intent to injure or harm police officers.

The evidence will show you that he did not obstruct, impede, or interfere in fact with the police officers.  His actions did not change the officers from their position in the tunnel and nothing Justin did blocked their movement or prevented them from completing their mission.  Indeed, he did not intend on committing any crime or act with an evil, unlawful purpose.

He went home that evening and resumed his normal life.  He was young and ready for a change and decided to become a police officer.  In April, 2021, he applied to become

a police officer for Montgomery County Police Department and he was accepted into the academy.  He graduated and was assigned to patrol in August 2022.  He served his department and the people of that county with distinction and uncommon bravery. He did not learn of these charges until August, 2023, which brings us here.  Thank you.

THE COURT:  Mr. Roberts, let me ask you, is this -- this doesn't sound to me like this is a who-done-it.

MR. ROBERTS:  (Places hand by ear.)

THE COURT:  This doesn't sound to me like this is a who-done-it.  Are you expecting to contest the identity?

MR. ROBERTS:  No.  No.

THE COURT:  All right.  Thank you.  So, Mr. Dreher, I think you should acting accordingly.  I'm not interested in a lot of evidence showing that he is who everybody says he is.

MR. DREHER:  Certainly, Your Honor.  If I can confirm that the defendant -- or, excuse me, that the defense is willing to stipulate to identity, I think we could probably call off one of our witnesses at this point.

THE COURT:  Mr. Roberts, are you --

MR. ROBERTS:  Yeah, yeah.

MR. DREHER:  We'll call off Mr. Sokoloff, Your Honor, and just move forward with the four witnesses.

THE COURT:  Okay.

MR. VIGEANT:  Your Honor, before we get into the

witnesses, we have two stipulations that the parties have agreed to.

THE COURT:  Okay.

MR. VIGEANT:  I have a signed copy, although it's -- Mr. Roberts, it's your scanned signature.  I presume that's okay with the Court.

THE COURT:  That's fine with me.

MR. VIGEANT:  Do you want me to read these into the record now or just hand them up?

THE COURT:  Sure.  I take it they're pretty short.

MR. VIGEANT:  One is a single paragraph, the other is four paragraphs.

THE COURT:  That's fine.

MR. VIGEANT:  Okay.  All right.  So the longer one, Your Honor, is a stipulation regarding the certification of the Electoral College vote.  And that reads:

On January 6th, 2021, a joint session of the United States Congress convened at the U.S. Capitol.  During the joint session elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 presidential election which had taken place on Tuesday, November 3rd, 2020.

On January 6th, 2021, House of Representatives began

its session at approximately 12 p.m.  The Senate began its session at approximately 12:30 p.m.  And the two houses met together at approximately 1 p.m. in the House of Representatives chamber to begin the joint session.

Vice President Mike Pence was in the Capitol building and presiding over the joint session.  At approximately 1:15 p.m. the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

Approximately 2:12 p.m. Vice President Pence evacuated the Senate chamber and approximately one minute later the Senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess.  Senators evacuated the Senate chamber.  The Senate was in recess until 8:06 p.m.

At approximately 2:15 Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber.  Approximately 15 minutes later a representative, who had become the presiding officer in her absence, declared that the House would stand in recess.  Representatives evacuated the House chamber.  The House recessed from 2:29 p.m. to 9:02 p.m.  The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m. respectively.  Congress's joint session continued until approximately 3:44 a.m. on January 7th, 2021, when it completed the certification of the Electoral College vote.

THE COURT:  What Exhibit number was that, sir?

MR. VIGEANT:  1000, Your Honor.

THE COURT:  Okay.

MR. VIGEANT:  And I'll hand this up in a second. That's the first one, that's 1000.

Then, Your Honor, the second stipulation, which will be Exhibit 1001, regards officers from the United States Capitol Police.  And this reads -- it's a single sentence:

On January 6th, 2021, officers from the United States Capitol Police on the United States Capitol grounds and in the United States Capitol building were engaged in their official duties as officers or employees of the United States or of any agency in any branch of the United States government as those terms are used in 18 U.S.C. Section 1114.

THE COURT:  All right.  You may call your first witness.

MR. VIGEANT:  Your Honor, the government calls U.S. Capitol Police Lieutenant Shawn Walton.

THE COURT:  Good morning, Lieutenant.

SHAWN WALTON, was called as a witness and, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. VIGEANT:

Q.  Good morning, Lieutenant Walton.

A.   Good morning.

Q.   Can you please introduce yourself and spell your last name for the record.

A.   I'm Lieutenant Walton.  First name Shawn, spelled S-H-A-W-N, W-A-L-T-O-N.

Q.   And how long have you worked for the U.S. Capitol Police?

A.   Just over 17 years.

Q.   And what is your current role with the U.S. Capitol Police?

A.   I'm a lieutenant in the uniform services bureau, Capitol division.

Q.   How long have you been a lieutenant for?

A.   About four and a half years.

Q.   And where does the lieutenant sit in the rank hierarchy of the U.S. Capitol police?

A.   About the middle.

Q.   What are your general responsibilities as a lieutenant?

A.   I oversee the security and patrol operations within the Capitol building and the Capitol Visitor Center and I allocate manpower to complete that mission.

Q.   Prior to becoming a lieutenant, what was your position at the Capitol Police?

A.   I was a sergeant in the communications division as a part of the command and coordination bureau.

Q.   All right.  And before that?

A.   I was an officer on Capitol division, both midnight section

and third shift, then power shift before that.

Q.   What sort of training have you undergone as a U.S. Capitol police officer?

A.   I did three months of training at the Federal Law Enforcement center in Glynco, Georgia; three months of Capitol Police training in Cheltenham, Maryland.  I've done a week's worth of civil disturbance unit training in Cheltenham, Maryland.  I also did the Police Order Management Association training in Cheltenham, Maryland, and two weeks of communications training in -- on Capitol Hill.

Q.   And of all those different types of training that you just mentioned, were any specific to crowd response?

A.   Yes.  The Public Order Management was a week-and-a-half course in Cheltenham, Maryland.  And the civil disturbance training was the one-week training course we receive out of the academy.

Q.   A related question for you:  What is the mission of the U.S. Capitol police?

A.   To protect Congress, its visitors and staff and facilities so it can fulfil its constitutional responsibilities in a safe and open environment.

Q.   When you say protect members of Congress, what are you protecting them from?

A.   Persons that have negative intent, want to cause harm, do damage to the buildings or persons inside.

Q.   And do you know the U.S. Capitol Police's jurisdiction?

A.   Yes.

Q.   What is it?

A.   We have two jurisdictions, a primary and an extended jurisdiction.  Our primary jurisdiction is around the buildings on Capitol Hill.  The extended jurisdiction runs from H Street on the north, to about the Nationals Stadium on the south, Third Street in the west, and Seventh Street in the east.

Q.   Do other law enforcement agencies ever assist the U.S. Capitol Police?

A.   Yes.

Q.   What other agencies?

A.   Metropolitan Police Department, the FBI sometimes, DEA. Depends on what the event is.  Secret Service comes to help when we have the President visiting or the Vice President visiting.  Again, it depends on the event.

Q.   How would Metropolitan Police assist you as Capitol Police?

A.   Typically, with large-scale events, they'll help to do civil disturbance unit responses, if there are large crowds expected or a large perimeter is needed.

Q.   Where is the Capitol building located?

A.   One First Street, Northwest, Washington, D.C.

Q.   On January 6 were you on duty at the U.S. Capitol?

A.   Yes.

Q.   What was your rank then?

A.   Lieutenant.

Q.   Before we get into the events of January 6, I would like to ask you a few general questions about the Capitol building and grounds.  Over the course of your career, have you worked in the Capitol building?

A.   Yes.  Most of my career has been in the Capitol.

Q.   Can you describe -- you said most of your building -- or, most of your career, sorry.

A.   After graduation, I was assigned the Capitol power shift. Two and a half years on Capitol power shift.  They dissolved Capitol power shift when the Capitol Visitor Center was opened. I transferred to Capitol division third shift for about five and a half years.  I then transferred to Capitol division midnights for about eight months before I was promoted to sergeant.  I spent about five and a half years in communications as a sergeant.  I got promoted to lieutenant and I was transferred back to Capitol division third shift, where I've been ever since.

Q.   Are the Capitol building and grounds federal property?

A.   Yes.

Q.   Miss McQuaig, can we please pull up Exhibit 107.

         MR. VIGEANT:  Your Honor, can you just give me one second?

         (Pause.)

         MR. VIGEANT:  There we go.  Okay.

BY MR. VIGEANT:

Q.   Lieutenant Walton, do you see the exhibit on your screen?

A.   Yes.

Q.   Prior to today's testimony, did you review Government Exhibit 107?

A.   Yes.

Q.   Can you please explain what Exhibit 107 is showing.

A.   It's a satellite image of the Capitol and part of the east and west grounds.

Q.   Does this exhibit fairly depict the Capitol grounds and buildings as they appeared on January 6th, 2021?

A.   Yes.

          MR. VIGEANT:  Your Honor, I move to admit Government's Exhibit 107.

          MR. ROBERTS:  No objection.

          THE COURT:  Without objection, 107 is in.

BY MR. VIGEANT:

Q.   I'm going to draw an arrow on the screen.  Lieutenant Walton, to orient the Court to the image, which direction is the arrow pointing?

A.   North.

Q.   Does that mean the bottom of the screen is south, left is west, and right is east?

A.   Yes.

          MR. VIGEANT:  Sorry.  A little technical difficulty

on my part.

THE COURT:  Makes you a normal lawyer.

MR. VIGEANT:  I'm clearing that arrow.  There's a reason I had to choose this job.

THE COURT:  That's all right.

BY MR. VIGEANT:

Q.  What is this circular area in the middle of the Capitol here that I just circled on the screen?

A.  The dome.

Q.  What's the top rectangular portion just north of that?

A.  Can you put a box around it, so I know --

Q.  Yes.  Clearing the screen.  Right there.

A.  That's the Senate wing of the Capitol.

Q.  I'm going to clear the screen and draw a circle south of the dome.  What is that?

A.  The House side of the Capitol.

Q.  Clearing the screen.  What is this, which I sloppily drew an arrow on?  What's that area?

A.  The Lower West Terrace.

Q.  And then clearing the screen, the stage setup there, what's that called?

A.  The -- it's the stage for the inauguration.

Q.  Is that stage a permanent feature of the Capitol building?

A.  No.  They rebuild it for every inauguration.

Q.  And when is it taken down?

A.   They begin after the inauguration is completed, and it takes about a month.

Q.   On January 6, what was the status of the construction of the inaugural stage?

A.   It was almost completed.  I believe they were just working on the southern portion of the scaffolding area, covering it.

Q.   We can pull this one down.  And if we can pull up 108, please, Ms. McQuaig.

All right.  So now we're going to pull up an exhibit that will help us out labeling different portions of the Capitol.  Lieutenant Walton, prior to today did you review 108?

A.   Yes.

Q.   Can you please describe what it depicts.

A.   It is a drawing of the grounds of the U.S. Capitol, to include the reflecting pool.

Q.   Does this exhibit fairly and accurately depict the Capitol grounds and building as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, move to admit Government Exhibit 108.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 108 is in.

BY MR. VIGEANT:

Q.   Lieutenant Walton, I'm going to again sloppily circle a few things on here and ask you what they are.  What is this first

item I'm circling?

A.  That is Peace Circle.

Q.  Is there a monument in the middle of Peace Circle?

A.  Yes.

Q.  What is that called?

A.  Peace Monument.

Q.  Clearing the screen.  And I'm going to circle this area.

Lieutenant Walton, what do these little dots on the screen represent?

A.  They look like the metal stakes for the snow fencing that was installed.

Q.  What was that installed for?

A.  Any large scale events, Capitol Police will identify a restricted zone and install snow fencing or bike racking to create a perimeter, pushing people away from the building.

Q.  Were those in place on January 6, 2021?

A.  Yes.

Q.  I'm going to clear the screen.

What is this path I'm circling here?

A.  Maryland Avenue Walkway.

Q.  Clearing the screen.

And what is this area that the Maryland Walkway leads to?

A.  That's what we referrer to as the Lower West Terrace improved area.

Q.  Clearing the screen.

On January 6, what was that structure right there?

A.  That was the media stand that's made of scaffolding for the news outlets to place their cameras to cover the event.

Q.  And then was there temporary scaffolding erected for the 6th?

A.  Yes.

Q.  What was the status of the construction of that scaffolding?

A.  It was almost completed.  They typically wrap it to make it look more appealing for the cameras.  I believe they were working on that as the last portion of the construction zone.

Q.  I'm going to circle one last area on the screen here.

What is that area that I circled right there?

A.  That's the main portion of the inaugural stage and the Lower West Terrace door.

Q.  Clearing the screen.

And you mentioned the Lower West Terrace door.  Is there another name for the Lower West Terrace door from January 6th?

A.  A lot of people were referring to it as the tunnel.

Q.  Where would you be in the Capitol building if you entered that door through the tunnel?

A.  You would be in the terrace level of the Capitol.

Q.  How long would it take a person to get to the Rotunda, if they entered the Capitol building through that door?

A.  Under a minute.

Q.   We can take this down and pull up Exhibit 206.

So now that we know the names of a few places around the Capitol, I want to use one additional tool to help orient ourselves.

Lieutenant Walton, prior to today's testimony, did you review Government Exhibit 206?

A.   Yes.

Q.   Can you please explain what 206 is depicting?

A.   This -- it looks like a 3D rendering of the Capitol and the inaugural stage.

Q.   Does this fairly and accurately reflect the Capitol grounds and buildings as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:   Your Honor, I move to admit Exhibit 206.

MR. ROBERTS:   No objection.

THE COURT:   Without objection, 206 is in.

BY MR. VIGEANT:

Q.   All right.   I'm going to circle again on the screen an area (indicating).   What is this area called?

A.   We refer to that as the Lower West Terrace improved area.

Q.   I'm going to clear the screen.

What is this?   Circling another object, what is that?

A.   It's the center media platform.

Q.   Clear the screen.

What is this object that I'm circling now?

A.  That's the media area.

Q.  Is this known by another name?

A.  Some people call it the media scaffolding.  Depends who you ask.

Q.  All right.  I'm going to clear that image.  I'm going to circle another area here.  What is this area?

A.  That's the primary stage.

Q.  Clearing that.  And then what -- oops.  Clearing the circle.  And then what's that that the arrow is pointing to on the screen?

A.  The Lower West Terrace door.

Q.  Is that known by another name?

A.  The tunnel.

Q.  Go ahead and clear the screen here.

You can pull this down.  Thank you.

Lieutenant Walton, you testified you were present at the Capitol on January 6, 2021.  Can you briefly describe why Congress was meeting in a joint session that day?

A.  Congress was meeting to certify the Electoral College votes for the election that just occurred.

Q.  Is the certification an official proceeding of Congress?

A.  Yes.

Q.  Who chooses the date for the certification?

A.  It's set by the Constitution.

Q.   In addition to Congress and their staff being present in the Capitol for the certification, was anyone else scheduled to be present in the Capitol on the 6th who required security arrangements?

A.   Yes, the Vice President of the United States.

Q.   Who provided or assisted with his --

A.   Secret Service came with him as part of his security detail.  We also put escorts with him, as well.

Q.   Lieutenant Walton, now I would like to talk about the security restrictions that were in place on January 6, 2021.  But before I get to that, first is a preliminary series of questions.  I want to discuss security inside the Capitol building on a typical day.

So on a typical day when Congress is in session, what doors or entrances do members of Congress and their staff use to enter the Capitol?

A.   Members of Congress can either walk through the tunnels to get into the Capitol, or come in the north door, Senate door, south door, House door, or House upper or Senate upper doors.

Q.   Are any of those doors located on the west front?

A.   No.  The west front has been closed for quite some time.

Q.   On a typical day when Congress is in session, how are visitors required to enter the Capitol building?

A.   Visitors come through the Capitol Visitor Center, which entrance is out on First Street in the east.

Q.   Why are visitors required to enter in that specific place?

A.   Pushes people further away from the building so it creates a safer distance.  It also allows us to perform screening functions before they come into the building to assess their potential for danger.

Q.   What security or screening procedures are visitors to the Capitol building required to undergo?

A.   Capitol Police employs a TSA-like security process, which includes an explosives trace detection sweep, a walk-through magnetometer to check for metal or dense items, and a x-ray screening of all bags and packages that the person has with them.

Q.   What sort of objects are prohibited from being brought onto the Capitol grounds or into the building?

A.   Anything that could pose danger.  Anything from knives, guns, grenades, a lot of liquids, explosives, blades of any kind; blunt objects, like brass knuckles.  It's a pretty long list.

Q.   Would a smoke bomb be allowed?

A.   No.

Q.   Why can't a visitor bring in a weapon or a smoke bomb?

A.   We don't know what their intent is.  They could have intent to cause harm to somebody in the building or the building itself.

Q.   What type of threat could a weapon or smoke bomb pose to a

member of Congress?

A.   Significant.  If somebody brings a weapon into the building, they could cause harm to somebody that isn't expecting it.

Q.   If a visitor does bring a weapon into the Capitol building, what would happen to them?

A.   They would be arrested.

Q.   And then how would a weapon being smuggled into the Capitol impact your job?

A.   It's the primary thing we try to stop.  It would create a breach of security and a potential threat to people in the building.  We would have to shut down people coming in to find that person and figure out what's going on.

Q.   And how would that impact Congress if that happened?

A.   Significantly.  We would have to stop operations to make an assessment on this person and get control of whatever items they brought into the building.

Q.   Now let's turn back to January 6th.  On January 6th, 2021, who was permitted to enter the restricted perimeter set up on Capitol grounds for that day?

          MR. ROBERTS:  Objection, Your Honor.

          THE COURT:  What basis?  Calls for an opinion?

          MR. ROBERTS:  Well, calls for an opinion from this witness, and I believe it's beyond what his authority would allow him -- I don't believe he had the authority to answer the

question for -- this particular question, anyway.

THE COURT:  All right.  Overruled.  You may answer, sir.

THE WITNESS:  Can you repeat the question?

BY MR. VIGEANT:

Q.  Sure.  Who was permitted to enter the restricted perimeter set up on Capitol grounds that day?

A.  Capitol Police was, members of Congress, their staff, and the Vice President's detail.

Q.  Did the restricted perimeter cover only part of the Capitol ground?

A.  Technically, yes.

Q.  To be clear, were the West Plaza, Lower West Terrace, and tunnel all within the restricted perimeter?

A.  Yes.

Q.  Why were the Capitol grounds and building closed to the public that day?

A.  Because it was -- all the members were in the building at the same time, it poses a greater security risk.  Additionally, the Vice President was visiting, which increases the security risk.  To mitigate that issue we push pedestrians as far from the building as possible, which is why the exterior perimeter was set up.

Q.  In addition to the certification, were there any other reasons why the building was closed to members of the public?

A.    COVID was still going on and Congress had closed the buildings to minimize the spread of the virus.

Q.    What about construction?  Did that play a role in closing any areas?

A.    Yes.  The inaugural stage causes a partial closure of the west front.  That was put into place, I believe, sometime in September.

Q.    And then you mentioned COVID.  Do you happen to remember when the Capitol building closed to the public because of COVID?

A.    I want to say it was March of 2020.

Q.    Can we please pull up Exhibit 201.

       Lieutenant Walton, prior to today's testimony, did you review Government's Exhibit 201?

A.    Yes.

Q.    And can you please describe what Exhibit 201 is?

A.    This is a letter from the Capitol Police Board with its intent to Congress about closing the West Lawn of the Capitol to prepare for the inaugural stage construction.

Q.    And is this a fair and accurate representation of the order?

A.    Yes.

       MR. VIGEANT:  Your Honor, I would move to admit Government's Exhibit 201.

       MR. ROBERTS:  No objection.

       THE COURT:  Without objection, 201 is in.

BY MR. VIGEANT:

Q.   Is it possible to -- actually -- no, sorry.

When does the order say the west front is closed from?

A.   From September 7th, 2020, to February 28th, 2021.

Q.   What was the construction for?

A.   For the inaugural stage and the media tower.

Q.   What security measures were first put in place on September 7th, 2020, to close the west front?

A.   The snow fencing was placed in the middle of the West Lawn, running around to the north foundation, south foundation.

Q.   That snow fencing that was first put in place on September 7, 2020, was that also there on January 6, 2021?

A.   Yes.

Q.   We can go ahead and please pull the exhibit down.  Thank you.

On January 6th itself, what did you expect would happen that day?

A.   I expected that Congress would meet in both the House and Senate chambers, there would be some debate back and forth between the certification of the Electoral College votes. After the debate they would reach a conclusion, move the votes to the Senate side where further debate would continue, then the votes would be certified and moved on for approval.

Q.   As far as protests, what did you expect would happen that day?

A.  Possibly see some crowds outside of the restricted area. That's all I expected.

Q.  Were any permits issued for demonstrations within the restricted perimeter on January 6, 2021?

A.  No.  Capitol Police does not issue permits inside of restricted spaces.

Q.  Can you please explain what steps U.S. Capitol Police took to prepare for the certification?

A.  We built a staffing plan for inside of the building, to prevent access to certain areas of the building that are typically off limits -- not typically off limits.  Capitol Police developed the exterior perimeter with bike racking and snow fencing.  We deployed CDU platoons out that day to prepare in case there were events of civil disobedience.  And we also worked to prepare the escorts for the Vice President and the walking of the Electoral College votes from the House to the Senate.

Q.  And were these typical measures that the U.S. Capitol Police would take on a normal day?

A.  Yeah.  On a normal day or --

Q.  On a normal day.

A.  On a normal day, no.  These are processes we would put in place for large events.

Q.  Could we please pull up Exhibit 205.

    Lieutenant Walton, prior to today's testimony, did you

review Government's Exhibit 205?

A. Yes.

Q. Can you please explain what Exhibit 205 is depicting?

A. This looks like the bike rack perimeter that was in place for January 6th.

MR. ROBERTS: Objection, Your Honor.

THE COURT: What basis?

MR. ROBERTS: That he has personal knowledge of the placement of this red line.

THE COURT: Overruled.

BY MR. VIGEANT:

Q. Does this exhibit fairly and accurately depict the Capitol grounds and building as they appeared on January 6, 2021?

A. Yes.

MR. VIGEANT: Your Honor, I move to admit Exhibit 205.

THE COURT: Over objection, it will be admitted.

BY MR. VIGEANT:

Q. Lieutenant Walton, what does the red line on the map represent?

MR. ROBERTS: Objection.

A. The bike rake.

THE COURT: Sorry, sir. Let me hear the objection.

MR. ROBERTS: Objection. Same basis. I don't believe this officer has personal knowledge of why this line

was placed here or the placement of it.

THE COURT:  Okay.  I don't think he necessarily needs to have knowledge of why it was placed, but I think he can testify as to his firsthand knowledge of what it was then.  Of course, defense may seek to impeach him on it in cross-examination.  So I'm overruling the objection.

BY MR. VIGEANT:

Q.  Sorry, and I apologize if you answered this question already, but what does the red line on the map represent?

A.  Bike racking that was put in place for the perimeter for that day.

Q.  Does the red line fairly and accurately represent where that restricted perimeter was?

A.  Yes.

Q.  On this picture, this is just a red line, but on January 6 what did the U.S. Capitol police do to demarcate this area and restrict the public from entering?

A.  They placed bike racking, snow fencing, and Area Closed signs.

Q.  Why did the U.S. Capitol Police set up this perimeter?

A.  To keep pedestrians and unauthorized people as far from the building as possible.

Q.  And then who is permitted to be inside of this restricted perimeter?

A.  Members of Congress, their staff, Capitol Police,

congressional staff, and support police agencies that are helping with the event.

Q.   If we could please pull this down and pull up Exhibit 203.

Lieutenant Walton, prior to today's testimony, did you review Government Exhibit 203?

A.   Yes.

Q.   What is Exhibit 203 depicting?

A.   This is the West Lawn of the Capitol.

Q.   Does this exhibit fairly and accurately depict the Capitol grounds and building as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:   Your Honor, I would move to admit Exhibit 203.

MR. ROBERTS:   Subject to cross-examination, I have no objection.

THE COURT:   All right.   Without objection, 203 is in.

BY MR. VIGEANT:

Q.   Lieutenant Walton, I'm going to circle an item on the screen here.   This green material that I've circled, what is that?

A.   Snow fencing.

Q.   I'm going to clear the screen.

And what is this material that I'm circling back there as well?

A.   That's also snow fencing.

Q.   Is there anything -- sorry.   I apologize.   I'm clearing the

screen.

Is there anything posted on that snow fencing?

A.   It looks like the standard Area Closed sign, signs that Capitol Police deploys when we put perimeters in place.

Q.   And throughout the Capitol on January 6, were these the only two rows of snow fencing?

A.   Yes.

Q.   There weren't others in other portions of the Capitol?

A.   Well, this line goes all the way around the Capitol building.

Q.   All right.  We can go ahead and pull this down.  And, Ms. McQuaig, can we please pull up Exhibit 204.

Lieutenant Walton, prior to today's testimony, did you review Government's Exhibit 204?

A.   Yes.

Q.   What is Exhibit 204 depicting?

A.   Again, that's the West Lawn of the Capitol.

Q.   Does this exhibit fairly and accurately depict the Capitol grounds and building as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 204.

MR. ROBERTS:  Subject to cross-examination.

THE COURT:  204 is in.

BY MR. VIGEANT:

Q.   All right.  Lieutenant Walton, I'm going to circle the

screen again.  What is this that I just circled?

A.  It is an Area Closed sign.

Q.  Can you read what that says on there?

A.  "Area Closed by Order of the United States Capitol Police Board."

Q.  Clear the screen.

Who are these individuals back here that I pointed to?

A.  Capitol Police officers.

Q.  Clearing the screen.  Then what is the green material that the Area Closed sign is affixed to?

A.  Snow fencing.

Q.  Had the U.S. Capitol Police used snow fencing and bike racks in the past to demarcate a restricted perimeter?

A.  Yes.

Q.  How often had similar snow fencing and bike racks kept protestors out, in your past experience?

A.  Many times.  It's also used for other large scale events, like concerts or visiting dignitaries.

Q.  So based on your training and experience as a U.S. Capitol police officer, if you saw rows of snow fencing and bike racks, Area Closed signs in front of you, what would that mean to you?

A.  There's an event going --

MR. ROBERTS:  Objection.  Calls for speculation.

THE COURT:  I'm going to ask you to rephrase the question.

MR. VIGEANT:  Sorry about that, Your Honor.

BY MR. VIGEANT:

Q.  Based on your training and experience as a U.S. Capitol Police officer, would rows of snow fencing with Area Closed signs posted on them, followed by a row of metal barricades, indicate anything to you as a Capitol Police officer?

A.  Yes.

Q.  What would that be?

A.  There's an event going on, there's a security perimeter in place.

Q.  We can go ahead and pull this down.

Lieutenant Walton, now I would like to discuss the Capitol's video cameras.  Does the U.S. Capitol Police have a CCTV video surveillance system?

A.  Yes.

Q.  And how does the U.S. Capitol Police monitor that video surveillance system?

A.  The cameras are available in our communications section up in the command center and there's a couple satellite stations that can be viewed throughout Capitol Hill.

Q.  And are you familiar with how the CCTV system works?

A.  Yes.

Q.  And then how are you familiar with it?

A.  When I worked in communications, it was one of my responsibilities to supervise.

Q.   The cameras that are part of this CCTV system, do they record continuously or do they need to be activated?

A.   Continuously.

Q.   Are you generally familiar with the locations of cameras in that system?

A.   Yes.

Q.   Are there cameras inside of the Capitol building and on the Capitol grounds?

A.   Yes.

Q.   Are the cameras kept in the regular course of business by the Capitol Police?

A.   Could you repeat that?

Q.   Are those cameras kept in the regular course of business by the Capitol Police?

A.   Yes.

Q.   Do the cameras record sound?

A.   No.

Q.   Do videos from CCTV contain timestamps?

A.   Yes.

Q.   Is it part of the U.S. Capitol Police's regular business to keep these cameras on and functioning properly?

A.   Yes.

Q.   Based on your understanding of the video equipment, the CCTV system, was that in good working order on January 6, 2021?

A.   Yes.

Q.   To your knowledge, did the CCTV capture images from January 6, 2021?

A.   Yes.

Q.   Have you reviewed CCTV footage in preparation for your testimony here today?

A.   Yes.

Q.   Ms. McQuaig, can we please pull up Exhibit 400.  Let that play for five seconds and then we're going to stop it.  Thank you.

(Video played.)

There it is.  It's fine, you can leave it there.

All right.  Lieutenant Walton, prior to today's testimony, did you review Government's Exhibit 400, which runs for 2 minutes and 20 seconds -- excuse me.  Strike that.  Which runs for 2 minutes and 26 seconds in total?

A.   Yes.

Q.   What is Exhibit 400 depicting?

A.   This is a camera positioned at the end of the northwest drive.  It's looking at Peace Circle, with Peace Monument in the center.

Q.   Is there a timestamp in this CCTV video?

A.   Yes.

Q.   When was this taken?

A.   January 6, 2021, at 12:50 p.m.

Q.   Does this exhibit fairly and accurately depict the Capitol

grounds and the building as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, we would move to admit Exhibit 400.

MR. ROBERTS:  I'm going to object.  I don't know that the officer actually originally witnessed what is in the photograph, and I would reserve that for cross-examination.

THE COURT:  All right.  I'm going to overrule the objection.  Obviously, I'm happy to reconsider, depending on what -- how cross-examination goes.  But at this time I'll admit the exhibit.

BY MR. VIGEANT:

Q.   We can go ahead and please pull this down.  Ms. McQuaig, can you please pull up Exhibit 501.

And then once it's up -- all right.  Can you go ahead and just play it for 37 seconds.  Just going to let this play for a bit before I have questions.

(Video played.)

Stop it there, please.

All right.  Lieutenant Walton, prior to today's testimony did you review Government's Exhibit 501, which runs for 51 seconds in total?

A.   Yes.

Q.   Can you please describe what Exhibit 501 is depicting?

A.   This is Pennsylvania Avenue where it intersects with Peace

Circle at the West Lawn of the Capitol.

Q.   I'm going to circle an object on the screen here.  What is that object that I've circled?

A.   That's Peace Circle Monument.

Q.   Clearing the screen.

And then what is this big building (indicating)?

A.   It's the U.S. Capitol.

Q.   All right.  Great.  I'm going to clear the screen.

Was the Peace Circle shown in the CCTV footage we just viewed?

A.   Yes.

Q.   And does this exhibit fairly and accurately depict the Capitol and grounds as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 501.

MR. ROBERTS:  No objection.

THE COURT:  Without objection 501 is in.

BY MR. VIGEANT:

Q.   We can go ahead and pull this exhibit down.  And, Ms. McQuaig, can we please pull up Exhibit 502.

And then could you please play that for 6 seconds and then stop it there.  Thank you.

(Video played.)

Thank you.

Lieutenant Walton, prior to today's testimony, did you review Government's Exhibit 502, which runs for 46 seconds in total?

A.   Yes.

Q.   What is Exhibit 502 depicting?

A.   This is the West Lawn of the Capitol.

Q.   And then I'm going to circle an item on the screen here. What's that building in the background?

A.   U.S. Capitol.

Q.   Clearing the screen.

Does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 502.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 502 is in.

BY MR. VIGEANT:

Q.   Lieutenant Walton, I'm going to draw an arrow on the screen and ask you what it is pointing to.  What is that?

A.   The Area Closed signs.

Q.   I'm going to clear the screen.

And, Lieutenant Walton, can you tell who these individuals are that I'm drawing an arrow to on the screen?

A.   Capitol Police officers.

Q.   I'm going to clear the screen.  And then the Area Closed sign that you just highlighted -- or, just stated what it was, what's that attached to?

A.   The outermost layer of snow fencing.

Q.   And then I'm going to draw one more circle on the screen here.  Can you tell what this is that I've circled?

A.   That's more snow fencing with Area Closed signs.

Q.   Okay.  Great.  I'm going to clear the screen.  And can we please play this video to 18 seconds in.

(Video played.)

Thank you.  All right.  I'm going to draw another arrow on the screen.

Can you tell who this individual is right there, or who he works for?

A.   Looks like Capitol Police officer.

Q.   I'm going to clear the screen.  Ms. McQuaig, could you please play this to 25 seconds in now.

(Video played.)

That's good.  Thank you.

All right.  And then what is this structure that I'm circling on the screen (indicating)?

A.   That's the inner of the two snow fencing layers.

Q.   Okay.  Great.  I'm going to clear the screen.  And we can go ahead and pull this exhibit down.

THE COURT:  Do you mean the outer layer?

THE WITNESS:  On the perimeter of the building, they put two layers of snow fencing.  If you roll back on the video, you can see there's an inner layer and an outer one.  That way if the first layer is breached, it creates a time delay for officers to respond and call in additional units.  And it just creates more space.

THE COURT:  All right.  So there's actually three layers you're saying?  Because there's the other one.

THE WITNESS:  There's the inauguration stage layer, which is the one we saw in the middle of the West Lawn, and the outer most perimeter is the two layers of snow fencing.  It also includes a fire lane in case D.C. fire has to respond for medical emergencies or anything like that.

THE COURT:  Okay.  You may continue.

BY MR. VIGEANT:

Q.  Ms. McQuaig, could we please pull up Exhibit 503.  And then could you please play this for 9 seconds and stop it there.

(Video played.)

Thank you.

Lieutenant Walton, prior to today's testimony, did you review Government's Exhibit 503, which runs for 1 minute and 24 seconds in total?

A.  Yes.

Q.  What is the large building in the background of this video?

A.   The U.S. Capitol.

Q.   Then what is Exhibit 503 depicting?

A.   It's the west side of the Capitol, to include First Street near Grant Memorial.

Q.   Does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A.   Yes.

        MR. VIGEANT:  Your Honor, I would move to admit Exhibit 503.

        MR. ROBERTS:  I'm going to object to that, subject to cross-examination.

        THE COURT:  All right.  I'm going to provisionally admit it, and consider an objection later.  But at this time I expect to admit it.

        I'll say, I am admitting it, but without prejudice to arguments for why it should be withdrawn later.

        You may continue, sir.

BY MR. VIGEANT:

Q.   Let's go ahead and play the video to 1:12 in.

        (Video played.)

        Lieutenant Walton, what are the rioters climbing over in this image?

A.   The Olmsted wall and the snow fencing.

Q.   So are the rioters in this video entering the restricted perimeter?

A.   Yes.

MR. ROBERTS:  Objection.  That calls for a conclusion about what a restricted area is.  He's using "restricted area" versus "other perimeters."  I'm not sure if the officer really knows what "restricted" means in this particular case.

THE COURT:  All right.

MR. VIGEANT:  Your Honor, if I might?

THE COURT:  Yep.

MR. VIGEANT:  Lieutenant Walton has already testified to where the restricted perimeter was set, that he understands what it is.  He's a 17-year veteran of the U.S. Capitol Police.

THE COURT:  I'm going to overrule the objection.  I mean, to the extent that there's questions about legal conclusions, I can deal with that later.  This is a bench trial.  But I think the lieutenant is saying that people have breached the area that he's described as a restricted area.  I think that's appropriate testimony.  So I'm overruling the objection.

BY MR. VIGEANT:

Q.   We can go ahead and pull this down.  Lieutenant Walton, I would now like to turn to the events of January 6 following the breach of the restricted perimeter.  So I would like to start from when you personally arrived on the west front that day.

Can you please describe what happened to you between the time you arrived on the west front to when you reached the

tunnel?

A.   So when I first reached the west front, I was exiting the tunnel.  When I walked outside, I was -- I encountered a scene that appeared to be rapidly deteriorating.  It was very loud, there was explosions going off, the police line that was at the improved area of the Lower West Terrace was being pushed back by the large crowd, and the base of the north and south steps was being lost to the crowd and people were starting to make their way up towards the building.

Q.   And then after the police line broke, where did you head?

A.   I headed to the north stairs to try and stop the forward movement of the crowd up the stairs.

Q.   And then where did you enter in after that?

A.   When I was engaging the people at the bottom of the stairs, I was hit with some sort of chemical spray which caused me to be unable to see.  I had to retreat back to the building where one of my sergeants decontaminated my eyes.  After I could see again I went back to the same area.  That group of people had made it about halfway up the stairs.

About eight officers created a blockade in the walkway that went from the stairs onto the inaugural stage.  We held that group back as long as we could.  I was hit with another type of chemical munitions, which I believe was CS gas.  I became unable to breathe.  We had to deploy back into the building to decontaminate again.  Once I could breathe and get

back into the fight, I returned to the tunnel where a mass of officers had formed a blockade to keep people from entering into the building.

I helped hold that blockade until I was hit with another round of chemical munitions, which I believe was some sort of OC spray. I fell back into the building again to decontaminate. When I finished decontaminating, I went back to the tunnel area where I encountered two MPD officers carrying what appeared to be a dead body of an officer back into the building. I helped them carry that officer to a safe area. We performed a quick medical to see if he was alive. I got a faint pause. I told the other officers, who also appeared to be exhausted, that we weren't going to be able to carry him all the way to triage.

I ran to get a flat cart real quick. When I got back with a flat cart, as we were picking him up to put him on the cart to roll him outside, the officer woke up and became somewhat responsive again. We worked with him. The other MPD -- two MPD officers took his vest and his gun for safekeeping. We were able to get him walking.

I walked him out to the triage area, came back into the building, returned to the tunnel to try and support the officers that were holding that area. Shortly after that a MPD CDU commander arrived and announced that they were getting ready to deploy gas and if you didn't have a gas mask, to leave

the area.

Q.  All right.  And then after you were told to step away because you didn't have a gas mask on you, what happened to you next?

A.  I went up the stairs and to the first floor of the Capitol, trying to figure out where I could best assist the mission.  I noticed that there was something going on near the north door of the Capitol.  I walked over there.  As I arrived, a white chemical dispersed into the air.  And I could see that officers were trying to hold the rioters outside the building, outside the north door.  A call came out over the radio for any Capitol supervisor to call the command center.

The call went unanswered for a short period of time. I could tell nobody was answering up, so I answered the call. I went over to the Senate door, called the command center.  I got Assistant Chief Pittman on the phone and she told me to --

MR. ROBERTS:  Objection, Your Honor.  We object for two reasons.  One, that would be hearsay.  Two, I don't believe this relates to the particular case on trial.

THE COURT:  All right.

MR. VIGEANT:  Your Honor, if I might respond.  Some of the details that Lieutenant Walton is giving, we have a 231 charge here, which, obviously, part of that, an element of that is that the riot must obstruct an official proceeding.  As well as a 1752(a)(2) charge, which also requires a rioter to enter

the restricted perimeter.  So these details go to the riot in general.

THE COURT:  All right.  I'm going to overrule the objection, but we're getting to kind of a narrative testimony here.  So why don't we try to --

MR. VIGEANT:  Understood, Your Honor.

THE COURT:  Let's --

MR. VIGEANT:  Sorry, Your Honor.

THE COURT:  Let's just kind of narrow this.  And you can ask your next question.

MR. VIGEANT:  Understood, Your Honor.

BY MR. VIGEANT:

Q.  We're going to get to the end of your day, Lieutenant Walton, later on.  So thank you for that.

Could we please pull up Exhibit 401.

Could you play it for five seconds.  Thank you.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you review Government's Exhibit 401, which runs for one minute?

A.  Yes.

Q.  Then what is Exhibit 401 depicting?

A.  The improved area of the Lower West Terrace, the western portion of the inaugural stage, and the media platform.

Q.  What time was this recorded?

A.  1:10 p.m., January 6, 2021.

Q.   Does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, move to admit Government Exhibit 401.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 401 is in.

BY MR. VIGEANT:

Q.   We can pull this down.  And, Ms. McQuaig, can we please pull up Exhibit 402.  And once that's up, do the same thing, play it for five seconds.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you review Government's Exhibit 402, which runs for 6 minutes?

A.   Yes.

Q.   What is Exhibit 402 depicting?

A.   The West Lawn of the Capitol, the media platform, the media stage, and the bleacher portion of the inaugural stage.

Q.   What time was this recorded?

A.   1:10 p.m., January 6, 2021.

Q.   Does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, I would move to admit Government's Exhibit 402.

MR. ROBERTS:  I understand 402 is -- you're seeking to admit the whole tape, as opposed to just this image?

MR. VIGEANT:  Yes.

MR. ROBERTS:  Subject to cross-examination, Your Honor.

THE COURT:  All right.  I'm admitting it at this point.  402 is in.

BY MR. VIGEANT:

Q.  Could we please pull this down and then pull up Exhibit 504.  And once that's up, could you please play this to 12 seconds in.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you review Government's Exhibit 504, which runs for a total of 18 seconds?

A.  Yes.

Q.  And what's this exhibit depicting?

A.  Maryland Avenue, on the west side of the Capitol.

Q.  And is this area that's depicted on the screen, is this the same walkway that was shown in the last CCTV image we just looked at?

A.  Yes.

Q.  Does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A.  Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 504.

MR. ROBERTS:  And subject to cross-examination, Your Honor.

THE COURT:  All right.  504 is in.

BY MR. VIGEANT:

Q.  Could we page forward.  Do the freeze-frame forward another couple seconds.  Right there.  That's perfect.

Lieutenant Walton, I'm going to circle an individual on the screen here.  Can you tell what that individual is carry?

A.  Looks like an Area Closed sign that we saw on the fencing earlier.

Q.  How are you able to tell?

A.  There's the writing on the bottom, the same shape, size, border outline as the ones we saw before.

Q.  Okay.  Great.  I'm going to clear the screen.

We can go ahead and pull this exhibit down.

And then, Ms. McQuaig, could we please pull up Exhibit 506 next.  And can you just play for 3 seconds.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you review Government's Exhibit 506, which runs for 3 minutes and 21 seconds in total?

A.  Yes.

Q.  What is this exhibit depicting?

A.   It looks like it was taken from the improved area of the Lower West Terrace, looking at the Capitol.

Q.   What is -- I'm going to circle an object on the screen. Tell me what object that is that the individuals are standing on.

A.   The media platform.

Q.   Then I'm clearing the screen.

What's the big building in the background?

A.   U.S. Capitol.

Q.   Does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, move to admit Government Exhibit 506.

MR. ROBERTS:  No objection.  I concede this image.

THE COURT:  Without objection, 506 is in.

BY MR. VIGEANT:

Q.   We can pull this down then.  Then, Ms. McQuaig, next exhibit to pull up will be 403, please.

Then could you play this for ten seconds.  Thank you.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you review Exhibit 403, which runs for 4 minutes?

A.   Yes.

Q.   So what is this video depicting?

A.  This is, again, is the West Lawn of the Capitol, the inaugural stage and media platforms, a large crowd being held back by a line of police.

Q.  When was this video taken?

A.  2:26 p.m., January 6, 2021.

Q.  Is this video a fair and accurate depiction of CCTV footage from January 6, 2021?

A.  Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 403.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 403 is in.

Oh, was that an objection, sir?

MR. ROBERTS:  No, sir.  No objection.

THE COURT:  Okay.  Without objection, 403 is in.

BY MR. VIGEANT:

Q.  I'm going to circle individuals on the screen here, Lieutenant Walton.  Tell me who these individuals are that are circled on the screen.

A.  It appears to be a mixture of United States Capitol Police civil disturbance unit officers and MPD civil disturbance unit officers and MPD mountain bike officers.

Q.  I'm going to clear the screen, but I'm going to ask you a question about those individuals.  What do they appear to be doing here?

A.   Trying to hold back the group, to keep them away from the building.

Q.   All right.  We can pull this exhibit down.

And then, Ms. McQuaig, could we please pull up Exhibit 404.  And could we play this for ten seconds, please.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you review Exhibit 404, which runs for 7 minutes in total?

A.   Yes.

Q.   And then what is this video depicting?

A.   The same image from before, but further along in time, where we had lost the line and the crowd overtook the inaugural stage.

Q.   What time was this video taken?

A.   2:53 p.m., January 6, 2021.

Q.   And is this video a fair and accurate depiction of CCTV footage from January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 404.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 404 is in.

BY MR. VIGEANT:

Q.   All right.  We can go ahead and pull this down.

Ms. McQuaig, could we please pull up exhibit 507 and

then could we go ahead and play this for ten seconds.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you review Government Exhibit 507, which runs for 59 seconds in total?

A. Yes.

Q. Okay. I'm going to circle an area on the screen here. What is this area?

A. That's part of the improved area of the Lower West Terrace.

Q. Great. Clearing the screen.

And then what is this right there that I circled?

A. That is the bottom of the junction where the President stands on the inaugural stage.

Q. Is there an entrance to the Capitol building there?

A. No. I think you're thinking of a different image.

Q. Let me clear this.

All right. Since I didn't ask to admit this yet, does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A. Yes.

MR. VIGEANT: Your Honor, I move to admit Exhibit 503.

MR. ROBERTS: Subject to cross-examination, please.

THE COURTROOM DEPUTY: 507.

MR. VIGEANT: I'm sorry, 507.

THE COURT:  All right, 507 is in.

MR. VIGEANT:  Thank you, everyone.

BY MR. VIGEANT:

Q.  Can we go ahead and play the clip to just before the end.

(Video played.)

All right.  Lieutenant Walton, I'm going to circle another couple areas.  What is this area right here?

A.  This is the inaugural stage, primary area.

Q.  Okay.  And then I'm going to clear the screen.  And then what is right -- I'm going to clear the screen since that was a sloppy circle.  What is circled there?

A.  The Lower West Terrace door, also referred to as the tunnel.

Q.  Thank you.  Clear the screen.  And go ahead and pull this down.  And, Ms. McQuaig, could we please pull up Exhibit 508. And then could you let -- sorry.  Could you play this for 25 seconds and then pause there.

(Video played.)

Thank you.

Lieutenant Walton, prior to today's testimony, did you review Government Exhibit 508, which runs for 1 minute and 13 seconds?

A.  Yes.

Q.  What is this exhibit depicting?

A.  This is the Upper Terrace level, leading down into the

inaugural stage.

Q.   Does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, I move to admit Government Exhibit 508.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 508 is in.

BY MR. VIGEANT:

Q.   We can pull this down.  And, Ms. McQuaig, can we please pull up Exhibit 509.  And play this for 11 seconds, please.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you review Government Exhibit 509, which runs for 1 minute and 3 seconds?

A.   Yes.

Q.   And then what is this exhibit depicting?

A.   This is the inaugural stage where it meets the Upper Terrace.

Q.   And what's the big building in the background there?

A.   The U.S. Capitol.

Q.   And then what are -- I'm going to circle something on the screen.  What is this structure right here?

A.   Those are the Upper Terrace bleachers.

Q.   And are those bleachers a permanent feature of the Capitol

building?

A.   No.   They're only put there for inauguration.

Q.   I cleared the screen there.   Does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:   Your Honor, I move to admit Exhibit 509.

MR. ROBERTS:   No objection.

THE COURT:   Without objection, 509 is in.

BY MR. VIGEANT:

Q.   Could we please pull this down.   And, Ms. McQuaig, could we pull up Exhibit 405, please.   Please play this for 10 seconds and then stop it.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you review Government Exhibit 405, which runs for 5 minutes total?

A.   Yes.

Q.   What is this video depicting?

A.   This is inside the tunnel, looking outward towards the crowd, a large group of U.S. Capitol Police and MPD civil disturbance officers attempting to hold back that crowd outside.

Q.   What time was this video taken?

A.   4:46 p.m., January 6, 2021.

Q.   Is this video a fair and accurate depiction of CCTV footage from January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, I'd move to admit Government's Exhibit 405.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 405 is in.

BY MR. VIGEANT:

Q.   Ms. McQuaig, could you please set the video to 43 seconds in.  And then we're going to play this until we get to 1 minute and 30 seconds in.

(Video played.)

You can actually just stop there.  That's fine.  Thank you.

Lieutenant Walton, we saw a white hazy substance begin billowing into the tunnel at 46 seconds into the video. Based --

MR. ROBERTS:  Objection.  Inaccurate.  Object to the question as being inaccurate, and leading, as well.

THE COURT:  Why don't you rephrase the question.

BY MR. VIGEANT:

Q.   Lieutenant Walton -- actually, can we take the video back to 46 seconds in and I'll just break this up into different parts.  Thank you.  And then hit play, please.  Just hit play.

(Video played.)

There you go.  46 seconds.  Hit play.

(Video played.)

Pause it there.

Lieutenant Walton, based on your training and experience as a U.S. Capitol Police officer and the fact that you were in the tunnel on January 6, 2021, did you notice a white hazy substance in this video?

A.  Yes.

MR. ROBERTS:  Your Honor, may I object again?  I don't believe the officer was there in the tunnel at the time of 4:46, unless I'm wrong.

Were you there, sir.

THE WITNESS:  I was in the tunnel.  I cannot specify which time.  I was there for quite some time.

MR. ROBERTS:  Right.  But you don't know you were there at 4:46.

MR. VIGEANT:  Your Honor --

THE COURT:  So you'll get an opportunity to cross-examine in a moment.  But regardless, I'm overruling the objection.

MR. VIGEANT:  We can keep playing the video, please.

THE COURT:  Did he answer?

MR. VIGEANT:  I'm sorry.  Stop and go back.  I missed, if you did.  I can repeat the question.

A.  Please repeat the question.

BY MR. VIGEANT:

Q.  Did you notice a white hazy substance at the front of the tunnel?

A.  Yes.

Q.  And then based on your training and experience as a U.S. Capitol Police officer, as well as your time in the tunnel, are you able to say what you believe that is, that smoke there?

MR. ROBERTS:  Objection, Your Honor.

THE COURT:  Overruled.

A.  There's a couple possibilities.  It could be smoke, CS gas, or OC.

MR. ROBERTS:  Objection.

THE COURT:  I understand.  I'm overruling the objection.

BY MR. VIGEANT:

Q.  Can we please play the video and go -- let's go to 1:10.

And, Lieutenant Walton, I direct your attention to the entrance of the tunnel here.

(Video played.)

Same questions I asked before.  Based on your training and experience as a U.S. Capitol Police officer, time in the tunnel, are you able to determine what that white hazy substance is?

A.  It's either smoke, CS, or OC.

MR. ROBERTS:  Objection.

THE COURT: All right. Again, I think Lieutenant Walton has testified to being sprayed multiple times that day and has described his observations. So I think he can say what that appears to him to be. Obviously defense is welcome to cross-examine him on that.

BY MR. VIGEANT:

Q. Based on your training and experience, which includes training as a CDU officer, as you testified to, how would a smoke bomb affect a police officer?

A. It takes away their ability to see what the crowd is doing. Somebody could approach with an object that is being swung, they could miss a block, be hit in the head, be incapacitated, somebody could draw a firearm and start shooting. It closes the distance of reaction time.

Q. And then in the tunnel that day did rioters throw other projectiles, in addition to smoke bombs?

A. Yes.

Q. All right. We can pull this down. And then could we please pull up Exhibit 510. And then please play this to 15 seconds in.

(Video played.)

Could you page back. That's perfect. Thank you.

Lieutenant Walton, prior to today's testimony, did you review all of Government Exhibit 510, which runs 3 minutes and 54 seconds in total?

A.   Yes.

Q.   What is this exhibit depicting?

A.   This is the Lower West Terrace door, also known as the tunnel, and the crowd trying to move into it.

Q.   All right.  I'm going to circle an object on the screen here.  What is that that I've circled?

A.   The tunnel, Lower West Terrace door.

Q.   I'm going to clear that.  Does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A.   Yes.

        MR. VIGEANT:  Your Honor, I would move to admit Exhibit 510.

        MR. ROBERTS:  I would object, Your Honor, subject to cross-examination.

        THE COURT:  All right.  I'm admitting it over objection this time.  And obviously, happy to reconsider based on what Mr. Roberts develops in cross-examination.

BY MR. VIGEANT:

Q.   Ms. McQuaig, could you please set the video to 2 minutes and 40 seconds in and play the video to 2 minutes and 48 seconds in, please.

        (Video played.)

        Lieutenant Walton, who are the individuals wearing the neon in this image?

A.   U.S. Capitol Police and Metropolitan Police Department.

Q.   And then, again, what area are they in in this video?

A.   Tunnel, also known as Lower West Terrace door.

Q.   We can go ahead and play this video to the end, please.

(Video played.)

Lieutenant Walton, can you please describe what the video just showed here?

MR. ROBERTS:  Your Honor, I'll object.  Video shows what it shows.  I believe the officer is even outside at that point.  But it shows what it shows.

THE COURT:  All right.  Were you there?

THE WITNESS:  I was in the tunnel, I'm not 100 percent sure I was there at this specific time.  I was there for two to three hours that day.  I wasn't watching my watch.

THE COURT:  Okay.  I'm not sure that having him narrate something that I can watch as well as he can adds much.

MR. VIGEANT:  Well, Your Honor, I mean, first, on the "It shows what it shows," I'm not sure that that's actually a proper objection.  I'm not aware of a rule of evidence that that's derived from.  And also, I think the case law is pretty settled that an individual witness is able to testify to what they've perceived in video they've reviewed prior.

THE COURT:  All right.  I don't think that's going to be very -- is there a specific question you're asking about here?

MR. VIGEANT:  I'm happy to move forward, Your Honor.

THE COURT:  All right.

BY MR. VIGEANT:

Q.  We can pull this exhibit down.  Can we please pull up Exhibit 511 now.  And then let's please play this for 30 seconds.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you review Government's Exhibit 511, which runs 9 minutes and 15 seconds?

A.  Yes.

Q.  And then what is this video depicting?

A.  The Lower West Terrace door, also known as the tunnel, and the crowd trying to gain entry.

Q.  And I'm going to circle an area on the screen here.  What is that area I've circled?

A.  Lower West Terrace door, also known as the tunnel.

Q.  I'm going to clear the screen.

Does this exhibit fairly and accurately depict the Capitol grounds and building as they appeared on January 6, 2021?

A.  Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 511.

MR. ROBERTS:  Object.  No indication what time this

is in relation to the incident we're here about.

THE COURT:  All right.  I'm going to overrule the objection.  511 is in.

BY MR. VIGEANT:

Q.  Ms. McQuaig, could we please set the video to 2:20 in. Thank you.  And we're going to play this until we get to 3 minutes and 10 seconds in.

(Video played.)

That's good right there.

Lieutenant Walton, I'm circling an area on the screen. What is that area?

A.  Lower West Terrace door, also known as the tunnel.

Q.  And in the course of this video, is that the area where that smoke seemed to be billowing from?

A.  Yes.

Q.  We can go ahead and pull this video down.  Ms. McQuaig, could we please pull up Exhibit 512 next.  And then could you play that until we're 30 seconds in.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you review all of Government Exhibit 512, which runs for a minute and 23 seconds?

A.  Yes.

Q.  And what's this video depicting?

A.  The crowd trying to gain entry to the Lower West Terrace.

Q.   And then you mentioned the crowd's trying to gain entrance to the Lower West Terrace.  What's depicted -- the area that I've circled on the screen that the rioters seem to be trying to enter, what area is that?

A.   Lower West Terrace door, also known as the tunnel.

Q.   I'm going to clear the screen.  Does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A.   Yes.

     MR. VIGEANT:  Your Honor, I would move to admit Exhibit 512.

     MR. ROBERTS:  No objection.

     THE COURT:  Without objection, 512 is in.  And you may continue, sir.

BY MR. VIGEANT:

Q.   Lieutenant Walton, you mentioned that this video is showing right outside of the tunnel entrance.  Based on your experience in the tunnel that day, who are the rioters hitting with bats and pushing into in this video?

A.   Police officers attempting to keep them outside.

Q.   Can we please play this to a minute and 4 seconds in.

     (Video played.)

     Lieutenant Walton, I'm going to circle an individual on the screen here.  Based on your training and experience as a law enforcement officer, what does it appear that that

individual is holding in his hand?

A.  A flashlight.

Q.  Where does it appear to be pointing towards?

A.  The officers in the tunnel.

Q.  Based on your training and experience as a law enforcement officer, how could a flashlight shined at you affect your ability to defend yourself?

MR. ROBERTS:  Objection.

THE COURT:  On what basis?

MR. ROBERTS:  Speculation.

THE COURT:  Lay a foundation for this.

MR. VIGEANT:  Sure.

BY MR. VIGEANT:

Q.  Lieutenant Walton, you mentioned that you were CDU trained, correct?

A.  Yes.

Q.  What is CDU?

A.  Civil disturbance unit.

Q.  What is part of -- or, what's the civil disturbance unit's mission?

A.  We deploy when there are large crowds that there is belief there may be disruption or unrest within the crowd, fighting against police or fighting between two different groups.

Q.  So do you have experience facing off against protestors?

A.  Yes.

Q.   Lieutenant Walton, based on that experience as a trained CDU officer, as well as your experience on January 6 in the tunnel and your experience with other riots, how could a flashlight shined at you affect your ability to defend yourself?

MR. ROBERTS:  Objection.

THE COURT:  Have you had people shine flashlights at you?

THE WITNESS:  Yes.  The department also issues special lenses for our CDU helmets in case people try to use lasers to blind officers, as well.

THE COURT:  I'm going to overrule the objection.

BY MR. VIGEANT:

Q.   How could that affect your ability to defend yourself?

A.   Temporary incapacitation.  You have to wait for your eyes to recover from the bright flash of light when it's shined in your eyes.

Q.   Can we please pull this exhibit down and pull up Exhibit 513.  I'm going to clear the screen.

Can we play this for ten seconds, please.

(Video played.)

Thank you.

Lieutenant Walton, prior to today's testimony, did you review Government Exhibit 513, which runs for 49 seconds?

A.   Yes.

Q.   Circling an area on the screen, what is this area?

A.   Lower West Terrace door, also known as the tunnel.

Q.   Clear the screen.  What is this video depicting?

A.   The group outside trying to make entry into the building.

Q.   Does this exhibit fairly and accurately depict the Capitol building and grounds as they appeared on January 6, 2021?

A.   Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 513.

MR. ROBERTS:  Subject to cross-examination, Your Honor.

THE COURT:  All right.  513 is in.

BY MR. VIGEANT:

Q.   Could we please play the video until we are 39 seconds in and pause there.

(Video played.)

Lieutenant Walton, did anything stand out to you in this video?

A.   Yes.  There was a person swinging a bat, a person swinging a CDU helmet, a person swinging a PR-24, and a person at the bottom of the screen throwing objects at the officers.

Q.   Lieutenant Walton, you mentioned earlier that in addition to the smoke bomb, that other objects were thrown at officers in the tunnel that day.  What types of objects were thrown?

A.   Flag poles, handrails, bricks, helmets, shields, knives,

pretty much anything, it seemed, the crowd could get their hands on.

Q.   Did any of these objects injure officers?

A.   Yes.

Q.   How?

MR. ROBERTS:  Objection.  Doesn't involve this defendant, Your Honor.

THE COURT:  Overruled.

BY MR. VIGEANT:

Q.   How did they injure officers?

A.   Many officers sustained multiple injuries, anything from impacts from the weapons that were thrown or physical hand strikes from people in the crowd.  Some officers experienced chemical burns from the munitions that were used that day.

Q.   And then did thrown objects affect officers in any other ways?

MR. ROBERTS:  Objection.

THE COURT:  Overruled.

A.   Outside of physical injury?

BY MR. VIGEANT:

Q.   Yes.

A.   Yes.  You could trip on them, I would say.

Q.   Did thrown objects affect your ability to do your job on January 6?

MR. ROBERTS:  Objection.

THE COURT:  What basis?

MR. ROBERTS:  Objection.  The ability to do your job.
I mean, this is really asking the witness to speculate.

THE COURT:  Overruled.

A.   Thrown object presents the same problem.  It's somebody
trying to strike you and incapacitate you, weakening your
defense of the line.

BY MR. VIGEANT:

Q.   We can pull this exhibit down.  Ms. McQuaig, can we pull up
the last video that we'll have for this witness, it's Exhibit
514.  And then could you please play this for 20 seconds.
Thank you.

(Video played.)

Lieutenant Walton, prior to today's testimony, did you
review 514, which runs for 4 minutes and 58 seconds in total?

A.   Yes.

Q.   What is Exhibit 514 depicting?

A.   The crowd is moving towards the entrance to the Lower West
Terrace, AKA, the tunnel, attempting to make entry.

Q.   I'm going to circle something.  What is the area under this
arch?

A.   The Lower West Terrace, also known as the tunnel.

Q.   I'm going to clear the screen.

Does this exhibit fairly and accurately depict the
Capitol building and grounds as they appeared on January 6,

2021?

A.  Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 514.

MR. ROBERTS:  Subject to cross-examination, Your Honor.

THE COURT:  514 is in.

BY MR. VIGEANT:

Q.  We can pull this down.

Lieutenant Walton, a few more questions.  Did you consider the individuals who breached the restricted perimeter to pose a threat?

MR. ROBERTS:  Objection.

THE COURT:  On what basis?

MR. ROBERTS:  It's a general overbroad question. Pose a threat?  Anybody?  I object to that.

THE COURT:  All right.  Overruling the objection. You may answer.

A.  Yes.  A large group approaching the building while there is high value targets inside is a significant threat.  Capitol Police has a limited number of manpower to respond to situations like that.

BY MR. VIGEANT:

Q.  Then you mentioned some injuries in the tunnel.  But did rioters injure any individuals on the Capitol grounds outside

of the tunnel?

A.  Yes.

Q.  What about injuries on the West Front?  Were officers injured on the West Front?

A.  Yes.

        MR. ROBERTS:  Objection.

        THE COURT:  Overruled.

BY MR. VIGEANT:

Q.  Can you describe some of the injuries that you personally suffered on January 6, 2021?

A.  Yes.

        MR. ROBERTS:  Objection to this.

        THE COURT:  I think the government is charging 231. I think it certainly goes to whether there was a civil disturbance.  So overruling the objection.  You may answer.

A.  I suffered multiple bruises.  My left shoulder was giving me problems for quite some time.  I experienced plantar fasciitis on my left foot from stepping on objects that day and having poor footing and getting shoved back and forth. Chemical burns from the munitions, I experienced.  That was about the extent of my injuries.

BY MR. VIGEANT:

Q.  Did rioters damage property on the Capitol grounds that day?

A.  Yes.  I believe the damage extent was over $1 million.

        MR. ROBERTS:  Objection.  I object.  Overbroad.

THE COURT:  Overruled.

BY MR. VIGEANT:

Q.  How important was it for law enforcement to make sure every single unauthorized person had been removed from the Capitol grounds before Congress could resume the Electoral College certification?

A.  It was extremely important.  We don't know if -- if a person remains in the building and they haven't been screened, we don't know what they're carrying or what their intent is. We also need to make sure that no packages were left behind that could cause harm to persons or the building itself.

Q.  What happened to lawmakers who were inside the Capitol building once it was breached?

A.  They were evicted to a safe location.

Q.  What impact did the evacuation have on the ability to continue the joint session of Congress?

A.  It came to a halt.  It was stopped so that Capitol Police and the supporting agencies could clear the building and regain control and bring Congress back.

Q.  What happened to the Vice President when the Capitol was breached?

A.  He was evacuated to a safe space.

Q.  Were members of Congress able to reconvene for the joint session while rioters were still in the building?

A.  No.

Q.  Why not?

A.  Because they pose a risk.  You can't have high-value targets inside with people that are unscreened and could potentially be carrying weapons or dangerous devices.

Q.  If there was even a single rioter still on Capitol grounds, would Congress have been able to reconvene?

MR. ROBERTS:  Objection.  That calls for speculation.  Single rioter.

THE COURT:  Yeah.  I guess you can answer, if you know.

THE WITNESS:  A single unscreened person in the building would be considered a security breach by policy and we would have to deal with that person before Congress could come back.

BY MR. VIGEANT:

Q.  Do you know when lawmakers were able to meet again and resume their duties?

A.  I believe it was in the 8 p.m. hour.

Q.  At any point on January 6 did other law enforcement agencies assist the U.S. Capitol Police in performance of their duties?

A.  Yes.  The communications department put out a NAWAS message, asking all agencies in the Washington, D.C. area to respond to the Capitol for help.

Q.  Did that include the Washington, D.C. Metropolitan Police

Department?

A.   Yes.

Q.   When was your shift originally scheduled to end on January 6, 2021?

A.   11 p.m.

Q.   Were you able to go home at that time?

A.   No.

Q.   Why did you have to stay late?

             MR. ROBERTS:  Objection.

             THE COURT:  Overruled.

A.   I was working to keep the officers in place around the House floor so Congress could finish their debate on the Electoral College votes, and assist with the movements on the Senate side when the votes had been taken.

BY MR. VIGEANT:

Q.   What time were you able to go home from that shift?

A.   Somewhere around 3 or 4 a.m.

Q.   How many demonstrations have you responded to in your 17 years at the U.S. Capitol Police?

A.   Around 60.

Q.   In your 17 years of service with the U.S. Capitol Police, have you ever seen anything like January 6?

A.   No.

             MR. ROBERTS:  Objection.

             THE COURT:  Basis?

MR. ROBERTS:  Calls for speculation.  It's not relevant to this particular case, whether or not other demonstrations were worse or not.

THE COURT:  I think it does go to at least 231.  So overruling the objection.

MR. VIGEANT:  Thank you, Lieutenant Walton.  Your government -- or, Your Honor, sorry, nothing more from the government at this time.

THE COURT:  All right.  Mr. Roberts?

CROSS-EXAMINATION

BY MR. ROBERTS:

Q.  Good morning, sir.

A.  Good morning.

Q.  You said that you sort of fall in the middle in the hierarchy of Capitol Police, right?

A.  Right.

Q.  You were not a deputy chief, right?

A.  No, I was not.

Q.  And you did not have decision-making authority as to the outside perimeter, outside the Capitol building, correct?

A.  Correct.

Q.  Okay.  Your authority or your responsibility was the interior security to the Capitol, correct?

A.  That day, yes, correct.

Q.  And not the outside?

A.   Correct.

Q.   All right.  So you had nothing to do with setting up or where a boundary should be established outside the Capitol, correct?

A.   Correct.

Q.   And so when you -- when you were asked questions by counsel about restricted, my ears kind of picked up a little bit.  What is your understanding of restricted?

A.   Restricted means it's closed to all members of the public outside of Capitol Police or people that are authorized to be in the space.

Q.   So in other words, as a common sense thing, it's closed to members of the public, outside of authorized persons, right?

A.   Correct.

Q.   You don't understand what "restricted" means in terms of Title 18 U.S. Code 1752?

A.   No, I do not.

Q.   Okay.  Now, one thing, as I gleaned from your testimony, that there was snow fencing that was part of -- your understanding, part of the perimeter?

A.   Correct.

Q.   Right.  Keep people out.  But this snow fencing was the same snow fencing that was put up in September of 2020, isn't that accurate?

A.   No.   There's -- there's two different sets of snow fencing.

Q.   All right.

A.   One you could see on the middle of the West Lawn in the earlier images, that is the inaugural stage snow fencing.  The ones in the lower portion of the images, the dual layer, that was the snow fencing put up for the event itself.

Q.   You had nothing to do with putting up that snow fencing, correct?

A.   Correct.

Q.   So you don't have any personal knowledge of that being put up?

A.   That's what I saw in the documents that were put out by the department, letting us know what the plan was for the event that day.

Q.   Just to be clear, so the middle part that goes across the lawn, that's the part you're saying was fencing that was put up for the inauguration?

A.   Correct.

Q.   How about the fencing that was on the Olmsted wall?

A.   That was the snow fencing that was put up for the event.

Q.   For the event?

A.   Yes.

Q.   January 6th?

A.   Yes.

Q.   It was not put up for the inauguration?

A.   Correct.

Q.   Okay.   But that area was closed for the inauguration, right?   For the construction of the inauguration?

A.   No.

Q.   It was not?

A.   There's two different sets of fencing.   One in the middle of the lawn set up for the stage, to keep people away from the stage while the construction is occurring.   The two layers that are out by the Olmsted wall are for the event itself.

Q.   Okay.   Now, same signs, though, that were used basically to indicate that the area was closed, right?   The Area Closed signs?

A.   Yes.

Q.   By order of Capitol Police Board, right?

A.   Yes.

Q.   Same identical signs?

A.   Yes.

Q.   Some were already -- some of the signs were already erected as part of closing an area for the construction of the inauguration, right?

A.   Correct.

Q.   Okay.   And then same signs used when you say the part of the snow fencing that was not there for the construction, right?

A.   Correct.

Q.   But you had nothing -- do you know when that was put up?

A.  Which one?

Q.  The fencing that was not for the construction.

A.  The fencing for the event I believe was put up on the 3rd or 4th.  I would have to go back and check.

Q.  You had nothing to do with that and had no personal knowledge about that?

A.  Just what was distributed by the department so we would be aware of what was going on for the event.

Q.  All right.  You mean some sort of documents that you read?

A.  Right.

Q.  Now, was Secret Service part of any of the personnel out there to man the perimeter?

A.  No.

Q.  You said the perimeter that you understood for the red line was a combination of snow fencing and -- you said something else -- oh, yeah, bike racks, correct?

A.  Correct.

Q.  All right.  Were these bike racks manned, do you know? Let's say prior to the initial breach at the Pennsylvania Walkway.

A.  Yes.

Q.  They were -- all of the bike racks were manned or just some?

A.  That depends on your perspective.  Capitol Police had CDU deployed that day.  When CDU is deployed they typically form an

inner perimeter to watch for breaches along the fence.  So the number of officers varies in certain areas.  Officer's job is to watch.  If there is a breach, call it out, call for backup, have them respond.

Q.  So this may be a little bit out of your bailiwick, but did you have anything to do with assigning the number of police officers to be outside to man the bike racks?

A.  No.

Q.  You don't know how many were placed out there, do you?

A.  No.  I would have to go back and check.

Q.  You don't know if they were lightly manned out there or heavily manned?

A.  No.

Q.  All right.  And how many thousands of people did you expect -- you, yourself, expect to come to the Capitol on January 6th?

A.  Probably in the 10,000, around there.

Q.  Was it more than that?

A.  Yes.

Q.  So you're not part of the -- the Capitol Police have an intelligence unit, right?

A.  Yes.

Q.  They are in the job of determining what possible threats might be on the horizon, right?

A.  Yes.

Q.   And was the Capitol Police prepared for the crowd that actually did come to the Capitol that day?

A.   I believe we had a full CDU complement deployed. "Prepared" is kind of subjective.

Q.   Right.  If people are able to get onto the Capitol grounds because there's not enough police manned out there, it's not enough police out there, right?

A.   We could have used more police that day.

Q.   These -- there's a difference, obviously, between the CCTV footage, Capitol cameras, and open source videos that you've been looking at, right?

A.   Yes.

Q.   Which, you say, that fairly and accurately depict the Capitol grounds.  But in terms of those particular videos, you weren't present for what's depicted in those videos, correct?

A.   It depends on how you mean "present."

Q.   I mean there, actually witnessing what was happening.

A.   In some of them I believe I could say that I was in that area, yes.

Q.   Right.

A.   Whether or not we're talking about 50 feet versus 100 feet, that's the subjective portion.

Q.   Right.  You mentioned that you did come into the Capitol. Do you have any idea when you came into the Capitol?  Capitol tunnel, I meant --

A.   Which time?

Q.   -- what time you got to the Capitol tunnel.

A.   The very first in the morning?

Q.   Yeah.

A.   Somewhere around 0:45, 1-ish.

Q.   Okay.  And then you left and came back to the tunnel?

A.   No.  So I came through the tunnel when I got to work that day, I saw the situation was deteriorating and saw that the line of officers at the bottom of the north steps was losing the ground that they had maintained.  I went over to that area to help, try and hold the group back.  That was when I was first hit with OC spray, causing me to be unable to see.  I had to retreat back a little bit.  My sergeant decontaminated me, then I went straight back to that same area to try and hold back that group.  That group had advanced up the stairs.  And about another eight officers helped me hold that group back at the entrance to the main stage, off of the north stairs.

Q.   Specifically, you had no idea if Mr. Lee was part of that group?

A.   No.

Q.   Okay.  So when you did -- you said you experienced some OC spray.  Was it OC spray or was it gas?

A.   The first time was OC spray, the second time was gas, the third and fourth time was OC spray.

Q.   Okay.  The gas was something that the Capitol Police were

Q. using, correct?

A. Capitol Police did not deploy gas that day. We only deployed OC.

Q. Was that MPD that deployed it then?

A. I don't know where it came from.

Q. But anyway, do you know what time you came back in and sport of retreated back in because you were contaminated? Do you know what time that was?

A. I don't know. I wasn't watching my watch. I was trying to deal with the crowd that day.

Q. The relevant incident here occurs at 4:45. Was it substantially before that time?

A. I would say it was probably -- the first retreat back into the building was probably around 3 p.m., if I had to take a guess.

Q. 3 p.m. Did you go back into the tunnel?

A. On -- can you specify?

Q. Well, when you were showed the video of the officers in the tunnel, were you present in the tunnel at that point?

A. Yes. So when we saw the camera looking outward that had the substance on the camera lens --

Q. Yes, right.

A. -- I was about 15 officers deep into that stack, trying to hold people outside of the tunnel.

Q. So you were in that stack?

A.  Yes.

Q.  Okay.  At that time?

A.  Again, I wasn't watching my watch that day.  I was trying to deal with the situation that was going on.

Q.  Right.

A.  I do estimate I was in that stack for somewhere between two to three hours.

Q.  I thought you had indicated you weren't sure you were there when that smoke -- when they showed you the smoke that counsel said billowed into the tunnel.  Were you there at that point?

A.  Again, I can't be 100 percent certain.  I wasn't watching my watch that day.  I would have to speculate on what time I was there based off the way the events stacked up.

Q.  So you have no memory, no particular memory of that particular smoke incident from your own memory?

A.  Oh, I was definitely there and saw smoke going off.  I don't know if it was the specific one on the camera or a different one during the time I was there.

Q.  Because you experienced a lot of smoke or gas that day, right?  I understand what you're saying.

A.  Correct.

Q.  I'm talking about this particular incident we're here about.  That smoke, you don't know if you were there or not?

A.  I cannot be 100 percent sure that was one of the ones I saw

while I was in the tunnel.

Q.  Right.  Okay.  You said there was -- in that tunnel at the time of the smoke, there were MPD officers in there, right?

A.  Yes.

Q.  You don't know if there was any Capitol Police officers in there as well, with that group?

A.  Oh, there were, yes.

Q.  There were?

A.  Yes.

Q.  If they were, we're going to see a different helmet than Capitol Police?

A.  Yes.  In the video we saw where there's a substance on the camera lens.  On the left side of the screen you can see a USCP helmet, on the left-hand side.

Q.  You mentioned that -- about the Vice President, you were asked questions about where he was, what he was doing, that kind of thing.  You didn't have personal knowledge -- you didn't personally see the Vice President, correct?

A.  No.

Q.  You don't know -- you're not speaking from your own personal knowledge about that?

A.  Correct.

Q.  The flashlight -- I heard your testimony.  You don't know to what purpose that flashlight was used when it was used by Mr. Lee, at least in the photograph?

A.  Well, someone standing outside of a riot line shining a flashlight at officers would -- anybody could deduce that there's one purpose to that.

Q.  Only one purpose?

A.  Yes.

Q.  Okay.  You said the damage was $1 million.  How did you calculate that?

A.  The Architect of the Capitol made an announcement that that's what the damage cost was.

Q.  So you're relying on what somebody else told you?

A.  Correct.

MR. ROBERTS:  That's all I have.

THE COURT:  Thank you, sir.

MR. VIGEANT:  Your Honor, if I might?  I have just a couple questions.

THE COURT:  Okay.

REDIRECT EXAMINATION

BY MR. VIGEANT:

Q.  Lieutenant Walton, you were still aware of the boundaries of the restricted perimeter, even though you weren't a deputy chief on January 6, correct?

A.  Yes.

Q.  And you were asked about the definition of "restricted" by opposing counsel.  Did you understand whether rioters were allowed to enter the restricted perimeter or not?

A.  Absolutely.

Q.  Were they?

A.  They were not allowed in there.

Q.  Can you estimate how many rioters you saw on January 6?

A.  About 50,000.

Q.  Would it have been hard to remember a single particular rioter from that day?

A.  Yes.

MR. VIGEANT:  Nothing further.

MR. ROBERTS:  Briefly, if I might.

THE COURT:  Beg your pardon?

MR. ROBERTS:  May I ask one question?

THE COURT:  No.  No, we don't -- no.

Lieutenant Walton, you may step down.  You're free to go.

Why don't we go ahead and break for lunch.  I'll ask you to be back for 1:30.  Thanks, folks.

MR. DREHER:  Yes, Your Honor.

(Recess.)

THE COURT:  Good afternoon.  All right.  The government may call its next witness.

MR. DREHER:  Inspector Lanelle Hawa.

THE COURT:  Welcome back, Inspector.

THE WITNESS:  Thank you.

THE COURTROOM DEPUTY:  Please raise your right hand.

LANELLE HAWA,

was called as a witness and, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. DREHER:

Q.   Good afternoon.  If you wouldn't mind, please introduce yourself and spell your last name for the court reporter.

A.   Sure.  Lanelle Hawa.  Last name is H-A-W-A.

Q.   Are you currently employed?

A.   I am.

Q.   Where?

A.   The United States Secret Service.

Q.   What is it that you do for the United States Secret Service?

A.   I'm an inspector.

Q.   How long have you held that role?

A.   A little over two years now.

Q.   Were you still working for the Secret Service on January 6 of 2021?

A.   I was.

Q.   And what role did you have at that time?

A.   I was in the liaison division.  I was special agent, staff assistant at the U.S. Capitol.

Q.   And how long had you held that position?

A.   I held that position a little less than two years, I want to say.

Q.   Are you able to tell us what the overall mission or role is of the United States Secret Service?

A.   Yes.   We protect some of the nation's highest leaders; President, Vice President, family members, former Presidents, any visiting heads of state, anyone who we're appointed to protect.   We also safeguard the financial infrastructure of the United States.

Q.   Now, earlier you told us that you had worked in the liaison division at the Capitol for about two years.   Could you tell us about how familiar you are with the building or grounds?

A.   Fairly familiar.   I mean, there's a lot of buildings on the Capitol complex.   But I'm familiar with the areas that our protectees tended to visit when they would come to the U.S. Capitol.

Q.   So day-to-day, would your location or your office location be in the Capitol?

A.   Yes, we had an office in the Capitol.

Q.   If we could, can we please bring up what's been previously admitted as Government's Exhibit 205.

Now, if I could direct your attention to the screen in front of you.   Can you tell us what we're looking at here?

A.   Yes.   This is a review of the U.S. Capitol grounds.   It looks to be the security perimeter that was set on January 6, 2021.

Q.   I want to ask, did you have any role in the creation of

this perimeter?

A.   I did.

Q.   What was your role?

A.   We -- myself and other agents assigned to liaison division were presented with the potential of this being the security perimeter on that date, and we adopted it.  Looked to be a reasonable perimeter to establish on that day.  So when presented with it, we basically looked at it, said it looked to be reasonable, and accepted it.

Q.   Now, earlier you told us the overall mission of the Secret Service.  Can you tell us what the overall function of the liaison division was at the time?

A.   Sure.  The liaison division, there's a handful of officers who are assigned to handle visits of our protectees at various departments or agencies in the national capital region.  Five of us were assigned specifically to the U.S. Capitol, others were assigned, again, to other agencies and departments.  And our role is just to serve as site agents, if you will, or supervisors at those sites and ensure that the protectee has access to and from the sites, and then just leading them in areas they need to visit once they are at those sites.

Q.   Taking you back to January 6, 2021, was there a time when a Secret Service protectee was at the United States Capitol?

A.   Yes.

Q.   When was that?

A.   On January 6?

Q.   On January 6.

A.   We had anticipated the visit of Vice President Michael Pence, the second lady, their daughter, and we also had anticipated the visit of Vice President-Elect Kamala Harris at the Capitol that day.

Q.   Are there other agencies that are tasked with protecting the Capitol and members of Congress?

A.   Yes.

Q.   Were you familiar with any of those agencies on January 6th?

A.   In particular, U.S. Capitol police, yes.

Q.   If we can, let's bring up what has not been admitted, but we'll seek admission to Government Exhibit 300.

Now, if I could direct your attention to the screen in front of you, could you tell us what we're looking at here?

A.   Yes.  This is an email that I drafted on Jan 5th, 2021. This email served as a notification to counterparts at the U.S. Capitol police, as well as members of the House and Senate, Sergeant at Arms offices.  Some Secret Service agents were also recipients of this email, just notifying, again, our counterparts at the Capitol we were anticipating a visit of Vice President Michael Pence, Second Lady Pence, and their daughter Charlotte to the Capitol on January 6th, 2021.

Q.   Just to back up just a little bit.  Does what appears on

the screen fairly and accurately depict the email you sent?

A.   Yes.

MR. DREHER:  Your Honor, I would move for Government's 300.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 300 is in.

BY MR. DREHER:

Q.   You told us you were notifying others of the visit.  When did this email occur?

A.   I sent this email on January 5th, 2021.

Q.   Can you tell us what the subject line of the email is?

A.   Yes.  It's HOS notification, visit of Vice President Michael Pence, Mrs. Pence, and Charlotte Pence to the U.S. Capitol, S-214, House and Senate floors, on Wednesday, Jan 6, 2021.

Q.   And did this email have an attachment?

A.   It did.

Q.   If we could go to page 2.  Could you describe what we're seeing on the screen now?

A.   Yes.  This is the Head of State worksheet that was attached to the previous email you showed.

Q.   And what is the purpose of this worksheet?

A.   Just to provide some additional and more specific information, again, to our counterparts at the U.S. Capitol Police, Senate and House Sergeant at Arms offices -- those

would be involved in the visit -- giving specific information regarding points of contact from the Secret Service, locations. There's also an itinerary at the bottom of the worksheet.

Q.   Now, can you tell us a little bit more about the itinerary? Is this when the Vice President was scheduled to arrive at the Capitol on January 6?

A.   Yes.  We anticipated a 12:30 p.m. arrival.

Q.   What does TBD stand for?

A.   To be determined.

Q.   Why were those times to be determined?

A.   So it was explained to myself and the other members of my team that during the certification of the Electoral College votes there would be times where the Senate and House members would have to separate and they would -- House members would stay in the House chambers, Senate members would go to the Senate chamber and there would be some back and forth, depending on if there were any objections to any of the votes. So we couldn't -- we didn't know for sure how many there were going to be, so we knew there would just be some back and forth at to-be-determined times.

Q.   If I can ask, can we do a call-out on the bottom part, the red.  Inspector Hawa, can you read this for us, please?

A.   Yes, "Please anticipate multiple movements by the Vice President between the House chamber S-214 and the Senate chamber prior to departure.

Q.   Can you tell us where the House chamber is inside the Capitol building?

A.   Sure.  So it's on the south side of the Capitol.

Q.   Can you tell us where the Senate chamber is?

A.   It's on the north side of the Capitol.

Q.   Can you tell us what S-214 is?

A.   That is on the north side of the Capitol, it's just behind the Senate chamber.

Q.   So are these locations close to each other inside the Capitol building?

A.   They are at opposite ends of the building.

Q.   So at opposite ends of the building with multiple movements.  Would you move the Vice President through the building itself to achieve these locations?

A.   Yes.  It was just a straight shot across from one chamber to the other on the second floor.

         THE COURT:  214 is a ceremonial office?

         THE WITNESS:  Yes.

BY MR. DREHER:

Q.   Now, would you normally complete these movements by walking inside the building?

A.   That's correct.

Q.   And generally that path, or at least as planned on January 5th, was to be unobstructed in some way?

A.   That's correct.

Q.   Okay.  If we could bring this call-out down.

Were you present at the Capitol on January 6?

A.   Yes, I was.

Q.   And did you meet with the Vice President when he arrived at the building?

A.   Yes, I did.

Q.   Can you tell us approximately what time that was?

A.   12:30 p.m.

Q.   Where did he go next?

A.   From the motorcade we moved up a staircase, known as the member staircase, to the second floor.  So from the first floor to the second floor.  And we went into the back side of the Senate chamber and the Vice President went into his ceremonial office, which is S-214.

Q.   Now, at any point, not only -- I should say, was there any scheduled time that the Vice President was to leave the building that day?

A.   He would leave the building whenever the certification of the Electoral College votes was over.  But, again, that was a TBD time.

Q.   So TBD time, you said?

A.   Correct.

Q.   Now, ultimately, access to the Capitol -- are you aware of whether or not members of the public were able to get into the building that day?

A.   They were not.

Q.   Were other employees of the Capitol able to enter the building that day?

A.   It was mostly restricted to those that had a need to be there.  So if there was official business to be done, then, yes, other employees could have accessed the building.

Q.   If we can, let's bring up again what's already been admitted as Government's Exhibit 205.

Now, the screen in front of you is a touch screen.  Can you show us on the screen where you met with the Vice President that day for the first time?

A.   (Indicating.)

Q.   Just for the record, the witness has marked an area on the Senate side -- or, excuse me, the east side of the Senate wing, is that correct?

A.   That's correct.  It's the Senate carriage entrance.

Q.   So the carriage entrance is where you first met him?

A.   The Senate carriage entrance, correct.

Q.   Now, throughout the day did you stay with the Vice President?

A.   I did.

Q.   Was it your role to stay with him while he's at the Capitol building?

A.   It was.

Q.   So at some point then you went with him to the chamber, the

Senate chamber?

A.    I stayed on the outside.  So he would have walked across from his ceremonial office to the House chamber, via a back hallway.  And I met them -- I met him and the other Senators when they came out on the front side of the chamber.  So I guess you would say on the side of the walking path that we would take to the House chamber.

Q.    Now, looking at the previous schedule and seeing the -- the multiple walks between the chambers was set to occur, but had that schedule changed on January 6th?

A.    As far as moving between the House and the Senate chamber? Not initially, no.

Q.    When you say "not initially," what do you mean?

A.    The schedule changed after we made our first movement back from the House chamber to the Senate chamber based on a security breach.

Q.    If we can, let's bring up Government's Exhibit 301.

So, Inspector Hawa, what's been brought up on the screen is just the first frame here of this video that lasts for 1 minute and 18 seconds.  Is this video familiar to you?

A.    Yes.

Q.    Is this something that you've seen prior to your testimony today?

A.    I have.

Q.    Now, on January 6 was there any particular type of

equipment that you were -- that you had?  Maybe a radio or other equipment?

A.  I did.

Q.  And were you able to monitor the transmissions that were occurring over your frequencies on that day?

A.  Yes, I was.

Q.  Also, during that day you were inside the Capitol and experienced some of the events?

A.  Yes, I did.

Q.  Based on what you experienced and your review of this video, does it fairly and accurately depict the events that occurred inside the Capitol on January 6, 2021?

A.  It does.

MR. DREHER:  Your Honor, I would move for the admission of Government's 301.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 301 is in.

BY MR. DREHER:

Q.  If we can, let's play this to 1 minute and 1 second, please.

(Video played.)

So we've paused it right here at 1 minute and 1 second. It looks like there's two individuals in this frame.  Can you tell us who these individuals are?

A.  Yes.  One of them is a member of the Senate staff and the

other one is myself.

Q.   Are you able to circle yourself?

A.   Sure.  (Indicating.)

Q.   Thank you.  Now, we also heard some radio traffic in that portion.  Are you familiar with who we heard?

A.   Yes.

Q.   Were they all members of the Secret Service during this period of time?

A.   Yes.

Q.   Okay.  Now, different areas were also -- different areas of the Capitol were also depicted in this first portion.  Can you tell us, based on your understanding of the Capitol building, how close those areas with rioters were to where you're at now?

A.   Yes.  So the group of rioters that you saw in one of the clips was the same group of rioters.  I came across them at the bottom of the staircase shown in this picture here.  They -- that group of rioters then moved up another staircase to the second floor, which is the same floor we are on.  So they are actually outside of the Senate chamber in some of the footage that you saw.

Q.   Is the Capitol known for its acoustics?

A.   Yes.

Q.   Okay.  Can you tell us what sounds you heard at that moment?

A.   Sure.  It's a, I mean, very large building, so it's very

echoey.  But I heard glass breaking, you know, chanting, yelling.  You could hear, you know, the law enforcement over the radios, we could hear Secret Service over the radios.  Yeah, it was loud.  It was definitely indicative of individuals breaking through doors and windows, loud sounds.

Q.  Now, is it your understanding that one of the functions of the Secret Service is to protect the Vice President?

A.  Yes.

Q.  And upon hearing that and the radio transmissions as well, was there any actions that you took?

A.  Yes.

Q.  What actions did you take?

A.  So, we -- as soon as we knew of the security breach, we began enacting what we call an emergency action plan, which is a plan that we have in place with secondary routes, or a diversion from the original plan of the day.  Obviously, it's a plan in place to use as an alternate to keep our protectee safe.

So as we monitored the initial breach that we learned of earlier in the day, we adjusted our plan accordingly.  So at around 2:30, a little before 2:30, a decision was made to relocate the Vice President and his family to a more secure location.  It was getting -- again, as you can see in this video, we had protestors on the breached -- had breached the Capitol on the House side, as well as the Senate side, and we

didn't want to be in a position where we would be trapped with our protectee, the Vice President, in this location.

Q.  If we can, let's play the remaining portion of this exhibit.

(Video played.)

And if we could, let's bring up Government's Exhibit 302.

Now, Inspector Hawa, if I can again direct your attention to the screen in front of you.  We brought up a video clip that is approximately 33 seconds long.  Is this something that you've seen before?

A.  I have.

Q.  What is your understanding of what this is?

A.  This is the moment that we decide to relocate the Vice President, the Second Lady, and their daughter to a more secure location.  So we lead them to a different area.  And you'll see the detail and the Vice President's entourage leave from the doors you see on the right of the screen.

Q.  Again, are you depicted on this screen?

A.  I am.

Q.  If you can, can you circle yourself for us?

A.  (Indicating.)

Q.  Thank you.  And in your review of this clip, does it fairly and accurately depict the events that you experienced on January 6th?

A.  It does.

MR. DREHER:  I would move for the admission of 302.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 302 is in.

BY MR. DREHER:

Q.  This clip picks up almost immediately after the previous one?

A.  It appears so, yes.

Q.  If we can, let's play for 14 seconds.

(Video played.)

Inspector Hawa, can you tell us, do you recognize any of these individuals that were captured in the first 14 seconds?

A.  Yes.  Members of the Secret Service, as well as the Vice President, the Second Lady, and their daughter Charlotte.

Q.  Let's play the remaining portion of this exhibit.

(Video played.)

Actually, let's stop right here.

If you could for us, before we bring this down, can you read the timestamp for us?

A.  Sure.  It's 2:26 and 19 seconds p.m.

Q.  Thank you.  And we can bring this down.

Now, after the events of this video clip, did you stay with the Vice President throughout the day?

A.  I did.

Q.  And how long was he in the building for?

A.  He was in the building until the next day.  But we moved

him to the secure location. He was in that location for approximately five hours.

Q. At some point did he return to either the House or the Senate chamber?

A. He did. He returned to his office, S-214, and then at some point moved over to the chamber, Senate chamber. And then I want to say just before 9 o'clock p.m. he led the senators back over to the House chamber.

Q. Now, were you involved in the clearing-out process of the Capitol at all?

A. Somewhat, yes.

Q. What was your role in that?

A. I took some of the tactical team members back through the path that we would be taking the Vice President from the secure location back to his chamber, and then walked the areas that we would be walking the Vice President from the Senate chamber to the House chamber, just to ensure the path was clear and just to run the tactical team members through our routes.

Q. Now, earlier this Court may remember a stipulation was read that the Vice President also took part in the certification process. Were you present for the remainder of that process as well?

A. I stayed with the Vice President until approximately 12:30 a.m. on January 7th, and was then relieved by another agent because there was anticipated that I would have to come

back early in the morning to pick up if they were still handling the certification.

Q.  So from what we saw on that video clip at 2:26 p.m. until you left the building, at any time did the Vice President leave that restricted area that we saw on Exhibit 205?

A.  No.

MR. DREHER:  Your Honor, I have no further questions.

THE COURT:  All right.  Any cross-examination, Mr. Roberts?

CROSS-EXAMINATION

BY MR. ROBERTS:

Q.  Good afternoon.

A.  Good afternoon.

Q.  You mentioned the office, 214, of the Vice President.

A.  Yes.

Q.  Now, were you permanently stationed at the Capitol at that time?

A.  I was.

Q.  Okay.  And you deal with not only, I guess, when the Vice President comes, but others, say, heads of state, things like that?

A.  That is correct.

Q.  So, now, this office that he has there, that's his office, right?

A.  It is an office for use by the Vice President, yes.

Q.   I mean, and it's got his title on there?

A.   I believe it says -- I know it says S-214 outside of it.

Q.   Okay.  But anyway, that's the office that the Vice President uses, right?

A.   That's correct.

Q.   Okay.  And when the Vice President comes to the Capitol, say, to break a tie in the Senate, are you there?

A.   Yes, we would be there.

Q.   Okay.  Would he go to that office?

A.   Sometimes, yes.  We've had Vice Presidents who arrive and would walk straight to the chamber, and sometimes they go to the office.

Q.   Okay.  They can work in that office?  They got a phone there and that kind of thing?

A.   Yes.

Q.   Okay.  Now, regarding this map that you were shown with the red line, did you place that red line there?

A.   I did not place that red line there.

Q.   Did Secret Service place that red line there?

A.   As far as drawing the actual document up?

Q.   Yeah.  I mean, the red line, was that placed by the Secret Service?

A.   It was agreed to by the Secret Service, but I didn't create that document that was shown.

Q.   Okay.  That's a separate issue.  So it was not placed by

the Secret Service?

A.  When you're saying "placed," I'm asking you to clarify what you mean by "placed."

Q.  You're saying it was adopted?

A.  Correct.

Q.  What I'm asking is, when it was adopted, was that red-lined?

A.  There was a document that was presented to us -- not that exact document, but one that was similar -- that had the exact same line, if you will, that showed the security perimeter, was presented to us and we accepted it to be, like I said, a reasonable security perimeter.

Q.  Have you seen that document?

A.  Which document?

Q.  The one that you say this red line document was adopted from or similar to.

A.  Yes, it was presented to us.

Q.  Okay.  So is that document with the red line, is that sort of a facsimile or a copy of it?

A.  Yes, it's a similar version.

Q.  And on the original version is there a line for a security area, security perimeter?

A.  Yes.

Q.  Okay.  The last trial I questioned you about we asked for that document and didn't get it.  Have you seen it since at trial?

A.   Not since I originally saw it, no.

Q.   Were you looking for it after that trial?

A.   I believe Secret Service -- we had to do a document retention, so we had to sort through our documents.  But that document was not created by us.

Q.   Okay.  So -- well, anyway, you didn't have -- wouldn't you have a copy of it?

A.   I was shown a copy of it.

Q.   I know, but wouldn't the Secret Service maintain a copy of that?

A.   No, not necessarily.

Q.   And to your knowledge, nothing was ever produced, right?

A.   I don't know the answer to that.

Q.   All right.  Now, to your knowledge, was there any public publication of the restricted area?  I'll call it restricted area, the part that was within the red -- the boundary and the enclosed area, was that ever published to the public?

A.   I can't recall.

Q.   Is it the practice to publish that to the public in some way?

A.   It depends.  Sometimes we -- we or Capitol Police would publish secure perimeters.  Sometimes yes, sometimes no.

Q.   Completely just with a flip of a coin?

A.   I don't work in our media relations, so I can't tell you how that's --

Q.   You don't know about a practice that requires publication?

A.  I don't.

Q.  And in this case you don't know that that boundary and the area were published to the public?  You don't know that?

A.  I can't recall.

Q.  In fact, it wasn't, isn't that correct?

A.  I can't recall if it was or wasn't.

Q.  When you have a restricted -- you're familiar with 1752?  18 U.S.C. 1752.  I'm sure you are, right?

A.  Yes.

Q.  Is there any way of notifying the public that this is a restricted area in the sense of 1752?  That is, an area which is posted, cordoned off, or otherwise restricted, and where the Vice President or some other protectee is temporarily visiting.  Is there any way that you know of that the public is notified of that fact?

MR. DREHER:  Your Honor, I'm going to object and ask for a sidebar.  I don't know if we're able to do that here, but I certainly would rather the objection be heard outside the presence of the witness.

THE COURT:  All right.  Counsel can approach.  And Inspector Hawa, if you could just step down for a moment.

(Sidebar:)

THE COURT:  I just need you to speak right there.

MR. DREHER:  Your Honor, there was a motion in limine filed regarding current practices and procedures in the

United States Secret Service as it relates to national security.  I don't believe we've quite gotten there yet, but I am concerned in terms of what the practice of the Secret Service is in protecting protectees, especially if talking about current practices or sort of their ongoing function of protecting protectees outside of the context of January 6, given that there is information that could lead to potentially obstructing the ongoing role of their protection.

THE COURT:  Okay.  I think Mr. Roberts is just going to notice.  Am I correct about that?

MR. ROBERTS:  Yes.

THE COURT:  I don't see any concerns there.  So, I don't know, if there's an objection, I'm overruling it.

MR. DREHER:  Yes, Your Honor.

THE COURT:  Mr. Roberts, I don't take it that you're going to be getting into current.

MR. ROBERTS:  If I do, I'll try and give you all a heads up.

THE COURT:  All right.  Thanks, gentlemen.

(Open court:)

THE COURT:  Inspector, you may retake the stand.

I'm overruling the objection.  If you want to re-ask the question, Mr. Roberts.

MR. ROBERTS:  Okay.  If I can remember it.

BY MR. ROBERTS:

Q.  Is there any way that the public is notified -- the public -- is notified of a restricted area as defined by 1752, since you already know what that is.  And my question is:  Is there any way the public is notified of that?

A.  Well, there's several ways.  So, yes, it could be, as I mentioned, via a media relations angle, where it gets released in the press.  Again, I'm not the decider of when or how that would be decided, if that was to be shared with the public.  But then also, at the site itself, there would be signage posted by either Secret Service or the other entities that we're working with to secure a perimeter.

Q.  Okay.  But, I mean -- okay, let me be specific.  January 6, you're unaware of any kind of notification to the public of a restricted area under 1752?

A.  I don't recall if any restriction was made public.  I don't know that we would get specific into the actual authorities of 1752 that would be causing a closure.

Q.  Have you ever been, let's say, to Mar-a-Lago or residence of the President where there is a sign notifying people of restricted areas?

A.  Yes, we use signage for restricted areas.

Q.  All right.  And don't those signs there indicate the actual statutory authority for the restricted area?

A.  Again, we use various signs.

Q.  It varies.  Okay.  Doesn't it actually say this area is

Case 1:23-cr-00368-TNM   Document 49   Filed 09/06/24   Page 114 of 245   114

restricted under a particular statute?  Doesn't it say that?

A.   I can't recall ever using signs like that at any of the signs I've done.

Q.   Doesn't it say you'd be subject to arrest and prosecution?

A.   I believe there's some more specific verbiage on signs that would be located outside, let's say, magnetometers with regard to restrictions on what can be brought into a site.

Q.   There was some signs -- there's some evidence in this case there were signs out there on the West Lawn, various places, Area Closed by Order of the Capitol Police Board.

A.   That's correct.

Q.   Are you -- is it your testimony that that sign is sufficient to put someone on notice of a restricted area under 1752?

A.   I think it is appropriate signage for notifying the public of a restriction.

Q.   Why?

A.   Because it says the area is closed.

Q.   Yeah, but it doesn't say the area is restricted.

        MR. DREHER:  Objection, Your Honor.  Argumentative.

        MR. ROBERTS:  I don't mean to argue.

BY MR. ROBERTS:

Q.   Is it true that that sign does not say that the area is restricted?

A.   The verbiage that you stated is the correct verbiage:  The

area is closed by order of Capitol Police Board.

Q.   Right.  And not by order of the Secret Service, correct?

A.   That's correct.  But that's not atypical.  An example I could use would be Andrews Air Force Base.  If there's signage on the fence line that we adopt as our restricted perimeter, the signage would be what's placed by the military and not by the Secret Service.

Q.   Okay.  Let's deal with the situation like January 6, where you've had members of the public, large numbers of people coming.  You're not suggesting that that sign is sufficient to tell someone that this is a restricted area under 1752, right?

A.   I am comfortable saying that I think the signs that were used that day made it clear to the public who would be approaching those signs that the area was closed and they should not continue forward.

Q.   Okay.  Let me play with you a little bit.  Suppose it just said "No Trespassing."  Would that be sufficient to tell someone that this is restricted in the sense of 1752?

MR. DREHER:  Objection, Your Honor.  Your Honor, I would object to relevance.  I believe we've gone past what would be relevant for this witness.  I would ask -- I would object to relevance.  I believe we've gone past what would be relevant to this case and this witness's opinion about what -- which particular signs would be sufficient.  It would not make any fact in this case more or less likely.

THE COURT: Yeah, I feel like you're kind of getting into -- you're making interesting legal argument, sir. And not sure how this is going to factual issue for Inspector Hawa.

MR. ROBERTS: Since she is indicating that she has something to do with the setting of the perimeter, I think she would be an appropriate witness to ask this question of.

THE COURT: All right. I'll give you a little latitude, but I really -- I mean, obviously I've written on this, other judges have written on kind of the legal question here, which is a very fair one to make, but I don't know that you're going to get very far with Inspector Hawa.

MR. ROBERTS: Okay. I'll ask the question again. If I'm wrong, cut me off.

BY MR. ROBERTS:

Q. But, a No Trespass sign would not be sufficient, would it, to tell someone -- to tell a member of the public that they're facing prosecution under 1752, would it?

A. I would think that no trespassing means just that, it means no trespassing. So it means someone should infer from that that if they trespass, there would probably be a penalty.

Q. A penalty under 1752?

A. Well, I can't get to what they would think or not think it would be.

Q. Good answer.

There were, though, officers, Secret Service officers

out on the perimeter around the Capitol to enforce any restricted area there, correct?

A.   That is correct.

Q.   Is it your contention that you actually spoke to someone at the Capitol, spoke to someone from the Capitol Police, whether it be the Capitol Police, the Board, or whatever, about the setting of these perimeter?

A.   Yes.

Q.   Okay.  Now, I don't want to trap you here, but we went over this in another trial.  Let me see if this refreshes your recollection.  You gave testimony on March 21st, 2022, before this member of the bench, in the case of *U.S. versus Couy Griffin*.  Do you remember that?

A.   I do.

Q.   I just asked you about this a couple of months ago.  I know you've got a lot of things on your mind, but let me ask you: You testified, at page 247, line 14, as follows:

     "You're not personally familiar with any conversations between the Capitol Police and Secret Service about setting the restricted area, right?"

     Your answer:  "Not that I recall.

     "Do you know someone at your agency who is familiar?"

     Answer:  "Not that I recall.

     "So you were a member of the liaison team at the Capitol with the Vice President and you do not know whether the Capitol

Police spoke to the Secret Service about setting a restricted area?"

Answer:  "I can't speak to that, no."

Do you remember that testimony?

A.   I do.

Q.   When the Vice President was relocated, was that underground?

MR. DREHER:  Your Honor, I'm going to object and ask for another sidebar.

THE COURT:  Overruled.  This is already in the public record.

MR. ROBERTS:  Yeah, yeah.

BY MR. ROBERTS:

Q.   It was underground, correct?

A.   That's correct.

Q.   In a parking garage, correct?

A.   Incorrect.  It was a loading dock.

Q.   Loading dock.  Sorry.  That's below -- when I say below ground, below which floor of the Capitol?

A.   Oh, gosh.  I can't recall the exact level.

MR. ROBERTS:  All right.  That's all I have.  Thank you.

THE COURT:  Redirect, Mr. Dreher?

MR. DREHER:  No, Your Honor.  Thank you.

THE COURT:  All right.  Inspector Hawa, you may step down.  You're free to go.

MR. DREHER:  Officer Jason Sterling.

THE COURT:  All right.

THE COURTROOM DEPUTY:  Sir, if you could please raise your right hand.

JASON STERLING,

was called as a witness and, having been first duly sworn, was examined and testified as follows:

THE COURT:  Good afternoon, Officer.  Have a seat.

DIRECT EXAMINATION

BY MR. DREHER:

Q.  Good afternoon, sir.  If you wouldn't mind introducing yourself and spelling your last name for the court reporter?

A.  My name is Jason -- Officer Jason Sterling, with the Metropolitan Police Department.  Sterling is S-T-E-R-L-I-N-G.

Q.  Thank you.  How long have you been employed with the MPD?

A.  About six years now.

Q.  Can you tell us what the mission or role of the Metropolitan Police Department is?

A.  We actually provide a variety of services.  But, you know, to safeguard the public.

Q.  Are your role or responsibilities solely focused on the Capitol?

A.  No, sir.

Q.  What is the -- your jurisdiction?

A.  The Sixth District, the southeast and northeast quadrant of

D.C.

Q.   Okay.   Now, were you working for Metropolitan Police on January 6 of 2021?

A.   I was.

Q.   What was your role on that day?

A.   I was assigned to my CDU platoon, CDU 63.

Q.   Can you tell us briefly what CDU means?

A.   Civil disturbance unit.

Q.   What function does a CDU unit have?

A.   We respond to a variety of First Amendment demonstrations, plenty of -- pretty much just First Amendment, you know, assemblies that's going on, what we consider, in my District, uptown.

Q.   Up to what?

A.   Uptown.

Q.   Oh, uptown?

A.   Yeah.

Q.   Now, did you receive any specialized training to be part of the CDU unit?

A.   Yes, we do -- I believe it's by annual training, where we utilize OE -- or, we get experience with the different munitions and formations, tools, and other protective gear.

Q.   What sort of equipment are you given when taking the CDU role on?

A.   Based on -- we are issued gloves, a riot baton, a helmet,

shield, gas mask.  That's pretty much the base level equipment that you're issued.

Q.  And on January 6th did you have any additional specialized equipment associated with your role?

A.  I did.  I believe -- I may have been issued a -- at least E squad had a MK, which is a larger OC can.  I can't remember if I had one particularly.  But I do know, like, with our squad we at least had one, and we also had at least one riot shield.

Q.  What time did your shift begin on January 6th?

A.  I'm not exactly sure of the time that we started.

Q.  Did there come a time when you arrived at the United States Capitol on that day?

A.  Yes.

Q.  And how familiar are you with the Capitol?

A.  Other than, you know, you may see in passing on TV, I'm not too familiar with the Capitol.

Q.  Prior to January 6 had you ever been to the Capitol before?

A.  Never been to the grounds at all.

Q.  And since January 6th have you been to the Capitol grounds?

A.  No.

Q.  What took you to the Capitol on January 6th?

A.  Briefly, had a roll call for my specific platoon, for 63. We were responding to -- I believe one of our CDU lieutenants, or inspectors, I believe, he called out a 1033, which is basically officers in trouble, or officers need assistance, and

we pretty much coded from the Sixth District all the way up to the Capitol.

Q.   And when you arrived at the Capitol, what did you see?

A.   I mean, the best way I describe it is like chaos.  You just saw people all over.  I believe when we pulled up it was on the side street of the Capitol and, you know, we was pretty much -- I think I had a van that particular day and when I got out, I helped a couple of my guys, you know, get their gear.  Like, it's hard to sit inside the van with the riot batons and so forth.

So, you know, I was the driver, I helped get, you know, a couple of guys their gear together, they got in formation, started walking up the street.  I did the same, actually, at the -- you know, a couple of feet walking I had to run back and get my riot baton.  But nonetheless, we parked, like, on the street on the side of the Capitol, marched up. And we approached, like, you know, some vegetation, like some bushes or something.  And then you see white shirts with -- the shirts weren't white, but they were telling us get up there and, you know, assist your partners.

Q.   Okay.  So when you say "white shirts," what do you mean?

A.   Those are like lieutenants, captains, and above.

Q.   So people in charge?

A.   Yes.

Q.   Earlier you told us there was a 1033 call.  Do you remember

where that call came from?

A.   It was from the Capitol.  Like I said, the -- what I assumed that -- I really think it was, you know, one of our regular special operation division officials that had called that out and we automatically knew where to go.  And we had our short briefing in roll call for CDU, kind of telling us our assignments.  And, like, we only had, you know, a short period of time to get ready, get in the vans and get down to the Capitol.  And before we actually got the lineup to do like a proper caravan down, you know, we heard the call and we had to speed it up to get down there.

Q.   Are you familiar with what agency is generally responsible for the protection of the Capitol?

A.   The Capitol Police.

Q.   All right.  And when you arrived at the Capitol on January 6th, was it your thought that you were assisting the Capitol Police?

            MR. ROBERTS:  Objection, Your Honor.  Leading.

            THE COURT:  Sustained.

BY MR. DREHER:

Q.   Were you able to see any individual people that were not in uniform outside of the Capitol?

A.   Not uniformed?  I mean, there was people all over.  So you're referring to --

Q.   When you arrived, did you see any sort of signage or

fencing around the Capitol?

A.   I believe I saw some -- what do you call them? bike racks? Did I pay much attention to them?  No.

Q.   Why is that?

A.   Because, again, I was solely just focused to, like, my platoon leaders and so forth.  So it's -- once we parked on the side, they told us to follow them and, you know, like, say kind of what's going on around.  I didn't -- I wasn't focused too much on everything else around, just kind of following directions of my leadership.

Q.   Understand.  All right, at any point that day were you equipped with any sort of video or audio recording equipment?

A.   My BWC.

Q.   When you say --

A.   My body-worn camera, like I have on now.

Q.   Is that something you're equipped with every day?

A.   Yes.

Q.   On January 6th were you also equipped with that?

A.   Yes.

Q.   Can you explain for us where it is positioned on your body?

A.   Generally center mass.  On that particular day I had a high vis jacket on, so it was affixed to the -- by general order it would be the outer-most garment, so it was on my coat.

Q.   When you say "high vis," is it a particular color?

A.   Yeah, like yellow, like a high visibility jacket.

Q.  If we can, can we bring up Government's Exhibit 600.

Now, sir, if I can direct your attention to the screen in front of you.  I brought up a video clip that is 7 minutes and 1 second long.  Does this look familiar to you?

A.  Yes.

Q.  And did you have an opportunity to review this 7-minute video prior to your testimony today?

A.  Yes.

Q.  And are you able to tell us whether it fairly and accurately depicts the events you experienced on January 6?

A.  Yes, sir.

MR. DREHER:  Your Honor, I would move for the admission of Government's Exhibit 600.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 600 is in.

BY MR. DREHER:

Q.  Now, earlier you told us that generally the body-worn camera is affixed center mass.  Are you able, when you're actually at the location, to see more than what's depicted in this video?

A.  I am, yes.

Q.  Okay.  If we can, let's play until 35 seconds.

(Video played.)

Sir, can you read for us what the timestamp reads at the top right portion of this video?

A.   14:45:36 seconds, so 4:45 p.m. [sic].

Q.   You said 4:45?

A.   Correct.

Q.   Now, do you recall where you were at the time that this portion of the video was played?

A.   At that point in time we were -- me and my unit were in the tunnel.

Q.   What were you doing there?

A.   Assisting the other officers that were already in the tunnel in preventing the crowd from entering the facility through the tunnel.

Q.   Are you able to tell us approximately how long you were in the tunnel that day?

A.   I can't.  It felt forever.  I can't tell you how long I was in that tunnel.

Q.   And when you were inside this tunnel and looking out, can you tell us what you saw?

A.   Just seemed like an endless crowd of people.  That's it. It was just -- I don't know how else I can explain it.  I can't even put a number on it.

Q.   Who was behind you?

A.   More officers.  It wasn't all from my platoon.  It looked like some familiar from another district in D.C.  But, I just know the couple that were in my squad that, you know, we made our way to the front of that unit of officers.

Q.   So in other words, you were at the front of this tunnel?

A.   Yes.

Q.   Were you able to leave?

A.   I eventually left from the front of the tunnel.  I was pulled from the front of the tunnel by the rest of my colleagues.

Q.   Let me ask you this:  What were you able to hear occurring outside of the tunnel?

A.   A lot of shouting, you know, bunch of, like, noise, equivalent to, like, being in just a room full of people waiting for a host to start a meeting.  Just a bunch of noise, a bunch of shouting.  Exactly what was saying, I can't recall any one particular statement.  But it was just a bunch of noise, bunch of chatter.

Q.   Now, in this frame here you have some piece of equipment in front of you.  Can you tell us what that is?

A.   That is a riot shield.

Q.   Is that shield fully functioning?

A.   No.  I mean, it's -- it's functioning to the point that it's still standing, but the handle on the right side is broken.

Q.   Did that affect your ability to be able to use this shield effectively?

A.   Yeah.  I mean, at that point in time, like the -- so the way the handles are kind of made, to evenly distribute the

weight of the shield and so forth.  I can't remember, I think that was one of the taller shields, but it's awkward to hold one proper handle and the other that was bent.  So --

Q.  Okay.  Can you, I guess, give us an estimate of the number of people that were on the other side of that shield?

A.  I mean, directly in front of it, I mean, you can see -- I can't give you a number.  Like the crowd is -- it was an endless crowd of people.  So if you're just talking about the first couple of feet, you know, the entire crowd, it's -- you know, again, it's a large number of people.

Q.  All right.  If we can, let's play this clip now until 1 minute and 35 seconds.

(Video played.)

All right.  We've paused here at 1 minute and 35 seconds.  On the -- looks like on the right side of the screen we can see something there.  Can you describe for us what that yellowish thing is?

A.  So, my jacket wasn't zipped up, so that's like the portion of my jacket.

Q.  So that's what you mean by high vis?

A.  Correct.

Q.  Do you recall if you were the only officer wearing a high visibility jacket?

A.  I was not.  It was a couple of us that had a jacket on.

Q.  And to your recollection, do you recall if any of the

officers inside of the tunnel were outside -- or, excuse me, were out of uniform?

A.   Um --

Q.   Let me rephrase that because I didn't do that as eloquently as I thought I had.  Were there any officers inside the tunnel that were not wearing a uniform?

A.   Well, the -- I don't believe any officers was not in uniform.  But were we all wearing the same uniform?  No.  So some guys had -- which I assume they were in the 62 squad, which is the hard platoon, you can see some guys that had hard gear on.  Much like myself, I'm not equipped with hard gear, so I would have just maybe a jacket on and that's it.  You know, maybe some gloves, the gas mask and my CDU helmet.

Q.   So during this period of time you didn't have any hard gear on you?

A.   No.  The hardest gear I had was my helmet.

Q.   Let's play until 1 minute and 43 seconds.

THE COURT:  I've got a question:  How was your shield damaged?

THE WITNESS:  So, I'm not sure how that shield was damaged per se because that wasn't the shield that was issued to me.

THE COURT:  I see.  You picked that up during the day?

THE WITNESS:  Yes.  Yes, sir.  Sorry.

BY MR. DREHER:

Q.  If we can, let's play to 1 minute and 43 seconds.

(Video played.)

So, can you tell us what we just observed there?

A.  So, there was actually a shield on the opposing side of me and my squad that was, you know, ramming our shields.

Q.  And so was this an individual outside of the tunnel trying to get in?

A.  Correct.

Q.  Can you tell us what the timestamp reads at the top?

A.  16:46:43 seconds.

Q.  Can you tell us what was going through your mind at this time?

MR. ROBERTS:  Objection, Your Honor.  Relevance.

THE COURT:  Overruled.

BY MR. DREHER:

Q.  Can you tell us what was going through your mind at this time?

A.  Pretty much the fact that they were really -- our line was really being tested.  Typically when, you know, we hold our CDU lines, it's pretty much that, we just holding the line and whatever crowd is voicing whatever their stance is, that's what they're doing.  But at this moment we had a couple of people in front of us that we were -- you know, using force.  They were ramming our shields and so forth.  So the whole thing is -- at

this particular time we're just trying to figure out how is this going to end?  Because I already feel that we're outnumbered.

We're in this small tunnel but we have this endless group of just physical abilities that is ramming us, trying to get us in.  So we were, you know, forced with force -- or, forced with just stationary -- potential force.

Q.  Understand.  So for this next portion it's going to be short, but I'm going to direct your attention to this portion of your screen and just have you watch that portion of the screen, okay?  Is it?

A.  Yeah.

Q.  Let's play until 1 minute and 43 seconds -- or, excuse me, 1 minute and 46 seconds.

(Video played.)

Sir, were you able to see that portion of the clip?

A.  It seemed like briefly something hit the shield at that point, and now it's like a hand or something that's -- I believe -- no, I don't know what the object was that tapped it before you paused it, but that's a hand that's resting on the shield.

Q.  Okay.  So let me go back to how you're experiencing the objects on the shield.  Are you able to feel that?

A.  So, with holding the shield, yes, because, again, like I said, the only good handle I have is on the left, so you

have -- I mean, for me personally, I can't speak for anybody else, but it's a distraction trying to hold the shield that you've been trained to hold it a certain way and now you're trying to improvise with this damaged handle while there's objects and, you know, physical force that you're meeting on the opposing side.

So each time something clashes on that shield, you feel the impact.  And I'm not sure if you can see it anywhere in this clip, but I'm pretty sure I've readjusted my right hand several times where I had this shield, just trying to properly, you know, get ahold on the right portion of that shield.

Q.  Now, while you were at the front of the tunnel during these portions of the clips, were you able to see into the crowd?

A.  Yes and no.  So, my challenge that I faced that day is the fact that -- I mean, you can see it just with this particular still shot of my BWC, that the shield that's meant to be, you know, clear is not.  So not only that, I had the visor that I was -- lack of better words, playing with, trying to see how I can best still kind of shield my face and see, you know, out to the crowd.  And on top of that, I also had my gas mask affixed to my face.  So much like that riot shield, I had, you know, substance on it as well, which we assume was the bear mace that we were told was used against us and, you know, other OC spray.

Q.  All right.  If we can, let's play until 2 minutes and 31 seconds.

(Video played.)

Now, you told us earlier about the vantage point that you had through the shield, through your face shield, through the gas mask.  Were there any other reasons why your vision was obstructed?

A.  Some sort of smoke came from the other side that started, you know, dispersing in front of us.  It didn't come from the rear, from what I was under the impression of.  But it was definitely like some sort of smoke that was, you know, immersing in front of us.

Q.  Does that affect your ability to be able to combat what you're faced with in front of you?

A.  It further disoriented -- at least myself, disoriented me a little more because, again, it -- at the end of the day I'm processing this at one time.  You know, it's definitely a level of force that I, me personally, I haven't met within my career with MPD.  You know, and up until January 6, we didn't per se train -- you know, we do research certification, what have you, we didn't train too much with walking through smoke and still, you know, having objects thrown at us.  Since that we have implemented that sort of stuff in training.  But that particular day it was kind of on the fly.

You know, you're processing that, wondering what's going to come next.  And, you know, already have -- you know, I've sustained a couple of blows to the shield and, you know,

random deflection of objects, but now you have the smoke there, too. So now it was more so like, what's next? It's like it's levels to, you know, what objective we're facing.

Q. So when you say "what's next," were you experiencing that perhaps you could sustain bodily injury?

A. So --

MR. ROBERTS: Objection. Leading.

THE COURT: Sustained.

BY MR. DREHER:

Q. What do you mean by "what could happen next"?

A. So, that day, on top of just not warming up and anything, you know, just the fact that once we got into that tunnel we're on frontline, we -- at first the crowd just seemed to be standing there and then you started, you know, taking blows from different projectiles, you started getting -- you know, you kind of saw just a few seconds ago there was actually some sort of like, you know, maybe a wooden table leg that's not just thrown, but is actually swinging like a bat. So you're sustaining the impact from that type of -- you know, just make it simple, that type of weapon, and now, you know, it's escalating to the point where they have us distracted by throwing -- we got random -- from random directions we got random objects being thrown at us, random objects we're being struck by, now there's smoke. Is that smoke -- you know, in my mind, is that smoke just a distraction for something else?

So it seemed like it was just escalating to something else bigger.  You know, maybe someone else was in the crowd, you know, devising another plan.  We just didn't know, I didn't know.  So when I say, well, what's next?  Again, what's next?  Because now I have a smokescreen in front of me, I have a dirty shield, a dirty face mask, again, what's going to come next?  And I can't necessarily see clearly what's in front of me or what's going to happen next.  So it's, again, the best way I can say it, I'm just sitting there like a sitting duck, like what's next?  What's going to come next?

Q.  I understand.  If we can, let's play this clip until 3 minutes and 20 seconds.

(Video played.)

Can you tell us what's going through your mind at this point?

A.  Again, it's still like kind of what's next type of ordeal because now from just a simple, you know, device that -- you know, created smoke, now we have an explosion, you know, that's coming to us.  You know, and it actually -- like I say, you just saw, it went off.  But, you know, in my mind I'm not equipped for this.  It's like in all my other deployments -- you know, we've been met with bottles being tossed at us and other liquids and so forth, but at this point in time we're in a tunnel, there's no real way -- no real means of escape, you know.  Like say, for instance, just trying to paint the

picture.  But, you know, even if I decided, you know, to try to jump out the way, there's no way to jump out.  What I see in front of me, what I interact in front of me, my colleagues behind me, they're not going to see the same thing.

So if that was something like a bigger sound, they may hear it, but at the end of the day, I'm front line in whatever munitions are coming my direction.  It's still like I'm sitting there, my only option is to pretty much sit there, and the way the saying goes, just hold that line, just holding the shield.  I have no other munitions, I have nothing else to defend myself and it's just like I'm going to sit here and I don't know if these explosions are going to get larger or whatever.  But, you know, it's, again, kind of like the oh, boy moment.

Q.  If we can now play until 5 minutes and 5 seconds.

(Video played.)

Now, just a second ago we see a helmet in the frame.  Do you recall whose helmet that was?

A.  That was my helmet.

Q.  Can you tell us what happened?

A.  So, that series of events right there, guys were ramming the shield, we got stuff flying above, you kind of see me readjust the shield.  The way those shields are designed, they're designed to kind of interlock.  At that time I did get that interlock, but at the same time we were taking stuff from

above head, below head, so forth. So between the ram attacks and the objects, you know, being tossed and so forth, I kind of -- I think I lost my shield like close to that point of time and then my head kind of ducked down. Once my head was ducked down someone reached behind and just ripped both my helmet and gas mask off at one shot.

Q. And so at this point you no longer have a helmet, you no longer have a gas mask?

A. No, sir.

Q. Okay. Let's play until 6 minutes.

(Video played.)

So you told us you're at the front of the tunnel, now without a helmet, without a gas mask. Can you describe for us what happened during that portion?

A. So, just before -- just as I -- I lost my shield, I also lost my footing a little bit. I'm not sure if I said it today, but one of the other obstacles or challenges that we faced in the tunnel was the fact that there was a lot of debris and liquid substance that was on the floor. So with that tug-of-war type of style of match right there with the tunnel -- I'm sorry, with the shield, when I finally kind of lost my shield and my helmet, I also lost -- my left foot slipped and someone grabbed it and once they grabbed my foot, you know, I lost my helmet, I kind of notice that -- around the time when I say "Oh, shit," that was when I lost my foot and

they had ahold of my left foot and at least one of my partners grabbed ahold of my right arm.  And at that point I was the rope of a tug-of-war match with whoever had my left foot in the crowd and my partners that had my right arm.

Q.  And so later on then we see you come through the tunnel, through the other officers, into the back?

A.  So, yeah, they pretty much continued to pull/pass me on to the next officers that pretty much had my back and pulled me into, I guess, the hallway of the tunnel.

Q.  Let's play the remaining minute of this exhibit.

(Video played.)

You described it for us earlier as being the rope in a tug of war and in that portion of the clip we see you trying to get back to the tunnel.  Why is that?

A.  It was a little bit of a issue with struggle of maintaining composure, pride and professionalism.  I guess at that point in time I kind of went to the point where, you know, I was -- I wanted to get back into the fight, per se.  Granted, they took my equipment.  I wanted my equipment back and I didn't want to be taken out, out of line.  You know, I still wanted to help the rest of my team that's in front, I wanted my equipment back.

So I was -- I mean, granted, at the same time I was processing the fact that I don't have the proper equipment to get back, you know, to hold the line or whatever is next within

our objective.  But that was it.  I mean, like even -- even once I was in the hallway, I was still trying to process exactly what exactly took place.  The entire time, you know, it's just being tested, you know, like at that -- I just had my equipment taken from me, my equipment is taken from me, a little bit of my, you know, my -- I just felt disrespected.  I felt smaller, less than the officer I was, that someone was able to take my equipment from me.  But nonetheless, I mean, my team knows I'll stay in the fight.  You know, I want to -- I'm going to be right beside you.

So, that's just it.  I mean, it was a little bit of all of that, even when the guys say, look, you can't go back out there, you don't have a helmet, you're not in condition to go out there.  So, I mean, yes, I can't lie, I was angry, I wanted to get back out there.  And maybe I wasn't thinking rationally, but I wanted to get back out there.  You know, even if I had to borrow someone else's helmet, I just wanted to get back out there.

Q.  In your career as a police officer, have you ever experienced any other events like January 6?

A.  Nothing to that magnitude.  I mean, I've had people during protests that -- their emotions are high, but the most that they have done face to face was to, you know, stare me in the eye while they had -- this one particular guy, he had a skate board, like he's ready to swing it, and we were just locking --

you know, we was in a face-off that way.  But someone to just pretty much act like there was no limits, you're face to face with a team of officers and you're still going to take one and pull them into a mob, I never had any experience like that. So, you know, yeah, that was definitely a first in the highlight in my career.

Q.  What time did you finally leave the Capitol on January 6?

A.  It was wee hours in the morning, even after another agency came and cleared out what was in front of us.  I can't remember what agency it was, but once we cleared that out -- I mean, it was hours, and even once we got the line cleared out, I think we were sent to the mayor's -- the mayor's neighborhood to stand by over there.  Like, it was -- it was a long day.

So even after that, somehow I was able to find my helmet, also a gas mask.  So I was reissued a gas mask.  And, like I said, it wasn't going home.  We had to go on to the next objective.  And I want to say that night we went back to the mayor's house.

Q.  Just to clarify -- you don't need to tell us exactly where the mayor's house is -- is that in 6-D?

A.  It's not in 6-D, it's somewhere else in D.C., where I'm not privileged to go on a regular basis.  So, but nonetheless, definitely -- we didn't go home after that.

MR. DREHER:  Thank you.  Your Honor, I have no further questions.

THE COURT:  All right, Mr. Roberts.

CROSS-EXAMINATION

BY MR. ROBERTS:

Q.  Good afternoon, Officer.

A.  Good afternoon.

Q.  So did you say you were a police officer, MPD for 15 years?

A.  No.

Q.  I'm sorry?

A.  About six years now.

Q.  Six years ago.  Okay.  And you're -- you've had the CDU training?

A.  Yes.

Q.  Okay.  Now, did you -- were you wearing a riot shield that is a face shield?

A.  Yes.  I never refer to it as a riot shield, but a face shield that's attached to my helmet, yes.

Q.  Attached to your helmet, comes down over the face?

A.  Yeah.

Q.  Okay.  And you had a gas mask on, right?

A.  Correct.

Q.  Okay.  Now, that was a long day for you.  You talked about working until wee hours the next morning.  Did you happen to make any kind of a report about this particular incident?  That is -- and by that I mean we're here about this smoke, the object that produced smoke, hit your shield and produced smoke.

Did you happen to do a report about that?

A. I didn't personally make a report. In my understanding there was one report made for our actions in that tunnel.

Q. Did the report -- you didn't do the report?

A. No.

Q. Somebody else did it for you?

A. Right.

Q. Did you see the report?

A. No.

Q. Okay. You don't know if it actually -- the smoke incident was reported in that other report?

A. I didn't see the report.

Q. Okay. When was the first time you were called upon to try to remember this smoke, this thing -- the object that hits the shield, creates some smoke? When were you first asked to recall that incident?

A. I'm not sure.

Q. Was it within like the past year?

A. I think it's over that. I think I've spoke about -- in summary of everything that happened, once I was called about the first January 6th case. I don't have a timeline for any of this.

Q. So what I'm saying, can you tell me, and as an estimate, when you first were asked to recall this particular incident dealing with the smoke?

A.   No.  In general, when I was first asked -- well, I don't keep track of each of the January 6 cases, but when I was asked what happened that day, I pretty much speak about everything that I encountered.  So we'll leave it at that.

Q.   Right.  But I'm asking you, when was the first time that someone said, hey, look, we showed you this video and said I would like to ask you some questions about this smoke.  Do you remember when that was?

A.   No.  Not exactly.

Q.   Well, did you meet with this gentleman right here, Mr. Dreher, the attorney?

A.   Yes.

Q.   When did you meet with him?

A.   Most recently, it was what?  Last week?

Q.   Last week?

A.   Um-hum.

Q.   First time you met with him?

A.   No.

Q.   Other times?

A.   Yes.  I believe I spoke with him before, but not on this incident.

Q.   Not on this particular case?

A.   No.

Q.   How about FBI Agent Perez, did you meet with him and discuss the smoke object that hit your shield?

A.   I don't think so for this case.

Q.   So would it be fair to say that it's been a couple years, at least a couple of years pass by before somebody approached you about this smoke, this object that created smoke that hit your shield?

A.   Yes.

Q.   Now, is it also fair to say that you had no memory of that?

A.   What?

Q.   You didn't recall that?

A.   I never said.  I haven't forgotten anything about January 6.

Q.   I'm not saying you did say that.  You had a lot of things being thrown in there?

A.   Okay.

Q.   Right.  So what I'm asking you is did you have a memory of -- when you first were asked about this, did you have a memory of the smoke, the object that hit your shield and created smoke?  Did you actually remember that?

A.   Yes.

Q.   You do?

A.   Yes.  I'm not saying I remember every particular event, but if you asked me what -- if I encountered smoke that day, I'm going to tell you yes.  If you ask me did somebody hit my shield that day, I'm going to say yes.  If you're going to ask me if an explosion went off on my helmet that day, I'm going to say yes.  So I'm not following what you're trying to ask.

Q.  All I'm asking -- because a lot of things happened, a lot of things being thrown there.

A.  Yes.  Right.

Q.  So that's all I'm saying.  I don't know -- how could you distinguish between those different items?  That's all I'm saying in terms of remembering.

A.  Forgive me because I'm just trying -- because, again, to make it simple -- can I say this happened?  Yes, it did.  Do I remember it happened?  Yes.  Can I sequentially when did something happen?  I can't.  So, like -- I think what you're trying to say is do I remember this -- this incident at this minute?  I can't say yes, it happened at this minute; I wouldn't be able to tell you.  But if someone was to ask me what type of incidents that occurred that day, yes, I can read out that line.  I mean, those particular areas, yes.

Q.  All I'm getting at is somebody asked you a couple questions about how did you feel?  What were you feeling then?  It's a little hard to remember exactly what you're feeling at that time, right, because you had a lot happen to you that day?

A.  Some strange reason, January 6 is hard to forget.  I can see a clip and it's like, oh, I remember that happening, you know.  So I do understand what you're asking, but despite this happening a couple years ago, it's a lot of stuff that just staying in my memory and January 6, like I said, I can't tell you everything that happened minute by minute, but it was a lot

of, you know, quote, end quote, significant events that happened on January 6 that I'm not -- I don't see myself forgetting anytime soon.

Q.   Now, your position there was -- and the other officers there was to hold that place, that position and keep people from coming in, right?

A.   Right.

Q.   That object hits your shield, smoke is created.  You don't move your position, correct, you stay right there, right?

A.   Right.

Q.   You continued to stay there after the smoke cleared, right?

A.   Right.

Q.   So you actually succeeded in keeping your position.  No one got past you while the smoke was there, right?  No one got past you?

A.   Correct.  Yeah, no one got past our line.

Q.   I can't say anybody gets past you.

A.   From that -- yeah, what we witnessed right there, no one got past the line of officers that were in the tunnel.

Q.   All right.  Okay.  You were not trying to move outside in any direction, right?  Your job there was to stay put with the rest of the officers and keep people from going past you, right?

A.   Me personally, yes, not going through the tunnel, correct.

Q.   You were asked about whether or not there was any other

officers sort of in front of you, right?  In front of the tunnel.  And you said nobody in uniform, if I remember right.  Were there other officers who were out of uniform standing there at the tunnel?

A.  I think you -- so, in front of my line there was no one on the other side of my shield that was a officer, that I know of.

Q.  Right.  You said there was?

A.  There wasn't.  So I responded to assist the other MPD officers or whatever is in the tunnel, so I was in front of our line, yes.

Q.  Okay.  Right.  I'm saying there was no non-uniformed -- officers in plain clothes standing next to that line?

A.  Not to my knowledge.

Q.  Okay.  This happens, it says here, at 14:45 or 14:46 when the smoke object hits your shield.  Can you tell me roughly how long you'd been in the tunnel by that point?

A.  I don't know.  I mean, that's just what any scene -- counting minutes and stuff, that's the last thing I'm thinking about.  I don't know about how long I was in there.

Q.  You don't go back out there at that position, right?  You don't go back to that position after you went inside?  You know, you went inside, somebody was pulling your legs and you went back inside, then the camera stops.  You don't go back out, do you?

A.  I do.

Q.  Oh, you do?

A.  Once the other agency that came in, you know, deployed whatever munitions that they had, ultimately we do go back out there.  That's how I retrieved my helmet.

Q.  Okay.  The smoke created from that object that hit the shield at 14:46.  You had your gas mask on, you weren't breathing in any of that smoke?

A.  No.

Q.  You don't know if it was pepper spray, you don't know what that was?

A.  Not sure.

Q.  Did you pick it up?

A.  No.

Q.  No one thought to recover it?  I can understand why at that particular point.

A.  You asked me if someone thought to recover it?  Someone probably thought to recover it, but it wouldn't have been smart.

Q.  Right.

        MR. ROBERTS:  Thank you very much, sir.  Appreciate it.

        THE COURT:  Any redirect?

                    REDIRECT EXAMINATION

BY MR. DREHER:

Q.  Now, Officer Sterling, you were able to tell us on cross-

examination that you remember the smoke happening, correct?

A.   Correct.

Q.   Now, in the clip that we watched, we see it strike the top of the shield.  Do you recall if any objects were thrown over the shields?

A.   Yes.

Q.   What sorts of objects were thrown over that line of shields?

A.   I wouldn't be able to identify them.  I know -- I felt several, let me just say, objects hit my helmet.  Do I know what they were?  I don't.  You know, I mean, that was the best shot that -- like the clip we just watched where someone struck one of my partner's shield.  That was the most clear, you know, line of sight that I had on any one object that, you know, that actually we faced.  Did we have something that was thrown on top?  Yes, there was.

Q.   And were these objects that were being thrown, did they impede your ability to complete your mission that day?

        MR. ROBERTS:  Objection.  It's vague, asks the witness to basically provide a narrative.  I think it's improper.

        THE COURT:  Overruled.

BY MR. DREHER:

Q.   Did these objects being thrown at you in any way impede your ability to complete your mission that day?

A.    So my thing is almost like we are out on the street and we got to think of the totality of the circumstances.  So it's one thing to say yes, we were there in front of a crowd and they threw a couple of water bottles.  But, you know, when you say, oh, we had couple water bottles being thrown, we had a couple pebbles being thrown, we had a couple rocks being thrown, we have some table leg being thrown, we have smoke being thrown, again, it's added to that level of distraction and it throws off our game.  And, you know, if I had to guess, you know, with even them throwing their own bodies into the shield, it just added to the distraction.  So I think that's also a contributing factor to me losing my footing and then halfway being pulled into the crowd.  So I think overall it added to, you know, me being successful in maintaining my position.

MR. DREHER:  Thank you, Officer Sterling.

Your Honor, I have no further questions.

THE COURT:  Officer Sterling, thank you for your testimony here today.  You may step down.  You're free to go.

THE WITNESS:  Thank you, Your Honor.

MR. VIGEANT:  Your Honor, we have one more witness to put on.  It's going to be the case agent.  I don't know if this would be a good time for a short break though.

THE COURT:  Yeah, why don't we come back at 3:30.

MR. VIGEANT:  Thank you, Your Honor.

(Recess.)

MR. VIGEANT:  Your Honor, the government would call Special Agent Joseph Perez.

THE COURT:  Good afternoon, Agent Perez.  If you can remain standing for just a moment.

JOSEPH PEREZ,

was called as a witness and, having been first duly sworn, was examined and testified as follows:

BY MR. VIGEANT:

Q.  Good afternoon, Special Agent Perez.  Can you please introduce yourself and spell your name for the record?

A.  Yes.  Good afternoon.  Joseph, first name.  Last name Perez, P-E-R-E-Z.

THE COURT:  You can move that microphone, sir, so you don't have to keep bending.

THE WITNESS:  Yes, sir.  Thank you, Your Honor.

BY MR. VIGEANT:

Q.  Where do you work, Agent Perez?

A.  I work with the FBI office in Baltimore, Maryland.

Q.  How long have you been a special agent for?

A.  A little under three years now.

Q.  Then what did you do before becoming a special agent?

A.  I was a United States probation and pretrial services officer for approximately ten years.

Q.  And then where were you a probation officer at?

A.  So multiple districts.  But I spent about three years in

the Middle District of Alabama, I worked in Northern District in New York, and I finished my career in the Northern District of Ohio.

Q.  Are you assigned to a particular FBI field office right now?

A.  Yes, sir.

Q.  Which office is that?

A.  It's Baltimore, Maryland.

Q.  How long have you been with this office?

A.  My whole time with the FBI.

Q.  What are your general duties as an FBI special agent?

A.  So, currently assigned to the domestic terrorism squad, so we work domestic terrorism.

Q.  And what type of training did you have to undergo to become a FBI special agent?

A.  So we had to go through approximately six-month training down in Quantico, in Virginia.

Q.  And what did that six months of training entail?

A.  So that entailed everything from classroom portions, you know, learning law, statutes, you know, lethal weapon training, non-lethal weapons, OC training, baton, handcuffing, firearms, tactical portions of it, scenarios, stuff like that.

Q.  You just said "OC training," is that OC spray?

A.  Yes, sir.

Q.  Were you ever sprayed with OC spray or pepper spray --

A.   Yes.

Q.   -- as part of your training?

A.   Yes.

Q.   As part of your duties, have you been assigned to investigate matters related to January 6th?

A.   Yes.

Q.   Were you assigned to investigate an individual named Justin Lee?

A.   Yes.

Q.   What was your role in the investigation of Mr. Lee?

A.   So, I was assigned as one of the lead case agents for that case.

Q.   And how did the FBI become aware of the defendant's involvement in January 6th?

A.   So, FBI Baltimore received a tip about an individual that they identified was at the United States Capitol protest, or riots, on January 6, 2021, and that that individual was Justin Lee who lived in our area, jurisdiction.

Q.   After receiving the tip, what did you do to investigate Mr. Lee?

A.   So we started reviewing open source video, CCTV, photographs, and also obtained a secondary identification to identify the individual in these videos and photographs.

Q.   And then during the course of your investigation, have you become familiar with the defendant's physical appearance?

A.  Yes.

Q.  Could we pull up Exhibit 508B, please.

Agent Perez, prior to today's testimony, did you review this image?

A.  Yes.

Q.  Did you know where image 508B -- what exhibit that's taken from?

A.  I'm sorry.  Can you repeat that?

Q.  What exhibit is image 508B taken from?

A.  From Exhibit 508.

Q.  And then what's this showing?

A.  It's showing a photograph of individuals.

Q.  Who's circled in yellow in the photo?

A.  The defendant, Mr. Justin Lee.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 508B.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 508B is in.

MR. VIGEANT:  Go ahead and pull that down, please.

BY MR. VIGEANT:

Q.  Did the FBI ultimately obtain an arrest warrant for Mr. Lee?

A.  Yes.

Q.  What, if any, role did you play in that arrest?

A.  I assisted in participating in the self-surrender of

Mr. Justin Lee.

Q. Then did you see Mr. Lee when you arrested him?

A. Yes.

Q. As part of your investigation, have you reviewed records from businesses related to this case?

A. Yes.

Q. Is one of those businesses Safeway?

A. Yes.

Q. And what is Safeway?

A. It's a grocery store chain.

Q. Ms. McQuaig, can we please pull up what's been marked as Exhibit 700.

Agent Perez, prior to today's testimony did you review Exhibit 700?

A. Yes.

Q. Have you become familiar with the records contained here and the information as well?

A. Yes.

Q. What is Exhibit 700?

A. It's a copy of the certificate of authenticity.

Q. Does Exhibit 700 specifically reference what we've marked for our trial as Exhibit 701 and Exhibit 702?

A. Yes.

Q. And is Exhibit 700 signed by the custodian of records for the Safeway Company?

A.  Yes.

Q.  Are these records made in the normal course of business?

A.  Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 700, 701, 702.

MR. ROBERTS:  I object, Your Honor.

THE COURT:  You do object?

MR. ROBERTS:  I object, yeah.  Yeah.

THE COURT:  On what basis?

MR. ROBERTS:  Basis that they need a witness here to prove this.

THE COURT:  All right.

MR. VIGEANT:  Your Honor, this is a signed certification, so it's a business record under Rule 803.

THE COURT:  700, right?

MR. VIGEANT:  That's the certification, Your Honor, signed by the custodian of records, attesting to the accuracy of Exhibits 701 and 702.

THE COURT:  Right.  So why does 700 come in?

MR. VIGEANT:  That's just the certification so that we can get this in.

THE COURT:  Yeah.  Why isn't that a hearsay document?

MR. VIGEANT:  I think that it's an official business record, Your Honor, under Rule 803, and then under 902, Rule 902(11), it would be self-authenticating.

I'll read from Rule 803.

THE COURT:  I can read.

MR. VIGEANT:  I'm sorry, Your Honor.

THE COURT:  All right.  I find that document 700 qualifies under 902 and, therefore, 701 and 702 qualify under 803(6).

Obviously, if defense enters evidence that calls into question the trustworthiness of these documents, I'm open to reconsidering it.

At this point I'm overruling the objection and 700, 701, and 702 will be admitted.

MR. VIGEANT:  Thank you, Your Honor.  Could we please pull this exhibit down and pull up what's been marked as Exhibit 702.

BY MR. VIGEANT:

Q.  Agent Perez, do you recognize this exhibit.

A.  Yes.

Q.  And what is it?

A.  It's a email correspondence.

Q.  Who is this email sent to?

A.  It's sent to the store managers, Safeway.

Q.  And do you know who it is sent by?

A.  It was sent by Albertsons.

Q.  Who is Albertsons Company?

A.  The parent company of Safeway.

Q.  When was this sent?

A.  This was sent on January 6, 2021.

Q.  At what time?

A.  At 3:43 p.m.

Q.  What is the subject line of the email?

A.  Washington, D.C. curfew tonight, 1-6-21, 6 p.m. to 6 a.m., capital lockdown.

Q.  Then what does the body of the email say?

A.  That there will be citywide curfew throughout the Washington, D.C. area on Wednesday, January 6, 2021, from 6 p.m. to 6 a.m., that all D.C. stores will close at 4 p.m., with plans to reopen at 6 a.m. to 7 a.m.  Night crews will not be in place.

Q.  In the course of your investigation, have you become aware of what time Safeway stores in Washington, D.C. normally close?

A.  Yes.

Q.  What time do they normally close in Washington, D.C.?

A.  Some 11 p.m., there's a couple, I think, at midnight, there's a few might be open 24 hours.

Q.  None close at 4 p.m.?

A.  Not that I'm aware of.

Q.  We can pull this down.

Can we please pull up Exhibit 701.

Agent Perez, do you recognize this exhibit?

A.  Yes.

Q.   What is it?

A.   It's basically a screenshot of all the Safeway locations in the D.C. area, of their sales.

Q.   And then on this first page, what is the date that this chart covers?

A.   January 5th, 2021.

Q.   What are the names and numbers in the left-hand column of this chart?

A.   Those are, like, the store numbers and location of the Safeway stores in the Washington, D.C. area.

Q.   So I want to use the Piney branch store as an example. What happened there on Tuesday, January 5th, 2021?

A.   The sales were pretty significantly high up that day.

Q.   And then looking at this chart overall, how would you describe Safeway sales -- or Safeway stores sales in Washington, D.C. on January 5th, 2021?

A.   I would say they're up and down depending on the location.

Q.   Can we please turn to page 2 of the exhibit.  Thank you. Agent Perez, what date does this chart cover now?

A.   January 6, 2021.

Q.   How are these sales numbers different than what we saw on January 5th, 2021?

A.   They're all pretty much down.

Q.   Do you know why these figures are different based on your investigation into this matter?

MR. ROBERTS:  Objection.

THE COURT:  Basis, sir?

MR. ROBERTS:  I don't believe this witness is qualified to say why Safeway sales are down.  He's not conversant with that kind of thing.  He's a law enforcement officer.

THE COURT:  All right.  I think it's based on his investigation.  I'm overruling the objection.

BY MR. VIGEANT:

Q.  I'm going to repeat the question.  Based on your investigation, why were these sales down on January 6th?

A.  Due to the riots that were happening at the Capitol on January 6, 2021.

Q.  Can we turn to page 3 of the exhibit, please.  Agent Perez, what date did the sales figures on this chart cover?

A.  January 7th, 2021.

Q.  And then how are these sales figures different than on January 6th?

A.  They're significantly up, minus a couple locations.

Q.  And then comparing pages 2 and 3, does it appear that Safeway stores in Washington, D.C. made up all they had lost in revenue on January 6th?

A.  I can't say that.

Q.  We can pull this down.

Ms. McQuaig can we please pull up Exhibit 703.

Agent Perez, prior to today's testimony did you review Exhibit 703?

A.  Yes.

Q.  What is this exhibit?

A.  District of Columbia Register.

Q.  Is this a regularly filed public record?

A.  Yes.

Q.  Is this published by the District of Columbia?

A.  Yes.

Q.  Is this made available in the normal course of business?

A.  Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 703.

MR. ROBERTS:  I have no objection.

THE COURT:  Without objection, 703 is in.

MR. VIGEANT:  Could we please move to page 3 of the exhibit.

And Agent Perez, on page 3, what is this document?

A.  This is a declaration for a second public emergency citywide curfew.

Q.  Does it say what time the curfew was instituted for?

A.  I would have to read it again.  I don't remember the exact time.

Q.  That's fine.  If I can, can we scroll to page 5.  Thank you.

I'm going to circle the bottom of this document on the screen. And, Agent Perez, just drawing your attention to that area, what time does it say that the curfew is implemented and on what day and until when?

A. The curfew is ordered commencing at 6 p.m. on Wednesday January 6, 2021, and ending at 6 a.m. on Thursday, January 7th, 2021.

Q. I'm going to clear the marking. Can we please go to page 7.

Then, Agent Perez, what is this document?

A. This is an extension of the public emergency.

Q. Do you know why a public emergency had been declared?

A. Yes.

Q. Why?

A. The riots that were taking place at the U. S. Capitol January 6, 2021.

Q. We can pull this down. Special Agent Perez, I would now like to turn to the defendant's actions on J6 and then run through them in chronological order. Ms. McQuaig, can we please pull up Exhibit 801.

Agent Perez, have you reviewed this photo in preparation of your testimony here today?

A. Yes.

Q. What is this a picture of?

A. It's a picture of protestors from January 6, 2021, walking

east towards the U.S. Capitol.

Q.   I'm going to circle on the screen a brown sign (indicating).  And tell me what sign that is and what it says.

A.   That's the National History of African-American museum.

Q.   I'm going to clear the screen.

     Is that museum in Washington, D.C.?

A.   Yes.

Q.   Based on your investigation into this matter and your review of contemporaneous videos and photos is this a fair and accurate depiction of the events on January 6?

A.   Yes.

     MR. VIGEANT:  Your Honor, I would move to admit Exhibit 801.

     MR. ROBERTS:  No objection.

     THE COURT:  Without objection, Exhibit 801 is in.

BY MR. VIGEANT:

Q.   Agent Perez, who's the individual circled in yellow in this image?

A.   Justin Lee.

Q.   I think you mentioned this, but just to be clear, which direction are the protestors moving at this point?

A.   They're moving east towards the U.S. Capitol building.

Q.   We can pull this down.

     Ms. McQuaig, could we pull up Exhibit 500.  And set it to 3 seconds in.

Agent Perez, do you recognize the video we just pulled up?

A.   Yes.

Q.   Have you reviewed this video in preparation for your testimony here today?

A.   Yes.

Q.   What is this video showing?

A.   Again, showing a group of protestors on January 6, 2021 --

Q.   And --

A.   I'm sorry.

Q.   I'm sorry.  No, no, that's my fault.

A.   I was going to say, moving towards the U.S. Capitol building.

Q.   Do you know where this video is being taken?

A.   It's on Constitution Ave.

Q.   Based on your investigation into this matter, your review of other contemporaneous videos, is this video a fair and accurate depiction of the events of January 6th?

A.   Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 500.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 500 is in.

BY MR. VIGEANT:

Q.   I'm going to circle on the video an individual with a gray/black jacket and khaki pants.  Who is the individual I

circled on the screen?

A.   The defendant Jason Lee.

Q.   I'm going to clear the screen.  And then can we go ahead and play the video to 17 seconds in.

(Video played.)

Agent Perez, in which direction is the defendant walking here?

A.   They're walking east, towards the U.S. Capitol building.

Q.   We can pull this exhibit down, please.

And, Ms. McQuaig, can we please pull up Exhibit 400A now.  400A.  And then play for 5 seconds, please.

(Video played.)

Agent Perez, have you reviewed this video in preparation for your testimony here today?

A.   Yes.

Q.   Do you know where Exhibit 400A, which exhibit it's derived from?

A.   Yeah, Exhibit 400.

Q.   What's different between Exhibit 400, which has already been admitted, and 400A?

A.   It's enhanced.

MR. ROBERTS:  I didn't hear that.  I'm sorry.

THE WITNESS:  It's enhanced.

BY MR. VIGEANT:

Q.   And then what time on January 6th does the CCTV say it is?

A.   12:50 p.m.

Q.   I'm going to circle on the screen a tall monument.  What is the object that I circled?

A.   I believe that's the Peace Monument.

Q.   I'll clear the screen.

Agent Perez, based on your investigation into this matter, and your review of other contemporaneous videos, is this a fair and accurate depiction of the events of January 6th?

A.   Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 400A.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 400A is in.

BY MR. VIGEANT:

Q.   Can we go ahead and play this to 40 seconds in.

(Video played.)

I'm going to circle an individual on the screen who is standing on a light pole.

Agent Perez, are you able to tell who this individual is?

A.   Yes.

Q.   Who is it?

A.   The defendant, Mr. Justin Lee.

Q.   I'm going to clear the exhibit.  And we can go ahead and

pull this down.

Can we go ahead and pull up 501 next, which was already admitted.  Please play this to 37 seconds in.

(Video played.)

Agent Perez, I'm going to circle an individual on the screen who is standing on a light pole.  Who is that individual?

A.   The defendant, Mr. Justin Lee.

Q.   And based on a comparison between this video and the one you just looked at, does this appear to be the flag pole he was standing on in Exhibit 400A?

A.   Yes.

Q.   Go ahead and clear that.  And then I'm going to circle a big grassy area right here.

Agent Perez, does it appear that rioters have breached the restricted perimeter at this point in time?

A.   No.

Q.   I'm going to clear the screen.

If we could, could we play this for another 5 seconds, and then we'll pull the video down.

(Video played.)

Go ahead and pull it down now.  And then, Ms. McQuaig, could you please pull up Exhibit 502, which was admitted earlier.  And please go ahead and play this to 5 seconds in.

(Video played.)

Agent Perez, we reviewed this video with Lieutenant Walton earlier. But as a reminder, what is this fencing here that I've circled on the screen?

A. Snow fencing.

Q. Clear the screen.

And then I'm circling a sign. What does that sign say?

A. Area Closed.

Q. I'm going to clear the screen.

Based on your training and experience as a law enforcement officer, what would snow fencing demarcating a perimeter indicate to an individual?

MR. ROBERTS: Objection. I think that's for the Court to decide as a factual matter.

THE COURT: Yep, I agree.

BY MR. VIGEANT:

Q. Can we please play until we're 21 seconds in now.

(Video played.)

I'm going to circle an individual on the screen in a black jacket. Who is this individual, Mr. Perez?

A. The defendant, Mr. Justin Lee.

Q. Going to clear the screen. Then I'm going to circle something else here, Agent Perez.

What is this? I'm putting up two circles. But to be clear it's there, what is that that I've circled?

A. It appears to be the snow fencing.

Q.   So the snow fencing is still standing in this image?

A.   Yes.

Q.   Clear the screen.

What does the defendant appear to be doing in this image?

MR. ROBERTS:  Objection.

THE COURT:  Overruled.

A.   Appears to be waiving the crowd towards himself.

BY MR. VIGEANT:

Q.   Can we please go ahead and play this video to the end.

(Video played.)

Ms. McQuaig, can we pull this down and then pull up 503 next, which has already been admitted.  And can we play this until we're a minute and 2 seconds in.

(Video played.)

Could we frame back?  I'm sorry.

Actually, could we move back?  Because I think it might be a little fuzzy here.  If we could go back to 58 seconds. Hit play and then I'll say "stop," just so it's a little clearer on the screen.

(Video played.)

Stop.  Sorry.

(Video played.)

Right there is perfect.  Thank you.

Agent Perez, I'm going to circle someone on the screen

wearing a black jacket, khaki pants.  Agent Perez, who is that person?

A.  The defendant, Mr. Justin Lee.

Q.  Does he appear to be standing in the same position that we saw in the last video?

A.  Yes.

Q.  I'm going to clear the screen.  Can we play this video for another 11 seconds.

(Video played.)

Agent Perez, what does the defendant appear to be doing in this video?

A.  Appears to be helping individuals climb over the border -- or, over that barrier, get on to the lawn.

Q.  Did the defendant make any hand gestures?

A.  Yes.

Q.  And what were they?

A.  Waiving towards himself.

Q.  Did the defendant appear passive in this video?

A.  Yes.

Q.  All right.  Can we please go ahead and play the rest of this video.

(Video played.)

Can we stop it right there.  Who appeared to help the person who was filming this climb over the wall?

A.  Mr. Justin Lee.

Q.   We can take this exhibit down.  Ms. McQuaig, could we please pull up Exhibit 401A now.  And can we play this for 5 seconds and then stop, please.

(Video played.)

Thank you.

Agent Perez, have you reviewed this video in preparation for your testimony here today?

A.   Yes.

Q.   Do you know which exhibit Exhibit 401A is derived from?

A.   From Exhibit 401.

Q.   How is Exhibit 401A different than Exhibit 401, which has already been admitted?

A.   It is enhanced.

Q.   And then what time does it say on January 6 this video is being taken?

A.   I can't really tell because the bar is kind of covering the number.  The tool bar is covering half the numbers.

Q.   I think if we play it for -- if we play it for 1 second it might pop up.  Actually, can we go back?  I should have asked you to go back.

That's perfect.  Thank you.  You're able to see the time on CCTV now?

A.   Yes.

Q.   What time is it?

A.   It's 1:10 p.m.

Q.  Based on your investigation in this matter and view of other contemporaneous videos, is this a fair and accurate depiction of the events of January 6?

A.  Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 401A.

MR. ROBERTS:  No objection.

THE COURT:  With no objection, 401A is in.

BY MR. VIGEANT:

Q.  Can we play this video to 17 seconds in.  Actually, can you play it for another couple seconds.  Sorry.  Could you back up a few frames?

(Video played.)

That's perfect right there.  Thank you.

Agent Perez, I'm going to circle an individual on the screen who is wearing a black jacket and appears to be carrying an item.  Who is this individual?

A.  The defendant, Mr. Justin Lee.

Q.  Do you know where he is now in this video?

A.  I can't really tell from this photo.

Q.  I'm going to clear the screen.  And we can go ahead and pull this down.

And can we pull up Exhibit 402A next.  Can we play this for 5 seconds -- or, actually, 2 seconds.  Make it 2 seconds. Thanks.  That's good.

(Video played.)

Agent Perez, have you reviewed this video in preparation for your testimony here today?

A.   Yes.

Q.   Do you know what exhibit Exhibit 402A is derived from?

A.   From Exhibit 402.

Q.   How is 402A different from Exhibit 402?

A.   It is also enhanced.

Q.   What time on January 6 does the CCTV say this is?

A.   1:10 p.m.

Q.   Based on your investigation into this matter and your review of other contemporaneous videos, is this a fair and accurate depiction of events on January 6?

A.   Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 402A.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 402A is in.

MR. VIGEANT:  Can we go ahead and play this video and stop at 27 seconds in, and I'll have a couple questions.

(Video played.)

I'm going to circle on the screen the individual who is highlighted, who appears to be wearing a black jacket and carrying an item.  Agent Perez, who is that?

A.   The defendant, Mr. Justin Lee.

Q.  I'm going to clear that and let the video play through and then I'll have a question.  So can we play this to just -- let's actually play it for another 10 seconds.

(Video played.)

Agent Perez, what does the defendant appear to be doing in this video?

A.  Appears to be just walking around, carrying some sort of sign.

Q.  Do you know what that walkway is called that he's on?

A.  Yes.  I believe it's Maryland Walkway.

Q.  And are you able to tell what Mr. Lee is carrying in this video?

MR. ROBERTS:  Objection.

THE COURT:  Overruled.

A.  Not from this photo.  I can't read what the sign says.

BY MR. VIGEANT:

Q.  All right.  That's fine.  Can we please pull up Exhibit 504 next.  And this has already been admitted.  Play until we're 12 seconds into this.

(Video played.)

Could you frame forward.  That's perfect.  Thank you.

All right.  Agent Perez, I'm going to circle an individual in a black jacket, carrying an item on the screen. Who is that?

A.  The defendant, Mr. Justin Lee.

Q.   Clear the screen.

Where is the defendant at in this video?

A.   I believe the Maryland Walkway.

Q.   And are you able to tell what he's carrying?

A.   Yes.  He appears to be -- a sign, the Area Closed sign that was posted on the snow fencing.

Q.   Does this video appear to have been shot in the general location the defendant was just shown in 402A?

A.   Yes.

Q.   We can pull this video down, please.

Could we please pull up Exhibit 403 next.  Can we go ahead and play for 5 seconds.

(Video played.)

Agent Perez, have you reviewed this video in preparation for your testimony here today?

A.   Yes.

Q.   Do you know where exhibit -- or, which Exhibit 403A is derived from?

A.   Yes, from Exhibit 403.

Q.   Okay.  Great.  How is Exhibit 403A different from 403 which has already been admitted?

A.   It's enhanced.

Q.   What time on January 6th does this CCTV video say it's being taken on?

A.   2:27 p.m.

MR. VIGEANT:  Your Honor, I would move to -- oh, sorry.  Strike that.

BY MR. VIGEANT:

Q.  Based on your investigation into this matter and your review of other contemporaneous videos, is this a fair and accurate depiction of the events on January 6, 2021?

A.  Yes.

MR. VIGEANT:  Your Honor, now I would move to admit Exhibit 403A.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 403A is in.

BY MR. VIGEANT:

Q.  Agent Perez, what is this area that I'm circling right here, the gray blacktop?

A.  I believe it's the West Plaza.

Q.  I'm going to clear the screen and circle this line of individuals here.  Can you identify who those are?

A.  Those are law enforcement personnel.

Q.  I'm going to clear the screen.  Then based on your investigation into this matter, what are police officers trying to do at this time on January 6th?

A.  It appears they're trying to form a wall to keep individuals from going by.

Q.  Can we please play the video until we are 33 seconds in now.

(Video played.)

That's actually good right there.

Agent Perez, I'm going to circle an individual, appears to be wearing a mask with a black jacket.  Are you able to tell who this individual is?

A.   Yes.

Q.   Who is that?

A.   Mr. Justin Lee.

Q.   All right.  I'm going to go ahead and clear this.  So where's the defendant located at this point in time?

A.   In the middle of the crowd.

Q.   And then what area did you just reference earlier that that police line is on?

A.   The West Plaza.

Q.   We can pull this down.  And, Ms. McQuaig, can we please pull up Exhibit 506, which was admitted earlier.  And go ahead and play this until we're 4 seconds in.

(Video played.)

Great.

Agent Perez, I'm going to circle an individual in a black jacket with a face mask on -- or, surgical mask, I should say.  Who is that individual?

A.   The defendant, Mr. Justin Lee.

Q.   Clear this.  Where does he appear to be standing at this moment?

A.   I can't tell from this angle, but looks like some kind of wall.

Q.   Does this appear to be the same location that he was at in our prior exhibit?

A.   Yes.

Q.   Could we please skip forward to 2:35 into this video.  And we're going to play until we get to 2:48 in.  And can we please stop at that point.

(Video played.)

Agent Perez, what does the defendant appear to be doing in this video?

A.   Continuously waiving his hand, pointing towards the Capitol building.

Q.   Could we play until we get to 3:15 into the video now.

(Video played.)

That's fine.  Thank you.

Agent Perez, based on the reactions of the crowd and your experience as a law enforcement officer, what do you believe was just shot into the crowd?

A.   Based on the reaction, I would think it would be some kind of teargas.

Q.   In what direction was it shot from?

A.   It came from the direction of where the law enforcement personnel were.

Q.   Based on your training and experience as a law enforcement

officer, why would police fire teargas into a crowd?

MR. ROBERTS:  Objection.

THE COURT:  Overruled.

A.   To try to create some kind of control or to try to get the crowd to stop doing what they're doing.

BY MR. VIGEANT:

Q.   We can go ahead and pull this exhibit down and then, Ms. McQuaig, can we please pull up Exhibit 404A next.  And please play this for 5 seconds.

(Video played.)

Agent Perez, have you reviewed this video in preparation for your testimony here today?

A.   Yes.

Q.   And then where is Exhibit 404A derived from?

A.   From Exhibit 404.

Q.   How is Exhibit 404A different than Exhibit 404, which is already admitted?

A.   It's been enhanced.

Q.   What time on January 6 does it appear this is being shown?  If you can't read it, we can back up.

A.   Can we back up, please?

Q.   Can we please back up a second, to 4 seconds in.  Are you able to see what time this was recorded now?

A.   Yes.

Q.   What time is that?

A.  2:55 p.m.

Q.  Based on your investigation into this matter, review of other contemporaneous video evidence, is this a fair and accurate depiction of the events of January 6th?

A.  Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 404A.

MR. ROBERTS:  No problem with that one.

THE COURT:  Without objection, 404A is in.

BY MR. VIGEANT:

Q.  Agent Perez, I'm going to circle an area on this screen now.  What is that area I just circled?

A.  The West Plaza.

Q.  Going to clear this.  And, Agent Perez, what has changed on the West Plaza between this CCTV you're watching and the last CCTV that you viewed?

A.  The previous video had a wall of law enforcement personnel kind of holding a line, and this one appears that that line has dissipated and that the crowd took over.

Q.  Can we go ahead and play the video now until we're 20 seconds in.

(Video played.)

Agent Perez, I'm going to circle someone on the screen who is wear a black jacket, appears to have a backpack.  Who is that individual.

A.   The defendant, Mr. Justin Lee.

Q.   Going to go ahead and clear the screen.  Could we go ahead and play the video right to the end, and pause before the end of it.  Thank you.

(Video played.)

Stop there, please.

Agent Perez, what did the defendant appear to do at the end of this video?

A.   He appeared to put his hand up in the air and point in some direction, then began to move quickly towards that direction he was pointing.

Q.   All right.  Can we pull this down and pull up Exhibit 802, please.

THE PARALEGAL:  What exhibit?  I'm sorry.

MR. VIGEANT:  802.  I'm sorry 802.

BY MR. VIGEANT:

Q.   Agent Perez, have you reviewed this image in preparation for your testimony here today?

A.   Yes.

Q.   What's this image showing?

A.   This is showing a picture of individuals, protestors standing on the scaffold on January 6, 2021.

Q.   Then who is the individual circled in yellow on the screen?

A.   The defendant, Mr. Justin Lee.

Q.   Based on your investigation into this matter, your review

of other contemporaneous videos and photos, is this a fair and accurate depiction of the events of January 6?

A.  Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 802.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 802 is in.

BY MR. VIGEANT:

Q.  Then, Agent Perez, has anything changed in Mr. Lee's appearance since he was below the scaffolding when we saw him?

A.  Yes.

Q.  What's changed?

A.  There's now like a tactical pouch that's in front of his chest and body.

Q.  And I'm going to circle this pouch here.  Is that the pouch you're talking about?

A.  Yes.

Q.  Let me go ahead and clear the screen.

Other than that pouch that Mr. Lee is now wearing, that you termed a tactical pouch, has his appearance changed otherwise?

A.  No.

Q.  Okay.  Can we go ahead and pull this exhibit down and please pull up Exhibit 507, which was admitted earlier.

All right.  Could we go ahead and play this until we're

56 seconds in.  And this is loud, so I apologize to everyone.

(Video played.)

Now I'm going to circle an individual on the screen in khaki pants, black jacket.  Agent Perez, who is the individual I just circled on the screen?

A.   Defendant Justin Lee.

Q.   Where is the individual in this photo?

A.   Standing up in that scaffold.

Q.   I'm going to circle a different area right now.  What is this area right now where those rioters are?

A.   I believe that's the Lower West Terrace.

Q.   Can we go ahead and clear the screen.

Agent Perez, do you know what that structure is right there that I circled?

A.   Yes, that's the tunnel.

Q.   Going to go ahead and clear the screen.

And then based on your review of video evidence, does it appear that the tunnel and Lower West Terrace are visible from this vantage point?

A.   Yes.

Q.   All right.  We can pull this down.  And could we please pull up Exhibit 508, which was admitted earlier.  And please play this one until we're 24 seconds in.

(Video played.)

Agent Perez, I'm going to circle an individual in a

black jacket here.  Who is the individual I circled on the screen?

A.   The defendant Justin Lee.

Q.   I'm going to clear the screen.  Has anything changed with Mr. Lee's appearance since he was on the scaffolding?

A.   Yes.

Q.   And what has changed?

A.   His mask changed.  He previously had that white surgical mask on and he is now wearing a gaiter mask with Maryland state flag logo on it.

Q.   Has anything else changed in his appearance?

A.   No.

Q.   We can pull this down.  And could we please pull up Exhibit 509, which was admitted earlier.  Please play this to 15 seconds in.

(Video played.)

Stop it right there.  Thank you.

All right.  Agent Perez, I'm going to circle someone on the screen with a Maryland gaiter on, black jacket.  Who is that individual?

A.   The defendant, Mr. Justin Lee.

Q.   Can you repeat what the individual who was taking the video just said?

A.   He indicated they're about to spray us.

Q.   As a law enforcement officer, why would police pepper spray

individuals?

MR. ROBERTS:  Objection.

THE COURT:  Overruled.

THE WITNESS:  To try to control the crowd.  Or try to stop them from doing something.

BY MR. VIGEANT:

Q.  Could we please pull this exhibit down, pull up Exhibit 510, which was admitted prior.  And then let's just keep it at the start of the video when you pull it up, please.

Agent Perez, I'm going to circle an area below the archway.  What is that area I've circled on the screen?

A.  That is the tunnel.

Q.  Clear the screen.

Now, based on your investigation into this matter, do you know who was inside the tunnel at this point?

A.  Yes.

Q.  Who?

A.  A wall of law enforcement personnel.

Q.  And what are those law enforcement personnel trying to do?

A.  Trying to stop the crowd from passing through.

Q.  Can we play the video to 5 seconds in, please.

(Video played.)

Agent Perez, I've circled an individual in the screen with a Maryland gaiter on, black jacket.  Who is that individual?

A.   The defendant, Mr. Justin Lee.

Q.   I'm going to clear the screen.  Can we please play this video now to 21 seconds in.

          (Video played.)

          All right.  Agent Perez, the individual in the Maryland gaiter, who is that?

A.   The defendant, Mr. Justin Lee.

Q.   And then what's this area right here (indicating)?

A.   The tunnel.

Q.   And clear the screen.  Can we go ahead and play this to 43 seconds in.

          (Video played.)

          Agent Perez, I'm going to circle an individual on the screen, black jacket, Maryland gaiter.  Who is that?

A.   The defendant, Mr. Justin Lee.

Q.   I'm clearing the screen.  What does the defendant appear to be doing at this moment in time?

A.   Appears to have some sort of cell phone device in his hand.

Q.   What is he doing with that cell phone?

A.   Appears to be either taking a photo -- maybe a video.

Q.   And then in what direction is the phone directed for that photo or video?

A.   The direction of the tunnel.

Q.   When you arrested Mr. Lee, were you able to recover a phone?

A.   No.

Q.   We can go ahead and play this until we're 1:24 in.

(Video played.)

Stop there.  And, Agent Perez, what was the defendant just doing in the video there?

A.   Again, appeared to be either taking a video, taking photos.

Q.   All right.  Keep playing, please, until 1:24.

(Video played.)

And, Agent Perez, you hear the crowd chanting, "Traitors, traitors, traitors."  Who are they chanting that at?

MR. ROBERTS:  Objection.  I don't know how the agent would know.

THE COURT:  Sustained.

MR. VIGEANT:  All right.  We can pull this down.

THE COURT:  What exhibit was this again?

MR. VIGEANT:  Your Honor, that was Exhibit No. 510.

THE COURT:  Thanks.

BY MR. VIGEANT:

Q.   Can we please pull up Exhibit 511 next.  And 511 was admitted earlier.  Could we please put this to 16 seconds in.  All right, that's great.

Agent Perez, I'm going to circle an individual on the screen here who is wearing a Maryland gaiter, black jacket.  Who is that?

A.   The defendant Justin Lee.

Q.   Clear the screen.  All right.  I'm going to circle an area under an archway.  What area is that?

A.   The tunnel.

Q.   I'm going to go ahead and clear the screen.  Can we please move the video forward to 2 minutes and 19 seconds in and then hold the video there.

(Video played.)

Can you play for a second, just so it clears up a little bit.  That's good.

Agent Perez, I'm going to circle an individual on the screen, Maryland gaiter, black jacket.  Who is that?

A.   The defendant, Mr. Justin Lee.

Q.   I'm going to clear the screen.  Agent Perez I'm going to ask you to pay attention to the defendant.  Can we please play to 2:28 into the video, so for 10 seconds, and then I'll have a number of questions.

(Video played.)

Agent Perez, what did -- excuse me.  What did the defendant just do in the video?

A.   He had an object in his hand that was illuminating sparks and fire and smoke and he threw it at the direction of the tunnel where the law enforcement personnel were.

Q.   And just to clarify, you said sparks and smoke, where were the sparks and smoke coming from?

A.   Coming from the device that was in his hand.

Q.  And about how long did that object look?

A.  I think about the size of his hand.

Q.  Can we pull this down and pull up exhibit --

THE COURT:  Can I get you to play that just last few seconds again.

(Video played.)

BY MR. VIGEANT:

Q.  Could we pull up Exhibit 803, please.

Agent Perez, have you reviewed this image in preparation for your testimony here today?

A.  Yes.

Q.  What's this image showing?

A.  Group of rioters in front of the tunnel on January 6, 2021.

Q.  And who is the individual whose head is circled in yellow?

A.  The defendant, Mr. Justin Lee.

Q.  And what's that object circled in yellow?

A.  Some kind of smoke device or smoke bomb.

Q.  Based on your investigation into this matter and your review of other contemporaneous videos, is this a fair and accurate depiction of the events of January 6, 2021?

A.  Yes.

MR. VIGEANT:  Your Honor, I would move to admit Exhibit 803.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 803 is in.

BY MR. VIGEANT:

Q.  Agent Perez, who is that smoking object -- strike that. Agent Perez, where is the smoking object that Mr. Lee is throwing directed at?

MR. ROBERTS:  Your Honor, I object.  Basically, I think we can see the photo.  I mean, the agent is being asked to essentially provide a narration of what happened.

THE COURT:  Overruling the objection.

BY MR. VIGEANT:

Q.  Agent Perez, where is that object being thrown at?

A.  Towards the tunnel, at the direction where the law enforcement personnel were.

Q.  And then, you know, you mentioned this prior, but based on your training and experience as a law enforcement officer and review but not just this image, but the video that we just saw, what do you believe the defendant is throwing at the police?

MR. ROBERTS:  Objection.

THE COURT:  Asked and answered.

BY MR. VIGEANT:

Q.  What could a smoke bomb do to police standing in formation?

MR. ROBERTS:  Objection.

THE COURT:  Yeah, what are we getting at here?

MR. VIGEANT:  Your Honor, Agent Perez testified that he's been trained in pepper spray and crowd control earlier. It's a smoke device.

THE COURT:  I don't know that FBI does a lot of crowd control.

THE WITNESS:  No, Your Honor.

THE COURT:  I'm sustaining the objection.

BY MR. VIGEANT:

Q.  What are other rioters doing to police as Mr. Lee throws the smoke bomb?

A.  Some of them appear to be striking them.

Q.  And then do you see any other rioters throwing smoke bombs in this video?

A.  No.

Q.  All right.  Could we go back to Exhibit 511.  And could we set this to 2 minutes and 28 seconds in again.  And then just play it for a fraction of a second to clean up the screen for a minute.

Sorry.  Can you page back?  I'm sorry.  That's actually good.  All right.

I'm going to circle a different individual on this screen who is going to serve as a point of reference for us. I'm circling that individual here in a hoodie.  Could you describe what that individual is wearing?

A.  Yeah, looks like he has a black hoodie on and a ball cap, some kind of ball cap on that's light gray in the front, maybe a darker color in the back.

Q.  Then who appears directly behind, as in the tunnel, that

individual?

A.   Law enforcement personnel.

Q.   I'm going to clear the screen.  We're going to come back to Exhibit 511 in a second.  But I would like to pull up Exhibit 405 right now, which is CCTV from the tunnel that was admitted earlier.  And could we set this until we are 44 seconds into the video.  Thank you.

Agent Perez, I'm going to circle an individual on the screen wearing a ball cap right there.  Can you describe what that individual is wearing?

A.   Yes.  Appears to be also some kind of black hoodie, jacket on, ball cap, maybe light gray in the front.

Q.   Does that appear to be the individual that I just circled in the last exhibit?

A.   Yes.

Q.   Okay.  I'm going to go ahead and clear the screen.  Could we please play until we are 1:30 into the video now.

(Video played.)

Agent Perez, based on your training and experience and review of video evidence in this investigation, what does it appear just went off in this video?

A.   Some sort of smoke bomb or smoke grenade.

Q.   And then based our your review of video evidence in this case and the comparison of the individual who is shown in both Exhibit 405 and 511, what do you believe that Exhibit 405 is

showing here?

MR. ROBERTS:  Objection.  I think this is kind of a critical piece of the evidence and it's for the judge to decide what it shows.

THE COURT:  I'm overruling the objection.

BY MR. VIGEANT:

Q.  What's this showing right now?

A.  It's showing the smoke kind of illuminating and then people's reaction to it.

Q.  Are you able to tell who threw this smoke bomb?

A.  From this video, no.

Q.  Can we go back to 44 seconds in?  And this is just to refresh the witness's recollection.

Who is this individual I've circled there?

A.  The individual wearing a black jacket or black hoodie, a ball cap.

Q.  That was the individual in Exhibit 511 you testified, correct?

A.  Yes.

Q.  And then with your recollection refreshed, between those -- the comparison between videos, are you now able to say who threw the smoke bomb that goes off in the video in a minute -- or, in 2 seconds, I should say?

MR. ROBERTS:  Objection.

THE COURT:  What basis?

MR. ROBERTS:  I don't believe the officer -- the officer was shown another video, an open source video, it's un-timed.  I don't know how he can draw the inference as to who threw it.

MR. VIGEANT:  Your Honor, I think that we pointed out that it's the same individual in both exhibits.  And open source videos always -- never has a timestamp on it.

MR. ROBERTS:  The timing is not there.  I understand you got an individual there, I got it, but to ask this officer to conclude from the earlier open source video that defendant threw it is asking too much.

THE COURT:  Appreciate the argument.  I think this is the agent's investigation, he can make conclusions.  And defense is obviously welcome to impeach him.  But I'm overruling the objection.

BY MR. VIGEANT:

Q.  Are you able to tell who threw the smoke bomb that's about to go off in this video?

A.  Yes.

Q.  Who is it?

A.  The defendant, Mr. Justin Lee.

Q.  Could we please pull this exhibit down and go back to Exhibit 511.  Please set this to 2:19 in.  So 2 minutes and 19 seconds.  Again, could you hit play briefly so it can clear up.

Okay.  Agent Perez, I'm going to circle an individual in

the screen, Maryland gaiter, black jacket.  Who is that?

A.  The defendant, Mr. Justin Lee.

Q.  Okay.  I'm going to clear the screen.  Now we are going to play until 3 minutes and 28 seconds in.

(Video played.)

Agent Perez, I'm circling an individual, black jacket, Maryland gaiter.  Who is that?

A.  The defendant, Mr. Justin Lee.

Q.  I'm going to clear the screen.  Does it appear that Mr. Lee moved closer to the tunnel than he was before?

A.  Yes.

Q.  Can we please play this to 4 minutes and 32 seconds now.

(Video played.)

All right.  I'm going to circle an individual on the screen, black jacket, Maryland gaiter.  Who is that?

A.  The defendant Justin Lee.

Q.  I'm clearing the screen.  Were you able to hear what a rioter just said on video there?

A.  Just now?

Q.  Yes.

A.  No.

Q.  Can we back it up 4 seconds and hit play again.

(Video played.)

Were you able to hear that?

A.  No.

Q.   Can we go -- back up, say, 7 seconds, actually.  Probably didn't get the whole thing on.  All right.  Now hit play, please.

(Video played.)

We can stop it there, please.

Were you able to hear that?

A.   Yes.

Q.   What did that individual say?

A.   Sounded like they said, "Stop throwing stuff.  You'll hurt someone."

Q.   Can we play the video to 5 minutes in.

And, Agent Perez, I'm going to ask you to keep your focus on Mr. Lee in this video now.

(Video played.)

Agent Perez, what did Mr. Lee just do in that video?

A.   Appeared to have thrown an object.

Q.   Who did he throw the object at?

A.   At the direction of the tunnel where law enforcement personnel were.

Q.   So including the smoke bomb how many objects in total has Mr. Lee now thrown at police?

A.   It would be two.

Q.   Can we bring the video back to 4 minutes and 53 seconds in.

Agent Perez, based on this video, how does Mr. Lee's view of the tunnel appear to be?

A.   Pretty clear.

Q.   All right.  Can we go ahead and play the video now to 5 minutes, 11 seconds in.

Agent Perez, I'm going to ask you, again, to keep your eye on Mr. Lee in this video.

(Video played.)

Are you able to frame back so it's a little clearer?  Sorry.  Play it for one more second, if possible.  That's good.  Great.

Agent Perez, I'm going to circle some individuals in neon on the screen.  Who are they?

A.   I'm sorry?

Q.   Who are the individuals in neon I just circled on the screen?

A.   Law enforcement personnel from the tunnel.

Q.   Clear the screen.  What did Mr. Lee appear to do in this video?

MR. ROBERTS:  Objection.

THE COURT:  Overruled.

THE WITNESS:  He appeared to throw a device towards the law enforcement personnel in the tunnel and then took a step up towards the tunnel.

BY MR. VIGEANT:

Q.   All right.  We're going to play it to 5:32 in.

(Video played.)

Agent Perez, can you repeat what was just said on video by another rioter?

A.   He screamed, "Stop.  You're going to hurt innocent people."

Q.   All right.  Agent Perez, I'm going to ask you to watch Mr. Lee closely here.  We're going to play for 5 seconds, until 5:37 in.

(Video played.)

Agent Perez, what did Mr. Lee just do there?

A.   Appeared to throw another object towards the direction of the law enforcement personnel in the tunnel.

Q.   So how many objects in total now has Mr. Lee thrown at law enforcement?

A.   I believe three.

Q.   Does it appear that he has a clear line of sight to police?

A.   Yes.

Q.   Please continue to watch Mr. Lee closely.  Could we play this to 5:44 in, or for another 7 seconds, please.

(Video played.)

Agent Perez, what did Mr. Lee do yet again there?

A.   Appeared to throw something in the tunnel towards law enforcement personnel.

Q.   Mr. Perez, how many objects has Mr. Lee thrown at police.

A.   I believe we're up to four.

Q.   In between throwing the third and fourth objects at police, what were other rioters doing to the police line?

A.   Some of them in the front appeared to be striking the officers that were there.

Q.   As points of reference for a video that's going to be coming up, I'm going to circle two individuals on the screen. This first one, can you describe what he's wearing?

A.   Yes, a red and black plaid shirt and, like, black pants, and a scarf.

THE COURT REPORTER:  Can you repeat that?

THE WITNESS:  Sorry.  Red and black plaid, long-sleeve shirt, and black pants.

BY MR. VIGEANT:

Q.   I'm going to clear the screen here.  I'm going to circle another individual.  What does he appear to be wearing?

A.   Seems to have sunglasses on, wearing camo, long-sleeve camo shirt, and camo-colored pants as well, and a tactical vest.

Q.   What structure are these two individuals on either side of?

A.   The tunnel.

Q.   All right.  Before we get to using them as a frame of reference, can we please play this video until we are 6 minutes and 16 seconds in.

(Video played.)

Could you frame back, please, Ms. McQuaig.  Right there. Thank you.

All right.  Agent Perez, what does the defendant appear to be holding in his right hand in the video?

A.   Appears to be holding a flashlight.

Q.   And then in what direction is that flashlight pointed?

A.   Towards the direction of the tunnel where law enforcement personnel were.

Q.   All right.  Can we please play this video to 6:21 in.

(Video played.)

Agent Perez, were you able to see the flashlight that Mr. Lee had reflect off another rioter?

A.   Yes.

Q.   Please play this to 7 minutes and 6 seconds in now.

(Video played.)

Actually, can we please stop right there and go back a frame.

All right.  Agent Perez, who is the individual I'm circling, Maryland gaiter, black jacket?

A.   The defendant, Mr. Justin Lee.

Q.   Clearing the screen.

And then who are these individuals I'm circling here with the riot shields?

A.   Law enforcement personnel.

Q.   Clear the screen.

All right.  And then could we continue to play for another 27 seconds, until we are -- or, sorry, 16 seconds, until we're at 7:06 in.

(Video played.)

Agent Perez, what does Mr. Lee appear to be doing in this video?

A. Pointing the flashlight at the direction of the tunnel.

Q. Can we please play the video to 7:17 in now.

(Video played.)

And then what's Mr. Lee doing here?

A. Again, pointing a flashlight at the direction of the tunnel.

Q. So he's had this flashlight up for a minute and a half at this point?

A. Yes.

Q. All right. Could we please take this video down and pull up Exhibit 513, which was admitted earlier. This is going to provide a different angle.

And then could we please set the video to 31 seconds in. And then could we frame forward. Actually, could we go back to 30 seconds, that might make it easier, and then hit play.

(Video played.)

Right there a great.

Agent Perez, who is that individual? I'm circling the back of their head, but you just saw a Maryland flag gaiter on them. Who is that?

A. Yes, the defendant, Mr. Justin Lee.

Q. And clear the screen.

Who is this individual?

A.   The individual that I described earlier with the black and red plaid shirt and scarf on.

Q.   Clear the screen.

And then this individual in the camo, was he the other reference point in Exhibit 511?

A.   Yes.

Q.   I'm going to clear the screen.  Can we please play the video to 38 seconds in.

(Video played.)

Agent Perez, what did the defendant appear to do in the video there?

A.   Appeared to throw two objects at the tunnel, the direction where law enforcement personnel were.

Q.   Can we please pull up Exhibit 513B.

(Video played.)

Agent Perez, have you reviewed Exhibit 513B in preparation for today's testimony?

A.   Yes.

Q.   And then what Exhibit is 513B derived from?

A.   From 513.

Q.   And what's being shown in this image?

A.   Some of the protestors that were in front of the tunnel on January 6, 2021.

Q.   Whose head is circled in yellow in this?

A.   The defendant, Mr. Justin Lee.

Q.  And then what is the other item circled in yellow in this?

A.  Some sort of device.

Q.  And do you know who threw that device?

A.  Appeared to be from Mr. Justin Lee.

Q.  Is this a fair and accurate depiction of January 6th?

A.  Yes.

MR. VIGEANT:  Your Honor, I move to admit Exhibit 513B.

MR. ROBERTS:  No objection.

THE COURT:  Without objection, 513B is in.

BY MR. VIGEANT:

Q.  All right.  And then can we go back to Exhibit 513.  And could we set it back to 31 seconds in.  And then from there we're going to let it play to the end.

(Video played.)

Could we please pull this down.  And, Ms. McQuaig, could we please pull up Exhibit 512 now, which was admitted earlier.

MR. VIGEANT:  Your Honor, just to preview for the Court, because I know we've been going for a while.  We've got this video and then one other and then the direct will be done.

BY MR. VIGEANT:

Q.  So Exhibit 512, please.

All right.  Agent Perez, I'm going to circle two people. This individual in the red flannel jacket, has he been one of our reference points in the last two exhibits?

A.   Yes.

Q.   Clear the screen.   Circle an individual in camo.   Is he the other reference point?

A.   Yes.

Q.   And then, Agent Perez, based on those two individuals, are you able to tell what that area is between those two individuals?

A.   Yes.   The tunnel.

Q.   I'm going to clear the screen.   Can we please play the video to 34 seconds in?

         (Video played.)

         Please stop it right there.   Oh, that's 34.   Perfect timing.   I'm going to circle an individual, Maryland gaiter, black jacket.   Who is that?

A.   The defendant, Mr. Justin Lee.

Q.   I'm going to clear the screen.   Are you able to tell what he's holding in this image?

A.   Yes.

Q.   What is he holding?

A.   What appears to be a flashlight.

Q.   Who is that directed towards?

A.   The law enforcement personnel in the tunnel.

Q.   Can we keep playing this until we hit a minute 21 in.   And, Agent Perez, I'll ask you to keep an eye on the defendant.

         (Video played.)

Can we actually stop right there.  Thanks.  I just want to make it clear, so it's visible where he is.

Who is that individual I circled on the screen with black hair, Maryland flag gaiter?

A.  The defendant, Mr. Justin Lee.

Q.  I'm going to clear the screen.  Can we continue playing to 1:21 in.

(Video played.)

Could we frame forward.  Just hit play and I'll --

(Video played.)

Could you set it to 1:17.  Set the video to 1:17.

All right.  Go ahead and hit play.

(Video played.)

We can actually just pull this down.

All right.  Can we pull up Exhibit 514, which was admitted prior.  And this is the last video that I'll have on direct.  And then could we play this until we are 28 seconds in.

(Video played.)

Can we stop right there.  I'm sorry.

Just to make sure it's clear for the Court, Agent Perez, the individual, Maryland gaiter, black jacket, that I circled, who is this?

A.  The defendant, Mr. Justin Lee.

Q.  All right.  I'm going to clear the screen.  All right.  And

now can we please play it to 28 seconds in.

(Video played.)

Who is this individual that I've circled, Maryland --

A.   The defendant, Mr. Justin Lee.

Q.   All right.  I'm going to clear the screen.  All right.  Can we watch this for another 5 seconds.

(Video played.)

Were you able to see what the defendant was holding up there?

A.   Yes.

Q.   What was it?

A.   Appeared to be a flashlight.

Q.   Can we go ahead and move this to 2:19.  So 2 minutes and 19 seconds in.  We're going to play to 2 minutes and 36 seconds in.

(Video played.)

All right.  Who is the individual, Maryland flag gaiter, black jacket, that I've circled?

A.   The defendant, Mr. Justin Lee.

Q.   I'm going to clear the screen.  Then I'm going to ask that we play this to 2 minutes and 19 seconds in -- I'm sorry, 2 minutes and 39 seconds in.  Thank you.

(Video played.)

All right.  Agent Perez, were you able to see what was just dispersed from the police line?

A.   Yes.

Q.   What was it?

A.   It appeared to be some kind of OC spray or pepper spray.

Q.   What did the defendant do in response?

A.   Appeared to turn around and walk away.

Q.   Could we now set the video to 4 minutes and 20 seconds in. And we're just going to play it for 2 seconds.

(Video played.)

All right.  Agent Perez, what does the defendant appear to be doing in this video?

A.   Appears to be holding a flashlight towards the direction of the tunnel.

Q.   And this is about 2 minutes after pepper spray is sent out from the police line in his direction?

A.   Yes.

Q.   Can we just play this video to the end, please.

(Video played.)

Stop it right there.

Agent Perez, what did the defendant appear to be doing there?

A.   Appeared to have a flashlight in his left hand, pointing at the direction of the tunnel, while also either recording or taking photos, what appeared to be a cell phone in his right hand.

Q.   We can go ahead and pull this last video down.

Agent Perez, we've watched a lot of video showing the defendant at the tunnel.  Can you just briefly summarize the actions the defendant took at the tunnel on January 6th?

MR. ROBERTS:  Objection.  I object.

THE COURT:  On what basis?

MR. ROBERTS:  Because it's just -- he's already testified, it's been asked and answered.

THE COURT:  Yeah, I think I got it.

MR. VIGEANT:  Thanks.  Could I just have a brief second to check with my co-counsel?

THE COURT:  Sure.

MR. VIGEANT:  Thanks, Your Honor.

(Pause.)

MR. VIGEANT:  No further questions, Your Honor.

THE COURT:  All right.  How long do you expect your cross to be, Mr. Roberts?

MR. ROBERTS:  I don't know, Your Honor, but I think we would ask that we start it tomorrow morning.

THE COURT:  Okay.  Agent Perez, you may step down. I'll direct you not to discuss the contents of your testimony with anyone.

THE WITNESS:  Yes, Your Honor.  Thank you.

THE COURT:  We'll resume at 9 a.m. tomorrow morning. So 9 a.m. -- not 10 a.m. -- in Courtroom 2.

Mr. Lee, I'll, of course, direct you to return

tomorrow for your continued trial and warn you that if you fail to appear, we may continue to and through a verdict in your absence and, of course, an arrest warrant will be issued and additional penalties may accrue.

All right.  Thanks, folks.

All right.  Thanks folks.  See you tomorrow.

*    *    *

CERTIFICATE OF OFFICIAL COURT REPORTER


        I, JANICE DICKMAN, do hereby certify that the above

and foregoing constitutes a true and accurate transcript of

my stenographic notes and is a full, true and complete

transcript of the proceedings to the best of my ability.

            Dated this 23rd day of August, 2024




                            _____

                            Janice E. Dickman, CRR, CMR, CCR
                            Official Court Reporter
                            Room 6523
                            333 Constitution Avenue, N.W.
                            Washington, D.C.  20001

INDEX

WITNESSES:

SHAWN WALTON
Direct Examination By Mr. Vigeant.......... 11
Cross-Examination By Mr. Roberts........... 78
Redirect Examination By Mr. Vigeant........ 89

LANELLE HAWA
Direct Examination By Mr. Dreher.......... 91
Cross-Examination By Mr. Roberts.......... 107

JASON STERLING
Direct Examination By Mr. Dreher.......... 119
Cross-Examination By Mr. Roberts.......... 141
Redirect Examination By Mr. Dreher........ 148

JOSEPH PEREZ
Direct Examination By Mr. Vigent.......... 151


GOVERNMENT EXHIBITS:

Exhibit 108....................................... 18
Exhibit 201....................................... 27
Exhibit 203....................................... 32
Exhibit 204....................................... 33
Exhibit 205....................................... 30

Exhibit 206....................................... 21
Exhibit 300....................................... 95
Exhibit 301....................................... 101
Exhibit 302....................................... 105
Exhibit 400A...................................... 166

Exhibit 400....................................... 38
Exhibit 401....................................... 49
Exhibit 401A...................................... 172
Exhibit 402....................................... 50
Exhibit 402A...................................... 173

Exhibit 403....................................... 53
Exhibit 403A...................................... 176
Exhibit 404....................................... 54
Exhibit 404A...................................... 180
Exhibit 405....................................... 59

Exhibit 500........................................ 164
Exhibit 501........................................  39
Exhibit 502........................................  40
Exhibit 503........................................  43
Exhibit 504........................................  51

Exhibit 506........................................  52
Exhibit 507........................................  55
Exhibit 508........................................  57
Exhibit 508B...................................... 154
Exhibit 509........................................  58

Exhibit 510........................................  63
Exhibit 511........................................  66
Exhibit 513B...................................... 203
Exhibit 514........................................  73
Exhibit 700....................................... 157

Exhibit 701....................................... 157
Exhibit 702....................................... 157
Exhibit 703....................................... 161
Exhibit 801....................................... 163
Exhibit 802....................................... 182
Exhibit 803....................................... 189

*    *    *

**0**

**0:45** [1] - 85:5

**1**

**1** [21] - 1:5, 10:3, 42:22, 56:21, 57:14, 59:10, 74:24, 89:6, 100:20, 101:19, 101:22, 125:4, 128:12, 128:14, 129:17, 130:2, 131:13, 131:14, 171:18
**1-6-21** [1] - 158:6
**1-ish** [1] - 85:5
**10** [5] - 58:13, 66:7, 174:3, 188:15, 208:24
**10,000** [1] - 83:17
**100** [4] - 64:12, 84:21, 87:12, 87:25
**1000** [2] - 11:2, 11:5
**1001** [1] - 11:7
**101** [1] - 211:17
**1033** [2] - 121:24, 122:25
**105** [1] - 211:18
**107** [6] - 15:21, 16:5, 16:7, 16:14, 16:16, 211:6
**108** [4] - 18:7, 18:11, 18:20, 18:22
**108.............................
.......** [1] - 211:13
**11** [6] - 57:11, 77:5, 158:18, 170:8, 197:3, 211:3
**1114** [1] - 11:14
**119** [1] - 211:8
**12** [3] - 10:1, 50:10, 174:18
**12:30** [4] - 10:2, 96:7, 98:8, 106:24
**12:50** [2] - 37:24, 166:1
**13** [1] - 56:21
**14** [3] - 105:8, 105:11, 117:17
**141** [1] - 211:8
**148** [1] - 211:9
**14:45** [1] - 147:14
**14:45:36** [1] - 126:1
**14:46** [2] - 147:14, 148:6
**15** [6] - 10:17, 62:19, 65:9, 86:23, 141:6, 184:14
**151** [1] - 211:10
**154** [1] - 212:5
**157** [3] - 212:9, 212:10, 212:10

**16** [3] - 187:20, 199:20, 200:23
**161** [1] - 212:11
**163** [1] - 212:11
**164** [1] - 212:1
**166** [1] - 211:18
**16:46:43** [1] - 130:11
**17** [5] - 12:7, 77:18, 77:21, 165:4, 172:10
**17-year** [1] - 44:11
**172** [1] - 211:20
**173** [1] - 211:21
**1752** [12] - 79:16, 111:7, 111:8, 111:11, 113:2, 113:14, 113:17, 114:14, 115:11, 115:18, 116:17, 116:21
**1752(a)(2** [1] - 47:25
**176** [1] - 211:23
**18** [7] - 11:14, 41:10, 50:14, 79:16, 100:20, 111:8, 211:13
**180** [1] - 211:24
**182** [1] - 212:12
**189** [1] - 212:12
**19** [5] - 105:19, 188:5, 194:23, 206:13, 206:21
**1:10** [5] - 48:25, 49:20, 61:16, 171:25, 173:10
**1:12** [1] - 43:19
**1:15** [1] - 10:7
**1:17** [2] - 205:11
**1:21** [1] - 205:7
**1:24** [2] - 187:2, 187:7
**1:30** [2] - 90:17, 192:17

**2**

**2** [22] - 37:14, 37:15, 63:20, 63:21, 95:18, 132:24, 159:18, 160:20, 169:14, 172:24, 188:5, 191:13, 193:23, 194:23, 206:13, 206:14, 206:21, 207:7, 207:13, 208:24
**20** [6] - 1:6, 37:14, 72:11, 135:12, 180:20, 207:6
**20001** [2] - 1:24, 210:13
**201** [5] - 27:12, 27:14, 27:16, 27:23, 27:25
**201.............................
.......** [1] - 211:14
**202** [1] - 1:19
**202-252-1706** [1] - 1:15

**202-354-3267** [1] - 1:25
**2020** [7] - 9:22, 9:24, 27:11, 28:4, 28:8, 28:12, 79:23
**2021** [78] - 3:5, 7:25, 9:17, 9:25, 10:24, 11:9, 16:11, 18:17, 19:16, 21:12, 22:18, 23:10, 25:18, 28:4, 28:12, 29:4, 30:13, 32:10, 33:18, 36:24, 37:2, 37:24, 38:1, 39:13, 40:13, 43:6, 48:25, 49:2, 49:20, 49:22, 50:24, 52:11, 53:5, 53:7, 54:15, 54:17, 55:19, 57:3, 58:5, 58:25, 59:2, 60:6, 63:10, 65:21, 67:8, 70:6, 73:1, 74:10, 77:4, 91:18, 92:24, 93:22, 94:17, 94:24, 95:10, 95:15, 101:12, 120:3, 153:17, 158:2, 158:10, 159:6, 159:12, 159:16, 159:20, 159:22, 160:13, 160:16, 162:6, 162:7, 162:16, 162:25, 164:8, 176:6, 181:22, 189:13, 189:20, 202:23
**2022** [2] - 8:3, 117:11
**2023** [1] - 8:5
**2024** [2] - 1:6, 210:7
**203** [6] - 32:3, 32:5, 32:7, 32:13, 32:16, 212:8
**203.............................
.......** [1] - 211:14
**204** [5] - 33:11, 33:13, 33:15, 33:21, 33:23
**204.............................
.......** [1] - 211:15
**205** [7] - 29:24, 30:1, 30:3, 30:16, 92:19, 99:8, 107:5
**205.............................
.......** [1] - 211:15
**20530** [1] - 1:15
**206** [5] - 21:1, 21:6, 21:8, 21:15, 21:17
**206.............................
.......** [1] - 211:16
**20737** [1] - 1:19
**21** [5] - 51:23, 168:16, 186:3, 204:23, 211:16
**214** [2] - 97:17, 107:14
**21st** [1] - 117:11
**23** [1] - 66:22
**23-368** [1] - 2:4

**23-cr-368** [1] - 1:3
**23-year-old** [1] - 5:24
**231** [3] - 47:22, 74:13, 78:4
**23rd** [1] - 210:7
**24** [3] - 42:22, 158:19, 183:23
**247** [1] - 117:17
**25** [2] - 41:18, 56:16
**26** [1] - 37:15
**27** [3] - 173:20, 200:23, 211:14
**28** [4] - 191:13, 195:4, 205:17, 206:1
**28th** [1] - 28:4
**2:12** [1] - 10:9
**2:15** [1] - 10:15
**2:19** [2] - 194:23, 206:13
**2:20** [1] - 66:5
**2:26** [3] - 53:5, 105:19, 107:3
**2:27** [1] - 175:25
**2:28** [1] - 188:15
**2:29** [1] - 10:21
**2:30** [2] - 103:21
**2:35** [1] - 178:6
**2:48** [1] - 178:7
**2:53** [1] - 54:15
**2:55** [1] - 180:1

**3**

**3** [15] - 51:19, 51:22, 57:14, 62:24, 66:6, 77:17, 86:14, 86:16, 135:11, 160:14, 160:20, 161:16, 161:18, 163:25, 195:4
**30** [5] - 59:11, 65:5, 66:18, 201:17, 211:15
**300** [3] - 94:14, 95:4, 95:6
**300.............................
.......** [1] - 211:17
**301** [4] - 1:20, 100:17, 101:15, 101:17
**301.............................
.......** [1] - 211:17
**302** [3] - 104:6, 105:1, 105:3
**302.............................
.......** [1] - 211:18
**31** [3] - 132:24, 201:15, 203:13
**32** [2] - 195:12, 211:14
**33** [3] - 104:9, 176:24, 211:15
**333** [2] - 1:24, 210:12
**34** [2] - 204:10, 204:12

**35** [3] - 125:22, 128:12, 128:14
**36** [1] - 206:14
**37** [2] - 38:16, 167:3
**38** [2] - 202:8, 211:19
**39** [3] - 70:14, 206:22, 212:1
**3:15** [1] - 178:14
**3:30** [1] - 150:23
**3:43** [1] - 158:4
**3:44** [1] - 10:24
**3D** [1] - 21:9
**3rd** [2] - 9:24, 82:3

## 4

**4** [12] - 52:23, 67:21, 72:15, 77:17, 158:11, 158:20, 177:17, 179:22, 195:12, 195:22, 196:23, 207:6
**40** [3] - 63:21, 166:16, 212:2
**400** [6] - 37:7, 37:13, 37:17, 38:4, 165:18, 165:19
**400**..........................
**.......** [1] - 211:19
**400A** [7] - 165:10, 165:11, 165:16, 165:20, 166:12, 166:14, 167:11
**400A**.......................
**.........** [1] - 211:18
**401** [7] - 48:15, 48:19, 48:21, 49:5, 49:7, 171:10, 171:11
**401**..........................
**.......** [1] - 211:20
**401A** [5] - 171:2, 171:9, 171:11, 172:6, 172:8
**401A**.......................
**.........** [1] - 211:20
**402** [8] - 49:10, 49:14, 49:16, 49:25, 50:1, 50:7, 173:6, 173:7
**402**..........................
**.......** [1] - 211:21
**402A** [6] - 172:23, 173:5, 173:7, 173:16, 173:18, 175:8
**402A**.......................
**.........** [1] - 211:21
**403** [8] - 52:19, 52:23, 53:10, 53:12, 53:15, 175:11, 175:19, 175:20
**403**..........................
**.......** [1] - 211:22
**403A** [4] - 175:17,

175:20, 176:9, 176:11
**403A**.......................
**.........** [1] - 211:23
**404** [6] - 54:5, 54:8, 54:20, 54:22, 179:15, 179:16
**404**..........................
**.......** [1] - 211:23
**404A** [5] - 179:8, 179:14, 179:16, 180:7, 180:9
**404A**.......................
**.........** [1] - 211:24
**405** [7] - 58:13, 58:17, 59:5, 59:7, 192:5, 192:25
**405**..........................
**.......** [1] - 211:24
**43** [6] - 59:9, 129:17, 130:2, 131:13, 186:10, 212:2
**44** [2] - 192:6, 193:12
**46** [5] - 40:2, 59:16, 59:23, 60:1, 131:14
**48** [1] - 63:22
**49** [2] - 69:24, 211:20
**4:45** [3] - 86:11, 126:1, 126:2
**4:46** [4] - 3:11, 58:25, 60:11, 60:16
**4th** [1] - 82:4

## 5

**5** [16] - 58:17, 136:15, 161:24, 165:11, 167:19, 167:24, 171:2, 172:24, 175:12, 179:9, 185:21, 196:11, 197:2, 198:5, 206:6
**50** [2] - 84:21, 211:21
**50,000** [1] - 90:5
**500** [3] - 163:24, 164:20, 164:22
**500**..........................
**.......** [1] - 212:1
**501** [6] - 38:14, 38:21, 38:24, 39:16, 39:18, 167:2
**501**..........................
**.......** [1] - 212:1
**502** [6] - 39:21, 40:2, 40:5, 40:16, 40:18, 167:23
**502**..........................
**.......** [1] - 212:2
**503** [6] - 42:17, 42:22, 43:2, 43:9, 55:22, 169:12
**503**..........................

**.......** [1] - 212:2
**504** [5] - 50:10, 50:14, 51:2, 51:5, 174:17
**504**..........................
**.......** [1] - 212:3
**506** [5] - 51:19, 51:22, 52:14, 52:16, 177:16
**506**..........................
**.......** [1] - 212:4
**507** [6] - 54:25, 55:4, 55:24, 55:25, 56:1, 182:24
**507**..........................
**.......** [1] - 212:4
**508** [6] - 56:15, 56:21, 57:6, 57:8, 154:10, 183:22
**508**..........................
**.......** [1] - 212:5
**508B** [5] - 154:2, 154:6, 154:9, 154:16, 154:18
**508B**.......................
**.........** [1] - 212:5
**509** [5] - 57:11, 57:14, 58:8, 58:10, 184:14
**509**..........................
**.......** [1] - 212:6
**51** [2] - 38:22, 212:3
**510** [5] - 62:19, 62:24, 63:13, 185:8, 187:16
**510**..........................
**.......** [1] - 212:7
**511** [12] - 65:5, 65:9, 65:24, 66:3, 187:19, 191:12, 192:4, 192:25, 193:17, 194:23, 202:5
**511**..........................
**.......** [1] - 212:7
**512** [6] - 66:17, 66:21, 67:11, 67:13, 203:17, 203:22
**513** [7] - 69:19, 69:24, 70:9, 70:12, 201:13, 202:20, 203:12
**513B** [5] - 202:14, 202:16, 202:19, 203:8, 203:10
**513B**.......................
**.........** [1] - 212:8
**514** [6] - 72:11, 72:15, 72:17, 73:4, 73:7, 205:15
**514**..........................
**.......** [1] - 212:8
**52** [1] - 212:4
**53** [2] - 196:23, 211:22
**54** [2] - 62:25, 211:23
**55** [1] - 212:4
**56** [1] - 183:1

**57** [1] - 212:5
**58** [3] - 72:15, 169:18, 212:6
**59** [2] - 55:4, 211:24
**5:32** [1] - 197:24
**5:37** [1] - 198:6
**5:44** [1] - 198:17
**5th** [7] - 94:17, 95:10, 97:24, 159:6, 159:12, 159:16, 159:22

## 6

**6** [112] - 3:5, 5:12, 14:23, 15:2, 18:3, 18:17, 19:16, 20:2, 21:12, 22:18, 23:10, 28:12, 29:4, 30:13, 31:15, 32:10, 33:5, 33:18, 36:24, 37:2, 37:24, 38:1, 39:13, 39:22, 40:12, 43:6, 44:21, 48:25, 49:2, 49:14, 49:20, 49:22, 50:24, 52:11, 53:5, 53:7, 54:15, 54:17, 55:19, 57:3, 58:5, 58:25, 59:2, 60:6, 63:10, 65:20, 67:8, 69:2, 70:6, 71:24, 72:25, 74:10, 76:19, 77:4, 77:22, 89:21, 90:4, 91:17, 92:23, 93:22, 94:1, 94:2, 95:14, 96:6, 98:2, 100:25, 101:12, 112:6, 113:12, 115:8, 120:3, 121:17, 125:10, 133:17, 137:10, 139:20, 140:7, 143:2, 144:10, 145:20, 145:24, 146:2, 153:17, 158:2, 158:6, 158:10, 158:11, 158:12, 159:20, 160:13, 162:5, 162:6, 162:16, 162:25, 163:10, 164:8, 171:14, 172:3, 173:9, 173:13, 176:6, 179:19, 181:22, 182:2, 189:13, 189:20, 199:19, 200:10, 202:23
**6-D** [2] - 140:20, 140:21
**60** [1] - 77:20
**600** [3] - 125:1, 125:13, 125:15
**601** [1] - 1:14
**62** [1] - 129:9
**63** [3] - 120:6, 121:22, 212:7

**6523** [2] - 1:23, 210:12
**66** [1] - 212:7
**6801** [1] - 1:18
**699-0764** [1] - 1:20
**6:21** [1] - 200:5
**6th** [39] - 3:8, 5:25, 9:17, 9:25, 11:9, 16:11, 20:6, 20:18, 23:3, 25:18, 28:16, 30:5, 80:22, 83:16, 94:11, 94:24, 100:10, 104:24, 121:3, 121:9, 121:19, 121:21, 123:16, 124:18, 142:21, 153:5, 153:14, 160:11, 160:18, 160:22, 164:17, 165:25, 166:9, 175:23, 176:21, 180:4, 203:5, 208:3

**7**

**7** [8] - 28:12, 54:8, 125:3, 158:12, 162:9, 196:1, 198:17, 200:10
**7-minute** [1] - 125:6
**700** [10] - 155:12, 155:14, 155:19, 155:21, 155:24, 156:5, 156:15, 156:19, 157:4, 157:10
**700............................**
**.......** [1] - 212:9
**701** [6] - 155:22, 156:5, 156:18, 157:5, 157:11, 158:23
**701............................**
**.......** [1] - 212:10
**702** [6] - 155:22, 156:5, 156:18, 157:5, 157:11, 157:14
**702............................**
**.......** [1] - 212:10
**703** [4] - 160:25, 161:2, 161:13, 161:15
**703............................**
**.......** [1] - 212:11
**73** [1] - 212:8
**78** [1] - 211:4
**7:06** [1] - 200:24
**7:17** [1] - 201:4
**7th** [6] - 10:24, 28:4, 28:8, 106:24, 160:16, 162:6

**8**

**8** [1] - 76:18
**801** [3] - 162:20, 163:13, 163:15

**801............................**
**.......** [1] - 212:11
**802** [5] - 181:12, 181:15, 182:5, 182:7
**802............................**
**.......** [1] - 212:12
**803** [6] - 156:14, 156:24, 157:1, 189:8, 189:23, 189:25
**803(6)** [1] - 157:6
**803............................**
**.......** [1] - 212:12
**89** [1] - 211:4
**8:06** [2] - 10:14, 10:22

**9**

**9** [5] - 42:18, 65:9, 106:7, 208:23, 208:24
**90** [1] - 4:2
**902** [2] - 156:24, 157:5
**902(11** [1] - 156:25
**91** [1] - 211:6
**95** [1] - 211:17
**9:00** [1] - 1:7
**9:02** [2] - 10:21, 10:22

**A**

**a.m** [12] - 1:7, 10:24, 77:17, 106:24, 158:6, 158:11, 158:12, 162:6, 208:23, 208:24
**abilities** [2] - 4:25, 131:5
**ability** [12] - 62:10, 68:7, 69:4, 69:14, 71:23, 72:2, 75:15, 127:22, 133:11, 149:18, 149:25, 210:6
**able** [54] - 4:7, 46:13, 46:20, 51:13, 61:7, 61:22, 64:21, 75:23, 76:6, 76:16, 77:6, 77:16, 84:5, 92:1, 98:24, 99:2, 101:4, 102:2, 111:17, 123:21, 125:9, 125:18, 126:12, 127:3, 127:7, 127:22, 131:16, 131:23, 132:13, 133:11, 139:8, 140:14, 145:13, 148:25, 149:9, 166:20, 171:21, 174:11, 175:4, 177:4, 179:23, 186:24, 193:10, 193:21, 194:17, 195:17, 195:24, 196:6, 197:7, 200:7, 204:6, 204:16, 206:8, 206:24

**absence** [3] - 10:12, 10:19, 209:3
**absolutely** [1] - 90:1
**academy** [2] - 8:2, 13:16
**accepted** [3] - 8:2, 93:9, 109:10
**access** [3] - 29:10, 93:20, 98:23
**accessed** [1] - 99:6
**accordingly** [2] - 8:14, 103:20
**accrue** [1] - 209:4
**accuracy** [1] - 156:17
**accurate** [16] - 27:20, 53:6, 54:16, 59:1, 79:24, 163:10, 164:17, 166:8, 172:2, 173:13, 176:6, 180:4, 182:2, 189:20, 203:5, 210:4
**accurately** [27] - 18:16, 21:11, 30:12, 31:12, 32:9, 33:17, 37:25, 39:12, 40:11, 43:5, 49:1, 49:21, 50:23, 52:10, 55:18, 57:2, 58:4, 63:9, 65:19, 67:7, 70:5, 72:24, 84:13, 95:1, 101:11, 104:23, 125:10
**achieve** [1] - 97:14
**acoustics** [1] - 102:21
**act** [3] - 7:2, 7:21, 140:2
**acted** [1] - 6:25
**acting** [1] - 8:14
**Action** [1] - 1:3
**action** [1] - 103:14
**actions** [9] - 3:8, 7:10, 7:12, 7:18, 103:10, 103:12, 142:3, 162:18, 208:3
**activated** [1] - 36:2
**actual** [3] - 108:20, 113:16, 113:22
**Adam** [2] - 1:12, 2:7
**adam.dreher@usdoj.gov** [1] - 1:16
**added** [3] - 150:8, 150:11, 150:13
**addition** [5] - 4:18, 23:1, 26:24, 62:16, 70:22
**additional** [6] - 5:4, 21:3, 42:6, 95:23, 121:3, 209:4
**additionally** [1] - 26:19
**adds** [1] - 64:16
**adjourned** [1] - 10:7

**adjusted** [1] - 103:20
**admission** [4] - 94:14, 101:15, 105:1, 125:13
**admit** [44] - 16:13, 18:19, 21:14, 27:22, 30:15, 32:12, 33:20, 38:3, 38:11, 39:15, 40:15, 43:8, 43:13, 43:14, 49:4, 49:24, 50:2, 51:1, 52:13, 53:9, 54:19, 55:17, 55:21, 57:5, 58:7, 59:4, 63:12, 65:23, 67:10, 70:8, 73:3, 154:15, 156:4, 161:12, 163:12, 164:19, 166:11, 172:5, 173:15, 176:8, 180:6, 182:4, 189:22, 203:7
**admitted** [23] - 30:17, 92:19, 94:13, 99:8, 157:11, 165:20, 167:3, 167:23, 169:13, 171:12, 174:18, 175:21, 177:16, 179:17, 182:24, 183:22, 184:14, 185:8, 187:20, 192:5, 201:13, 203:17, 205:16
**admitting** [3] - 43:15, 50:6, 63:16
**adopt** [1] - 115:5
**adopted** [4] - 93:6, 109:4, 109:6, 109:14
**advanced** [1] - 85:15
**affect** [8] - 62:9, 68:6, 69:4, 69:14, 71:15, 71:23, 127:22, 133:11
**affixed** [4] - 34:10, 124:22, 125:18, 132:20
**African** [1] - 163:4
**African-American** [1] - 163:4
**aftermath** [1] - 6:11
**afternoon** [11] - 90:20, 91:6, 107:12, 107:13, 119:8, 119:11, 141:4, 141:5, 151:3, 151:9, 151:11
**agencies** [10] - 14:9, 14:12, 32:1, 75:18, 76:20, 76:23, 93:15, 93:17, 94:7, 94:10
**agency** [6] - 11:13, 117:22, 123:12, 140:8, 140:10, 148:2
**Agent** [41] - 2:10, 143:24, 151:2, 151:3, 151:9, 151:17, 154:3, 155:13, 157:16, 158:24, 159:19,

160:14, 161:1, 161:18, 162:2, 162:10, 162:17, 162:21, 164:1, 165:6, 165:13, 166:6, 166:20, 167:5, 167:15, 168:1, 168:22, 169:25, 170:1, 170:10, 180:14, 182:9, 183:4, 187:4, 187:9, 190:2, 190:23, 196:12, 204:5, 204:24, 205:21

**agent** [66] - 91:21, 106:25, 150:21, 151:19, 151:21, 152:11, 152:15, 163:17, 171:6, 172:15, 173:2, 173:24, 174:5, 174:22, 175:14, 176:13, 177:3, 177:20, 178:10, 178:17, 179:11, 180:11, 180:23, 181:7, 181:17, 183:13, 183:25, 184:18, 185:10, 185:23, 186:5, 186:13, 187:11, 187:22, 188:10, 188:13, 188:18, 189:9, 190:3, 190:6, 190:10, 192:8, 192:19, 194:25, 195:6, 196:15, 196:24, 197:4, 197:10, 198:1, 198:4, 198:8, 198:19, 199:24, 200:7, 200:14, 201:1, 201:20, 202:10, 202:16, 203:23, 206:24, 207:9, 207:19, 208:1, 208:19

**agent's** [1] - 194:13
**agents** [4] - 93:4, 93:18, 94:20, 153:11
**ago** [5] - 117:15, 134:16, 136:17, 141:10, 145:23
**agree** [1] - 168:14
**agreed** [2] - 9:2, 108:23
**ahead** [50] - 22:15, 28:14, 33:10, 35:11, 38:13, 38:15, 39:20, 41:25, 43:19, 44:20, 51:17, 54:24, 55:1, 56:4, 56:14, 64:4, 66:16, 90:16, 154:19, 165:3, 166:16, 166:25, 167:2, 167:13, 167:22, 167:24, 169:10, 170:20, 172:21, 173:19, 175:12, 177:9, 177:16, 179:7, 180:20, 181:2, 182:18, 182:23,

182:25, 183:12, 183:16, 186:10, 187:2, 188:4, 192:16, 197:2, 205:12, 206:13, 207:25
**ahold** [3] - 132:11, 138:1, 138:2
**air** [2] - 47:9, 181:9
**Air** [1] - 115:4
**AKA** [1] - 72:19
**Alabama** [1] - 152:1
**Albertsons** [2] - 157:23, 157:24
**alive** [1] - 46:11
**allocate** [1] - 12:18
**allow** [1] - 25:25
**allowed** [3] - 24:19, 89:25, 90:3
**allows** [1] - 24:3
**almost** [4] - 18:5, 20:9, 105:5, 150:1
**alongside** [1] - 2:8
**alternate** [1] - 103:17
**Amendment** [3] - 7:1, 120:10, 120:11
**America** [2] - 1:3, 2:4
**American** [1] - 163:4
**Andrews** [1] - 115:4
**angle** [3] - 113:6, 178:1, 201:14
**angry** [1] - 139:14
**announced** [1] - 46:24
**announcement** [1] - 89:8
**annual** [1] - 120:20
**answer** [10] - 25:25, 26:2, 60:22, 73:18, 74:15, 76:9, 110:13, 116:24, 117:21, 117:23
**Answer** [1] - 118:3
**answered** [4] - 31:8, 47:14, 190:18, 208:7
**answering** [1] - 47:14
**anticipate** [1] - 96:23
**anticipated** [4] - 94:3, 94:5, 96:7, 106:25
**anticipating** [1] - 94:22
**anytime** [1] - 146:3
**anyway** [5] - 6:5, 26:1, 86:6, 108:3, 110:6
**apologize** [4] - 3:20, 31:8, 32:25, 183:1
**appealing** [1] - 20:10
**appear** [33] - 53:24, 67:25, 68:3, 160:20, 167:10, 167:15, 169:4, 170:4, 170:10, 170:18, 174:5, 175:7, 177:24, 178:3, 178:10, 179:19, 181:7, 183:18, 186:16,

191:8, 192:13, 192:21, 195:9, 196:25, 197:16, 198:14, 199:13, 199:24, 201:1, 202:10, 207:9, 207:19, 209:2
**appearance** [5] - 153:25, 182:10, 182:20, 184:5, 184:11
**appeared** [40] - 16:11, 18:17, 21:12, 30:13, 32:10, 33:18, 38:1, 39:13, 40:12, 43:6, 45:4, 46:9, 46:12, 49:2, 49:22, 50:24, 52:11, 55:19, 57:3, 58:5, 63:10, 65:20, 67:8, 70:6, 72:25, 170:23, 181:9, 187:6, 196:16, 197:20, 198:9, 198:20, 199:1, 202:12, 203:4, 206:12, 207:3, 207:5, 207:21, 207:23
**applied** [1] - 7:25
**appointed** [1] - 92:5
**appreciate** [2] - 148:20, 194:12
**approach** [2] - 62:11, 111:20
**approached** [2] - 122:17, 144:3
**approaching** [2] - 73:19, 115:14
**appropriate** [3] - 44:17, 114:15, 116:6
**approval** [1] - 28:23
**April** [1] - 7:25
**arch** [1] - 72:21
**Architect** [1] - 89:8
**archway** [2] - 185:11, 188:2
**area** [96] - 17:7, 17:18, 18:6, 19:7, 19:22, 19:25, 20:12, 20:13, 21:19, 21:20, 21:21, 22:2, 22:7, 29:1, 31:16, 34:4, 44:3, 44:16, 45:6, 45:18, 46:8, 46:10, 46:21, 46:23, 47:1, 48:22, 50:19, 52:1, 55:7, 55:8, 55:9, 56:7, 56:8, 64:2, 65:15, 65:16, 66:10, 66:11, 66:13, 67:2, 67:4, 70:1, 72:20, 76:23, 81:1, 81:10, 81:18, 84:19, 85:10, 85:14, 99:13, 104:15, 107:5, 109:21, 110:15, 110:16, 110:17, 111:3, 111:11, 113:2, 113:14, 113:23,

113:25, 114:13, 114:18, 114:19, 114:23, 115:1, 115:11, 115:14, 117:2, 117:20, 118:2, 153:18, 158:10, 159:3, 159:10, 162:3, 167:14, 176:13, 177:12, 180:11, 180:12, 183:9, 183:10, 185:10, 185:11, 186:8, 188:1, 188:2, 204:6
**Area** [15] - 4:1, 31:18, 33:3, 34:2, 34:10, 34:21, 35:4, 40:22, 41:2, 41:8, 51:11, 81:10, 114:10, 168:7, 175:5
**areas** [13] - 27:4, 29:10, 56:7, 83:2, 92:12, 93:21, 102:10, 102:13, 106:15, 113:20, 113:21, 145:15
**argue** [1] - 114:21
**argument** [2] - 116:2, 194:12
**argumentative** [1] - 114:20
**arguments** [1] - 43:16
**arm** [2] - 138:2, 138:4
**Arms** [2] - 94:20, 95:25
**arrangements** [1] - 23:4
**arrest** [4] - 114:4, 154:21, 154:24, 209:3
**arrested** [3] - 25:7, 155:2, 186:24
**arrival** [1] - 96:7
**arrive** [2] - 96:5, 108:10
**arrived** [9] - 44:23, 44:25, 46:24, 47:8, 98:4, 121:11, 122:3, 123:15, 123:25
**arrow** [8] - 16:18, 16:20, 17:3, 17:18, 22:10, 40:20, 40:25, 41:12
**assault** [1] - 6:13
**assaulting** [2] - 4:8, 5:13
**assemblies** [1] - 120:12
**assembly** [2] - 6:23, 7:6
**assess** [1] - 24:4
**assessment** [1] - 25:16
**assigned** [12] - 8:2, 15:9, 93:4, 93:14,

93:16, 93:17, 120:6, 152:4, 152:12, 153:4, 153:7, 153:11

**assigning** [1] - 83:6
**assignments** [1] - 123:7
**assist** [7] - 14:9, 14:17, 47:6, 76:20, 77:13, 122:20, 147:8
**assistance** [1] - 121:25
**assistant** [1] - 91:22
**Assistant** [1] - 47:16
**assisted** [3] - 3:24, 23:6, 154:25
**assisting** [2] - 123:16, 126:9
**associate** [1] - 6:5
**associated** [1] - 121:4
**Association** [1] - 13:8
**assume** [2] - 129:9, 132:22
**assumed** [1] - 123:3
**attached** [4] - 41:4, 95:20, 141:16, 141:17
**attachment** [1] - 95:16
**attacks** [1] - 137:1
**attempting** [3] - 58:22, 67:20, 72:19
**attended** [5] - 6:8, 6:9, 6:10, 6:15, 6:16
**attending** [1] - 6:19
**attention** [9] - 61:17, 92:20, 94:15, 104:8, 124:3, 125:2, 131:9, 162:2, 188:14
**attesting** [1] - 156:17
**attorney** [1] - 143:11
**ATTORNEY'S** [1] - 1:13
**atypical** [1] - 115:3
**audio** [1] - 124:12
**August** [4] - 1:6, 8:3, 8:5, 210:7
**authenticating** [1] - 156:25
**authenticity** [1] - 155:20
**authorities** [1] - 113:16
**authority** [6] - 7:4, 25:24, 25:25, 78:19, 78:22, 113:23
**authorized** [2] - 79:10, 79:13
**automatically** [1] - 123:5
**available** [2] - 35:18, 161:10
**Ave** [1] - 164:14

**Avenue** [6] - 1:18, 1:24, 19:20, 38:25, 50:18, 210:12
**aware** [7] - 64:19, 82:8, 89:19, 98:23, 153:13, 158:14, 158:21
**awkward** [1] - 128:2

## B

**background** [4] - 40:8, 42:25, 52:8, 57:20
**backpack** [1] - 180:24
**backup** [1] - 83:3
**bags** [1] - 24:11
**bailiwick** [1] - 83:5
**ball** [5] - 191:22, 191:23, 192:9, 192:12, 193:16
**Baltimore** [3] - 151:18, 152:8, 153:15
**bar** [2] - 171:16, 171:17
**barricades** [1] - 35:5
**barrier** [1] - 170:13
**Base** [1] - 115:4
**base** [2] - 45:7, 121:1
**baseball** [1] - 4:15
**Based** [1] - 59:17
**based** [42] - 34:19, 35:3, 36:23, 60:4, 61:5, 61:20, 62:7, 63:17, 67:17, 67:24, 68:5, 69:1, 87:14, 100:15, 101:10, 102:12, 120:25, 159:24, 160:7, 160:10, 163:8, 164:15, 166:6, 167:9, 168:9, 172:1, 173:11, 176:4, 176:19, 178:17, 178:20, 178:25, 180:2, 181:25, 183:17, 185:14, 189:18, 190:13, 192:19, 192:23, 196:24, 204:5
**basis** [13] - 25:22, 30:7, 30:24, 68:9, 72:1, 73:14, 77:25, 140:22, 156:9, 156:10, 160:2, 193:25, 208:5
**bat** [2] - 70:19, 134:18
**baton** [3] - 120:25, 122:15, 152:21
**batons** [1] - 122:9
**bats** [2] - 4:16, 67:18
**bear** [1] - 132:22
**became** [2] - 45:24, 46:17
**become** [9] - 7:25, 10:11, 10:18, 152:14,

153:13, 153:25, 155:16, 158:14
**becoming** [2] - 12:20, 151:21
**BEFORE** [1] - 1:9
**beg** [1] - 90:11
**began** [4] - 9:25, 10:1, 103:14, 181:10
**begin** [4] - 10:4, 18:1, 59:15, 121:9
**behalf** [2] - 2:9, 2:13
**behind** [7] - 5:9, 75:10, 97:7, 126:21, 136:4, 137:5, 191:25
**belief** [2] - 7:10, 68:21
**below** [7] - 3:9, 118:17, 118:18, 137:1, 182:10, 185:10
**bench** [2] - 44:14, 117:12
**bending** [1] - 151:14
**bent** [1] - 128:3
**beside** [1] - 139:10
**best** [7] - 3:2, 47:6, 122:4, 132:19, 135:8, 149:11, 210:6
**better** [1] - 132:18
**between** [18] - 28:20, 44:24, 68:23, 84:9, 87:6, 96:24, 100:9, 100:11, 117:19, 137:1, 145:5, 165:19, 167:9, 180:15, 193:20, 193:21, 198:24, 204:6
**beyond** [1] - 25:24
**big** [4] - 39:6, 52:8, 57:20, 167:14
**bigger** [2] - 135:2, 136:5
**bike** [15] - 19:14, 29:12, 30:4, 30:22, 31:10, 31:18, 34:12, 34:15, 34:20, 53:22, 82:16, 82:18, 82:22, 83:7, 124:2
**billowed** [1] - 87:10
**billowing** [2] - 59:16, 66:14
**bit** [12] - 38:17, 79:7, 83:5, 85:13, 94:25, 96:4, 115:16, 137:16, 138:15, 139:6, 139:11, 188:9
**black** [32] - 168:19, 170:1, 172:16, 173:23, 174:23, 177:4, 177:21, 180:24, 183:4, 184:1, 184:19, 185:24, 186:14, 187:23, 188:11, 191:22,

192:11, 193:15, 195:1, 195:6, 195:15, 199:6, 199:9, 199:10, 200:15, 202:1, 204:14, 205:4, 205:22, 206:18
**blacktop** [1] - 176:14
**blades** [1] - 24:16
**bleacher** [1] - 49:18
**bleachers** [4] - 4:6, 4:12, 57:24, 57:25
**blind** [1] - 69:11
**block** [1] - 62:12
**blockade** [3] - 45:20, 46:2, 46:4
**blocked** [1] - 7:19
**blows** [2] - 133:25, 134:14
**blunt** [1] - 24:17
**board** [1] - 139:25
**Board** [6] - 27:17, 34:5, 81:13, 114:10, 115:1, 117:6
**bodies** [1] - 150:10
**bodily** [1] - 134:5
**body** [6] - 46:9, 124:15, 124:20, 125:17, 158:8, 182:14
**body-worn** [2] - 124:15, 125:17
**bomb** [19] - 3:17, 4:17, 4:20, 4:23, 5:3, 5:4, 24:19, 24:21, 24:25, 62:9, 70:23, 189:17, 190:20, 191:7, 192:22, 193:10, 193:22, 194:17, 196:20
**bombs** [2] - 62:16, 191:9
**border** [2] - 51:15, 170:12
**borrow** [1] - 139:17
**bottles** [3] - 135:22, 150:4, 150:5
**bottom** [10] - 16:22, 45:14, 51:14, 55:12, 70:21, 85:9, 96:3, 96:21, 102:16, 162:1
**boundaries** [1] - 89:19
**boundary** [3] - 79:3, 110:16, 111:2
**bounds** [2] - 6:25, 7:10
**box** [1] - 17:11
**boy** [1] - 136:13
**branch** [2] - 11:13, 159:11
**brass** [1] - 24:17
**bravery** [1] - 8:4
**breach** [8] - 25:11, 44:22, 76:12, 82:19,

83:3, 100:16, 103:13, 103:19

**breached** [8] - 42:5, 44:16, 73:11, 75:13, 75:21, 103:24, 167:15

**breaches** [1] - 83:1

**break** [4] - 59:23, 90:16, 108:7, 150:22

**breaking** [2] - 103:1, 103:5

**breathe** [2] - 45:24, 45:25

**breathing** [1] - 148:7

**bricks** [1] - 70:25

**brief** [2] - 2:20, 208:9

**briefing** [1] - 123:6

**briefly** [7] - 22:18, 90:10, 120:7, 121:22, 131:17, 194:24, 208:2

**bright** [1] - 69:16

**bring** [13] - 24:21, 25:5, 75:19, 92:18, 94:13, 98:1, 99:7, 100:17, 104:6, 105:17, 105:20, 125:1, 196:23

**brings** [2] - 8:6, 25:2

**broke** [1] - 45:10

**broken** [1] - 127:21

**brought** [6] - 24:13, 25:17, 100:18, 104:8, 114:7, 125:3

**brown** [1] - 163:2

**bruises** [1] - 74:16

**building** [103] - 10:5, 11:11, 12:18, 14:21, 15:3, 15:5, 15:7, 15:19, 17:23, 18:17, 19:15, 20:20, 20:24, 23:13, 23:23, 24:2, 24:4, 24:7, 24:14, 24:23, 25:3, 25:5, 25:12, 25:17, 26:16, 26:18, 26:22, 26:25, 27:9, 29:9, 29:10, 30:13, 31:22, 32:10, 33:9, 33:18, 36:7, 38:1, 39:6, 40:8, 40:12, 42:2, 42:25, 43:6, 45:9, 45:16, 45:25, 46:3, 46:6, 46:10, 46:22, 47:10, 49:2, 49:22, 50:24, 52:8, 52:11, 54:2, 55:14, 55:18, 57:3, 57:20, 58:1, 58:4, 63:9, 65:20, 67:7, 70:4, 70:6, 72:25, 73:19, 75:8, 75:11, 75:13, 75:18, 75:24, 76:12, 78:20, 86:14, 92:10, 97:2, 97:10, 97:11, 97:12,

97:14, 97:21, 98:5, 98:17, 98:18, 98:25, 99:3, 99:6, 99:23, 102:12, 102:25, 105:24, 105:25, 107:4, 163:22, 164:12, 165:8, 178:13

**buildings** [6] - 13:25, 14:5, 16:11, 21:12, 27:2, 92:11

**built** [1] - 29:9

**bunch** [5] - 127:9, 127:11, 127:12, 127:13, 127:14

**bureau** [2] - 12:9, 12:23

**burned** [1] - 6:12

**burns** [2] - 71:14, 74:20

**bushes** [1] - 122:18

**business** [8] - 36:10, 36:13, 36:20, 99:5, 156:2, 156:14, 156:23, 161:10

**businesses** [2] - 155:5, 155:7

**BWC** [2] - 124:13, 132:16

**BY** [99] - 11:24, 16:1, 16:17, 17:6, 18:23, 21:18, 26:5, 28:1, 30:11, 30:18, 31:7, 32:17, 33:24, 35:2, 38:12, 39:19, 40:19, 42:16, 43:18, 44:19, 48:12, 49:8, 50:8, 51:6, 52:17, 53:16, 54:23, 56:3, 57:9, 58:11, 59:8, 59:21, 61:1, 61:15, 62:6, 63:19, 65:3, 66:4, 67:15, 68:13, 69:13, 70:13, 71:9, 71:20, 72:8, 73:8, 73:23, 74:8, 74:22, 75:2, 76:15, 77:15, 78:11, 89:18, 91:5, 101:18, 105:4, 107:11, 112:25, 114:22, 116:14, 118:12, 119:10, 123:20, 130:1, 130:16, 134:9, 148:24, 149:23, 151:8, 151:16, 154:20, 157:15, 160:9, 164:23, 165:24, 166:15, 168:15, 169:9, 172:9, 174:16, 176:3, 176:12, 179:6, 180:10, 181:16, 182:8, 185:6, 187:18, 189:7, 190:1, 190:9, 190:19, 191:5, 193:6,

194:16, 197:23, 199:11, 203:11

**C**

**calculate** [1] - 89:7

**call-out** [2] - 96:21, 98:1

**camera** [8] - 37:18, 86:20, 86:21, 87:18, 88:13, 124:15, 125:18, 147:23

**cameras** [12] - 20:4, 20:10, 35:13, 35:18, 36:1, 36:4, 36:7, 36:10, 36:13, 36:16, 36:21, 84:10

**camo** [5] - 199:14, 199:15, 202:4, 204:2

**camo-colored** [1] - 199:15

**cannot** [2] - 60:13, 87:25

**cans** [1] - 6:12

**cap** [5] - 191:22, 191:23, 192:9, 192:12, 193:16

**capital** [2] - 93:15, 158:7

**Capitol** [265] - 1:14, 3:6, 3:13, 3:15, 3:22, 4:1, 5:1, 6:21, 7:4, 9:18, 9:21, 10:5, 11:8, 11:10, 11:11, 11:18, 12:6, 12:8, 12:9, 12:14, 12:18, 12:21, 12:25, 13:2, 13:5, 13:10, 13:18, 14:1, 14:6, 14:10, 14:17, 14:21, 14:23, 15:3, 15:5, 15:6, 15:9, 15:10, 15:11, 15:12, 15:13, 15:17, 15:19, 16:8, 16:10, 17:7, 17:13, 17:16, 17:23, 18:11, 18:14, 18:16, 19:13, 20:20, 20:22, 20:24, 21:3, 21:9, 21:11, 22:18, 23:2, 23:3, 23:12, 23:16, 23:18, 23:23, 23:24, 24:7, 24:8, 24:14, 25:5, 25:8, 25:20, 26:7, 26:8, 26:10, 26:16, 27:9, 27:17, 27:18, 29:5, 29:7, 29:11, 29:18, 30:12, 31:16, 31:20, 31:25, 32:8, 32:9, 33:4, 33:5, 33:8, 33:9, 33:16, 33:17, 34:4, 34:8,

34:12, 34:19, 35:3, 35:6, 35:13, 35:16, 35:20, 36:7, 36:8, 36:11, 36:14, 36:20, 37:25, 39:1, 39:7, 39:13, 40:6, 40:9, 40:12, 41:1, 41:16, 43:1, 43:3, 43:5, 44:11, 47:5, 47:8, 47:11, 49:1, 49:17, 49:21, 50:18, 50:23, 52:2, 52:9, 52:10, 53:1, 53:20, 55:14, 55:18, 57:2, 57:21, 57:25, 58:4, 58:21, 60:5, 61:6, 61:21, 63:9, 64:1, 65:20, 67:7, 70:5, 72:25, 73:20, 73:25, 74:23, 75:4, 75:12, 75:17, 75:20, 76:5, 76:20, 76:24, 77:19, 77:21, 78:15, 78:20, 78:23, 79:3, 79:10, 81:13, 82:24, 83:15, 83:20, 84:1, 84:2, 84:5, 84:10, 84:14, 84:23, 84:24, 85:2, 85:25, 86:2, 88:5, 88:11, 89:8, 91:22, 92:9, 92:12, 92:14, 92:16, 92:17, 92:22, 93:16, 93:23, 94:6, 94:8, 94:12, 94:19, 94:22, 94:24, 95:14, 95:24, 96:6, 97:2, 97:3, 97:5, 97:7, 97:10, 98:2, 98:23, 99:2, 99:22, 101:7, 101:12, 102:11, 102:12, 102:21, 103:25, 106:10, 107:16, 108:6, 110:20, 114:10, 115:1, 117:1, 117:5, 117:6, 117:19, 117:24, 117:25, 118:18, 119:22, 121:12, 121:14, 121:16, 121:17, 121:19, 121:21, 122:2, 122:3, 122:6, 122:16, 123:2, 123:9, 123:13, 123:14, 123:15, 123:16, 123:22, 124:1, 140:7, 153:16, 160:12, 162:15, 163:1, 163:22, 164:12, 165:8, 178:12

**Capitol's** [1] - 35:13

**captains** [1] - 122:22

**capture** [1] - 37:1

**captured** [1] - 105:11

**caravan** [1] - 123:10

**career** [7] - 15:4, 15:6, 15:8, 133:16, 139:19, 140:6, 152:2
**carriage** [3] - 99:16, 99:17, 99:18
**carry** [3] - 46:10, 46:13, 51:10
**carrying** [10] - 3:25, 46:8, 75:9, 76:4, 172:16, 173:24, 174:7, 174:11, 174:23, 175:4
**cart** [3] - 46:15, 46:16, 46:17
**case** [21] - 2:4, 29:14, 42:13, 44:5, 47:19, 64:20, 69:10, 78:2, 111:2, 114:8, 115:23, 115:25, 117:12, 142:21, 143:22, 144:1, 150:21, 153:11, 153:12, 155:5, 192:24
**cases** [1] - 143:2
**caused** [1] - 45:15
**causes** [1] - 27:5
**causing** [2] - 85:12, 113:17
**CCR** [1] - 210:11
**CCTV** [22] - 35:14, 35:21, 36:1, 36:18, 36:24, 37:1, 37:4, 37:21, 39:9, 50:20, 53:6, 54:16, 59:1, 84:9, 153:21, 165:25, 171:22, 173:9, 175:23, 180:15, 180:16, 192:5
**CDU** [22] - 29:13, 46:24, 62:8, 68:14, 68:17, 69:2, 69:10, 70:20, 82:24, 82:25, 84:3, 120:6, 120:7, 120:9, 120:19, 120:23, 121:23, 123:6, 129:13, 130:20, 141:10
**cell** [3] - 186:18, 186:19, 207:23
**Center** [3] - 12:18, 15:11, 23:24
**center** [8] - 13:5, 21:24, 35:19, 37:20, 47:12, 47:15, 124:21, 125:18
**ceremonial** [3] - 97:17, 98:13, 100:3
**certain** [4] - 29:10, 83:2, 87:12, 132:3
**Certainly** [1] - 8:16
**certainly** [2] - 74:14, 111:18
**certificate** [1] - 155:20
**CERTIFICATE** [1] -

210:1
**certification** [17] - 9:15, 10:25, 22:22, 22:24, 23:2, 26:24, 28:20, 29:8, 75:6, 96:12, 98:18, 106:20, 107:2, 133:18, 156:14, 156:16, 156:20
**certified** [1] - 28:23
**certify** [3] - 9:21, 22:20, 210:3
**chain** [1] - 155:10
**challenge** [1] - 132:14
**challenges** [1] - 137:17
**chamber** [30] - 10:4, 10:10, 10:13, 10:17, 10:20, 96:16, 96:24, 96:25, 97:1, 97:4, 97:8, 97:15, 98:13, 99:25, 100:1, 100:3, 100:5, 100:7, 100:11, 100:15, 102:19, 106:4, 106:6, 106:8, 106:15, 106:16, 106:17, 108:11
**chambers** [5] - 9:21, 10:8, 28:19, 96:15, 100:9
**change** [2] - 7:18, 7:24
**changed** [10] - 100:10, 100:14, 180:14, 182:9, 182:12, 182:20, 184:4, 184:7, 184:8, 184:11
**chanting** [3] - 103:1, 187:9, 187:10
**chaos** [1] - 122:4
**charge** [3] - 47:23, 47:25, 122:23
**charges** [2] - 5:13, 8:5
**charging** [1] - 74:13
**Charlotte** [3] - 94:24, 95:13, 105:13
**chart** [5] - 159:5, 159:8, 159:14, 159:19, 160:15
**chatter** [1] - 127:14
**check** [4] - 24:10, 82:4, 83:10, 208:10
**Cheltenham** [4] - 13:6, 13:7, 13:9, 13:14
**chemical** [6] - 45:15, 45:23, 46:5, 47:9, 71:14, 74:20
**chest** [1] - 182:14
**chief** [2] - 78:17, 89:21
**Chief** [1] - 47:16
**choose** [1] - 17:4
**chooses** [1] - 22:24
**chose** [1] - 4:11
**Christmas** [1] - 6:22

**chronological** [1] - 162:19
**circle** [63] - 17:14, 18:24, 19:7, 20:12, 21:19, 22:7, 22:10, 32:18, 33:25, 39:2, 40:7, 41:6, 51:9, 52:3, 53:17, 55:7, 56:6, 56:11, 57:22, 63:5, 65:15, 67:23, 72:20, 102:2, 104:20, 162:1, 163:2, 164:24, 166:2, 166:18, 167:5, 167:13, 168:18, 168:21, 169:25, 172:15, 173:22, 174:22, 176:16, 177:3, 177:20, 180:11, 180:23, 182:15, 183:3, 183:9, 183:25, 184:18, 185:10, 186:13, 187:22, 188:1, 188:10, 191:18, 192:8, 194:25, 195:14, 197:10, 199:4, 199:12, 203:23, 204:2, 204:13
**Circle** [6] - 19:2, 19:3, 37:19, 39:1, 39:4, 39:9
**circled** [36] - 17:8, 20:13, 32:19, 34:1, 39:3, 41:7, 53:19, 55:11, 56:11, 63:6, 65:16, 67:3, 154:13, 163:17, 165:1, 166:3, 168:3, 168:24, 180:12, 181:23, 183:5, 183:14, 184:1, 185:11, 185:23, 189:14, 189:16, 192:13, 193:14, 197:13, 202:24, 203:1, 205:3, 205:22, 206:3, 206:18
**circles** [1] - 168:23
**circling** [15] - 19:1, 19:19, 21:23, 22:1, 32:22, 41:22, 66:10, 70:1, 168:6, 176:13, 191:20, 195:6, 200:15, 200:18, 201:20
**circular** [1] - 17:7
**circumstances** [1] - 150:2
**citywide** [2] - 158:9, 161:20
**civil** [12] - 5:14, 13:7, 13:14, 14:19, 29:14, 53:21, 58:21, 68:18, 68:19, 74:14, 120:8
**clarify** [3] - 109:2, 140:19, 188:23

**clashes** [1] - 132:7
**classroom** [1] - 152:19
**clean** [1] - 191:14
**clear** [87] - 17:14, 19:18, 21:22, 21:25, 22:6, 22:15, 26:13, 32:21, 34:6, 39:8, 40:23, 41:2, 41:9, 41:17, 41:24, 51:16, 53:23, 55:16, 56:9, 56:10, 56:14, 63:8, 65:18, 67:6, 69:19, 72:23, 75:18, 80:14, 106:17, 115:13, 132:17, 149:13, 162:8, 163:5, 163:20, 165:3, 166:5, 166:25, 167:13, 167:18, 168:5, 168:8, 168:21, 168:24, 169:3, 170:7, 172:21, 174:1, 175:1, 176:16, 176:19, 177:9, 177:24, 180:14, 181:2, 182:18, 183:12, 183:16, 184:4, 185:13, 186:2, 186:10, 188:1, 188:4, 188:13, 192:3, 192:16, 194:24, 195:3, 195:9, 197:1, 197:16, 198:14, 199:12, 200:21, 201:24, 202:3, 202:7, 204:2, 204:9, 204:16, 205:2, 205:6, 205:21, 205:25, 206:5, 206:20
**Clear** [1] - 70:3
**cleared** [5] - 58:3, 140:9, 140:10, 140:11, 146:11
**clearer** [2] - 169:20, 197:7
**clearing** [20] - 17:3, 17:12, 17:17, 17:20, 19:7, 19:21, 20:1, 20:16, 22:9, 32:25, 34:9, 39:5, 40:10, 52:7, 55:10, 106:9, 186:16, 195:17, 200:17
**clearing-out** [1] - 106:9
**clearly** [1] - 135:7
**clears** [1] - 188:8
**client** [1] - 2:13
**climb** [2] - 170:12, 170:24
**climbed** [2] - 3:22, 4:5
**climbing** [2] - 3:24, 43:21
**clip** [15] - 56:4, 104:9, 104:22, 105:5, 105:21,

107:3, 125:3, 128:11, 131:16, 132:9, 135:11, 138:13, 145:21, 149:3, 149:12

**clips** [2] - 102:15, 132:13

**close** [8] - 28:8, 97:9, 102:13, 137:3, 158:11, 158:15, 158:17, 158:20

**Closed** [16] - 4:1, 31:18, 33:3, 34:2, 34:4, 34:10, 34:21, 35:4, 40:22, 41:2, 41:8, 51:11, 81:10, 114:10, 168:7, 175:5

**closed** [13] - 23:21, 26:16, 26:25, 27:1, 27:9, 28:3, 79:9, 79:12, 81:1, 81:10, 114:18, 115:1, 115:14

**closely** [2] - 198:5, 198:16

**closer** [1] - 195:10

**closes** [1] - 62:13

**closing** [3] - 27:3, 27:18, 81:18

**closure** [2] - 27:5, 113:17

**clothes** [1] - 147:12

**CMR** [1] - 210:11

**co** [1] - 208:10

**co-counsel** [1] - 208:10

**coat** [1] - 124:23

**Code** [1] - 79:16

**coded** [1] - 122:1

**coin** [1] - 110:22

**colleagues** [2] - 127:6, 136:3

**College** [10] - 9:16, 9:22, 10:25, 22:20, 28:20, 29:16, 75:5, 77:13, 96:12, 98:19

**color** [2] - 124:24, 191:24

**colored** [1] - 199:15

**Columbia** [2] - 161:5, 161:8

**COLUMBIA** [1] - 1:1

**column** [1] - 159:7

**combat** [1] - 133:11

**combination** [1] - 82:15

**comfortable** [1] - 115:12

**coming** [8] - 25:12, 115:10, 135:19, 136:7, 146:6, 188:24, 188:25, 199:4

**command** [4] - 12:23,

35:19, 47:12, 47:15

**commander** [1] - 46:24

**commencing** [1] - 162:5

**committing** [1] - 7:21

**common** [1] - 79:12

**communicate** [1] - 7:13

**communications** [6] - 12:22, 13:10, 15:16, 35:18, 35:24, 76:22

**Company** [2] - 155:25, 157:24

**company** [1] - 157:25

**compared** [1] - 4:22

**comparing** [1] - 160:20

**comparison** [3] - 167:9, 192:24, 193:21

**complement** [1] - 84:3

**complete** [5] - 12:19, 97:20, 149:18, 149:25, 210:5

**completed** [4] - 10:24, 18:1, 18:5, 20:9

**completely** [1] - 110:22

**completing** [1] - 7:20

**complex** [1] - 92:12

**composure** [1] - 138:16

**concede** [1] - 52:15

**concerned** [1] - 112:3

**concerns** [1] - 112:12

**concerts** [1] - 34:18

**conclude** [1] - 194:10

**conclusion** [2] - 28:21, 44:2

**conclusions** [2] - 44:14, 194:13

**condition** [1] - 139:13

**conduct** [1] - 5:12

**confirm** [1] - 8:16

**congress** [1] - 22:20

**Congress** [26] - 3:11, 9:18, 13:19, 13:22, 22:19, 22:22, 23:1, 23:14, 23:15, 23:17, 23:22, 25:1, 25:14, 26:8, 27:1, 27:18, 28:18, 31:25, 75:5, 75:16, 75:19, 75:23, 76:6, 76:13, 77:12, 94:8

**congress's** [1] - 10:23

**congressional** [1] - 32:1

**consider** [3] - 43:13, 73:11, 120:12

**considered** [1] - 76:12

**consistent** [1] - 5:16

**constitutes** [1] - 210:4

**Constitution** [4] - 1:24, 22:25, 164:14, 210:12

**constitutional** [1] - 13:20

**construction** [11] - 18:3, 20:8, 20:11, 27:3, 27:19, 28:5, 81:2, 81:7, 81:18, 81:22, 82:2

**contact** [1] - 96:2

**contain** [1] - 36:18

**contained** [1] - 155:16

**contaminated** [1] - 86:7

**contemporaneous** [9] - 163:9, 164:16, 166:7, 172:2, 173:12, 176:5, 180:3, 182:1, 189:19

**contention** [1] - 117:4

**contents** [1] - 208:20

**contest** [1] - 8:11

**context** [1] - 112:6

**continue** [10] - 28:22, 42:15, 43:17, 67:14, 75:16, 115:15, 198:16, 200:22, 205:6, 209:2

**continued** [4] - 10:23, 138:7, 146:11, 209:1

**continuously** [3] - 36:2, 36:3, 178:12

**contributing** [1] - 150:12

**control** [6] - 25:16, 75:19, 179:4, 185:4, 190:24, 191:2

**convened** [1] - 9:18

**conversant** [1] - 160:5

**conversations** [1] - 117:18

**coordination** [1] - 12:23

**copy** [6] - 9:4, 109:18, 110:7, 110:8, 110:9, 155:20

**cordoned** [1] - 111:12

**correct** [55] - 68:15, 78:20, 78:21, 78:23, 78:24, 79:1, 79:4, 79:5, 79:14, 79:21, 80:7, 80:8, 80:17, 80:25, 81:20, 81:24, 82:16, 82:17, 84:15, 86:1, 87:22, 88:18, 88:22, 89:11, 89:21, 97:22, 97:25, 98:22, 99:15, 99:16, 99:18, 107:22, 108:5, 109:5, 111:5,

112:10, 114:11, 114:25, 115:2, 115:3, 117:2, 117:3, 118:13, 118:14, 118:15, 126:3, 128:21, 130:9, 141:20, 146:9, 146:16, 146:24, 149:1, 149:2, 193:18

**correspondence** [1] - 157:19

**cost** [1] - 89:9

**counsel** [6] - 2:5, 79:6, 87:10, 89:24, 111:20, 208:10

**Counsel** [1] - 2:10

**count** [1] - 9:22

**counterparts** [3] - 94:18, 94:22, 95:24

**counting** [1] - 147:18

**counts** [1] - 5:17

**County** [1] - 8:1

**county** [1] - 8:4

**couple** [26] - 35:19, 51:8, 56:7, 61:10, 89:15, 117:15, 122:8, 122:12, 122:14, 126:24, 128:9, 128:24, 130:23, 133:25, 144:2, 144:3, 145:16, 145:23, 150:4, 150:5, 150:6, 158:18, 160:19, 172:11, 173:20

**course** [13] - 13:14, 13:15, 15:4, 31:5, 36:10, 36:13, 66:13, 153:24, 156:2, 158:14, 161:10, 208:25, 209:3

**Court** [9] - 1:22, 1:23, 9:6, 16:19, 106:19, 168:13, 203:19, 205:21, 210:11

**court** [3] - 91:7, 112:20, 119:12

**COURT** [184] - 1:1, 2:2, 2:11, 2:14, 2:17, 2:19, 2:22, 3:2, 3:4, 5:18, 5:21, 8:7, 8:10, 8:13, 8:20, 8:24, 9:3, 9:7, 9:10, 9:13, 11:1, 11:3, 11:15, 11:19, 16:16, 17:2, 17:5, 18:22, 21:17, 25:22, 26:2, 27:25, 30:7, 30:10, 30:17, 30:23, 31:2, 32:16, 33:23, 34:24, 38:8, 39:18, 40:18, 42:1, 42:8, 42:15, 43:12, 44:6, 44:8, 44:12, 47:20, 48:3, 48:7, 48:9, 49:7, 50:6, 51:5, 52:16,

53:12, 53:15, 54:22, 56:1, 57:8, 58:10, 59:7, 59:20, 60:18, 60:22, 61:9, 61:13, 62:1, 63:16, 64:11, 64:15, 64:23, 65:2, 66:2, 67:13, 68:9, 68:11, 69:7, 69:12, 70:12, 71:8, 71:18, 72:1, 72:4, 73:7, 73:14, 73:17, 74:7, 74:13, 75:1, 76:9, 77:10, 77:25, 78:4, 78:9, 89:13, 89:16, 90:11, 90:13, 90:20, 90:23, 95:6, 97:17, 101:17, 105:3, 107:8, 111:20, 111:23, 112:9, 112:12, 112:15, 112:19, 112:21, 116:1, 116:7, 118:9, 118:22, 118:24, 119:2, 119:8, 123:19, 125:15, 129:18, 129:23, 130:15, 134:8, 141:1, 148:22, 149:22, 150:17, 150:23, 151:3, 151:13, 154:18, 156:7, 156:9, 156:12, 156:15, 156:19, 156:22, 157:2, 157:4, 160:2, 160:7, 161:15, 163:15, 164:22, 166:14, 168:14, 169:7, 172:8, 173:18, 174:14, 176:11, 179:3, 180:9, 182:7, 185:3, 187:13, 187:15, 187:17, 189:4, 189:25, 190:8, 190:18, 190:22, 191:1, 191:4, 193:5, 193:25, 194:12, 197:19, 199:8, 203:10, 208:5, 208:8, 208:11, 208:15, 208:19, 208:23, 210:1

**Courthouse** [1] - 1:23
**Courtroom** [1] - 208:24
**COURTROOM** [4] - 2:3, 55:24, 90:25, 119:3
**Couy** [1] - 117:12
**cover** [4] - 20:4, 26:10, 159:19, 160:15
**covering** [3] - 18:6, 171:16, 171:17
**covers** [1] - 159:5
**COVID** [3] - 27:1, 27:8, 27:10
**CRC** [1] - 1:22
**create** [4] - 19:15,

25:10, 108:23, 179:4
**created** [7] - 45:20, 110:5, 135:18, 144:4, 144:17, 146:8, 148:5
**creates** [4] - 24:2, 42:5, 42:7, 142:15
**creation** [1] - 92:25
**crews** [1] - 158:12
**crime** [1] - 7:21
**criminal** [1] - 2:3
**Criminal** [1] - 1:3
**critical** [1] - 193:3
**cross** [18] - 31:5, 32:14, 33:22, 38:7, 38:10, 43:11, 50:4, 51:3, 55:23, 60:19, 62:5, 63:15, 63:18, 70:10, 73:5, 107:8, 148:25, 208:16
**Cross** [3] - 211:4, 211:6, 211:8
**CROSS** [3] - 78:10, 107:10, 141:2
**cross-examination** [13] - 32:14, 33:22, 38:7, 38:10, 43:11, 50:4, 51:3, 55:23, 63:15, 63:18, 70:10, 73:5, 107:8
**Cross-Examination** [3] - 211:4, 211:6, 211:8
**CROSS-EXAMINATION** [3] - 78:10, 107:10, 141:2
**cross-examine** [2] - 60:19, 62:5
**crowd** [45] - 4:12, 7:6, 13:12, 45:7, 45:8, 45:12, 53:2, 54:12, 58:21, 58:22, 62:10, 63:4, 65:14, 66:25, 68:22, 71:1, 71:13, 72:18, 84:1, 86:10, 126:10, 126:18, 128:7, 128:8, 128:9, 130:22, 132:13, 132:20, 134:13, 135:2, 138:4, 150:3, 150:13, 169:8, 177:11, 178:17, 178:19, 179:1, 179:5, 180:19, 185:4, 185:20, 187:9, 190:24, 191:1
**crowd's** [1] - 67:1
**crowds** [4] - 6:21, 14:19, 29:1, 68:21
**CRR** [2] - 1:22, 210:11
**CS** [3] - 45:23, 61:10, 61:24
**curfew** [6] - 158:6, 158:9, 161:20, 161:21,

162:3, 162:5
**current** [4] - 12:8, 111:25, 112:5, 112:16
**custodian** [2] - 155:24, 156:17
**cut** [1] - 116:13

**D**

**D.C** [18] - 14:22, 42:13, 76:23, 76:25, 120:1, 126:23, 140:21, 158:6, 158:10, 158:11, 158:15, 158:17, 159:3, 159:10, 159:16, 160:21, 163:6, 210:13
**damage** [5] - 13:25, 74:23, 74:24, 89:6, 89:9
**damaged** [3] - 129:19, 129:21, 132:4
**danger** [2] - 24:5, 24:15
**dangerous** [1] - 76:4
**darker** [1] - 191:24
**date** [5] - 22:24, 93:6, 159:4, 159:19, 160:15
**Dated** [1] - 210:7
**daughter** [4] - 94:4, 94:24, 104:14, 105:13
**day-to-day** [1] - 92:15
**DC** [3] - 1:6, 1:15, 1:24
**DEA** [1] - 14:13
**dead** [1] - 46:9
**deal** [6] - 44:14, 76:13, 86:10, 87:4, 107:19, 115:8
**dealing** [1] - 142:25
**debate** [4] - 28:19, 28:21, 28:22, 77:12
**debris** [1] - 137:18
**decide** [3] - 104:13, 168:13, 193:3
**decided** [4] - 6:3, 7:24, 113:8, 136:1
**decider** [1] - 113:7
**decision** [2] - 78:19, 103:21
**decision-making** [1] - 78:19
**declaration** [1] - 161:19
**declared** [3] - 10:12, 10:19, 162:12
**decontaminate** [2] - 45:25, 46:7
**decontaminated** [2] - 45:17, 85:13
**decontaminating** [1] - 46:7

**deduce** [1] - 89:2
**deep** [1] - 86:23
**defend** [5] - 4:25, 68:7, 69:4, 69:14, 136:11
**defendant** [65] - 2:17, 3:7, 5:12, 5:17, 8:17, 71:7, 154:14, 165:2, 165:6, 166:24, 167:8, 168:20, 169:4, 170:3, 170:10, 170:14, 170:18, 172:18, 173:25, 174:5, 174:25, 175:2, 175:8, 177:10, 177:23, 178:10, 181:1, 181:7, 181:24, 183:6, 184:3, 184:21, 186:1, 186:7, 186:15, 186:16, 187:4, 187:25, 188:12, 188:14, 188:19, 189:15, 190:16, 194:10, 194:21, 195:2, 195:8, 195:16, 199:24, 200:16, 201:23, 202:10, 202:25, 204:15, 204:24, 205:5, 205:24, 206:4, 206:8, 206:19, 207:4, 207:9, 207:19, 208:2, 208:3
**Defendant** [2] - 1:7, 1:17
**defendant's** [3] - 153:13, 153:25, 162:18
**defense** [6] - 8:17, 31:5, 62:4, 72:7, 157:7, 194:14
**defined** [1] - 113:2
**definitely** [6] - 87:17, 103:4, 133:9, 133:15, 140:5, 140:23
**definition** [1] - 89:23
**deflection** [1] - 134:1
**delay** [1] - 42:5
**demarcate** [2] - 31:16, 34:13
**demarcated** [1] - 3:23
**demarcating** [1] - 168:10
**demonstrate** [1] - 7:13
**demonstration** [1] - 6:16
**demonstrations** [5] - 6:8, 29:3, 77:18, 78:3, 120:10
**dense** [1] - 24:10
**Department** [8] - 3:13, 4:19, 8:1, 14:13, 64:1, 77:1, 119:14, 119:18
**department** [5] - 8:3, 69:9, 76:22, 80:12,

82:7
departments [2] - 93:15, 93:17
departure [1] - 96:25
depict [25] - 16:10, 18:16, 30:12, 32:9, 33:17, 37:25, 39:12, 40:11, 43:5, 49:1, 49:21, 50:23, 52:10, 55:18, 57:2, 58:4, 63:9, 65:19, 67:7, 70:5, 72:24, 84:13, 95:1, 101:11, 104:23
depicted [6] - 50:19, 67:2, 84:15, 102:11, 104:18, 125:19
depicting [22] - 21:8, 30:3, 32:7, 33:15, 37:17, 38:24, 40:5, 43:2, 48:21, 49:16, 50:17, 51:25, 52:25, 54:10, 56:24, 57:17, 58:19, 63:2, 65:12, 66:24, 70:3, 72:17
depiction [13] - 53:6, 54:16, 59:1, 163:10, 164:17, 166:8, 172:3, 173:13, 176:6, 180:4, 182:2, 189:20, 203:5
depicts [2] - 18:13, 125:10
deploy [4] - 45:24, 46:25, 68:21, 86:2
deployed [7] - 29:13, 82:25, 84:3, 86:3, 86:4, 148:2
deployments [1] - 135:21
deploys [1] - 33:4
DEPUTY [4] - 2:3, 55:24, 90:25, 119:3
deputy [2] - 78:17, 89:20
derived [7] - 64:20, 165:16, 171:9, 173:5, 175:18, 179:14, 202:19
Derra [1] - 2:8
describe [17] - 4:21, 15:7, 18:13, 22:18, 27:16, 38:24, 44:24, 64:6, 74:9, 95:18, 122:4, 128:16, 137:13, 159:15, 191:21, 192:9, 199:5
described [4] - 44:16, 62:3, 138:12, 202:1
designed [2] - 136:23, 136:24
despite [1] - 145:22
detail [3] - 23:8, 26:9,

104:16
details [2] - 47:22, 48:1
detection [1] - 24:9
deteriorating [2] - 45:4, 85:8
determine [1] - 61:22
determined [3] - 96:9, 96:10, 96:20
determining [1] - 83:23
deterred [1] - 4:10
developed [1] - 29:12
develops [1] - 63:18
device [9] - 4:16, 135:17, 186:18, 188:25, 189:17, 190:25, 197:20, 203:2, 203:3
devices [1] - 76:4
devising [1] - 135:3
Dickman [2] - 1:22, 210:11
DICKMAN [1] - 210:3
difference [1] - 84:9
different [28] - 2:25, 5:23, 13:11, 18:10, 55:15, 59:23, 68:23, 79:25, 81:5, 87:19, 88:10, 102:10, 104:15, 120:21, 134:15, 145:5, 159:21, 159:24, 160:17, 165:19, 171:11, 173:7, 175:20, 179:16, 183:9, 191:18, 201:14
difficulty [1] - 16:25
dignitaries [1] - 34:18
Direct [3] - 211:3, 211:8, 211:10
DIRECT [3] - 11:23, 91:4, 119:9
direct [11] - 61:17, 92:20, 94:15, 104:7, 125:2, 131:9, 203:20, 205:17, 208:20, 208:25, 211:6
directed [3] - 186:21, 190:4, 204:21
direction [23] - 16:19, 136:7, 146:21, 163:21, 165:6, 178:22, 178:23, 181:10, 186:21, 186:23, 188:21, 190:11, 196:18, 198:9, 200:2, 200:3, 201:3, 201:7, 202:12, 207:11, 207:14, 207:22
directions [2] - 124:10, 134:22

directly [4] - 4:23, 5:9, 128:6, 191:25
dirty [2] - 135:5, 135:6
discuss [4] - 23:12, 35:12, 143:25, 208:20
disobedience [1] - 29:14
disorder [1] - 5:14
disoriented [2] - 133:13
dispersed [2] - 47:9, 206:25
dispersing [1] - 133:7
disrespected [1] - 139:6
disruption [1] - 68:22
dissipated [1] - 180:19
dissolved [1] - 15:10
dissuaded [1] - 4:10
distance [2] - 24:3, 62:14
distinction [1] - 8:4
distinguish [1] - 145:5
distracted [1] - 134:21
distracting [1] - 5:11
distraction [4] - 132:2, 134:25, 150:8, 150:11
distribute [1] - 127:25
distributed [1] - 82:7
District [8] - 119:25, 120:12, 122:1, 152:1, 152:2, 161:5, 161:8
DISTRICT [3] - 1:1, 1:1, 1:10
district [1] - 126:23
districts [1] - 151:25
disturbance [10] - 13:7, 13:14, 14:19, 53:21, 58:22, 68:18, 68:19, 74:15, 120:8
diversion [1] - 103:16
division [12] - 12:10, 12:22, 12:25, 15:12, 15:13, 15:17, 91:21, 92:9, 93:4, 93:12, 93:13, 123:4
dock [2] - 118:16, 118:17
document [16] - 108:20, 108:24, 109:7, 109:8, 109:12, 109:13, 109:14, 109:17, 109:24, 110:3, 110:5, 156:22, 157:4, 161:18, 162:1, 162:10
documents [4] - 80:11, 82:9, 110:4, 157:8
dome [2] - 17:9, 17:15

domestic [2] - 152:12, 152:13
done [8] - 5:8, 8:8, 8:11, 13:6, 99:5, 114:3, 139:23, 203:20
door [22] - 20:15, 20:17, 20:18, 20:21, 20:24, 22:12, 23:18, 23:19, 47:7, 47:11, 47:15, 56:12, 63:3, 63:7, 64:3, 65:13, 65:17, 66:12, 67:5, 70:2
doors [5] - 23:15, 23:19, 23:20, 103:5, 104:17
dots [1] - 19:8
down [78] - 4:7, 4:12, 17:25, 18:7, 21:1, 22:16, 25:12, 28:14, 32:3, 33:10, 35:11, 38:13, 39:20, 41:25, 44:20, 49:9, 50:9, 51:17, 52:18, 54:3, 54:24, 56:15, 56:25, 57:10, 58:12, 62:18, 65:4, 66:16, 69:18, 72:9, 73:9, 90:14, 98:1, 105:17, 105:20, 111:21, 118:25, 123:8, 123:10, 123:11, 137:4, 137:5, 141:17, 150:18, 152:17, 154:19, 157:13, 158:22, 159:17, 159:23, 160:4, 160:11, 160:24, 162:17, 163:23, 165:9, 167:1, 167:20, 167:22, 169:12, 171:1, 172:22, 175:10, 177:15, 179:7, 181:12, 182:23, 183:21, 184:13, 185:7, 187:14, 189:3, 194:22, 201:12, 203:16, 205:14, 207:25, 208:19
drafted [1] - 94:17
draw [7] - 16:18, 17:14, 40:20, 41:6, 41:12, 62:13, 194:3
drawing [4] - 18:14, 40:25, 108:20, 162:2
Dreher [6] - 1:12, 2:7, 2:15, 8:13, 118:22, 143:11
DREHER [35] - 2:7, 2:16, 2:21, 8:16, 8:22, 90:18, 90:22, 91:5, 95:3, 95:7, 97:19, 101:14, 101:18, 105:1, 105:4, 107:7, 111:16,

111:24, 112:14, 114:20, 115:19, 118:7, 118:23, 119:1, 119:10, 123:20, 125:12, 125:16, 130:1, 130:16, 134:9, 140:24, 148:24, 149:23, 150:15

**Dreher........** [1] - 211:9

**Dreher..........** [2] - 211:6, 211:8

**drew** [1] - 17:17

**drive** [1] - 37:19

**driver** [1] - 122:11

**dual** [1] - 80:4

**duck** [1] - 135:9

**ducked** [2] - 137:4

**due** [2] - 3:12, 160:12

**duly** [4] - 11:21, 91:2, 119:6, 151:6

**during** [12] - 5:14, 9:18, 87:19, 96:12, 101:7, 102:7, 129:14, 129:23, 132:12, 137:14, 139:21, 153:24

**duties** [6] - 5:7, 11:12, 76:17, 76:21, 152:11, 153:4

**duty** [1] - 14:23

## E

**ear** [1] - 8:9

**early** [1] - 107:1

**ears** [1] - 79:7

**easier** [1] - 201:17

**east** [8] - 14:8, 16:8, 16:23, 23:25, 99:14, 163:1, 163:22, 165:8

**echoey** [1] - 103:1

**Edward** [1] - 1:13

**effectively** [1] - 127:23

**effort** [1] - 7:13

**eight** [3] - 15:14, 45:20, 85:16

**either** [8] - 23:17, 61:24, 106:3, 113:10, 186:20, 187:6, 199:16, 207:22

**Elect** [1] - 94:5

**elected** [1] - 9:19

**election** [5] - 6:2, 6:3, 9:23, 22:21

**Electoral** [10] - 9:16, 9:22, 10:25, 22:20, 28:20, 29:16, 75:5, 77:13, 96:12, 98:19

**electoral** [1] - 6:4

**element** [1] - 47:23

**eloquently** [1] - 129:4

**email** [13] - 94:17,

94:18, 94:21, 95:1, 95:9, 95:10, 95:11, 95:16, 95:21, 157:19, 157:20, 158:5, 158:8

**Email** [3] - 1:16, 1:16, 1:20

**emergencies** [1] - 42:14

**emergency** [4] - 103:14, 161:19, 162:11, 162:12

**emotions** [1] - 139:22

**employed** [2] - 91:9, 119:15

**employees** [3] - 11:12, 99:2, 99:6

**employs** [1] - 24:8

**enacting** [1] - 103:14

**enclosed** [1] - 110:17

**encountered** [4] - 45:3, 46:8, 143:4, 144:21

**end** [16] - 5:14, 37:18, 48:13, 56:4, 64:4, 77:3, 131:2, 133:14, 136:6, 146:1, 169:10, 181:3, 181:8, 203:14, 207:16

**ending** [1] - 162:6

**endless** [3] - 126:18, 128:8, 131:4

**ends** [2] - 97:11, 97:12

**enforce** [1] - 117:1

**Enforcement** [1] - 13:5

**enforcement** [30] - 14:9, 67:25, 68:5, 75:3, 76:19, 103:2, 160:5, 168:10, 176:18, 178:18, 178:23, 178:25, 180:17, 184:25, 185:18, 185:19, 188:22, 190:12, 190:14, 192:2, 196:18, 197:15, 197:21, 198:10, 198:12, 198:21, 200:3, 200:20, 202:13, 204:22

**engaged** [1] - 11:11

**engaging** [1] - 45:14

**enhanced** [6] - 165:21, 165:23, 171:13, 173:8, 175:22, 179:18

**ensure** [2] - 93:19, 106:17

**entail** [1] - 152:18

**entailed** [1] - 152:19

**enter** [10] - 23:16, 23:23, 24:1, 25:19, 26:6, 45:13, 47:25,

67:4, 89:25, 99:2

**entered** [2] - 20:20, 20:24

**entering** [5] - 3:15, 31:17, 43:24, 46:2, 126:10

**enters** [1] - 157:7

**entire** [2] - 128:9, 139:3

**entities** [1] - 113:10

**entourage** [1] - 104:16

**entrance** [11] - 4:13, 23:25, 55:14, 61:18, 67:1, 67:17, 72:18, 85:17, 99:16, 99:17, 99:18

**entrances** [1] - 23:15

**entry** [4] - 65:14, 66:25, 70:4, 72:19

**environment** [1] - 13:21

**equipment** [15] - 36:23, 101:1, 101:2, 120:23, 121:1, 121:4, 124:12, 127:15, 138:19, 138:21, 138:24, 139:5, 139:8

**equipped** [5] - 124:12, 124:16, 124:18, 129:11, 135:21

**equivalent** [1] - 127:10

**erected** [3] - 4:4, 20:5, 81:17

**escalating** [2] - 134:21, 135:1

**escape** [1] - 135:24

**escorts** [2] - 23:8, 29:15

**especially** [1] - 112:4

**essentially** [1] - 190:7

**establish** [1] - 93:7

**established** [1] - 79:3

**estimate** [4] - 87:6, 90:4, 128:4, 142:23

**evacuated** [6] - 3:12, 10:10, 10:13, 10:16, 10:20, 75:22

**evacuation** [1] - 75:15

**evening** [1] - 7:23

**evenly** [1] - 127:25

**event** [14] - 14:14, 14:16, 20:4, 32:2, 34:22, 35:9, 80:5, 80:12, 80:19, 80:20, 81:8, 82:3, 82:8, 144:20

**events** [25] - 14:18, 15:2, 19:13, 29:14, 29:23, 34:17, 44:21,

87:14, 101:8, 101:11, 104:23, 105:21, 125:10, 136:21, 139:20, 146:1, 163:10, 164:17, 166:8, 172:3, 173:13, 176:6, 180:4, 182:2, 189:20

**eventually** [1] - 127:4

**evicted** [1] - 75:14

**evidence** [14] - 3:21, 5:16, 5:22, 6:24, 7:16, 8:15, 64:19, 114:8, 157:7, 180:3, 183:17, 192:20, 192:23, 193:3

**evil** [1] - 7:21

**exact** [4] - 109:8, 118:19, 161:22

**exactly** [7] - 121:10, 127:12, 139:3, 140:19, 143:9, 145:18

**examination** [15] - 31:6, 32:14, 33:22, 38:7, 38:10, 43:11, 50:4, 51:3, 55:23, 63:15, 63:18, 70:10, 73:5, 107:8, 149:1

**Examination** [9] - 211:3, 211:4, 211:4, 211:6, 211:6, 211:8, 211:8, 211:9, 211:10

**EXAMINATION** [8] - 11:23, 78:10, 89:17, 91:4, 107:10, 119:9, 141:2, 148:23

**examine** [2] - 60:19, 62:5

**examined** [4] - 11:22, 91:3, 119:7, 151:7

**example** [2] - 115:3, 159:11

**excuse** [6] - 8:17, 37:14, 99:14, 129:1, 131:13, 188:18

**exercise** [2] - 7:5, 7:11

**exhausted** [1] - 46:13

**exhibit** [73] - 16:2, 16:10, 18:9, 18:16, 28:14, 30:12, 32:9, 33:17, 37:25, 38:11, 39:12, 39:20, 40:11, 41:25, 43:5, 49:1, 49:21, 50:17, 50:23, 51:17, 51:25, 52:10, 52:19, 54:3, 54:25, 55:18, 56:24, 57:2, 57:17, 58:3, 63:2, 63:8, 65:4, 65:19, 67:6, 69:18, 70:5, 72:9, 72:24, 104:4, 105:14, 138:10, 154:6, 154:9,

157:13, 157:16, 158:24, 159:18, 160:14, 161:4, 161:17, 165:9, 165:16, 166:25, 171:1, 171:9, 173:5, 175:17, 178:4, 179:7, 181:14, 182:23, 185:7, 187:15, 189:3, 192:14, 194:22, 211:13, 211:14, 211:14, 211:15, 211:15, 211:16

**Exhibit** [209] - 11:1, 11:7, 15:21, 16:5, 16:7, 16:14, 18:20, 21:1, 21:6, 21:14, 27:12, 27:14, 27:16, 27:23, 29:24, 30:1, 30:3, 30:15, 32:3, 32:5, 32:7, 32:13, 33:11, 33:13, 33:15, 33:21, 37:7, 37:13, 37:17, 38:4, 38:14, 38:21, 38:24, 39:16, 39:21, 40:2, 40:5, 40:16, 42:17, 42:22, 43:2, 43:9, 48:15, 48:19, 48:21, 49:5, 49:10, 49:14, 49:16, 49:25, 50:9, 50:14, 51:2, 51:18, 51:22, 52:14, 52:23, 53:10, 54:4, 54:8, 54:20, 55:4, 55:21, 56:15, 56:21, 57:6, 57:11, 57:14, 58:7, 58:13, 58:17, 59:5, 62:19, 62:24, 63:13, 65:5, 65:9, 65:24, 66:17, 66:21, 67:11, 69:18, 69:24, 70:9, 72:10, 72:17, 73:4, 92:19, 94:14, 99:8, 100:17, 104:6, 107:5, 125:1, 125:13, 154:2, 154:10, 154:16, 155:12, 155:14, 155:19, 155:21, 155:22, 155:24, 156:5, 157:14, 158:23, 160:25, 161:2, 161:13, 162:20, 163:13, 163:15, 163:24, 164:20, 165:10, 165:16, 165:18, 165:19, 166:12, 167:11, 167:23, 171:2, 171:9, 171:10, 171:11, 172:6, 172:23, 173:5, 173:6, 173:7, 173:16, 174:17, 175:11, 175:17, 175:19, 175:20, 176:9, 177:16,

179:8, 179:14, 179:15, 179:16, 180:7, 181:12, 182:5, 182:24, 183:22, 184:13, 185:7, 187:16, 187:19, 189:8, 189:23, 191:12, 192:4, 192:25, 193:17, 194:23, 201:13, 202:5, 202:14, 202:16, 202:19, 203:7, 203:12, 203:17, 203:22, 205:15, 211:17, 211:17, 211:18, 211:18, 211:19, 211:20, 211:20, 211:21, 211:21, 211:22, 211:23, 211:23, 211:24, 211:24, 212:1, 212:1, 212:2, 212:2, 212:3, 212:4, 212:4, 212:5, 212:5, 212:6, 212:7, 212:7, 212:8, 212:8, 212:9, 212:10, 212:10, 212:11, 212:11, 212:12, 212:12

**exhibits** [2] - 194:6, 203:25
**EXHIBITS** [1] - 211:12
**Exhibits** [1] - 156:18
**exiting** [1] - 45:2
**expect** [6] - 28:16, 28:24, 43:14, 83:15, 208:15
**expected** [4] - 6:20, 14:20, 28:18, 29:2
**expecting** [2] - 8:11, 25:4
**experience** [22] - 6:18, 34:16, 34:19, 35:3, 60:4, 61:5, 61:21, 62:7, 67:17, 67:24, 68:5, 68:24, 69:1, 69:2, 69:3, 120:21, 140:4, 168:9, 178:18, 178:25, 190:14, 192:19
**experienced** [11] - 4:22, 71:13, 74:17, 74:20, 85:21, 87:20, 101:8, 101:10, 104:23, 125:10, 139:20
**experiencing** [2] - 131:22, 134:4
**explain** [6] - 16:7, 21:8, 29:7, 30:3, 124:20, 126:19
**explained** [1] - 96:11
**explosion** [2] - 135:18, 144:24
**explosions** [2] - 45:5, 136:12

**explosives** [2] - 24:9, 24:16
**expression** [2] - 6:23, 6:25
**extended** [2] - 14:4, 14:6
**extension** [1] - 162:11
**extent** [3] - 44:13, 74:21, 74:24
**exterior** [2] - 26:22, 29:12
**extremely** [1] - 75:7
**eye** [3] - 139:24, 197:5, 204:24
**eyes** [3] - 45:17, 69:15, 69:17

**F**

**face** [13] - 132:19, 132:21, 133:3, 135:6, 139:23, 140:1, 140:2, 141:14, 141:15, 141:17, 177:21
**face-off** [1] - 140:1
**faced** [4] - 132:14, 133:12, 137:17, 149:15
**faces** [1] - 3:18
**facilities** [1] - 13:19
**facility** [1] - 126:10
**facing** [5] - 3:23, 5:12, 68:24, 116:17, 134:3
**facsimile** [1] - 109:18
**fact** [10] - 7:17, 60:5, 111:5, 111:15, 115:25, 130:19, 132:15, 134:12, 137:18, 138:24
**factor** [1] - 150:12
**factual** [2] - 116:3, 168:13
**fail** [1] - 209:1
**faint** [1] - 46:12
**fair** [17] - 27:20, 53:6, 54:16, 59:1, 116:10, 144:2, 144:7, 163:9, 164:16, 166:8, 172:2, 173:12, 176:5, 180:3, 182:1, 189:19, 203:5
**fairly** [29] - 16:10, 18:16, 21:11, 30:12, 31:12, 32:9, 33:17, 37:25, 39:12, 40:11, 43:5, 49:1, 49:21, 50:23, 52:10, 55:18, 57:2, 58:3, 63:8, 65:19, 67:6, 70:5, 72:24, 84:13, 92:11, 95:1, 101:11, 104:22, 125:9
**fall** [1] - 78:14
**familiar** [19] - 35:21,

35:23, 36:4, 92:10, 92:11, 92:12, 94:10, 100:20, 102:5, 111:7, 117:18, 117:22, 121:14, 121:16, 123:12, 125:4, 126:23, 153:25, 155:16
**family** [2] - 92:4, 103:22
**far** [6] - 26:21, 28:24, 31:21, 100:11, 108:20, 116:11
**fasciitis** [1] - 74:18
**fault** [1] - 164:11
**FBI** [12] - 2:10, 14:13, 143:24, 151:18, 152:4, 152:10, 152:11, 152:15, 153:13, 153:15, 154:21, 191:1
**feature** [2] - 17:23, 57:25
**February** [1] - 28:4
**federal** [1] - 15:19
**Federal** [1] - 13:4
**feet** [4] - 84:21, 122:14, 128:9
**fell** [1] - 46:6
**fellow** [3] - 4:21, 4:25, 5:6
**felt** [4] - 126:14, 139:6, 139:7, 149:9
**fence** [2] - 83:1, 115:5
**fencing** [45] - 3:24, 19:10, 19:14, 28:9, 28:11, 29:13, 31:18, 32:20, 32:24, 33:2, 33:6, 34:11, 34:12, 34:15, 34:20, 35:4, 41:5, 41:8, 41:23, 42:3, 42:12, 43:23, 51:11, 79:19, 79:22, 79:23, 79:25, 80:3, 80:5, 80:6, 80:15, 80:18, 80:19, 81:5, 81:22, 82:2, 82:3, 82:15, 124:1, 168:2, 168:4, 168:10, 168:25, 169:1, 175:6
**few** [8] - 15:3, 18:24, 21:2, 73:10, 134:16, 158:19, 172:12, 189:4
**field** [1] - 152:4
**fight** [4] - 4:21, 46:1, 138:18, 139:9
**fighting** [3] - 3:14, 68:22, 68:23
**figure** [3] - 25:13, 47:6, 131:1
**figures** [3] - 159:24, 160:15, 160:17
**filed** [2] - 111:25,

161:6
**filming** [1] - 170:24
**finally** [2] - 137:21, 140:7
**financial** [1] - 92:6
**fine** [7] - 9:7, 9:13, 37:11, 59:13, 161:24, 174:17, 178:16
**finish** [1] - 77:12
**finished** [2] - 46:7, 152:2
**fire** [4] - 42:13, 179:1, 188:21
**firearm** [1] - 62:13
**firearms** [1] - 152:21
**first** [40] - 11:5, 11:15, 11:21, 12:4, 18:25, 23:11, 28:7, 28:11, 42:5, 45:2, 47:5, 64:17, 85:3, 85:12, 85:23, 86:13, 91:2, 98:11, 99:11, 99:17, 100:14, 100:19, 102:11, 105:11, 119:6, 128:9, 134:13, 140:5, 142:13, 142:15, 142:21, 142:24, 143:1, 143:5, 143:17, 144:15, 151:6, 151:11, 159:4, 199:5
**First** [6] - 7:1, 14:22, 23:25, 43:3, 120:10, 120:11
**firsthand** [1] - 31:4
**five** [7] - 15:12, 15:15, 37:8, 48:16, 49:11, 93:15, 106:2
**flag** [6] - 70:25, 167:10, 184:10, 201:21, 205:4, 206:17
**flannel** [1] - 203:24
**flash** [1] - 69:16
**flashlight** [17] - 5:10, 68:2, 68:6, 69:4, 88:23, 88:24, 89:2, 200:1, 200:2, 200:7, 201:3, 201:7, 201:9, 204:20, 206:12, 207:11, 207:21
**flashlights** [1] - 69:7
**flat** [2] - 46:15, 46:16
**flip** [1] - 110:22
**floor** [10] - 47:5, 77:12, 97:16, 98:11, 98:12, 102:18, 118:18, 137:19
**floors** [1] - 95:14
**Floyd** [2] - 6:16, 6:17
**fly** [1] - 133:22
**flying** [1] - 136:22
**focus** [1] - 196:13
**focused** [3] - 119:21, 124:5, 124:8

**folks** [4] - 2:11, 90:17, 209:5, 209:6
**follow** [1] - 124:7
**followed** [1] - 35:5
**following** [3] - 44:21, 124:9, 144:25
**follows** [5] - 11:22, 91:3, 117:17, 119:7, 151:7
**foot** [6] - 74:18, 137:22, 137:23, 137:25, 138:1, 138:3
**footage** [7] - 37:4, 39:9, 53:6, 54:17, 59:1, 84:10, 102:19
**footing** [3] - 74:19, 137:16, 150:12
**FOR** [1] - 1:1
**fora** [1] - 7:5
**Force** [1] - 115:4
**force** [5] - 130:24, 131:6, 131:7, 132:5, 133:16
**forced** [3] - 3:9, 131:6, 131:7
**foregoing** [1] - 210:4
**forever** [1] - 126:14
**forget** [1] - 145:20
**forgetting** [1] - 146:3
**forgive** [1] - 145:7
**forgotten** [1] - 144:10
**form** [2] - 82:25, 176:22
**formation** [2] - 122:13, 190:20
**formations** [1] - 120:22
**formed** [1] - 46:2
**former** [2] - 6:1, 92:4
**forth** [11] - 28:19, 74:19, 96:16, 96:19, 122:10, 124:6, 128:1, 130:25, 135:23, 137:1, 137:2
**forward** [12] - 2:5, 8:23, 45:11, 51:7, 65:1, 115:15, 174:21, 178:6, 188:5, 201:16, 205:9
**foundation** [3] - 28:10, 68:11
**founded** [1] - 7:10
**four** [4] - 8:23, 9:12, 12:12, 198:23
**fourth** [2] - 85:24, 198:24
**fraction** [1] - 191:14
**frame** [13] - 51:7, 100:19, 101:23, 127:15, 136:17, 169:16, 174:21, 197:7,

199:18, 199:22, 200:13, 201:16, 205:9
**frames** [1] - 172:12
**free** [6] - 6:15, 6:25, 7:14, 90:14, 118:25, 150:18
**freeze** [1] - 51:7
**freeze-frame** [1] - 51:7
**frequencies** [1] - 101:5
**Front** [2] - 74:3, 74:4
**front** [46] - 23:20, 23:21, 27:6, 28:3, 28:8, 34:21, 44:23, 44:25, 45:2, 61:2, 92:21, 94:16, 99:9, 100:5, 104:8, 125:3, 126:25, 127:1, 127:4, 127:5, 127:16, 128:6, 130:24, 132:12, 133:7, 133:10, 133:12, 135:5, 135:7, 136:3, 136:6, 137:12, 138:21, 140:9, 147:1, 147:5, 147:9, 150:3, 182:13, 189:13, 191:23, 192:12, 199:1, 202:22
**frontline** [2] - 5:9, 134:13
**fulfil** [1] - 13:20
**full** [3] - 84:3, 127:10, 210:5
**fully** [1] - 127:18
**function** [3] - 93:11, 112:5, 120:9
**functioning** [3] - 36:21, 127:18, 127:19
**functions** [2] - 24:4, 103:6
**fundamental** [1] - 7:11
**fuzzy** [1] - 169:18

## G

**gain** [3] - 65:14, 66:25, 67:1
**gained** [1] - 6:18
**gaiter** [16] - 184:9, 184:19, 185:24, 186:6, 186:14, 187:23, 188:11, 195:1, 195:7, 195:15, 200:15, 201:21, 204:13, 205:4, 205:22, 206:17
**game** [1] - 150:9
**garage** [1] - 118:15
**garment** [1] - 124:23
**gas** [21] - 45:23, 46:25, 47:3, 61:10, 85:22, 85:23, 85:25, 86:2,

87:20, 121:1, 129:13, 132:20, 133:4, 137:6, 137:8, 137:13, 140:15, 141:19, 148:6
**gear** [7] - 120:22, 122:8, 122:12, 129:11, 129:14, 129:16
**general** [8] - 12:16, 15:3, 48:2, 73:15, 124:22, 143:1, 152:11, 175:7
**generally** [6] - 6:20, 36:4, 97:23, 123:12, 124:21, 125:17
**gentleman** [1] - 143:10
**gentlemen** [1] - 112:19
**George** [1] - 6:16
**Georgia** [1] - 13:5
**gestures** [1] - 170:14
**given** [2] - 112:7, 120:23
**glass** [1] - 103:1
**gleaned** [1] - 79:18
**gloves** [2] - 120:25, 129:13
**Glynco** [1] - 13:5
**gosh** [1] - 118:19
**Government** [15] - 16:4, 18:19, 21:6, 32:5, 49:4, 52:13, 55:4, 56:21, 57:5, 57:14, 58:17, 62:24, 66:21, 69:24, 94:14
**GOVERNMENT** [1] - 211:12
**government** [11] - 2:6, 2:15, 2:19, 5:15, 11:13, 11:17, 74:13, 78:7, 78:8, 90:21, 151:1
**Government's** [24] - 16:14, 27:14, 27:23, 30:1, 33:13, 37:13, 38:21, 40:2, 42:22, 48:19, 49:14, 49:25, 50:14, 51:22, 59:5, 65:9, 92:19, 95:4, 99:8, 100:17, 101:15, 104:6, 125:1, 125:13
**grabbed** [3] - 137:23, 138:2
**graduated** [2] - 6:9, 8:2
**graduation** [1] - 15:9
**Grant** [1] - 43:4
**granted** [2] - 138:18, 138:23
**grassy** [1] - 167:14
**gray** [3] - 176:14,

191:23, 192:12
**gray/black** [1] - 164:25
**great** [10] - 39:8, 41:9, 41:24, 51:16, 55:10, 175:20, 177:19, 187:21, 197:9, 201:19
**greater** [1] - 26:19
**green** [2] - 32:19, 34:9
**grenade** [1] - 192:22
**grenades** [1] - 24:16
**Griffin** [1] - 117:13
**grocery** [1] - 155:10
**ground** [3] - 26:11, 85:10, 118:18
**grounds** [44] - 3:22, 7:4, 11:10, 15:4, 15:19, 16:9, 16:10, 18:14, 18:17, 21:11, 24:14, 25:20, 26:7, 26:16, 30:13, 32:10, 33:18, 36:8, 38:1, 39:13, 40:12, 43:6, 49:2, 49:22, 50:24, 52:11, 55:19, 57:3, 58:4, 63:9, 65:20, 67:7, 70:6, 72:25, 73:25, 74:23, 75:5, 76:5, 84:5, 84:14, 92:10, 92:22, 121:18, 121:19
**group** [18] - 45:18, 45:22, 54:1, 58:21, 70:4, 73:19, 85:11, 85:15, 85:16, 85:19, 88:6, 102:14, 102:15, 102:17, 131:5, 164:8, 189:13
**groups** [1] - 68:23
**guess** [8] - 76:9, 86:15, 100:6, 107:19, 128:4, 138:9, 138:16, 150:9
**guilty** [1] - 5:17
**gun** [1] - 46:19
**guns** [1] - 24:16
**guy** [1] - 139:24
**guys** [6] - 122:8, 122:12, 129:9, 129:10, 136:21, 139:12

## H

**H-A-W-A** [1] - 91:8
**hair** [1] - 205:4
**half** [7] - 12:12, 13:13, 15:10, 15:13, 15:15, 171:17, 201:9
**halfway** [2] - 45:19, 150:12
**hallway** [3] - 100:4, 138:9, 139:2

**halt** [1] - 75:17
**halted** [1] - 3:6
**hand** [22] - 8:9, 9:9, 11:4, 68:1, 71:12, 88:14, 90:25, 119:4, 131:18, 131:20, 132:9, 159:7, 170:14, 178:12, 181:9, 186:18, 188:20, 188:25, 189:2, 199:25, 207:21, 207:24
**handcuffing** [1] - 152:21
**handful** [1] - 93:13
**handle** [6] - 6:20, 93:14, 127:20, 128:3, 131:25, 132:4
**handles** [1] - 127:25
**handling** [1] - 107:2
**handrails** [1] - 70:25
**hands** [1] - 71:2
**happy** [3] - 38:9, 63:17, 65:1
**hard** [8] - 90:6, 122:9, 129:10, 129:11, 129:14, 145:18, 145:20
**hardest** [1] - 129:16
**harm** [5] - 7:14, 13:24, 24:23, 25:3, 75:11
**harmed** [1] - 4:24
**Harris** [1] - 94:5
**Hawa** [10] - 90:22, 91:8, 96:22, 100:18, 104:7, 105:10, 111:21, 116:3, 116:11, 118:24
**HAWA** [2] - 91:1, 211:5
**hazy** [4] - 59:15, 60:6, 61:2, 61:22
**head** [9] - 45:10, 62:12, 137:1, 137:4, 189:14, 201:21, 202:24
**Head** [1] - 95:20
**headed** [1] - 45:11
**heads** [3] - 92:5, 107:20, 112:18
**hear** [14] - 2:22, 4:18, 6:7, 6:24, 30:23, 103:2, 103:3, 127:7, 136:6, 165:22, 187:9, 195:17, 195:24, 196:6
**heard** [8] - 2:25, 88:23, 102:4, 102:5, 102:23, 103:1, 111:18, 123:10
**hearing** [1] - 103:9
**hearsay** [2] - 47:18, 156:22
**heavily** [1] - 83:12
**held** [5] - 45:22, 53:2, 91:15, 91:23, 91:24

**HELD** [1] - 1:9
**helmet** [22] - 70:20, 88:10, 88:14, 120:25, 129:13, 129:16, 136:17, 136:18, 136:19, 137:5, 137:7, 137:13, 137:22, 137:24, 139:13, 139:17, 140:15, 141:16, 141:17, 144:24, 148:4, 149:10
**helmets** [2] - 69:10, 70:25
**help** [8] - 14:14, 14:18, 18:10, 21:3, 76:24, 85:11, 138:20, 170:23
**helped** [5] - 46:4, 46:10, 85:16, 122:8, 122:11
**helping** [2] - 32:2, 170:12
**hereby** [1] - 210:3
**hierarchy** [2] - 12:13, 78:15
**high** [9] - 73:20, 76:2, 124:21, 124:24, 124:25, 128:20, 128:22, 139:22, 159:13
**high-value** [1] - 76:2
**highest** [1] - 92:3
**highlight** [1] - 140:6
**highlighted** [2] - 41:3, 173:23
**Hill** [3] - 13:10, 14:6, 35:20
**himself** [2] - 169:8, 170:17
**History** [1] - 163:4
**hit** [25] - 4:20, 45:15, 45:22, 46:4, 59:24, 60:1, 62:12, 85:12, 131:17, 141:25, 143:25, 144:4, 144:16, 144:22, 148:5, 149:10, 169:19, 194:24, 195:22, 196:2, 201:17, 204:23, 205:9, 205:12
**hits** [3] - 142:14, 146:8, 147:15
**hitting** [1] - 67:18
**hold** [16] - 46:4, 47:10, 54:1, 58:22, 85:11, 85:14, 85:16, 86:24, 128:2, 130:20, 132:2, 132:3, 136:9, 138:25, 146:5, 188:6
**holding** [12] - 46:23, 68:1, 130:21, 131:24, 136:9, 180:18, 199:25, 200:1, 204:17, 204:19,

206:8, 207:11
**home** [5] - 7:23, 77:6, 77:16, 140:16, 140:23
**Honor** [121] - 2:3, 2:7, 2:12, 2:16, 2:21, 3:3, 3:20, 4:3, 4:18, 5:2, 5:15, 5:22, 8:16, 8:22, 8:25, 9:15, 11:2, 11:6, 11:17, 15:22, 16:13, 18:19, 21:14, 25:21, 27:22, 30:6, 30:15, 32:12, 33:20, 35:1, 38:3, 39:15, 40:15, 43:8, 44:7, 47:17, 47:21, 48:6, 48:8, 48:11, 49:4, 49:24, 50:5, 51:1, 51:4, 52:13, 53:9, 54:19, 55:21, 57:5, 58:7, 59:4, 60:9, 60:17, 61:8, 63:12, 63:14, 64:8, 64:17, 65:1, 65:23, 67:10, 70:8, 70:11, 71:7, 73:3, 73:6, 78:7, 89:14, 90:18, 95:3, 101:14, 107:7, 111:16, 111:24, 112:14, 114:20, 115:19, 118:7, 118:23, 123:18, 125:12, 130:14, 140:24, 150:16, 150:19, 150:20, 150:24, 151:1, 151:15, 154:15, 156:4, 156:6, 156:13, 156:16, 156:24, 157:3, 157:12, 161:12, 163:12, 164:19, 166:11, 172:5, 173:15, 176:1, 176:8, 180:6, 182:4, 187:16, 189:22, 190:5, 190:23, 191:3, 194:5, 203:7, 203:18, 208:12, 208:14, 208:17, 208:22
**HONORABLE** [1] - 1:9
**hoodie** [4] - 191:20, 191:22, 192:11, 193:15
**horizon** [1] - 83:24
**HOS** [1] - 95:12
**host** [1] - 127:11
**hour** [1] - 76:18
**hours** [8] - 10:8, 64:14, 87:7, 106:2, 140:8, 140:11, 141:22, 158:19
**house** [2] - 140:18, 140:20
**House** [33] - 9:19, 9:21, 9:25, 10:3, 10:7, 10:16, 10:17, 10:19, 10:20, 10:21, 17:16,

23:19, 28:18, 29:16, 77:12, 94:19, 95:14, 95:25, 96:13, 96:14, 96:15, 96:24, 97:1, 100:3, 100:7, 100:11, 100:15, 103:25, 106:3, 106:8, 106:17

**houses** [1] - 10:2
**hum** [1] - 143:16
**hurled** [1] - 4:17
**hurt** [3] - 7:2, 196:9, 198:3

**I**

**idea** [2] - 84:24, 85:18
**identical** [1] - 81:15
**identification** [1] - 153:22
**identified** [1] - 153:16
**identify** [5] - 2:5, 19:13, 149:9, 153:23, 176:17
**identity** [2] - 8:11, 8:18
**III** [1] - 1:17
**illuminating** [2] - 188:20, 193:8
**illusions** [1] - 6:2
**image** [23] - 16:8, 16:19, 22:6, 43:22, 50:2, 50:20, 52:15, 54:11, 55:15, 63:25, 154:4, 154:6, 154:9, 163:18, 169:1, 169:5, 181:17, 181:20, 189:9, 189:12, 190:15, 202:21, 204:17
**images** [3] - 37:1, 80:3, 80:4
**immediately** [1] - 105:5
**immersing** [1] - 133:10
**impact** [5] - 25:9, 25:14, 75:15, 132:8, 134:19
**impacted** [1] - 5:6
**impacts** [1] - 71:12
**impeach** [2] - 31:5, 194:14
**impede** [3] - 7:17, 149:18, 149:24
**impeded** [1] - 5:6
**implemented** [2] - 133:21, 162:3
**important** [2] - 75:3, 75:7
**impression** [1] - 133:8
**improper** [1] - 149:21

**improved** [6] - 19:25, 21:21, 45:6, 48:22, 52:1, 55:9
**improvise** [1] - 132:4
**IN** [1] - 1:1
**inaccurate** [2] - 59:18, 59:19
**inaugural** [18] - 4:5, 4:6, 18:4, 20:14, 21:10, 27:5, 27:19, 28:6, 45:21, 48:23, 49:18, 53:2, 54:12, 55:13, 56:8, 57:1, 57:18, 80:3
**inauguration** [12] - 6:11, 6:14, 17:22, 17:24, 18:1, 42:10, 58:2, 80:16, 80:24, 81:1, 81:2, 81:19
**incapacitate** [1] - 72:6
**incapacitated** [1] - 62:12
**incapacitation** [1] - 69:15
**incendiary** [1] - 4:16
**incident** [10] - 66:1, 86:11, 87:16, 87:23, 141:23, 142:10, 142:16, 142:24, 143:21, 145:11
**incidents** [1] - 145:14
**include** [4] - 5:13, 18:15, 43:3, 76:25
**included** [1] - 3:16
**includes** [3] - 24:9, 42:13, 62:7
**including** [1] - 196:20
**incorrect** [1] - 118:16
**increases** [1] - 26:20
**indeed** [1] - 7:20
**INDEX** [1] - 211:1
**indicate** [4] - 35:6, 81:10, 113:22, 168:11
**indicated** [2] - 87:8, 184:24
**indicating** [7] - 39:6, 41:22, 99:12, 102:3, 104:21, 116:4, 186:8
**indicating)** [2] - 21:20, 163:3
**indication** [1] - 65:25
**indicative** [1] - 103:4
**individual** [76] - 41:14, 51:9, 51:10, 64:21, 67:23, 68:1, 123:21, 130:7, 153:7, 153:15, 153:17, 153:23, 163:17, 164:24, 164:25, 166:18, 166:20, 167:5, 167:7, 168:11, 168:18,

168:19, 172:15, 172:17, 173:22, 174:23, 177:3, 177:5, 177:20, 177:22, 180:25, 181:23, 183:3, 183:4, 183:7, 183:25, 184:1, 184:20, 184:22, 185:23, 185:25, 186:5, 186:13, 187:22, 188:10, 189:14, 191:18, 191:20, 191:21, 192:1, 192:8, 192:10, 192:13, 192:24, 193:14, 193:15, 193:17, 194:6, 194:9, 194:25, 195:6, 195:14, 196:8, 199:13, 200:14, 201:20, 201:25, 202:1, 202:4, 203:24, 204:2, 204:13, 205:3, 205:22, 206:3, 206:17
**individuals** [26] - 34:7, 40:25, 52:4, 53:17, 53:18, 53:24, 63:24, 73:11, 73:25, 101:23, 101:24, 103:4, 105:11, 154:12, 170:12, 176:17, 176:23, 181:21, 185:1, 197:10, 197:13, 199:4, 199:16, 200:18, 204:5, 204:7
**infer** [1] - 116:19
**inference** [1] - 194:3
**inferences** [1] - 5:23
**information** [4] - 95:24, 96:1, 112:7, 155:17
**infrastructure** [1] - 92:6
**initial** [2] - 82:19, 103:19
**injure** [5] - 7:1, 7:14, 71:3, 71:10, 73:25
**injured** [1] - 74:4
**injuries** [5] - 71:11, 73:24, 74:3, 74:9, 74:21
**injury** [2] - 71:19, 134:5
**inner** [3] - 41:23, 42:4, 83:1
**innocent** [2] - 7:9, 198:3
**inside** [23] - 13:25, 23:12, 29:5, 29:9, 31:23, 36:7, 58:20, 73:20, 75:12, 76:3, 97:1, 97:9, 97:21, 101:7, 101:12, 122:9,

126:16, 129:1, 129:5, 147:21, 147:22, 147:23, 185:15
**inspector** [5] - 90:22, 91:14, 105:10, 112:21, 118:24
**Inspector** [7] - 90:23, 96:22, 100:18, 104:7, 111:21, 116:3, 116:11
**inspectors** [1] - 121:24
**install** [1] - 19:14
**installed** [2] - 19:11, 19:12
**instance** [1] - 135:25
**instead** [1] - 4:10
**instituted** [1] - 161:21
**instruments** [1] - 4:16
**intact** [1] - 3:23
**intelligence** [1] - 83:21
**intend** [1] - 7:21
**intent** [7] - 7:1, 7:14, 13:24, 24:22, 27:18, 75:9
**interact** [1] - 136:3
**interested** [1] - 8:14
**interesting** [1] - 116:2
**interfere** [1] - 7:17
**interfered** [1] - 4:24
**interior** [1] - 78:23
**interlock** [2] - 136:24, 136:25
**intersects** [1] - 38:25
**introduce** [3] - 12:2, 91:6, 151:10
**introducing** [1] - 119:11
**investigate** [3] - 153:5, 153:7, 153:19
**investigation** [20] - 153:10, 153:24, 155:4, 158:14, 159:25, 160:8, 160:11, 163:8, 164:15, 166:6, 172:1, 173:11, 176:4, 176:20, 180:2, 181:25, 185:14, 189:18, 192:20, 194:13
**involve** [1] - 71:6
**involved** [2] - 96:1, 106:9
**involvement** [1] - 153:14
**issue** [5] - 26:21, 29:5, 108:25, 116:3, 138:15
**issued** [6] - 29:3, 120:25, 121:2, 121:5, 129:21, 209:3
**issues** [1] - 69:9
**item** [7] - 19:1, 32:18,

40:7, 172:17, 173:24, 174:23, 203:1
**items** [3] - 24:10, 25:16, 145:5
**itinerary** [2] - 96:3, 96:4
**itself** [7] - 24:24, 28:16, 75:11, 80:5, 81:8, 97:14, 113:9

## J

**J6** [1] - 162:18
**jacket** [33] - 124:22, 124:25, 128:18, 128:19, 128:23, 128:24, 129:12, 164:25, 168:19, 170:1, 172:16, 173:23, 174:23, 177:4, 177:21, 180:24, 183:4, 184:1, 184:19, 185:24, 186:14, 187:23, 188:11, 192:11, 193:15, 195:1, 195:6, 195:15, 200:15, 203:24, 204:14, 205:22, 206:18
**Jan** [2] - 94:17, 95:14
**JANICE** [1] - 210:3
**Janice** [2] - 1:22, 210:11
**January** [146] - 3:5, 3:8, 5:12, 5:25, 9:17, 9:25, 10:24, 11:9, 14:23, 15:2, 16:11, 18:3, 18:17, 19:16, 20:2, 20:18, 21:12, 22:18, 23:10, 25:18, 28:12, 28:16, 29:4, 30:5, 30:13, 31:15, 32:10, 33:5, 33:18, 36:24, 37:1, 37:24, 38:1, 39:13, 40:12, 43:6, 44:21, 48:25, 49:2, 49:20, 49:22, 50:24, 52:11, 53:5, 53:7, 54:15, 54:17, 55:19, 57:3, 58:5, 58:25, 59:2, 60:6, 63:10, 65:20, 67:8, 69:2, 70:6, 71:24, 72:25, 74:10, 76:19, 77:3, 77:22, 80:22, 83:16, 89:21, 90:4, 91:17, 92:23, 93:22, 94:1, 94:2, 94:10, 94:24, 95:10, 96:6, 97:23, 98:2, 100:10, 100:25, 101:12,

104:24, 106:24, 112:6, 113:12, 115:8, 120:3, 121:3, 121:9, 121:17, 121:19, 121:21, 123:15, 124:18, 125:10, 133:17, 139:20, 140:7, 142:21, 143:2, 144:10, 145:20, 145:24, 146:2, 153:5, 153:14, 153:17, 158:2, 158:10, 159:6, 159:12, 159:16, 159:20, 159:22, 160:11, 160:13, 160:16, 160:18, 160:22, 162:6, 162:16, 162:25, 163:10, 164:8, 164:17, 165:25, 166:8, 171:14, 172:3, 173:9, 173:13, 175:23, 176:6, 176:21, 179:19, 180:4, 181:22, 182:2, 189:13, 189:20, 202:23, 203:5, 208:3
**JASON** [2] - 119:5, 211:7
**Jason** [5] - 4:19, 119:1, 119:13, 165:2
**job** [7] - 17:4, 25:9, 71:23, 72:2, 83:2, 83:23, 146:21
**join** [1] - 4:11
**joint** [8] - 9:17, 9:19, 10:4, 10:6, 10:23, 22:19, 75:16, 75:23
**JOSEPH** [2] - 151:5, 211:10
**Joseph** [3] - 2:10, 151:2, 151:11
**JUDGE** [2] - 1:9, 1:10
**judge** [1] - 193:3
**judges** [1] - 116:9
**jump** [2] - 136:2
**junction** [1] - 55:12
**jurisdiction** [6] - 14:1, 14:5, 14:6, 119:24, 153:18
**jurisdictions** [1] - 14:4
**JURY** [2] - 1:4, 1:8
**Justin** [45] - 1:6, 2:4, 2:13, 3:7, 6:18, 7:19, 153:7, 153:17, 154:14, 155:1, 163:19, 166:24, 167:8, 168:20, 170:3, 170:25, 172:18, 173:25, 174:25, 177:8, 177:23, 181:1, 181:24, 183:6, 184:3, 184:21, 186:1, 186:7, 186:15, 187:25, 188:12, 189:15, 194:21, 195:2,

195:8, 195:16, 200:16, 201:23, 202:25, 203:4, 204:15, 205:5, 205:24, 206:4, 206:19

## K

**Kamala** [1] - 94:5
**keep** [22] - 3:14, 31:21, 36:21, 46:2, 54:1, 60:21, 67:20, 77:11, 79:22, 81:6, 103:17, 143:2, 146:5, 146:22, 151:14, 176:22, 185:8, 187:7, 196:12, 197:4, 204:23, 204:24
**keeping** [1] - 146:13
**Kenilworth** [1] - 1:18
**kept** [3] - 34:15, 36:10, 36:13
**khaki** [3] - 164:25, 170:1, 183:4
**kind** [39] - 24:17, 48:4, 48:9, 79:7, 84:4, 88:17, 108:14, 113:13, 116:1, 116:9, 123:6, 124:7, 124:9, 127:25, 132:19, 133:22, 134:16, 135:16, 136:13, 136:22, 136:24, 137:2, 137:4, 137:21, 137:24, 138:17, 141:23, 160:5, 171:16, 178:1, 178:20, 179:4, 180:18, 189:17, 191:23, 192:11, 193:2, 193:8, 207:3
**knives** [2] - 24:15, 70:25
**knowledge** [13] - 6:19, 30:8, 30:25, 31:3, 31:4, 37:1, 80:9, 82:6, 88:17, 88:21, 110:12, 110:14, 147:13
**known** [12] - 22:3, 22:13, 63:3, 64:3, 65:13, 65:17, 66:12, 67:5, 70:2, 72:22, 98:10, 102:21
**knows** [2] - 44:5, 139:9
**knuckles** [1] - 24:17

## L

**labeling** [1] - 18:10
**lack** [1] - 132:18
**Lady** [3] - 94:23, 104:14, 105:13
**lady** [1] - 94:4
**Lago** [1] - 113:18

**lane** [1] - 42:13
**Lanelle** [2] - 90:22, 91:8
**LANELLE** [2] - 91:1, 211:5
**large** [15] - 14:18, 14:19, 14:20, 19:13, 29:23, 34:17, 42:25, 45:7, 53:2, 58:21, 68:21, 73:19, 102:25, 115:9, 128:10
**large-scale** [1] - 14:18
**larger** [2] - 121:6, 136:12
**lasers** [1] - 69:11
**last** [20] - 12:2, 20:11, 20:12, 50:20, 72:10, 91:7, 91:8, 109:23, 119:12, 143:14, 143:15, 147:18, 151:11, 170:5, 180:15, 189:4, 192:14, 203:25, 205:16, 207:25
**lasts** [1] - 100:19
**late** [1] - 77:8
**latitude** [1] - 116:8
**Law** [1] - 13:4
**law** [33] - 7:5, 14:9, 64:20, 67:25, 68:5, 75:3, 76:19, 103:2, 152:20, 160:5, 168:9, 176:18, 178:18, 178:23, 178:25, 180:17, 184:25, 185:18, 185:19, 188:22, 190:11, 190:14, 192:2, 196:18, 197:15, 197:21, 198:10, 198:11, 198:20, 200:3, 200:20, 202:13, 204:22
**lawful** [3] - 7:3, 7:4, 7:8
**lawmakers** [2] - 75:12, 76:16
**lawn** [3] - 80:15, 81:6, 170:13
**Lawn** [12] - 6:21, 27:18, 28:9, 32:8, 33:16, 39:1, 40:6, 42:11, 49:17, 53:1, 80:2, 114:9
**lawyer** [1] - 17:2
**lay** [1] - 68:11
**layer** [6] - 41:5, 42:1, 42:4, 42:5, 42:10, 80:4
**layers** [5] - 41:23, 42:3, 42:9, 42:12, 81:7
**lead** [3] - 104:15, 112:7, 153:11

leaders [2] - 92:3, 124:6

leadership [1] - 124:10

leading [5] - 56:25, 59:19, 93:20, 123:18, 134:7

leads [1] - 19:22

learn [1] - 8:5

learned [1] - 103:19

learning [1] - 152:20

least [9] - 78:4, 88:25, 97:23, 121:5, 121:8, 133:13, 138:1, 144:3

leave [9] - 37:11, 46:25, 98:16, 98:18, 104:16, 107:4, 127:3, 140:7, 143:4

led [1] - 106:7

Lee [86] - 1:6, 2:4, 2:13, 2:14, 3:7, 3:8, 3:15, 3:16, 3:22, 4:3, 4:7, 4:11, 4:14, 4:16, 5:3, 5:4, 5:9, 5:24, 6:7, 85:18, 88:25, 153:8, 153:10, 153:18, 153:20, 154:14, 154:22, 155:1, 155:2, 163:19, 165:2, 166:24, 167:8, 168:20, 170:3, 170:25, 172:18, 173:25, 174:11, 174:25, 177:8, 177:23, 181:1, 181:24, 182:19, 183:6, 184:3, 184:21, 186:1, 186:7, 186:15, 186:24, 187:25, 188:12, 189:15, 190:3, 191:6, 194:21, 195:2, 195:8, 195:9, 195:16, 196:13, 196:15, 196:21, 197:5, 197:16, 198:5, 198:8, 198:11, 198:16, 198:19, 198:22, 200:8, 200:16, 201:1, 201:6, 201:23, 202:25, 203:4, 204:15, 205:5, 205:24, 206:4, 206:19, 208:25

Lee's [5] - 4:20, 4:23, 182:9, 184:5, 196:24

left [15] - 16:22, 74:16, 74:18, 75:10, 85:6, 88:13, 88:14, 107:4, 127:4, 131:25, 137:22, 138:1, 138:3, 159:7, 207:21

left-hand [2] - 88:14, 159:7

leg [2] - 134:17, 150:7

legal [3] - 44:13, 116:2, 116:9

legs [1] - 147:22

lens [2] - 86:21, 88:13

lenses [1] - 69:10

less [3] - 91:24, 115:25, 139:7

lethal [2] - 152:20, 152:21

letter [1] - 27:17

letting [1] - 80:12

level [6] - 20:22, 56:25, 118:19, 121:1, 133:15, 150:8

levels [1] - 134:3

liaison [6] - 91:21, 92:8, 93:4, 93:12, 93:13, 117:24

lie [1] - 139:14

Lieutenant [19] - 11:18, 11:19, 11:25, 12:4, 16:2, 23:9, 29:25, 33:12, 40:24, 47:22, 48:13, 53:18, 58:16, 60:4, 61:17, 62:1, 70:22, 78:6, 168:1

lieutenant [57] - 12:9, 12:11, 12:13, 12:16, 12:20, 15:1, 15:16, 16:18, 18:11, 18:24, 19:8, 21:5, 22:17, 27:13, 30:19, 32:4, 32:18, 33:25, 35:12, 37:12, 38:20, 40:1, 40:20, 42:21, 43:21, 44:9, 44:15, 44:20, 48:18, 49:13, 50:13, 51:9, 51:21, 52:22, 54:7, 55:3, 56:6, 56:20, 57:13, 59:15, 59:22, 62:23, 63:24, 64:6, 65:8, 66:10, 66:20, 67:16, 67:23, 68:14, 69:1, 69:23, 70:17, 72:14, 73:10, 89:19, 90:14

lieutenants [2] - 121:23, 122:22

life [2] - 2:25, 7:24

light [5] - 69:16, 166:19, 167:6, 191:23, 192:12

lightly [1] - 83:11

like-minded [1] - 6:6

likely [1] - 115:25

limine [1] - 111:24

limited [1] - 73:21

limits [3] - 29:11, 140:2

line [52] - 4:14, 30:9,

30:19, 30:25, 31:9, 31:12, 31:15, 33:9, 45:5, 45:10, 53:3, 54:12, 72:7, 82:14, 85:9, 89:1, 95:11, 108:17, 108:18, 108:19, 108:21, 109:9, 109:14, 109:17, 109:20, 115:5, 117:17, 130:19, 130:21, 136:6, 136:9, 138:20, 138:25, 140:11, 145:15, 146:16, 146:19, 147:5, 147:10, 147:12, 149:7, 149:14, 158:5, 176:16, 177:13, 180:18, 198:14, 198:25, 206:25, 207:14

lined [1] - 109:6

lines [1] - 130:21

lineup [1] - 123:9

liquid [1] - 137:19

liquids [2] - 24:16, 135:23

list [1] - 24:18

lit [1] - 4:16

lived [1] - 153:18

loading [2] - 118:16, 118:17

located [4] - 14:21, 23:20, 114:6, 177:10

location [14] - 75:14, 92:15, 103:23, 104:2, 104:15, 106:1, 106:15, 125:19, 159:9, 159:17, 175:8, 178:3

locations [6] - 36:4, 96:2, 97:9, 97:14, 159:2, 160:19

lockdown [1] - 158:7

locking [1] - 139:25

logo [1] - 184:10

long-sleeve [2] - 199:10, 199:14

look [7] - 4:7, 19:10, 20:10, 125:4, 139:12, 143:6, 189:1

looked [6] - 50:21, 93:6, 93:8, 126:22, 167:10

looking [12] - 2:19, 37:19, 52:2, 58:20, 84:11, 86:20, 92:21, 94:16, 100:8, 110:2, 126:16, 159:14

looks [11] - 21:9, 30:4, 33:3, 41:16, 51:11, 52:1, 92:23, 101:23, 128:15, 178:1, 191:22

losing [2] - 85:9,

150:12

lost [10] - 45:8, 54:12, 137:3, 137:15, 137:16, 137:22, 137:24, 137:25, 160:21

loud [4] - 45:4, 103:4, 103:5, 183:1

Lower [30] - 3:9, 4:8, 7:12, 17:19, 19:24, 20:15, 20:17, 20:18, 21:21, 22:12, 26:13, 45:6, 48:22, 52:2, 55:9, 56:12, 63:3, 63:7, 64:3, 65:13, 65:17, 66:12, 66:25, 67:2, 67:5, 70:2, 72:18, 72:22, 183:11, 183:18

lower [1] - 80:4

lunch [1] - 90:16

## M

mace [1] - 132:22

magnetometer [1] - 24:10

magnetometers [1] - 114:6

magnitude [2] - 7:7, 139:21

main [2] - 20:14, 85:17

maintain [1] - 110:9

maintained [1] - 85:10

maintaining [2] - 138:15, 150:14

man [4] - 5:24, 6:25, 82:12, 83:7

Management [2] - 13:8, 13:13

managers [1] - 157:21

manned [5] - 82:18, 82:22, 83:11, 83:12, 84:6

manpower [2] - 12:19, 73:21

map [3] - 30:19, 31:9, 108:16

Mar [1] - 113:18

Mar-a-Lago [1] - 113:18

March [2] - 27:11, 117:11

marched [1] - 122:16

marked [4] - 99:13, 155:11, 155:21, 157:13

marking [1] - 162:8

Maryland [30] - 3:25, 6:9, 13:6, 13:8, 13:9, 13:14, 19:20, 19:22, 50:18, 151:18, 152:8, 174:10, 175:3, 184:9,

184:19, 185:24, 186:5, 186:14, 187:23, 188:11, 195:1, 195:7, 195:15, 200:15, 201:21, 204:13, 205:4, 205:22, 206:3, 206:17

**mask** [20] - 46:25, 47:3, 121:1, 129:13, 132:20, 133:4, 135:6, 137:6, 137:8, 137:13, 140:15, 141:19, 148:6, 177:4, 177:21, 184:8, 184:9

**mass** [3] - 46:1, 124:21, 125:18

**match** [2] - 137:20, 138:3

**material** [3] - 32:19, 32:22, 34:9

**Matt** [1] - 2:8

**matter** [13] - 159:25, 163:8, 164:15, 166:7, 168:13, 172:1, 173:11, 176:4, 176:20, 180:2, 181:25, 185:14, 189:18

**mattered** [1] - 6:4

**matters** [1] - 153:5

**Matthew** [2] - 1:13, 2:24

**matthew.vigeant@ usdoj.gov** [1] - 1:16

**mayor's** [4] - 140:12, 140:18, 140:20

**McFADDEN** [1] - 1:9

**McQuaig** [34] - 2:8, 15:21, 18:8, 33:11, 37:7, 38:13, 39:21, 41:17, 42:17, 49:9, 51:18, 52:18, 54:4, 54:25, 56:15, 57:10, 58:12, 59:9, 63:20, 66:5, 66:16, 72:9, 155:11, 160:25, 162:19, 163:24, 165:10, 167:22, 169:12, 171:1, 177:15, 179:8, 199:22, 203:16

**MD** [1] - 1:19

**mean** [41] - 16:22, 34:21, 42:1, 44:13, 64:17, 72:3, 82:9, 84:16, 84:17, 92:11, 100:13, 102:25, 108:1, 108:21, 109:3, 113:12, 114:21, 116:8, 122:4, 122:21, 123:23, 127:19, 127:24, 128:6, 128:20, 132:1, 132:15, 134:10, 138:23, 139:1, 139:8, 139:11, 139:14,

139:21, 140:10, 141:24, 145:15, 147:17, 149:11, 190:6

**means** [8] - 44:5, 79:9, 79:15, 116:18, 116:19, 120:7, 135:24

**meant** [2] - 84:25, 132:16

**measures** [2] - 28:7, 29:18

**media** [12] - 20:3, 21:24, 22:2, 22:4, 28:6, 48:23, 49:17, 52:6, 53:2, 110:23, 113:6

**medical** [2] - 42:14, 46:11

**meet** [6] - 28:18, 76:16, 98:4, 143:10, 143:13, 143:24

**meeting** [6] - 9:20, 10:22, 22:19, 22:20, 127:11, 132:5

**meets** [1] - 57:18

**member** [7] - 6:10, 25:1, 98:11, 101:25, 116:16, 117:12, 117:24

**Members** [1] - 23:17

**members** [25] - 3:11, 3:12, 9:19, 13:22, 23:15, 26:8, 26:18, 26:25, 31:25, 75:23, 79:9, 79:13, 92:4, 94:8, 94:19, 96:11, 96:13, 96:14, 96:15, 98:24, 102:7, 105:12, 106:13, 106:18, 115:9

**Memorial** [1] - 43:4

**memory** [7] - 87:15, 87:16, 144:7, 144:14, 144:16, 145:24

**mentioned** [14] - 13:12, 20:17, 27:8, 67:1, 67:16, 68:14, 70:22, 73:24, 84:23, 88:15, 107:14, 113:6, 163:20, 190:13

**message** [2] - 7:13, 76:23

**met** [8] - 10:2, 99:10, 99:17, 100:4, 133:16, 135:22, 143:17

**metal** [3] - 19:10, 24:10, 35:5

**Metropolitan** [9] - 3:13, 4:19, 14:13, 14:17, 64:1, 76:25, 119:14, 119:18, 120:2

**Michael** [4] - 1:12, 94:3, 94:23, 95:13

**microphone** [1] -

151:13

**middle** [10] - 12:15, 17:7, 19:3, 28:9, 42:11, 78:14, 80:2, 80:14, 81:5, 177:11

**Middle** [1] - 152:1

**midnight** [2] - 12:25, 158:18

**midnights** [1] - 15:14

**might** [9] - 44:7, 47:21, 83:24, 89:14, 90:10, 158:19, 169:17, 171:19, 201:17

**Mike** [1] - 10:5

**military** [1] - 115:6

**million** [3] - 2:25, 74:24, 89:6

**mind** [9] - 7:9, 91:6, 117:16, 119:11, 130:12, 130:17, 134:25, 135:14, 135:20

**minded** [1] - 6:6

**minimize** [1] - 27:2

**minus** [1] - 160:19

**minute** [28] - 10:10, 20:25, 42:22, 48:19, 56:21, 57:14, 59:10, 66:21, 67:21, 100:20, 101:19, 101:22, 128:12, 128:14, 129:17, 130:2, 131:13, 131:14, 138:10, 145:12, 145:25, 169:14, 191:15, 193:22, 201:9, 204:23

**minutes** [37] - 4:2, 10:17, 37:14, 37:15, 49:14, 51:22, 52:23, 54:8, 58:17, 62:24, 63:20, 63:21, 65:9, 66:7, 72:15, 125:3, 132:24, 135:12, 136:15, 137:10, 147:18, 188:5, 191:13, 194:23, 195:4, 195:12, 196:11, 196:23, 197:3, 199:19, 200:10, 206:13, 206:14, 206:21, 206:22, 207:6, 207:13

**Miss** [1] - 15:21

**miss** [1] - 62:12

**missed** [1] - 60:24

**mission** [10] - 7:20, 12:19, 13:17, 47:6, 68:20, 92:1, 93:10, 119:17, 149:18, 149:25

**mitigate** [1] - 26:21

**mixture** [1] - 53:20

**MK** [1] - 121:6

**mob** [1] - 140:4

**moment** [9] - 60:19, 102:24, 104:13, 111:21, 130:23, 136:14, 151:4, 177:25, 186:17

**monitor** [2] - 35:16, 101:4

**monitored** [1] - 103:19

**Montgomery** [1] - 8:1

**month** [2] - 18:2, 152:16

**months** [5] - 13:4, 13:5, 15:14, 117:15, 152:18

**monument** [2] - 19:3, 166:2

**Monument** [4] - 19:6, 37:19, 39:4, 166:4

**morning** [16] - 2:2, 2:7, 2:11, 2:12, 2:14, 11:19, 11:25, 12:1, 78:12, 78:13, 85:3, 107:1, 140:8, 141:22, 208:18, 208:23

**most** [9] - 7:11, 15:6, 15:7, 15:8, 42:12, 124:23, 139:22, 143:14, 149:13

**mostly** [1] - 99:4

**motion** [1] - 111:24

**motorcade** [1] - 98:10

**mountain** [1] - 53:22

**mouth** [2] - 3:9, 4:8

**move** [57] - 8:23, 16:13, 18:19, 21:14, 27:22, 28:21, 30:15, 32:12, 33:20, 38:3, 39:15, 40:15, 43:8, 49:4, 49:24, 51:1, 52:13, 53:9, 54:19, 55:21, 57:5, 58:7, 59:4, 63:4, 63:12, 65:1, 65:23, 67:10, 70:8, 73:3, 95:3, 97:13, 101:14, 105:1, 125:12, 146:9, 146:20, 151:13, 154:15, 156:4, 161:12, 161:16, 163:12, 164:19, 166:11, 169:17, 172:5, 173:15, 176:1, 176:8, 180:6, 181:10, 182:4, 188:5, 189:22, 203:7, 206:13

**moved** [8] - 4:6, 4:14, 28:23, 98:10, 102:17, 105:25, 106:6, 195:10

**movement** [3] - 7:19, 45:12, 100:14

**movements** [4] -

77:13, 96:23, 97:13, 97:20

**moving** [6] - 3:25, 72:18, 100:11, 163:21, 163:22, 164:12

**MPD** [13] - 46:8, 46:19, 46:23, 53:21, 53:22, 58:21, 86:4, 88:3, 119:15, 133:17, 141:6, 147:8

**MR** [341] - 2:7, 2:12, 2:16, 2:18, 2:21, 2:24, 3:3, 3:5, 5:20, 5:22, 8:9, 8:12, 8:16, 8:21, 8:22, 8:25, 9:4, 9:8, 9:11, 9:14, 11:2, 11:4, 11:17, 11:24, 15:22, 15:25, 16:1, 16:13, 16:15, 16:17, 16:25, 17:3, 17:6, 18:19, 18:21, 18:23, 21:14, 21:16, 21:18, 25:21, 25:23, 26:5, 27:22, 27:24, 28:1, 30:6, 30:8, 30:11, 30:15, 30:18, 30:21, 30:24, 31:7, 32:12, 32:14, 32:17, 33:20, 33:22, 33:24, 34:23, 35:1, 35:2, 38:3, 38:5, 38:12, 39:15, 39:17, 39:19, 40:15, 40:17, 40:19, 42:16, 43:8, 43:10, 43:18, 44:2, 44:7, 44:9, 44:19, 47:17, 47:21, 48:6, 48:8, 48:11, 48:12, 49:4, 49:6, 49:8, 49:24, 50:1, 50:3, 50:4, 50:8, 51:1, 51:3, 51:6, 52:13, 52:15, 52:17, 53:9, 53:11, 53:14, 53:16, 54:19, 54:21, 54:23, 55:21, 55:23, 55:25, 56:2, 56:3, 57:5, 57:7, 57:9, 58:7, 58:9, 58:11, 59:4, 59:6, 59:8, 59:18, 59:21, 60:9, 60:15, 60:17, 60:21, 60:23, 61:1, 61:8, 61:12, 61:15, 61:25, 62:6, 63:12, 63:14, 63:19, 64:8, 64:17, 65:1, 65:3, 65:23, 65:25, 66:4, 67:10, 67:12, 67:15, 68:8, 68:10, 68:12, 68:13, 69:6, 69:13, 70:8, 70:10, 70:13, 71:6, 71:9, 71:17, 71:20, 71:25, 72:2, 72:8, 73:3, 73:5, 73:8, 73:13, 73:15, 73:23,

74:6, 74:8, 74:12, 74:22, 74:25, 75:2, 76:7, 76:15, 77:9, 77:15, 77:24, 78:1, 78:6, 78:11, 89:12, 89:14, 89:18, 90:9, 90:10, 90:12, 90:18, 90:22, 91:5, 95:3, 95:5, 95:7, 97:19, 101:14, 101:16, 101:18, 105:1, 105:2, 105:4, 107:7, 107:11, 111:16, 111:24, 112:11, 112:14, 112:17, 112:24, 112:25, 114:20, 114:21, 114:22, 115:19, 116:4, 116:12, 116:14, 118:7, 118:11, 118:12, 118:23, 119:1, 119:10, 123:18, 123:20, 125:12, 125:14, 125:16, 130:1, 130:14, 130:16, 134:7, 134:9, 140:24, 141:3, 148:24, 149:19, 149:23, 150:15, 150:20, 150:24, 151:1, 151:8, 151:16, 154:15, 154:17, 154:19, 154:20, 156:4, 156:6, 156:8, 156:10, 156:13, 156:16, 156:20, 156:23, 157:3, 157:12, 157:15, 160:1, 160:3, 160:9, 161:12, 161:14, 161:16, 163:12, 163:14, 163:16, 164:19, 164:21, 164:23, 165:22, 165:24, 166:11, 166:13, 166:15, 168:12, 168:15, 169:6, 169:9, 172:5, 172:7, 172:9, 173:15, 173:17, 173:19, 174:13, 174:16, 176:1, 176:3, 176:8, 176:10, 176:12, 179:2, 179:6, 180:6, 180:8, 180:10, 181:15, 181:16, 182:4, 182:6, 182:8, 185:2, 185:6, 187:11, 187:14, 187:16, 187:18, 189:7, 189:22, 189:24, 190:1, 190:5, 190:9, 190:17, 190:19, 190:21, 190:23, 191:5, 193:2, 193:6, 193:24, 194:1, 194:5, 194:8, 194:16, 197:18, 197:23,

199:11, 203:7, 203:9, 203:11, 203:18, 203:21, 208:4, 208:6, 208:9, 208:12, 208:14, 208:17

**multiple** [8] - 3:15, 62:2, 71:11, 74:16, 96:23, 97:12, 100:9, 151:25

**munitions** [8] - 45:23, 46:5, 71:14, 74:20, 120:22, 136:7, 136:10, 148:3

**museum** [2] - 163:4, 163:6

**must** [1] - 47:24

## N

**N.W** [1] - 210:12

**name** [13] - 2:23, 12:2, 12:4, 20:18, 22:3, 22:13, 91:7, 91:8, 119:12, 119:13, 151:10, 151:11

**named** [1] - 153:7

**names** [2] - 21:2, 159:7

**Nancy** [1] - 10:15

**narrate** [1] - 64:16

**narration** [1] - 190:7

**narrative** [2] - 48:4, 149:20

**narrow** [1] - 48:9

**nation's** [2] - 3:6, 92:3

**National** [1] - 163:4

**national** [2] - 93:15, 112:1

**Nationals** [1] - 14:7

**NAWAS** [1] - 76:22

**near** [3] - 7:12, 43:4, 47:7

**necessarily** [3] - 31:2, 110:11, 135:7

**need** [8] - 36:2, 75:10, 93:21, 99:4, 111:23, 121:25, 140:19, 156:10

**needed** [1] - 14:20

**needs** [1] - 31:2

**negative** [1] - 13:24

**neighborhood** [1] - 140:12

**neon** [3] - 63:25, 197:11, 197:13

**never** [5] - 121:18, 140:4, 141:15, 144:10, 194:7

**New** [1] - 152:2

**news** [1] - 20:4

**next** [32] - 47:4, 48:10,

51:19, 52:18, 66:17, 90:21, 98:9, 105:25, 131:8, 133:24, 134:2, 134:4, 134:10, 135:4, 135:6, 135:8, 135:10, 135:16, 138:8, 138:25, 140:16, 141:22, 147:12, 167:2, 169:13, 172:23, 174:18, 175:11, 179:8, 187:19

**night** [2] - 140:17, 158:12

**nobody** [2] - 47:14, 147:2

**noise** [3] - 127:9, 127:11, 127:14

**non** [2] - 147:11, 152:21

**non-lethal** [1] - 152:21

**non-uniformed** [1] - 147:11

**none** [1] - 158:20

**nonetheless** [3] - 122:15, 139:8, 140:22

**normal** [8] - 7:23, 17:2, 29:19, 29:20, 29:21, 29:22, 156:2, 161:10

**normally** [3] - 97:20, 158:15, 158:17

**north** [13] - 14:7, 16:21, 17:10, 23:18, 28:10, 45:7, 45:11, 47:7, 47:11, 85:9, 85:17, 97:5, 97:7

**northeast** [1] - 119:25

**Northern** [2] - 152:1, 152:2

**northwest** [1] - 37:18

**Northwest** [1] - 14:22

**notes** [1] - 210:5

**nothing** [10] - 7:19, 78:7, 79:2, 80:6, 81:25, 82:5, 90:9, 110:12, 136:10, 139:21

**notice** [5] - 60:6, 61:2, 112:10, 114:13, 137:24

**noticed** [1] - 47:7

**notification** [3] - 94:18, 95:12, 113:13

**notified** [4] - 111:14, 113:1, 113:2, 113:4

**notifying** [5] - 94:21, 95:8, 111:10, 113:19, 114:15

**November** [1] - 9:24

**number** [10] - 11:1, 73:21, 83:2, 83:6, 126:20, 128:4, 128:7, 128:10, 171:17, 188:16

| | | | |
|---|---|---|---|
| **numbers** [5] - 115:9, 159:7, 159:9, 159:21, 171:17<br>**NW** [2] - 1:14, 1:24 | 166:13, 166:14, 168:12, 169:6, 172:7, 172:8, 173:17, 173:18, 174:13, 176:10, 176:11, 179:2, 180:9, 182:6, 182:7, 185:2, 187:11, 189:24, 189:25, 190:8, 190:17, 190:21, 191:4, 193:2, 193:5, 193:24, 194:15, 197:18, 203:9, 203:10, 208:4 | 107:23, 107:25, 108:3, 108:9, 108:12, 108:13, 151:18, 152:4, 152:7, 152:9<br>**OFFICE** [1] - 1:13<br>**Officer** [6] - 4:19, 119:8, 119:13, 141:4, 148:25, 150:15 | **Ohio** [1] - 152:3<br>**Olmsted** [3] - 43:23, 80:18, 81:8<br>**Once** [1] - 137:4<br>**once** [16] - 4:13, 5:8, 38:15, 45:25, 49:10, 50:10, 75:13, 93:21, 124:6, 134:12, 137:23, 139:2, 140:10, 140:11, 142:20, 148:2 |

**O**

| | | | |
|---|---|---|---|
| **o'clock** [1] - 106:7<br>**object** [48] - 21:23, 22:1, 38:5, 39:2, 39:3, 43:10, 47:17, 52:3, 52:4, 59:18, 60:9, 62:11, 63:5, 63:14, 64:8, 65:25, 72:5, 73:16, 74:25, 111:16, 115:20, 115:22, 118:7, 131:19, 141:25, 142:14, 143:25, 144:4, 144:16, 146:8, 147:15, 148:5, 149:14, 156:6, 156:7, 156:8, 166:3, 188:20, 189:1, 189:16, 190:2, 190:3, 190:5, 190:10, 196:16, 196:17, 198:9, 208:4<br>**objection** [134] - 10:8, 16:15, 16:16, 18:21, 18:22, 21:16, 21:17, 25:21, 27:24, 27:25, 30:6, 30:17, 30:21, 30:23, 30:24, 31:6, 32:15, 32:16, 34:23, 38:9, 39:17, 39:18, 40:17, 40:18, 43:13, 44:2, 44:12, 44:18, 47:17, 48:4, 49:6, 49:7, 52:15, 52:16, 53:11, 53:12, 53:13, 53:14, 53:15, 54:21, 54:22, 57:7, 57:8, 58:9, 58:10, 59:6, 59:7, 59:18, 60:20, 61:8, 61:12, 61:14, 61:25, 63:17, 64:19, 66:3, 67:12, 67:13, 68:8, 69:6, 69:12, 71:6, 71:17, 71:25, 72:2, 73:13, 73:17, 74:6, 74:12, 74:15, 74:25, 76:7, 77:9, 77:24, 78:5, 95:5, 95:6, 101:16, 101:17, 105:2, 105:3, 111:18, 112:13, 112:22, 114:20, 115:19, 123:18, 125:14, 125:15, 130:14, 134:7, 149:19, 154:17, 154:18, 157:10, 160:1, 160:8, 161:14, 161:15, 163:14, 163:15, 164:21, 164:22, | **objections** [1] - 96:17<br>**objective** [3] - 134:3, 139:1, 140:17<br>**objects** [30] - 3:16, 5:4, 5:8, 24:13, 24:17, 70:21, 70:23, 70:24, 71:3, 71:15, 71:23, 74:18, 131:23, 132:5, 133:20, 134:1, 134:23, 137:2, 149:4, 149:7, 149:10, 149:17, 149:24, 196:20, 198:11, 198:22, 198:24, 202:12<br>**observations** [1] - 62:3<br>**observed** [1] - 130:4<br>**obstacles** [1] - 137:17<br>**obstruct** [3] - 7:2, 7:16, 47:24<br>**obstructed** [2] - 4:24, 133:5<br>**obstructing** [3] - 5:10, 5:14, 112:8<br>**obtain** [1] - 154:21<br>**obtained** [1] - 153:22<br>**obviously** [9] - 38:9, 47:23, 62:4, 63:17, 84:9, 103:16, 116:8, 157:7, 194:14<br>**OC** [16] - 46:6, 61:11, 61:24, 85:12, 85:21, 85:22, 85:23, 85:24, 86:3, 121:6, 132:23, 152:21, 152:23, 152:25, 207:3<br>**occur** [2] - 95:9, 100:9<br>**occurred** [3] - 22:21, 101:12, 145:14<br>**occurring** [3] - 81:7, 101:5, 127:7<br>**occurs** [1] - 86:11<br>**odds** [1] - 3:14<br>**OE** [1] - 120:21<br>**OF** [3] - 1:1, 1:8, 210:1<br>**office** [18] - 92:15, 92:17, 97:17, 98:14, 100:3, 106:5, 107:14, | **officer** [47] - 4:20, 5:5, 5:13, 7:25, 8:1, 10:11, 10:18, 12:25, 13:3, 30:25, 34:20, 35:4, 35:6, 38:6, 41:16, 44:4, 46:9, 46:10, 46:17, 60:5, 60:10, 61:6, 61:21, 62:8, 62:9, 64:9, 67:25, 68:6, 69:2, 119:1, 128:22, 139:7, 139:19, 141:6, 147:6, 150:17, 151:23, 151:24, 160:6, 168:10, 178:18, 179:1, 184:25, 190:14, 194:1, 194:2, 194:9<br>**officer's** [2] - 3:17, 83:2<br>**officers** [71] - 3:16, 4:8, 4:17, 4:21, 5:5, 5:10, 7:2, 7:15, 7:17, 7:18, 11:7, 11:9, 11:12, 34:8, 41:1, 42:6, 45:20, 46:2, 46:8, 46:12, 46:19, 46:23, 47:9, 53:21, 53:22, 58:22, 67:20, 68:4, 69:11, 70:21, 70:23, 71:3, 71:10, 71:11, 71:13, 71:15, 74:3, 77:11, 83:2, 83:7, 85:9, 85:16, 86:18, 86:23, 88:3, 88:5, 89:2, 93:13, 116:25, 121:25, 126:9, 126:22, 126:25, 129:1, 129:5, 129:7, 138:6, 138:8, 140:3, 146:4, 146:19, 146:22, 147:1, 147:3, 147:9, 147:12, 176:20, 199:2<br>**officers'** [4] - 3:18, 4:15, 4:25, 5:6<br>**offices** [2] - 94:20, 95:25<br>**official** [5] - 11:11, 22:22, 47:24, 99:5, 156:23<br>**Official** [2] - 1:23, 210:11<br>**OFFICIAL** [1] - 210:1<br>**officials** [1] - 123:4<br>**often** [1] - 34:15 | **one** [73] - 2:23, 8:19, 9:11, 9:14, 10:10, 11:5, 13:15, 15:22, 18:7, 20:12, 21:3, 35:24, 41:6, 42:4, 42:9, 42:11, 45:17, 47:18, 48:19, 79:18, 80:2, 81:5, 82:1, 87:18, 87:19, 87:25, 89:3, 89:4, 90:12, 97:15, 101:25, 102:1, 102:14, 103:6, 105:6, 109:8, 109:14, 116:10, 121:7, 121:8, 121:23, 123:3, 127:13, 128:2, 128:3, 133:15, 137:6, 137:17, 138:1, 139:24, 140:3, 142:3, 146:13, 146:14, 146:16, 146:18, 147:5, 148:14, 149:13, 149:14, 150:2, 150:20, 153:11, 155:7, 167:9, 180:8, 180:18, 183:23, 197:8, 199:5, 203:20, 203:24<br>**One** [1] - 14:22<br>**one-week** [1] - 13:15<br>**ones** [3] - 51:15, 80:4, 87:25<br>**ongoing** [2] - 112:5, 112:8<br>**oops** [1] - 22:9<br>**open** [9] - 13:21, 84:10, 112:20, 153:21, 157:8, 158:19, 194:2, 194:6, 194:10<br>**opened** [1] - 15:11<br>**opening** [2] - 2:20, 5:19<br>**openly** [1] - 6:13<br>**operation** [1] - 123:4<br>**operations** [2] - 12:17, 25:15<br>**opinion** [3] - 25:22, 25:23, 115:23<br>**opportunity** [2] - 60:18, 125:6<br>**opposed** [1] - 50:2<br>**opposing** [3] - 89:24, 130:5, 132:6<br>**opposite** [2] - 97:11, |

97:12
**option** [1] - 136:8
**ordeal** [1] - 135:16
**order** [8] - 27:20, 28:3, 36:24, 81:13, 115:1, 115:2, 124:22, 162:19
**Order** [4] - 13:8, 13:13, 34:4, 114:10
**ordered** [1] - 162:5
**orient** [2] - 16:19, 21:3
**original** [2] - 103:16, 109:20
**originally** [3] - 38:6, 77:3, 110:1
**otherwise** [2] - 111:12, 182:21
**ourselves** [1] - 21:4
**outer** [4] - 42:1, 42:4, 42:12, 124:23
**outer-most** [1] - 124:23
**outermost** [1] - 41:5
**outlets** [1] - 20:4
**outline** [1] - 51:15
**outnumbered** [2] - 4:22, 131:3
**outside** [33] - 4:13, 29:1, 45:3, 46:17, 47:10, 58:23, 64:9, 67:17, 67:20, 70:4, 71:19, 73:25, 78:20, 78:25, 79:3, 79:10, 79:13, 83:7, 86:24, 89:1, 100:2, 102:19, 108:2, 111:18, 112:6, 114:6, 123:22, 127:8, 129:1, 130:7, 146:20
**outward** [2] - 58:20, 86:20
**overall** [5] - 92:1, 93:10, 93:11, 150:13, 159:14
**overbroad** [2] - 73:15, 74:25
**overrule** [5] - 38:8, 44:12, 48:3, 66:2, 69:12
**overruled** [17] - 26:2, 30:10, 61:9, 71:8, 71:18, 72:4, 74:7, 75:1, 77:10, 118:9, 130:15, 149:22, 169:7, 174:14, 179:3, 185:3, 197:19
**overruling** [14] - 31:6, 44:17, 60:19, 61:13, 73:17, 74:15, 78:5, 112:13, 112:22, 157:10, 160:8, 190:8, 193:5, 194:15
**oversee** [1] - 12:17

**overtook** [1] - 54:12
**overwhelming** [1] - 3:14
**own** [3] - 87:16, 88:20, 150:10

**P**

**P-E-R-E-Z** [1] - 151:12
**p.m** [39] - 3:11, 10:1, 10:2, 10:3, 10:7, 10:9, 10:14, 10:21, 10:22, 37:24, 48:25, 49:20, 53:5, 54:15, 58:25, 76:18, 77:5, 86:14, 86:16, 96:7, 98:8, 105:19, 106:7, 107:3, 126:1, 158:4, 158:6, 158:11, 158:18, 158:20, 162:5, 166:1, 171:25, 173:10, 175:25, 180:1
**packages** [2] - 24:11, 75:10
**page** [12] - 51:7, 62:22, 95:18, 117:17, 159:4, 159:18, 160:14, 161:16, 161:18, 161:24, 162:8, 191:16
**pages** [1] - 160:20
**paint** [1] - 135:25
**pants** [6] - 164:25, 170:1, 183:4, 199:6, 199:10, 199:15
**paragraph** [1] - 9:11
**paragraphs** [1] - 9:12
**PARALEGAL** [1] - 181:14
**pardon** [1] - 90:11
**parent** [1] - 157:25
**parked** [2] - 122:15, 124:6
**parking** [1] - 118:15
**part** [28] - 3:7, 7:13, 12:22, 16:8, 17:1, 23:7, 26:10, 36:1, 36:20, 47:23, 55:9, 68:19, 79:19, 79:20, 80:14, 80:15, 81:18, 81:21, 82:11, 83:20, 85:18, 96:21, 106:20, 110:16, 120:18, 153:2, 153:4, 155:4
**partial** [1] - 27:5
**participating** [1] - 154:25
**particular** [29] - 10:8, 26:1, 44:5, 47:19, 78:2, 84:14, 87:15, 87:16, 87:23, 90:6, 94:12,

100:25, 114:1, 115:24, 122:7, 124:21, 124:24, 127:13, 131:1, 132:15, 133:22, 139:24, 141:23, 142:24, 143:22, 144:20, 145:15, 148:15, 152:4
**particularly** [1] - 121:7
**parties** [1] - 9:1
**partner's** [1] - 149:13
**partners** [3] - 122:20, 138:1, 138:4
**parts** [1] - 59:24
**pass** [1] - 144:3
**passing** [2] - 121:15, 185:20
**passive** [1] - 170:18
**past** [11] - 34:13, 34:16, 115:20, 115:22, 142:18, 146:14, 146:16, 146:17, 146:19, 146:22
**path** [5] - 19:19, 97:23, 100:6, 106:14, 106:17
**patrol** [2] - 8:3, 12:17
**pause** [7] - 15:24, 46:12, 56:17, 60:3, 70:15, 181:3, 208:13
**paused** [3] - 101:22, 128:14, 131:20
**pay** [2] - 124:3, 188:14
**Peace** [8] - 19:2, 19:3, 37:19, 38:25, 39:4, 39:9, 166:4
**peace** [1] - 19:6
**peaceable** [1] - 6:23
**peaceful** [1] - 3:7
**pebbles** [1] - 150:6
**pedestrians** [2] - 26:21, 31:21
**Pelosi** [1] - 10:15
**penalties** [1] - 209:4
**penalty** [2] - 116:20, 116:21
**Pence** [8] - 10:5, 10:9, 94:4, 94:23, 95:13
**Pence's** [1] - 10:12
**Pennsylvania** [2] - 38:25, 82:19
**people** [41] - 6:6, 8:4, 19:15, 20:19, 22:4, 24:2, 25:11, 25:12, 31:21, 44:15, 45:8, 45:14, 45:18, 46:2, 69:7, 69:10, 71:13, 76:3, 79:10, 79:22, 81:6, 83:14, 84:5, 86:24, 113:19, 115:9, 122:5, 122:23, 123:21, 123:23, 126:18,

127:10, 128:5, 128:8, 128:10, 130:23, 139:21, 146:5, 146:22, 198:3, 203:23
**people's** [1] - 193:9
**pepper** [6] - 148:9, 152:25, 184:25, 190:24, 207:3, 207:13
**per** [3] - 129:21, 133:17, 138:18
**perceived** [1] - 64:22
**percent** [3] - 64:13, 87:12, 87:25
**PEREZ** [2] - 151:5, 211:10
**Perez** [101] - 2:10, 143:24, 151:2, 151:3, 151:9, 151:12, 151:17, 154:3, 155:13, 157:16, 158:24, 159:19, 160:14, 161:1, 161:18, 162:2, 162:10, 162:17, 162:21, 163:17, 164:1, 165:6, 165:13, 166:6, 166:20, 167:5, 167:15, 168:1, 168:19, 168:22, 169:25, 170:1, 170:10, 171:6, 172:15, 173:2, 173:24, 174:5, 174:22, 175:14, 176:13, 177:3, 177:20, 178:10, 178:17, 179:11, 180:11, 180:14, 180:23, 181:7, 181:17, 182:9, 183:4, 183:13, 183:25, 184:18, 185:10, 185:23, 186:5, 186:13, 187:4, 187:9, 187:22, 188:10, 188:13, 188:18, 189:9, 190:2, 190:3, 190:10, 190:23, 192:8, 192:19, 194:25, 195:6, 196:12, 196:15, 196:24, 197:4, 197:10, 198:1, 198:4, 198:8, 198:19, 198:22, 199:24, 200:7, 200:14, 201:1, 201:20, 202:10, 202:16, 203:23, 204:5, 204:24, 205:21, 206:24, 207:9, 207:19, 208:1, 208:19
**perfect** [7] - 51:8, 62:22, 169:24, 171:21, 172:14, 174:21, 204:12
**perform** [1] - 24:3
**performance** [2] - 5:7, 76:20
**performed** [1] - 46:11
**perhaps** [1] - 134:5

**perimeter** [45] - 3:23, 14:20, 19:15, 25:19, 26:6, 26:10, 26:14, 26:22, 29:4, 29:12, 30:4, 31:10, 31:13, 31:20, 31:24, 34:13, 35:9, 42:2, 42:12, 43:25, 44:10, 44:22, 48:1, 73:11, 78:20, 79:20, 82:12, 82:14, 83:1, 89:20, 89:25, 92:23, 93:1, 93:6, 93:7, 109:9, 109:11, 109:21, 113:11, 115:5, 116:5, 117:1, 117:7, 167:16, 168:11

**perimeters** [3] - 33:4, 44:4, 110:21

**period** [4] - 47:13, 102:8, 123:7, 129:14

**permanent** [2] - 17:23, 57:25

**permanently** [1] - 107:16

**permits** [2] - 29:3, 29:5

**permitted** [3] - 25:19, 26:6, 31:23

**person** [14] - 20:23, 24:11, 25:13, 25:16, 70:19, 70:20, 75:4, 75:8, 76:11, 76:13, 170:2, 170:24

**personal** [6] - 30:8, 30:25, 80:9, 82:5, 88:17, 88:21

**personally** [8] - 44:23, 74:9, 88:18, 117:18, 132:1, 133:16, 142:2, 146:24

**personnel** [18] - 82:11, 176:18, 178:24, 180:17, 185:18, 185:19, 188:22, 190:12, 192:2, 196:19, 197:15, 197:21, 198:10, 198:21, 200:4, 200:20, 202:13, 204:22

**persons** [5] - 6:11, 13:24, 13:25, 75:11, 79:13

**perspective** [1] - 82:24

**phone** [7] - 47:16, 108:13, 186:18, 186:19, 186:21, 186:25, 207:23

**photo** [8] - 154:13, 162:21, 172:20, 174:15, 183:7, 186:20,

186:22, 190:6

**photograph** [3] - 38:7, 88:25, 154:12

**photographs** [2] - 153:22, 153:23

**photos** [4] - 163:9, 182:1, 187:6, 207:23

**physical** [5] - 71:12, 71:19, 131:5, 132:5, 153:25

**pick** [2] - 107:1, 148:12

**picked** [2] - 79:7, 129:23

**picking** [1] - 46:16

**picks** [1] - 105:5

**picture** [6] - 31:15, 102:16, 136:1, 162:24, 162:25, 181:21

**piece** [2] - 127:15, 193:3

**Piney** [1] - 159:11

**Pittman** [1] - 47:16

**place** [23] - 9:23, 19:16, 20:4, 23:10, 24:1, 27:6, 28:7, 28:11, 29:23, 30:4, 31:10, 33:4, 35:10, 77:11, 103:15, 103:17, 108:17, 108:18, 108:19, 139:3, 146:5, 158:13, 162:15

**placed** [10] - 28:9, 31:1, 31:3, 31:18, 83:9, 108:21, 108:25, 109:2, 109:3, 115:6

**placement** [2] - 30:9, 31:1

**Places** [1] - 8:9

**places** [2] - 21:2, 114:9

**plaid** [3] - 199:6, 199:9, 202:2

**plain** [1] - 147:12

**Plaintiff** [2] - 1:4, 1:12

**plan** [8] - 29:9, 80:12, 103:14, 103:15, 103:16, 103:17, 103:20, 135:3

**planned** [2] - 7:7, 97:23

**plans** [1] - 158:12

**plantar** [1] - 74:17

**platform** [4] - 21:24, 48:23, 49:17, 52:6

**platforms** [1] - 53:2

**platoon** [5] - 120:6, 121:22, 124:6, 126:22, 129:10

**platoons** [1] - 29:13

**play** [122] - 27:3, 37:8, 38:16, 39:22, 41:10, 41:18, 42:18, 43:19, 48:16, 49:11, 50:10, 51:19, 52:20, 54:5, 55:1, 56:4, 56:16, 57:11, 58:13, 59:10, 59:24, 60:1, 61:16, 62:19, 63:21, 64:4, 65:5, 66:6, 66:18, 67:21, 69:20, 70:14, 72:11, 101:19, 104:3, 105:8, 105:14, 115:16, 125:22, 128:11, 129:17, 130:2, 131:13, 132:24, 135:11, 136:15, 137:10, 138:10, 154:24, 165:4, 165:11, 166:16, 167:3, 167:19, 167:24, 168:16, 169:10, 169:13, 169:19, 170:7, 170:20, 171:2, 171:18, 172:10, 172:11, 172:23, 173:19, 174:1, 174:2, 174:3, 174:18, 175:12, 176:24, 177:17, 178:7, 178:14, 179:9, 180:20, 181:3, 182:25, 183:23, 184:14, 185:21, 186:2, 186:10, 187:2, 188:8, 188:14, 189:4, 191:14, 192:17, 194:24, 195:4, 195:12, 195:22, 196:2, 196:11, 197:2, 197:8, 197:24, 198:5, 198:16, 199:19, 200:5, 200:10, 200:22, 201:4, 201:17, 202:7, 203:14, 204:9, 205:9, 205:12, 205:17, 206:1, 206:14, 206:21, 207:7, 207:16

**played** [115] - 37:10, 38:18, 39:24, 41:11, 41:19, 42:19, 43:20, 48:17, 49:12, 50:12, 51:20, 52:21, 54:6, 55:2, 56:5, 56:18, 57:12, 58:15, 59:12, 59:25, 60:2, 61:19, 62:21, 63:23, 64:5, 65:7, 66:8, 66:19, 67:22, 69:21, 70:16, 72:13, 101:21, 104:5, 105:9, 105:15, 125:23, 126:5, 128:13, 130:3, 131:15, 133:1, 135:13, 136:16, 137:11, 138:11, 165:5, 165:12, 166:17, 167:4, 167:21,

167:25, 168:17, 169:11, 169:15, 169:21, 169:23, 170:9, 170:22, 171:4, 172:13, 173:1, 173:21, 174:4, 174:20, 175:13, 177:1, 177:18, 178:9, 178:15, 179:10, 180:22, 181:5, 183:2, 183:24, 184:16, 185:22, 186:4, 186:12, 187:3, 187:8, 188:7, 188:17, 189:6, 192:18, 195:5, 195:13, 195:23, 196:4, 196:14, 197:6, 197:25, 198:7, 198:18, 199:21, 200:6, 200:11, 200:25, 201:5, 201:18, 202:9, 202:15, 203:15, 204:11, 204:25, 205:8, 205:10, 205:13, 205:19, 206:2, 206:7, 206:16, 206:23, 207:8, 207:17

**playing** [5] - 60:21, 132:18, 187:7, 204:23, 205:6

**Plaza** [6] - 4:3, 26:13, 176:15, 177:14, 180:13, 180:15

**plenty** [1] - 120:11

**point** [38] - 8:19, 50:7, 64:10, 76:19, 86:19, 87:11, 98:15, 99:25, 106:3, 106:6, 124:11, 126:6, 127:19, 127:24, 131:18, 133:2, 134:21, 135:15, 135:23, 137:3, 137:7, 138:2, 138:16, 138:17, 147:16, 148:15, 157:10, 163:21, 167:16, 177:10, 178:8, 181:9, 183:19, 185:15, 191:19, 201:10, 202:5, 204:3

**pointed** [3] - 34:7, 194:5, 200:2

**pointing** [9] - 16:20, 22:10, 40:21, 68:3, 178:12, 181:11, 201:3, 201:7, 207:21

**points** [3] - 96:2, 199:3, 203:25

**pole** [3] - 166:19, 167:6, 167:10

**poles** [1] - 70:25

**police** [46] - 4:8, 4:14, 5:5, 5:8, 5:13, 5:14, 6:20, 7:2, 7:15, 7:17, 7:25, 8:1, 12:14, 13:3,

13:18, 31:16, 32:1, 34:20, 45:5, 45:10, 53:3, 62:9, 67:20, 68:23, 83:6, 84:6, 84:7, 84:8, 94:12, 94:19, 139:19, 141:6, 176:20, 177:13, 179:1, 184:25, 190:16, 190:20, 191:6, 196:21, 198:14, 198:22, 198:24, 198:25, 206:25, 207:14

**Police** [76] - 3:13, 4:1, 4:19, 8:1, 11:8, 11:10, 11:18, 12:6, 12:8, 12:21, 13:6, 13:8, 14:10, 14:13, 14:17, 19:13, 24:8, 26:8, 27:17, 29:5, 29:7, 29:12, 29:19, 31:20, 31:25, 33:4, 34:4, 34:8, 34:12, 35:4, 35:6, 35:13, 35:16, 36:11, 36:14, 41:1, 41:16, 44:11, 53:20, 58:21, 60:5, 61:6, 61:21, 64:1, 73:21, 75:17, 76:20, 76:25, 77:19, 77:22, 78:15, 79:10, 81:13, 82:24, 83:20, 84:1, 85:25, 86:2, 88:5, 88:11, 95:25, 110:20, 114:10, 115:1, 117:5, 117:6, 117:19, 118:1, 119:14, 119:18, 120:2, 123:14, 123:17

**Police's** [2] - 14:1, 36:20

**policy** [1] - 76:12
**pool** [1] - 18:15
**poor** [1] - 74:19
**pop** [1] - 171:19
**portion** [22] - 17:10, 18:6, 20:11, 20:14, 48:23, 49:18, 80:4, 84:22, 102:5, 102:11, 104:3, 105:14, 125:25, 126:5, 128:18, 131:8, 131:9, 131:10, 131:16, 132:11, 137:14, 138:13

**portions** [5] - 18:10, 33:8, 132:13, 152:19, 152:22

**pose** [5] - 24:15, 24:25, 73:12, 73:16, 76:2

**poses** [1] - 26:19
**position** [14] - 4:7, 7:18, 12:20, 91:23, 91:24, 104:1, 146:4, 146:5, 146:9, 146:13,

147:20, 147:21, 150:14, 170:4

**positioned** [2] - 37:18, 124:20

**possibilities** [1] - 61:10

**possible** [5] - 26:22, 28:2, 31:22, 83:23, 197:8

**possibly** [1] - 29:1
**posted** [5] - 33:2, 35:5, 111:12, 113:10, 175:6

**potential** [4] - 24:5, 25:11, 93:5, 131:7

**potentially** [2] - 76:4, 112:7

**pouch** [5] - 182:13, 182:15, 182:19, 182:20

**power** [5] - 3:7, 13:1, 15:9, 15:10, 15:11

**PR-24** [1] - 70:20
**practice** [3] - 110:19, 110:25, 112:3

**practices** [2] - 111:25, 112:5

**prejudice** [1] - 43:15
**preliminary** [1] - 23:11
**preparation** [11] - 37:4, 162:21, 164:4, 165:13, 171:6, 173:2, 175:14, 179:11, 181:17, 189:9, 202:17

**prepare** [4] - 27:19, 29:8, 29:13, 29:15

**prepared** [2] - 84:1, 84:4

**presence** [2] - 6:20, 111:19

**present** [9] - 2:13, 22:17, 23:1, 23:3, 84:15, 84:16, 86:19, 98:2, 106:21

**presented** [5] - 93:5, 93:8, 109:7, 109:10, 109:16

**presents** [1] - 72:5
**President** [47] - 6:1, 10:5, 10:9, 10:12, 14:15, 23:5, 26:20, 29:15, 55:12, 75:20, 88:15, 88:18, 92:4, 94:3, 94:5, 94:23, 95:12, 96:5, 96:24, 97:13, 98:4, 98:13, 98:16, 99:10, 99:20, 103:7, 103:22, 104:2, 104:14, 105:13, 105:22, 106:14, 106:16, 106:20,

106:23, 107:4, 107:14, 107:20, 107:25, 108:4, 108:6, 111:13, 113:19, 117:25, 118:6

**President's** [2] - 26:9, 104:16

**President-Elect** [1] - 94:5

**presidential** [1] - 9:23
**Presidents** [2] - 92:4, 108:10

**presiding** [4] - 10:6, 10:11, 10:16, 10:18

**press** [1] - 113:7
**presume** [1] - 9:5
**pretrial** [1] - 151:22
**pretty** [19] - 9:10, 24:17, 64:20, 71:1, 120:11, 121:1, 122:1, 122:6, 130:19, 130:21, 132:9, 136:8, 138:7, 138:8, 140:2, 143:3, 159:13, 159:23, 197:1

**prevent** [1] - 29:10
**prevented** [1] - 7:20
**preventing** [1] - 126:10

**preview** [1] - 203:18
**previous** [4] - 95:21, 100:8, 105:5, 180:17

**previously** [2] - 92:18, 184:8

**pride** [1] - 138:16
**primary** [5] - 14:4, 14:5, 22:8, 25:10, 56:8

**privileged** [1] - 140:22
**probation** [2] - 151:22, 151:24

**problem** [2] - 72:5, 180:8

**problems** [1] - 74:17
**procedures** [2] - 24:6, 111:25

**proceeded** [1] - 5:4
**proceeding** [2] - 22:22, 47:24

**proceedings** [1] - 210:6

**process** [5] - 24:8, 106:9, 106:21, 139:2

**processes** [2] - 7:9, 29:22

**processing** [3] - 133:15, 133:23, 138:24

**produced** [3] - 110:12, 141:25

**professionalism** [1] - 138:16

**prohibited** [1] - 24:13
**projectiles** [3] - 5:6,

62:16, 134:15
**promoted** [2] - 15:14, 15:16

**proper** [4] - 64:19, 123:10, 128:3, 138:24

**properly** [2] - 36:21, 132:10

**property** [2] - 15:19, 74:23

**prosecution** [2] - 114:4, 116:17

**protect** [6] - 4:25, 13:19, 13:22, 92:3, 92:6, 103:7

**protected** [1] - 6:25
**protectee** [5] - 93:19, 93:23, 103:17, 104:2, 111:13

**protectees** [4] - 92:13, 93:14, 112:4, 112:6

**protecting** [4] - 13:23, 94:7, 112:4, 112:6

**protection** [2] - 112:8, 123:13

**protective** [1] - 120:22
**protest** [2] - 6:16, 153:16

**protested** [1] - 6:11
**protestors** [10] - 6:13, 6:19, 34:16, 68:24, 103:24, 162:25, 163:21, 164:8, 181:21, 202:22

**protests** [3] - 6:19, 28:24, 139:22

**prove** [1] - 156:11
**provide** [5] - 95:23, 119:19, 149:20, 190:7, 201:14

**provided** [1] - 23:6
**provisionally** [1] - 43:12

**Public** [1] - 13:13
**public** [30] - 6:22, 26:17, 26:25, 27:9, 31:17, 79:9, 79:13, 98:24, 110:14, 110:17, 110:19, 111:3, 111:10, 111:14, 113:1, 113:2, 113:4, 113:8, 113:13, 113:15, 114:15, 115:9, 115:13, 116:16, 118:9, 119:20, 161:6, 161:19, 162:11, 162:12

**publication** [2] - 110:15, 110:25

**publish** [2] - 110:19, 110:21

**published** [3] - 110:17, 111:3, 161:8

**pull** [110] - 15:21, 18:7, 18:9, 21:1, 22:16, 27:12, 28:14, 29:24, 32:3, 33:10, 33:11, 35:11, 37:7, 38:13, 38:14, 39:20, 39:21, 41:25, 42:17, 44:20, 48:15, 49:9, 49:10, 50:9, 51:17, 51:18, 52:18, 52:19, 54:3, 54:4, 54:24, 54:25, 56:14, 56:15, 57:10, 57:11, 58:12, 58:13, 62:18, 62:19, 65:4, 66:16, 66:17, 69:18, 72:9, 73:9, 140:4, 154:2, 154:19, 155:11, 157:13, 158:22, 158:23, 160:24, 160:25, 162:17, 162:20, 163:23, 163:24, 165:9, 165:10, 167:1, 167:2, 167:20, 167:22, 167:23, 169:12, 171:2, 172:22, 172:23, 174:17, 175:10, 175:11, 177:15, 177:16, 179:7, 179:8, 181:12, 182:23, 182:24, 183:21, 183:22, 184:13, 185:7, 185:9, 187:14, 187:19, 189:3, 189:8, 192:4, 194:22, 201:12, 202:14, 203:16, 203:17, 205:14, 205:15, 207:25
**pull/pass** [1] - 138:7
**pulled** [6] - 5:9, 122:5, 127:5, 138:8, 150:13, 164:1
**pulling** [1] - 147:22
**purpose** [5] - 7:22, 88:24, 89:3, 89:4, 95:22
**push** [1] - 26:21
**pushed** [2] - 4:15, 45:6
**pushes** [1] - 24:2
**pushing** [2] - 19:15, 67:19
**put** [27] - 17:11, 23:8, 27:6, 28:7, 28:11, 29:22, 31:10, 33:4, 42:3, 46:16, 58:2, 76:22, 79:23, 80:5, 80:9, 80:11, 80:15, 80:19, 80:24, 81:25, 82:3, 114:13, 126:20, 146:21, 150:21, 181:9,

187:20
**putting** [2] - 80:6, 168:23

**Q**

**quadrant** [1] - 119:25
**qualified** [1] - 160:4
**qualifies** [1] - 157:5
**qualify** [1] - 157:5
**Quantico** [1] - 152:17
**questioned** [1] - 109:23
**questions** [17] - 15:3, 23:12, 38:17, 44:13, 61:20, 73:10, 79:6, 88:16, 89:15, 107:7, 140:25, 143:7, 145:16, 150:16, 173:20, 188:16, 208:14
**quick** [2] - 46:11, 46:15
**quickly** [1] - 181:10
**quite** [4] - 23:21, 60:14, 74:17, 112:2
**quote** [2] - 146:1

**R**

**rack** [1] - 30:4
**racking** [4] - 19:14, 29:12, 31:10, 31:18
**racks** [8] - 34:13, 34:15, 34:20, 82:16, 82:18, 82:22, 83:7, 124:2
**radio** [4] - 47:11, 101:1, 102:4, 103:9
**radios** [2] - 103:3
**raise** [2] - 90:25, 119:3
**rake** [1] - 30:22
**rallies** [1] - 6:15
**ram** [1] - 137:1
**ramming** [4] - 130:6, 130:25, 131:5, 136:21
**ran** [1] - 46:15
**random** [5] - 134:1, 134:22, 134:23
**rank** [2] - 12:13, 14:25
**rapidly** [1] - 45:4
**rather** [1] - 111:18
**rationally** [1] - 139:16
**ray** [1] - 24:10
**re** [1] - 112:22
**re-ask** [1] - 112:22
**reach** [2] - 5:15, 28:21
**reached** [3] - 44:25, 45:2, 137:5
**reaction** [3] - 62:14, 178:20, 193:9

**reactions** [1] - 178:17
**read** [13] - 9:8, 34:3, 82:9, 96:22, 105:18, 106:19, 125:24, 145:14, 157:1, 157:2, 161:22, 174:15, 179:20
**readjust** [1] - 136:23
**readjusted** [1] - 132:9
**reads** [4] - 9:16, 11:8, 125:24, 130:10
**ready** [7] - 2:15, 2:17, 3:3, 7:24, 46:25, 123:8, 139:25
**real** [3] - 46:15, 135:24
**really** [8] - 44:4, 72:3, 116:8, 123:3, 130:19, 130:20, 171:16, 172:20
**rear** [1] - 133:8
**reason** [2] - 17:4, 145:20
**reasonable** [3] - 93:7, 93:9, 109:11
**reasons** [3] - 26:25, 47:18, 133:4
**rebuild** [1] - 17:24
**receive** [2] - 13:15, 120:18
**received** [1] - 153:15
**receiving** [1] - 153:19
**recently** [1] - 143:14
**recess** [5] - 10:13, 10:14, 10:19, 90:19, 150:25
**recessed** [1] - 10:21
**recipients** [1] - 94:21
**recognize** [4] - 105:10, 157:16, 158:24, 164:1
**recollection** [4] - 117:11, 128:25, 193:13, 193:20
**reconsider** [2] - 38:9, 63:17
**reconsidering** [1] - 157:9
**reconvene** [2] - 75:23, 76:6
**record** [11] - 2:6, 9:9, 12:3, 36:2, 36:16, 99:13, 118:10, 151:10, 156:14, 156:24, 161:6
**recorded** [3] - 48:24, 49:19, 179:23
**recording** [2] - 124:12, 207:22
**records** [5] - 155:4, 155:16, 155:24, 156:2, 156:17
**recover** [5] - 69:16, 148:14, 148:16,

148:17, 186:24
**rectangular** [1] - 17:10
**red** [19] - 30:9, 30:19, 31:9, 31:12, 31:15, 82:14, 96:22, 108:17, 108:18, 108:19, 108:21, 109:6, 109:14, 109:17, 110:16, 199:6, 202:2, 203:24
**Red** [1] - 199:9
**red-lined** [1] - 109:6
**redirect** [3] - 118:22, 148:22, 148:23
**Redirect** [2] - 211:4, 211:9
**REDIRECT** [1] - 89:17
**refer** [2] - 21:21, 141:15
**reference** [8] - 155:21, 177:12, 191:19, 199:3, 199:19, 202:5, 203:25, 204:3
**referred** [1] - 56:12
**referrer** [1] - 19:24
**referring** [2] - 20:19, 123:24
**reflect** [2] - 21:11, 200:8
**reflecting** [1] - 18:15
**refresh** [1] - 193:13
**refreshed** [1] - 193:20
**refreshes** [1] - 117:10
**regain** [1] - 75:18
**regard** [1] - 114:6
**regarded** [1] - 7:5
**regarding** [4] - 9:15, 96:2, 108:16, 111:25
**regardless** [1] - 60:19
**regards** [1] - 11:7
**region** [1] - 93:15
**Register** [1] - 161:5
**regular** [5] - 36:10, 36:13, 36:20, 123:4, 140:22
**regularly** [1] - 161:6
**reissued** [1] - 140:15
**related** [3] - 13:17, 153:5, 155:5
**relates** [2] - 47:19, 112:1
**relation** [1] - 66:1
**relations** [2] - 110:23, 113:6
**released** [1] - 113:6
**relevance** [3] - 115:20, 115:22, 130:14
**relevant** [5] - 6:18, 78:2, 86:11, 115:21, 115:23
**relieved** [1] - 106:24

**relocate** [2] - 103:22, 104:13
**relocated** [1] - 118:6
**relying** [1] - 89:10
**remain** [1] - 151:4
**remainder** [1] - 106:21
**remaining** [3] - 104:3, 105:14, 138:10
**remains** [1] - 75:8
**remember** [21] - 27:8, 90:6, 106:19, 112:24, 117:13, 118:4, 121:6, 122:25, 128:1, 140:9, 142:14, 143:8, 144:17, 144:20, 145:9, 145:11, 145:18, 145:21, 147:2, 149:1, 161:22
**remembering** [1] - 145:6
**reminder** [1] - 168:2
**removed** [1] - 75:4
**rendering** [1] - 21:9
**reopen** [1] - 158:12
**repeat** [9] - 26:4, 36:12, 60:24, 60:25, 154:8, 160:10, 184:22, 198:1, 199:8
**rephrase** [3] - 34:24, 59:20, 129:4
**report** [9] - 141:23, 142:1, 142:2, 142:3, 142:4, 142:8, 142:11, 142:12
**reported** [1] - 142:11
**Reporter** [3] - 1:22, 1:23, 210:11
**REPORTER** [2] - 199:8, 210:1
**reporter** [2] - 91:7, 119:12
**represent** [4] - 19:9, 30:20, 31:9, 31:12
**representation** [1] - 27:20
**representative** [1] - 10:18
**Representatives** [5] - 9:20, 9:25, 10:4, 10:16, 10:20
**required** [4] - 23:3, 23:23, 24:1, 24:7
**requires** [2] - 47:25, 110:25
**research** [1] - 133:18
**reserve** [1] - 38:7
**residence** [1] - 113:18
**resist** [1] - 7:2
**resolve** [1] - 10:8
**respectively** [1] - 10:23

**respond** [7] - 42:6, 42:13, 47:21, 73:21, 76:24, 83:4, 120:10
**responded** [2] - 77:18, 147:8
**responding** [1] - 121:23
**response** [2] - 13:12, 207:4
**responses** [1] - 14:19
**responsibilities** [4] - 12:16, 13:20, 35:25, 119:21
**responsibility** [1] - 78:22
**responsible** [1] - 123:12
**responsive** [1] - 46:18
**rest** [4] - 127:5, 138:21, 146:22, 170:20
**resting** [1] - 131:20
**restrict** [1] - 31:17
**restricted** [50] - 19:14, 25:19, 26:6, 26:10, 26:14, 29:1, 29:4, 29:6, 31:13, 31:23, 34:13, 43:24, 44:3, 44:5, 44:10, 44:16, 44:22, 48:1, 73:11, 79:7, 79:8, 79:9, 79:15, 89:20, 89:23, 89:25, 99:4, 107:5, 110:15, 111:7, 111:11, 111:12, 113:2, 113:14, 113:20, 113:21, 113:23, 114:1, 114:13, 114:19, 114:24, 115:5, 115:11, 115:18, 117:2, 117:20, 118:1, 167:16
**restriction** [2] - 113:15, 114:16
**restrictions** [2] - 23:10, 114:7
**resume** [3] - 75:5, 76:17, 208:23
**resumed** [2] - 7:23, 10:22
**retake** [1] - 112:21
**retention** [1] - 110:4
**retreat** [3] - 45:16, 85:13, 86:13
**retreated** [1] - 86:7
**retrieved** [1] - 148:4
**return** [2] - 106:3, 208:25
**returned** [3] - 46:1, 46:22, 106:5
**revenue** [1] - 160:22
**review** [45] - 16:4, 18:11, 21:6, 27:14,

30:1, 32:5, 33:13, 37:13, 38:21, 40:2, 42:22, 48:19, 49:14, 50:14, 51:22, 52:23, 54:8, 55:4, 56:21, 57:14, 58:17, 62:24, 65:9, 66:21, 69:24, 72:15, 92:22, 101:10, 104:22, 125:6, 154:3, 155:13, 161:1, 163:9, 164:15, 166:7, 173:12, 176:5, 180:2, 181:25, 183:17, 189:19, 190:15, 192:20, 192:23
**reviewed** [14] - 37:4, 64:22, 155:4, 162:21, 164:4, 165:13, 168:1, 171:6, 173:2, 175:14, 179:11, 181:17, 189:9, 202:16
**reviewing** [1] - 153:21
**rights** [1] - 7:11
**riot** [16] - 3:8, 3:12, 3:17, 4:15, 47:24, 48:1, 89:1, 120:25, 121:8, 122:9, 122:15, 127:17, 132:21, 141:13, 141:15, 200:19
**rioter** [7] - 47:25, 76:5, 76:8, 90:7, 195:18, 198:2, 200:8
**rioters** [29] - 3:6, 3:15, 3:24, 4:7, 4:12, 4:14, 4:23, 5:9, 43:21, 43:24, 47:10, 62:15, 67:3, 67:18, 73:25, 74:23, 75:24, 89:24, 90:4, 102:13, 102:14, 102:15, 102:17, 167:15, 183:10, 189:13, 191:6, 191:9, 198:25
**riots** [4] - 69:3, 153:17, 160:12, 162:15
**ripped** [1] - 137:5
**risk** [3] - 26:19, 26:21, 76:2
**Riverdale** [1] - 1:19
**RMR** [1] - 1:22
**Roberts** [15] - 1:17, 2:13, 2:14, 5:19, 8:7, 8:20, 9:5, 63:18, 78:9, 107:9, 112:9, 112:15, 112:23, 141:1, 208:16
**ROBERTS** [129] - 1:18, 2:12, 2:18, 5:20, 5:22, 8:9, 8:12, 8:21, 16:15, 18:21, 21:16, 25:21, 25:23, 27:24, 30:6, 30:8, 30:21, 30:24,

32:14, 33:22, 34:23, 38:5, 39:17, 40:17, 43:10, 44:2, 47:17, 49:6, 50:1, 50:4, 51:3, 52:15, 53:11, 53:14, 54:21, 55:23, 57:7, 58:9, 59:6, 59:18, 60:9, 60:15, 61:8, 61:12, 61:25, 63:14, 64:8, 65:25, 67:12, 68:8, 68:10, 69:6, 70:10, 71:6, 71:17, 71:25, 72:2, 73:5, 73:13, 73:15, 74:6, 74:12, 74:25, 76:7, 77:9, 77:24, 78:1, 78:11, 89:12, 90:10, 90:12, 95:5, 101:16, 105:2, 107:11, 112:11, 112:17, 112:24, 112:25, 114:21, 114:22, 116:4, 116:12, 116:14, 118:11, 118:12, 118:20, 123:18, 125:14, 130:14, 134:7, 141:3, 148:20, 149:19, 154:17, 156:6, 156:8, 156:10, 160:1, 160:3, 161:14, 163:14, 164:21, 165:22, 166:13, 168:12, 169:6, 172:7, 173:17, 174:13, 176:10, 179:2, 180:8, 182:6, 185:2, 187:11, 189:24, 190:5, 190:17, 190:21, 193:2, 193:24, 194:1, 194:8, 197:18, 203:9, 208:4, 208:6, 208:17
**Roberts..........** [3] - 211:4, 211:6, 211:8
**rocks** [1] - 150:6
**Rockville** [1] - 6:16
**role** [18] - 12:8, 27:3, 91:15, 91:20, 92:1, 92:25, 93:3, 93:18, 99:22, 106:12, 112:8, 119:17, 119:21, 120:5, 120:24, 121:4, 153:10, 154:24
**roll** [4] - 42:3, 46:17, 121:22, 123:6
**Room** [2] - 1:23, 210:12
**room** [1] - 127:10
**rope** [2] - 138:3, 138:12
**Rotunda** [1] - 20:23
**roughly** [1] - 147:15

**round** [1] - 46:5
**routes** [2] - 103:15, 106:18
**row** [2] - 4:17, 35:5
**rows** [3] - 33:6, 34:20, 35:4
**Rule** [4] - 156:14, 156:24, 157:1
**rule** [1] - 64:19
**run** [3] - 106:18, 122:15, 162:18
**running** [1] - 28:10
**runs** [21] - 14:6, 37:13, 37:15, 38:21, 40:2, 42:22, 48:19, 49:14, 50:14, 51:22, 52:23, 54:8, 55:4, 56:21, 57:14, 58:17, 62:24, 65:9, 66:21, 69:24, 72:15

**S**

**S-214** [6] - 95:14, 96:24, 97:6, 98:14, 106:5, 108:2
**S-T-E-R-L-I-N-G** [1] - 119:14
**safe** [5] - 13:20, 46:10, 75:14, 75:22, 103:18
**safeguard** [2] - 92:6, 119:20
**safekeeping** [1] - 46:20
**safer** [1] - 24:3
**Safeway** [12] - 155:7, 155:9, 155:25, 157:21, 157:25, 158:15, 159:2, 159:10, 159:15, 160:4, 160:21
**sales** [9] - 159:3, 159:13, 159:15, 159:21, 160:4, 160:11, 160:15, 160:17
**satellite** [2] - 16:8, 35:19
**saw** [30] - 6:11, 6:12, 34:20, 42:11, 51:11, 51:15, 59:15, 80:11, 85:8, 86:20, 87:17, 87:25, 88:12, 90:4, 102:14, 102:20, 107:3, 107:5, 110:1, 122:5, 124:2, 126:17, 134:16, 135:20, 159:21, 170:5, 182:10, 190:15, 201:21
**scaffold** [2] - 181:22, 183:8
**scaffolding** [9] - 4:4, 4:5, 18:6, 20:3, 20:5,

20:8, 22:4, 182:10, 184:5
**scale** [3] - 14:18, 19:13, 34:17
**scanned** [1] - 9:5
**scarf** [2] - 199:7, 202:2
**scenarios** [1] - 152:22
**scene** [2] - 45:3, 147:17
**schedule** [3] - 100:8, 100:10, 100:14
**scheduled** [4] - 23:2, 77:3, 96:5, 98:16
**screamed** [1] - 198:3
**screen** [162] - 16:2, 16:18, 16:22, 17:8, 17:12, 17:14, 17:17, 17:20, 19:7, 19:9, 19:18, 19:21, 20:1, 20:12, 20:16, 21:19, 21:22, 21:25, 22:11, 22:15, 32:18, 32:21, 33:1, 34:1, 34:6, 34:9, 39:2, 39:5, 39:8, 40:7, 40:10, 40:20, 40:23, 40:25, 41:2, 41:6, 41:9, 41:13, 41:17, 41:22, 41:24, 50:19, 51:10, 51:16, 52:3, 52:7, 53:17, 53:19, 53:23, 55:7, 55:10, 56:9, 56:10, 56:14, 57:23, 58:3, 63:5, 65:15, 65:18, 66:10, 67:3, 67:6, 67:24, 69:19, 70:1, 70:3, 70:21, 72:23, 88:13, 92:20, 94:15, 95:1, 95:19, 99:9, 99:10, 100:18, 104:8, 104:17, 104:18, 125:2, 128:15, 131:10, 131:11, 162:2, 163:2, 163:5, 165:1, 165:3, 166:2, 166:5, 166:18, 167:6, 167:18, 168:3, 168:5, 168:8, 168:18, 168:21, 169:3, 169:20, 169:25, 170:7, 172:16, 172:21, 173:22, 174:23, 175:1, 176:16, 176:19, 180:11, 180:23, 181:2, 181:23, 182:18, 183:3, 183:5, 183:12, 183:16, 184:2, 184:4, 184:19, 185:11, 185:13, 185:23, 186:2, 186:10, 186:14, 186:16, 187:23, 188:1, 188:4, 188:11, 188:13, 191:14, 191:19, 192:3,

192:9, 192:16, 195:1, 195:3, 195:9, 195:15, 195:17, 197:11, 197:14, 197:16, 199:4, 199:12, 200:17, 200:21, 201:24, 202:3, 202:7, 204:2, 204:9, 204:16, 205:3, 205:6, 205:25, 206:5, 206:20
**screened** [1] - 75:8
**screening** [3] - 24:3, 24:6, 24:11
**screenshot** [1] - 159:2
**scroll** [1] - 161:24
**se** [3] - 129:21, 133:17, 138:18
**seat** [1] - 119:8
**seated** [1] - 2:9
**second** [21] - 11:4, 11:6, 15:23, 85:23, 94:4, 97:16, 98:11, 98:12, 101:19, 101:22, 102:18, 125:4, 136:17, 161:19, 171:18, 179:22, 188:8, 191:14, 192:4, 197:8, 208:10
**Second** [3] - 94:23, 104:14, 105:13
**secondary** [2] - 103:15, 153:22
**seconds** [132] - 37:8, 37:14, 37:15, 38:16, 38:22, 39:22, 40:2, 41:10, 41:18, 42:18, 42:23, 48:16, 49:11, 50:11, 50:15, 51:8, 51:19, 51:23, 52:20, 54:5, 55:1, 55:4, 56:17, 56:22, 57:11, 57:15, 58:13, 59:9, 59:11, 59:16, 59:23, 60:1, 62:20, 62:25, 63:21, 63:22, 65:6, 65:10, 66:7, 66:18, 66:22, 67:21, 69:20, 69:24, 70:14, 72:11, 72:15, 100:20, 104:9, 105:8, 105:11, 105:19, 125:22, 126:1, 128:12, 128:15, 129:17, 130:2, 130:11, 131:13, 131:14, 132:25, 134:16, 135:12, 136:15, 163:25, 165:4, 165:11, 166:16, 167:3, 167:19, 167:24, 168:16, 169:14, 169:18, 170:8, 171:3, 172:10, 172:11, 172:24, 173:20, 174:3,

174:19, 175:12, 176:24, 177:17, 179:9, 179:22, 180:21, 183:1, 183:23, 184:15, 185:21, 186:3, 186:11, 187:20, 188:5, 188:15, 189:5, 191:13, 192:6, 193:12, 193:23, 194:24, 195:4, 195:12, 195:22, 196:1, 196:23, 197:3, 198:5, 198:17, 199:20, 200:10, 200:23, 201:15, 201:17, 202:8, 203:13, 204:10, 205:17, 206:1, 206:6, 206:14, 206:21, 206:22, 207:6, 207:7
**Secret** [27] - 82:11, 91:12, 91:13, 91:17, 92:2, 93:10, 93:23, 94:20, 96:2, 102:7, 103:3, 103:7, 105:12, 108:19, 108:21, 108:23, 109:1, 110:3, 110:9, 112:1, 112:3, 113:10, 115:2, 115:7, 116:25, 117:19, 118:1
**secret** [2] - 14:14, 23:7
**Section** [1] - 11:14
**section** [2] - 12:25, 35:18
**secure** [6] - 103:22, 104:15, 106:1, 106:14, 110:21, 113:11
**security** [23] - 12:17, 23:3, 23:7, 23:10, 23:12, 24:6, 24:8, 25:11, 26:19, 26:20, 28:7, 35:9, 76:12, 78:23, 92:23, 93:5, 100:16, 103:13, 109:9, 109:11, 109:20, 109:21, 112:2
**see** [58] - 4:3, 4:7, 5:2, 16:2, 29:1, 42:4, 45:16, 45:17, 46:11, 47:9, 62:10, 80:2, 85:12, 88:10, 88:13, 88:18, 103:23, 104:16, 104:17, 112:12, 117:10, 121:15, 122:3, 122:18, 123:21, 123:25, 125:19, 128:6, 128:16, 129:10, 129:23, 131:16, 132:8, 132:13, 132:15, 132:18, 132:19, 135:7, 136:2, 136:4, 136:17, 136:22, 138:5, 138:13, 142:8, 142:12, 145:21,

146:2, 149:3, 155:2, 171:21, 179:23, 190:6, 191:9, 200:7, 206:8, 206:24, 209:6

**seeing** [2] - 95:19, 100:8

**seek** [2] - 31:5, 94:14

**seeking** [1] - 50:1

**seem** [1] - 67:3

**self** [2] - 154:25, 156:25

**self-authenticating** [1] - 156:25

**self-surrender** [1] - 154:25

**Senate** [41] - 9:20, 9:21, 10:1, 10:7, 10:10, 10:12, 10:13, 10:14, 10:21, 17:13, 23:18, 23:19, 28:19, 28:22, 29:17, 47:15, 77:14, 94:19, 95:14, 95:25, 96:13, 96:15, 96:16, 96:24, 97:4, 97:8, 98:13, 99:14, 99:16, 99:18, 100:1, 100:11, 100:15, 101:25, 102:19, 103:25, 106:4, 106:6, 106:16, 108:7

**Senator** [1] - 10:11

**Senators** [1] - 100:4

**senators** [2] - 10:13, 106:7

**sense** [3] - 79:12, 111:11, 115:18

**sent** [10] - 95:1, 95:10, 140:12, 157:20, 157:21, 157:22, 157:23, 158:1, 158:2, 207:13

**sentence** [1] - 11:8

**separate** [3] - 10:7, 96:14, 108:25

**September** [5] - 27:7, 28:4, 28:7, 28:11, 79:23

**sequentially** [1] - 145:9

**Sergeant** [2] - 94:20, 95:25

**sergeant** [4] - 12:22, 15:15, 15:16, 85:13

**sergeants** [1] - 45:17

**series** [2] - 23:11, 136:21

**serve** [2] - 93:18, 191:19

**served** [2] - 8:3, 94:18

**service** [1] - 77:21

**Service** [29] - 14:14,

23:7, 82:11, 91:12, 91:13, 91:17, 92:2, 93:11, 93:23, 94:20, 96:2, 102:7, 103:3, 103:7, 105:12, 108:19, 108:22, 108:23, 109:1, 110:3, 110:9, 112:1, 112:4, 113:10, 115:2, 115:7, 116:25, 117:19, 118:1

**services** [3] - 12:9, 119:19, 151:22

**session** [12] - 9:17, 9:19, 10:1, 10:2, 10:4, 10:6, 10:23, 22:19, 23:14, 23:22, 75:16, 75:24

**set** [21] - 22:25, 25:19, 26:7, 26:23, 31:20, 44:10, 59:9, 63:20, 66:5, 81:6, 92:23, 100:9, 163:24, 191:13, 192:6, 194:23, 201:15, 203:13, 205:11, 207:6

**sets** [2] - 79:25, 81:5

**setting** [5] - 79:2, 116:5, 117:7, 117:19, 118:1

**settled** [1] - 64:21

**setup** [1] - 17:20

**seven** [1] - 5:13

**Seventh** [1] - 14:8

**several** [3] - 113:5, 132:10, 149:10

**shape** [1] - 51:14

**shared** [1] - 113:8

**sHAWN** [1] - 211:3

**Shawn** [2] - 11:18, 12:4

**SHAWN** [2] - 11:20, 12:5

**shield** [51] - 3:17, 121:1, 121:8, 127:17, 127:18, 127:22, 128:1, 128:5, 129:18, 129:20, 129:21, 130:5, 131:17, 131:21, 131:23, 131:24, 132:2, 132:7, 132:10, 132:11, 132:16, 132:19, 132:21, 133:3, 133:25, 135:6, 136:10, 136:22, 136:23, 137:3, 137:15, 137:21, 137:22, 141:13, 141:14, 141:15, 141:16, 141:25, 142:15, 143:25, 144:5, 144:16, 144:23, 146:8, 147:6, 147:15, 148:6, 149:4,

149:13, 150:10

**shields** [9] - 4:15, 70:25, 128:2, 130:6, 130:25, 136:23, 149:5, 149:8, 200:19

**shift** [10] - 13:1, 15:9, 15:10, 15:11, 15:12, 15:17, 77:3, 77:16, 121:9

**shine** [1] - 69:7

**shined** [4] - 5:10, 68:6, 69:4, 69:16

**shining** [1] - 89:1

**shirt** [4] - 199:6, 199:10, 199:15, 202:2

**shirts** [3] - 122:18, 122:19, 122:21

**shit** [1] - 137:25

**shooting** [1] - 62:13

**short** [6] - 9:10, 47:13, 123:6, 123:7, 131:9, 150:22

**shortly** [1] - 46:23

**shot** [7] - 97:15, 132:16, 137:6, 149:12, 175:7, 178:19, 178:22

**shoulder** [1] - 74:16

**shouting** [2] - 127:9, 127:12

**shoved** [1] - 74:19

**show** [5] - 3:21, 6:5, 6:24, 7:16, 99:10

**showed** [6] - 64:7, 86:18, 87:9, 95:21, 109:9, 143:6

**showing** [14] - 8:15, 16:7, 67:16, 154:11, 154:12, 164:7, 164:8, 181:20, 181:21, 189:12, 193:1, 193:7, 193:8, 208:1

**shown** [11] - 39:9, 50:20, 102:16, 108:16, 108:24, 110:8, 175:8, 179:19, 192:24, 194:2, 202:21

**shows** [7] - 64:8, 64:9, 64:10, 64:18, 193:4

**shut** [1] - 25:12

**sic]** [1] - 126:1

**side** [28] - 17:16, 28:22, 43:3, 50:18, 77:14, 88:13, 88:14, 97:3, 97:5, 97:7, 98:12, 99:14, 100:5, 100:6, 103:25, 122:6, 122:16, 124:7, 127:20, 128:5, 128:15, 130:5, 132:6, 133:6, 147:6, 199:16

**sidebar** [2] - 111:17,

118:8

**Sidebar** [1] - 111:22

**Siege** [1] - 1:14

**sight** [2] - 149:14, 198:14

**sign** [19] - 4:1, 33:3, 34:2, 34:10, 41:3, 51:11, 113:19, 114:12, 114:23, 115:10, 116:15, 163:2, 163:3, 168:6, 174:8, 174:15, 175:5

**signage** [6] - 113:9, 113:21, 114:15, 115:4, 115:6, 123:25

**signature** [1] - 9:5

**signed** [4] - 9:4, 155:24, 156:13, 156:17

**significant** [3] - 25:2, 73:20, 146:1

**significantly** [3] - 25:15, 159:13, 160:19

**signs** [21] - 31:19, 33:3, 34:21, 35:5, 40:22, 41:8, 81:9, 81:11, 81:15, 81:17, 81:21, 113:22, 113:24, 114:2, 114:3, 114:5, 114:8, 114:9, 115:12, 115:14, 115:24

**similar** [4] - 34:15, 109:8, 109:15, 109:19

**simple** [3] - 134:20, 135:17, 145:8

**single** [7] - 9:11, 11:8, 75:4, 76:5, 76:8, 76:11, 90:6

**sit** [4] - 12:13, 122:9, 136:8, 136:11

**site** [3] - 93:18, 113:9, 114:7

**sites** [3] - 93:19, 93:20, 93:21

**sitting** [3] - 135:9, 136:8

**situation** [3] - 85:8, 87:4, 115:8

**situations** [1] - 73:22

**six** [5] - 119:16, 141:9, 141:10, 152:16, 152:18

**six-month** [1] - 152:16

**Sixth** [2] - 119:25, 122:1

**size** [2] - 51:14, 189:2

**skate** [1] - 139:24

**skip** [1] - 178:6

**sleeve** [2] - 199:10, 199:14

**slipped** [1] - 137:23

**sloppily** [2] - 17:17,

18:24
**sloppy** [1] - 56:11
**small** [1] - 131:4
**smaller** [1] - 139:7
**smart** [1] - 148:18
**smoke** [70] - 3:17,
3:18, 4:17, 4:20, 4:23,
5:2, 5:3, 24:19, 24:21,
24:25, 61:7, 61:10,
61:24, 62:9, 62:16,
66:14, 70:23, 87:9,
87:16, 87:17, 87:20,
87:24, 88:3, 133:6,
133:9, 133:19, 134:1,
134:24, 134:25,
135:18, 141:24,
141:25, 142:10,
142:14, 142:15,
142:25, 143:7, 143:25,
144:4, 144:16, 144:17,
144:21, 146:8, 146:11,
146:14, 147:15, 148:5,
148:7, 149:1, 150:7,
188:21, 188:23,
188:24, 189:17,
190:20, 190:25, 191:7,
191:9, 192:22, 193:8,
193:10, 193:22,
194:17, 196:20
**smokescreen** [1] -
135:5
**smoking** [2] - 190:2,
190:3
**smuggled** [1] - 25:8
**snow** [37] - 3:23,
19:10, 19:14, 28:9,
28:11, 29:13, 31:18,
32:20, 32:24, 33:2,
33:6, 34:11, 34:12,
34:15, 34:20, 35:4,
41:5, 41:8, 41:23, 42:3,
42:12, 43:23, 79:19,
79:22, 79:23, 79:25,
80:3, 80:5, 80:6, 80:19,
81:22, 82:15, 168:4,
168:10, 168:25, 169:1,
175:6
**Sokoloff** [1] - 8:22
**solely** [2] - 119:21,
124:5
**someone** [24] - 89:1,
114:13, 115:11,
115:18, 116:16,
116:19, 117:4, 117:5,
117:22, 135:2, 137:5,
137:23, 139:7, 139:17,
140:1, 143:6, 145:13,
148:16, 149:12,
169:25, 180:23,
184:18, 196:10

**sometime** [1] - 27:6
**sometimes** [6] -
14:13, 108:10, 108:11,
110:20, 110:21
**somewhat** [2] - 46:18,
106:11
**Somewhere** [1] -
77:17
**somewhere** [3] - 85:5,
87:6, 140:21
**soon** [2] - 103:13,
146:3
**Sorry** [3] - 30:23, 35:1,
199:9
**sorry** [32] - 15:8,
16:25, 28:2, 31:8,
32:25, 48:8, 55:25,
56:16, 60:23, 78:7,
118:17, 129:25,
137:21, 141:8, 154:8,
157:3, 164:10, 164:11,
165:22, 169:16,
169:22, 172:11, 176:2,
181:14, 181:15,
191:16, 197:8, 197:12,
200:23, 205:20, 206:21
**sort** [21] - 13:2, 24:13,
45:15, 46:6, 78:14,
82:9, 109:17, 110:4,
112:5, 120:23, 123:25,
124:12, 133:6, 133:9,
133:21, 134:17, 147:1,
174:7, 186:18, 192:22,
203:2
**sorts** [1] - 149:7
**sound** [4] - 8:8, 8:10,
36:16, 136:5
**sounded** [1] - 196:9
**sounds** [2] - 102:23,
103:5
**source** [5] - 84:10,
153:21, 194:2, 194:7,
194:10
**south** [8] - 4:4, 14:7,
16:22, 17:14, 23:19,
28:10, 45:7, 97:3
**southeast** [1] - 119:25
**southern** [1] - 18:6
**space** [4] - 6:22, 42:7,
75:22, 79:11
**spaces** [1] - 29:6
**sparks** [3] - 188:20,
188:23, 188:24
**Speaker** [1] - 10:15
**speaking** [1] - 88:20
**special** [8] - 69:10,
91:21, 123:4, 151:19,
151:21, 152:11,
152:15, 162:17
**Special** [3] - 2:10,

151:2, 151:9
**specialized** [2] -
120:18, 121:3
**specific** [11] - 13:12,
24:1, 64:13, 64:24,
87:18, 95:23, 96:1,
113:12, 113:16, 114:5,
121:22
**specifically** [4] - 3:21,
85:18, 93:16, 155:21
**specify** [2] - 60:13,
86:17
**speculate** [2] - 72:3,
87:13
**speculation** [4] -
34:23, 68:10, 76:7,
78:1
**speech** [3] - 6:15, 7:6,
7:14
**speed** [1] - 123:11
**spell** [3] - 12:2, 91:7,
151:10
**spelled** [1] - 12:4
**spelling** [1] - 119:12
**spending** [1] - 4:2
**spent** [2] - 15:15,
151:25
**spewed** [1] - 3:17
**sport** [1] - 86:7
**spray** [18] - 45:15,
46:6, 85:12, 85:22,
85:23, 85:24, 132:23,
148:9, 152:23, 152:25,
184:24, 184:25,
190:24, 207:3, 207:13
**sprayed** [2] - 62:2,
152:25
**spread** [1] - 27:2
**squad** [6] - 121:6,
121:7, 126:24, 129:9,
130:6, 152:12
**stack** [3] - 86:23,
86:25, 87:6
**stacked** [1] - 87:14
**Stadium** [1] - 14:7
**staff** [8] - 13:19, 23:1,
23:15, 26:8, 31:25,
32:1, 91:21, 101:25
**staffing** [1] - 29:9
**stage** [27] - 4:5, 4:6,
17:20, 17:22, 17:23,
18:4, 20:14, 21:10,
22:8, 27:5, 27:19, 28:6,
42:10, 45:21, 48:23,
49:18, 53:2, 54:13,
55:13, 56:8, 57:1,
57:18, 80:3, 81:6, 81:7,
85:17
**staircase** [4] - 98:10,
98:11, 102:16, 102:17

**stairs** [8] - 45:11,
45:12, 45:14, 45:19,
45:21, 47:5, 85:15,
85:17
**stakes** [1] - 19:10
**stance** [1] - 130:22
**stand** [7] - 10:13,
10:19, 20:3, 70:17,
96:8, 112:21, 140:13
**standard** [1] - 33:3
**standing** [16] - 52:4,
89:1, 127:20, 134:14,
147:3, 147:12, 151:4,
166:19, 167:6, 167:11,
169:1, 170:4, 177:24,
181:22, 183:8, 190:20
**stands** [1] - 55:13
**stare** [1] - 139:23
**start** [5] - 44:22,
62:13, 127:11, 185:9,
208:18
**started** [6] - 121:10,
122:13, 133:6, 134:14,
134:15, 153:21
**starting** [2] - 2:6, 45:8
**State** [1] - 95:20
**state** [4] - 6:4, 92:5,
107:20, 184:9
**statement** [3] - 2:20,
5:19, 127:13
**STATES** [3] - 1:1,
1:10, 1:13
**States** [25] - 1:3, 1:23,
2:4, 2:9, 9:18, 9:19,
9:20, 11:7, 11:9, 11:10,
11:11, 11:12, 11:13,
23:5, 34:4, 53:20,
91:12, 91:13, 92:2,
92:7, 93:23, 112:1,
121:11, 151:22, 153:16
**stationary** [1] - 131:7
**stationed** [1] - 107:16
**stations** [1] - 35:19
**status** [2] - 18:3, 20:8
**statute** [1] - 114:1
**statutes** [1] - 152:20
**statutory** [1] - 113:23
**stay** [9] - 77:8, 96:15,
99:19, 99:22, 105:21,
139:9, 146:9, 146:11,
146:21
**stayed** [3] - 5:9, 100:2,
106:23
**staying** [1] - 145:24
**stenographic** [1] -
210:5
**step** [7] - 47:2, 90:14,
111:21, 118:24,
150:18, 197:22, 208:19
**stepping** [1] - 74:18

**steps** [4] - 4:13, 29:7, 45:7, 85:9
**Sterling** [9] - 4:19, 4:20, 5:5, 119:1, 119:13, 119:14, 148:25, 150:15, 150:17
**STERLING** [2] - 119:5, 211:7
**still** [17] - 3:23, 27:1, 75:24, 76:5, 89:19, 91:17, 107:1, 127:20, 132:16, 132:19, 133:19, 135:16, 136:7, 138:20, 139:2, 140:3, 169:1
**stipulate** [1] - 8:18
**stipulation** [3] - 9:15, 11:6, 106:19
**stipulations** [1] - 9:1
**Stop** [2] - 196:9, 198:3
**stop** [29] - 25:10, 25:15, 37:8, 38:19, 39:23, 42:18, 45:11, 58:14, 59:13, 60:23, 105:16, 169:19, 169:22, 170:23, 171:3, 173:20, 178:8, 179:5, 181:6, 184:17, 185:5, 185:20, 187:4, 196:5, 200:12, 204:12, 205:1, 205:20, 207:18
**stopped** [1] - 75:17
**stops** [1] - 147:23
**store** [4] - 155:10, 157:21, 159:9, 159:11
**stores** [5] - 158:11, 158:15, 159:10, 159:15, 160:21
**stormed** [1] - 3:6
**straight** [3] - 85:14, 97:15, 108:11
**strange** [1] - 145:20
**stranger** [1] - 6:7
**Street** [7] - 1:14, 14:6, 14:8, 14:22, 23:25, 43:3
**street** [5] - 6:12, 122:6, 122:13, 122:16, 150:1
**strike** [5] - 37:14, 72:6, 149:3, 176:2, 190:2
**strikes** [1] - 71:13
**striking** [2] - 191:8, 199:1
**struck** [4] - 3:17, 4:15, 134:24, 149:12
**structure** [5] - 20:2, 41:21, 57:23, 183:13, 199:16
**struggle** [1] - 138:15

**stuff** [7] - 133:21, 136:22, 136:25, 145:23, 147:18, 152:22, 196:9
**style** [1] - 137:20
**subject** [12] - 32:14, 33:22, 43:10, 50:4, 51:3, 55:23, 63:14, 70:10, 73:5, 95:11, 114:4, 158:5
**subjective** [2] - 84:4, 84:22
**substance** [8] - 59:15, 60:7, 61:2, 61:23, 86:21, 88:12, 132:22, 137:19
**substantially** [1] - 86:12
**succeeded** [1] - 146:13
**successful** [1] - 150:14
**suffered** [2] - 74:10, 74:16
**sufficient** [5] - 114:13, 115:10, 115:17, 115:24, 116:15
**suggesting** [1] - 115:10
**Suite** [1] - 1:19
**summarize** [1] - 208:2
**summary** [1] - 142:20
**sunglasses** [1] - 199:14
**supervise** [1] - 35:25
**supervisor** [1] - 47:12
**supervisors** [1] - 93:19
**support** [3] - 6:5, 32:1, 46:22
**supporter** [1] - 6:1
**supporters** [1] - 6:13
**supporting** [1] - 75:18
**suppose** [1] - 115:16
**surgical** [2] - 177:21, 184:8
**surrender** [1] - 154:25
**surveillance** [2] - 35:14, 35:17
**sustain** [1] - 134:5
**sustained** [5] - 71:11, 123:19, 133:25, 134:8, 187:13
**sustaining** [2] - 134:19, 191:4
**sweep** [1] - 24:9
**swing** [1] - 139:25
**swinging** [4] - 70:19, 70:20, 134:18
**sworn** [4] - 11:21,

91:2, 119:6, 151:6
**swung** [1] - 62:11
**system** [6] - 35:14, 35:17, 35:21, 36:1, 36:5, 36:24

## T

**table** [3] - 2:10, 134:17, 150:7
**tactical** [6] - 106:13, 106:18, 152:22, 182:13, 182:20, 199:15
**tall** [1] - 166:2
**taller** [1] - 128:2
**tape** [1] - 50:2
**tapped** [1] - 131:19
**targets** [2] - 73:20, 76:3
**tasked** [1] - 94:7
**TBD** [3] - 96:8, 98:20, 98:21
**team** [7] - 96:12, 106:13, 106:18, 117:24, 138:21, 139:9, 140:3
**teargas** [2] - 178:21, 179:1
**technical** [1] - 16:25
**technically** [1] - 26:12
**temporarily** [2] - 3:6, 111:13
**temporary** [3] - 4:4, 20:5, 69:15
**ten** [5] - 52:20, 54:5, 55:1, 69:20, 151:23
**tended** [1] - 92:13
**termed** [1] - 182:20
**terms** [6] - 6:4, 11:14, 79:15, 84:14, 112:3, 145:6
**Terps** [1] - 6:10
**Terrace** [33] - 3:9, 4:9, 7:12, 17:19, 19:24, 20:15, 20:17, 20:18, 21:21, 22:12, 26:13, 45:6, 48:22, 52:2, 55:9, 56:12, 56:25, 57:19, 57:24, 63:3, 63:7, 64:3, 65:13, 65:17, 66:12, 66:25, 67:2, 67:5, 70:2, 72:19, 72:22, 183:11, 183:18
**terrace** [1] - 20:22
**Terrell** [1] - 1:17
**terrorism** [2] - 152:12, 152:13
**Terry** [1] - 2:12
**tested** [2] - 130:20, 139:4

**testified** [12] - 11:22, 22:17, 44:9, 62:2, 62:8, 91:3, 117:17, 119:7, 151:7, 190:23, 193:17, 208:7
**testify** [3] - 5:5, 31:4, 64:21
**testimony** [50] - 16:4, 21:5, 27:13, 29:25, 32:4, 33:12, 37:5, 37:13, 38:21, 40:1, 42:21, 44:17, 48:4, 48:18, 49:13, 50:13, 51:21, 52:22, 54:7, 55:3, 56:20, 57:13, 58:16, 62:23, 65:8, 66:20, 69:23, 72:14, 79:18, 88:23, 100:22, 114:12, 117:11, 118:4, 125:7, 150:18, 154:3, 155:13, 161:1, 162:22, 164:5, 165:14, 171:7, 173:3, 175:15, 179:12, 181:18, 189:10, 202:17, 208:20
**THE** [209] - 1:1, 1:1, 1:9, 2:2, 2:3, 2:11, 2:14, 2:17, 2:19, 2:22, 3:2, 3:4, 5:18, 5:21, 8:7, 8:10, 8:13, 8:20, 8:24, 9:3, 9:7, 9:10, 9:13, 11:1, 11:3, 11:15, 11:19, 16:16, 17:2, 17:5, 18:22, 21:17, 25:22, 26:2, 26:4, 27:25, 30:7, 30:10, 30:17, 30:23, 31:2, 32:16, 33:23, 34:24, 38:8, 39:18, 40:18, 42:1, 42:2, 42:8, 42:10, 42:15, 43:12, 44:6, 44:8, 44:12, 47:20, 48:3, 48:7, 48:9, 49:7, 50:6, 51:5, 52:16, 53:12, 53:15, 54:22, 55:24, 56:1, 57:8, 58:10, 59:7, 59:20, 60:13, 60:18, 60:22, 61:9, 61:13, 62:1, 63:16, 64:11, 64:12, 64:15, 64:23, 65:2, 66:2, 67:13, 68:9, 68:11, 69:7, 69:9, 69:12, 70:12, 71:8, 71:18, 72:1, 72:4, 73:7, 73:14, 73:17, 74:7, 74:13, 75:1, 76:9, 76:11, 77:10, 77:25, 78:4, 78:9, 89:13, 89:16, 90:11, 90:13, 90:20, 90:23, 90:24,

90:25, 95:6, 97:17, 97:18, 101:17, 105:3, 107:8, 111:20, 111:23, 112:9, 112:12, 112:15, 112:19, 112:21, 116:1, 116:7, 118:9, 118:22, 118:24, 119:2, 119:3, 119:8, 123:19, 125:15, 129:18, 129:20, 129:23, 129:25, 130:15, 134:8, 141:1, 148:22, 149:22, 150:17, 150:19, 150:23, 151:3, 151:13, 151:15, 154:18, 156:7, 156:9, 156:12, 156:15, 156:19, 156:22, 157:2, 157:4, 160:2, 160:7, 161:15, 163:15, 164:22, 165:23, 166:14, 168:14, 169:7, 172:8, 173:18, 174:14, 176:11, 179:3, 180:9, 181:14, 182:7, 185:3, 185:4, 187:13, 187:15, 187:17, 189:4, 189:25, 190:8, 190:18, 190:22, 191:1, 191:3, 191:4, 193:5, 193:25, 194:12, 197:19, 197:20, 199:8, 199:9, 203:10, 208:5, 208:8, 208:11, 208:15, 208:19, 208:22, 208:23

**themselves** [1] - 4:25
**therefore** [1] - 157:5
**they've** [2] - 64:22
**thinking** [3] - 55:15, 139:15, 147:18
**third** [5] - 13:1, 15:12, 15:17, 85:24, 198:24
**Third** [1] - 14:8
**thousands** [2] - 3:5, 83:14
**threat** [5] - 24:25, 25:11, 73:12, 73:16, 73:20
**threats** [1] - 83:23
**three** [9] - 5:4, 13:4, 13:5, 42:8, 64:14, 87:7, 151:20, 151:25, 198:13
**threw** [10] - 3:15, 3:16, 150:4, 188:21, 193:10, 193:22, 194:4, 194:11, 194:17, 203:3
**throughout** [6] - 3:18, 33:5, 35:20, 99:19, 105:22, 158:9
**throw** [7] - 5:4, 62:15, 196:17, 197:20, 198:9, 198:20, 202:12

**throwing** [11] - 5:2, 5:3, 5:8, 70:21, 134:22, 150:10, 190:4, 190:16, 191:9, 196:9, 198:24
**thrown** [26] - 70:23, 70:24, 71:12, 71:15, 71:23, 72:5, 133:20, 134:18, 134:23, 144:12, 145:2, 149:4, 149:7, 149:15, 149:17, 149:24, 150:5, 150:6, 150:7, 190:10, 196:16, 196:21, 198:11, 198:22
**throws** [2] - 150:8, 191:6
**Thursday** [1] - 162:6
**tie** [1] - 108:7
**timed** [1] - 194:3
**timeline** [1] - 142:21
**timestamp** [5] - 37:21, 105:18, 125:24, 130:10, 194:7
**timestamps** [1] - 36:18
**timing** [2] - 194:8, 204:13
**tip** [2] - 153:15, 153:19
**Title** [1] - 79:16
**title** [1] - 108:1
**to-be-determined** [1] - 96:20
**today** [15] - 18:11, 37:5, 100:23, 125:7, 137:16, 150:18, 162:22, 164:5, 165:14, 171:7, 173:3, 175:15, 179:12, 181:18, 189:10
**today's** [29] - 16:4, 21:5, 27:13, 29:25, 32:4, 33:12, 37:12, 38:20, 40:1, 42:21, 48:18, 49:13, 50:13, 51:21, 52:22, 54:7, 55:3, 56:20, 57:13, 58:16, 62:23, 65:8, 66:20, 69:23, 72:14, 154:3, 155:13, 161:1, 202:17
**together** [2] - 10:3, 122:12
**tomorrow** [4] - 208:18, 208:23, 209:1, 209:6
**tonight** [1] - 158:6
**took** [13] - 3:7, 5:24, 29:7, 46:19, 103:10, 106:13, 106:20, 121:21, 138:18, 139:3, 180:19, 197:21, 208:3
**tool** [2] - 21:3, 171:17
**tools** [1] - 120:22

**top** [8] - 4:5, 17:10, 125:25, 130:10, 132:20, 134:11, 149:3, 149:16
**tossed** [2] - 135:22, 137:2
**total** [13] - 37:15, 38:22, 40:3, 42:23, 50:14, 51:23, 54:8, 55:5, 58:17, 62:25, 72:15, 196:20, 198:11
**totality** [1] - 150:2
**touch** [1] - 99:9
**toward** [1] - 4:14
**towards** [21] - 5:10, 45:9, 58:20, 68:3, 72:18, 163:1, 163:22, 164:12, 165:8, 169:8, 170:17, 178:12, 181:10, 190:11, 197:20, 197:22, 198:9, 198:20, 200:3, 204:21, 207:11
**tower** [1] - 28:6
**trace** [1] - 24:9
**track** [1] - 143:2
**traditional** [1] - 7:5
**traffic** [1] - 102:4
**train** [2] - 133:18, 133:19
**trained** [4] - 68:14, 69:1, 132:3, 190:24
**training** [33] - 13:2, 13:4, 13:6, 13:7, 13:9, 13:10, 13:11, 13:15, 34:19, 35:3, 60:4, 61:5, 61:20, 62:7, 62:8, 67:24, 68:5, 120:18, 120:20, 133:21, 141:11, 152:14, 152:16, 152:18, 152:20, 152:21, 152:23, 153:2, 168:9, 178:25, 190:14, 192:19
**Traitors** [1] - 187:10
**traitors** [2] - 187:10
**TRANSCRIPT** [1] - 1:8
**transcript** [2] - 210:4, 210:6
**transfer** [1] - 3:7
**transferred** [3] - 15:12, 15:13, 15:17
**transmissions** [2] - 101:4, 103:9
**trap** [1] - 117:9
**trapped** [1] - 104:1
**trash** [1] - 6:12
**tree** [1] - 6:22
**Trespass** [1] - 116:15
**trespass** [1] - 116:20

**Trespassing** [1] - 115:17
**trespassing** [2] - 116:18, 116:19
**TREVOR** [1] - 1:9
**triage** [2] - 46:14, 46:21
**trial** [10] - 2:15, 5:15, 44:15, 47:19, 109:23, 109:25, 110:2, 117:10, 155:22, 209:1
**TRIAL** [2] - 1:4, 1:8
**trip** [1] - 71:22
**troberts@ robertsandwood.com** [1] - 1:20
**trouble** [1] - 121:25
**true** [3] - 114:23, 210:4, 210:5
**Trump** [5] - 6:1, 6:5, 6:10, 6:12, 6:13
**Trump's** [1] - 6:10
**trustworthiness** [1] - 157:8
**try** [14] - 25:10, 45:11, 46:22, 48:5, 69:10, 85:11, 85:14, 112:17, 136:1, 142:13, 179:4, 185:4
**trying** [31] - 47:6, 47:10, 54:1, 63:4, 65:14, 66:25, 67:1, 67:3, 70:4, 72:6, 86:9, 86:23, 87:3, 130:7, 131:1, 131:5, 132:2, 132:4, 132:10, 132:18, 135:25, 138:13, 139:2, 144:25, 145:7, 145:11, 146:20, 176:20, 176:22, 185:19, 185:20
**TSA** [1] - 24:8
**TSA-like** [1] - 24:8
**Tuesday** [2] - 9:23, 159:12
**tug** [3] - 137:20, 138:3, 138:13
**tug-of-war** [2] - 137:20, 138:3
**tunnel** [117] - 3:10, 3:18, 4:9, 4:22, 7:12, 7:19, 20:19, 20:21, 22:14, 26:14, 45:1, 45:3, 46:1, 46:8, 46:22, 56:13, 58:20, 59:16, 60:6, 60:10, 60:13, 61:3, 61:6, 61:18, 61:22, 62:15, 63:4, 63:7, 64:3, 64:12, 65:13, 65:17, 66:12, 67:5, 67:17, 67:18,

68:4, 69:3, 70:2, 70:24, 72:19, 72:22, 73:24, 74:1, 84:25, 85:2, 85:6, 85:7, 86:16, 86:19, 86:24, 87:10, 88:1, 88:2, 126:7, 126:10, 126:11, 126:13, 126:15, 126:16, 127:1, 127:4, 127:5, 127:8, 129:1, 129:5, 130:7, 131:4, 132:12, 134:12, 135:24, 137:12, 137:18, 137:21, 138:5, 138:9, 138:14, 142:3, 146:19, 146:24, 147:2, 147:4, 147:9, 147:16, 183:15, 183:18, 185:12, 185:15, 186:9, 186:23, 188:3, 188:22, 189:13, 190:11, 191:25, 192:5, 195:10, 196:18, 196:25, 197:15, 197:21, 197:22, 198:10, 198:20, 199:17, 200:3, 201:3, 201:8, 202:12, 202:22, 204:8, 204:22, 207:12, 207:22, 208:2, 208:3

**tunnel's** [1] - 4:13
**tunnels** [1] - 23:17
**turn** [6] - 25:18, 44:21, 159:18, 160:14, 162:18, 207:5
**TV** [1] - 121:15
**two** [33] - 9:1, 10:2, 10:8, 13:9, 14:4, 15:10, 33:6, 41:23, 42:3, 42:12, 46:8, 46:19, 47:18, 64:14, 68:23, 79:25, 81:5, 81:7, 87:6, 91:16, 91:24, 92:9, 101:23, 168:23, 196:22, 199:4, 199:16, 202:12, 203:23, 203:25, 204:5, 204:6
**type** [10] - 6:20, 24:25, 45:23, 100:25, 134:19, 134:20, 135:16, 137:20, 145:14, 152:14
**types** [2] - 13:11, 70:24
**typical** [4] - 23:13, 23:14, 23:22, 29:18
**typically** [6] - 14:18, 20:9, 29:11, 82:25, 130:20

## U

**U.S** [51] - 3:13, 3:25, 9:18, 11:17, 12:6, 12:8, 12:14, 13:2, 13:18, 14:1, 14:9, 14:23, 18:14, 29:7, 29:18, 31:16, 31:20, 34:12, 34:19, 35:3, 35:13, 35:16, 36:20, 39:7, 40:9, 43:1, 44:11, 52:9, 57:21, 58:21, 60:5, 61:5, 61:21, 64:1, 76:20, 77:19, 77:21, 79:16, 91:22, 92:13, 92:22, 93:16, 94:12, 94:18, 95:13, 95:24, 117:12, 163:1, 163:22, 164:12, 165:8
**U.S.C** [2] - 11:14, 111:8
**ultimately** [3] - 98:23, 148:3, 154:21
**um-hum** [1] - 143:16
**un-timed** [1] - 194:3
**unable** [3] - 45:16, 45:24, 85:12
**unanswered** [1] - 47:13
**unauthorized** [2] - 31:21, 75:4
**unaware** [1] - 113:13
**uncommon** [1] - 8:4
**under** [17] - 7:1, 20:25, 72:20, 113:14, 114:1, 114:13, 115:11, 116:17, 116:21, 133:8, 151:20, 156:14, 156:24, 157:5, 188:2
**undergo** [2] - 24:7, 152:14
**undergone** [1] - 13:2
**underground** [2] - 118:6, 118:13
**understood** [3] - 48:6, 48:11, 82:14
**uniform** [8] - 12:9, 123:22, 129:2, 129:6, 129:8, 147:2, 147:3
**uniformed** [2] - 123:23, 147:11
**unit** [11] - 13:7, 14:19, 53:21, 68:18, 83:21, 120:8, 120:9, 120:19, 126:6, 126:25
**unit's** [1] - 68:19
**UNITED** [3] - 1:1, 1:10, 1:13
**United** [25] - 1:3, 1:23, 2:4, 2:9, 9:18, 9:19,

9:20, 11:7, 11:9, 11:10, 11:11, 11:12, 11:13, 23:5, 34:4, 53:20, 91:12, 91:13, 92:2, 92:7, 93:23, 112:1, 121:11, 151:22, 153:16
**units** [1] - 42:6
**University** [1] - 6:8
**unlawful** [1] - 7:22
**unless** [2] - 7:7, 60:11
**unobstructed** [1] - 97:24
**unrest** [1] - 68:22
**unscreened** [2] - 76:3, 76:11
**up** [144] - 3:25, 4:3, 9:9, 10:8, 11:4, 15:21, 18:7, 18:9, 21:1, 25:19, 26:7, 26:23, 27:12, 29:24, 31:20, 32:3, 33:11, 35:18, 37:7, 38:14, 38:15, 39:21, 42:17, 45:9, 45:12, 45:19, 46:16, 46:17, 47:5, 47:14, 48:15, 49:10, 50:9, 50:10, 51:18, 52:19, 54:4, 54:25, 56:15, 57:11, 58:13, 59:23, 62:19, 65:4, 66:17, 69:18, 72:9, 79:2, 79:7, 79:23, 80:5, 80:6, 80:10, 80:15, 80:19, 80:24, 81:6, 81:25, 82:3, 85:15, 87:14, 92:18, 94:13, 94:25, 98:10, 99:7, 100:17, 100:18, 102:17, 104:6, 104:8, 105:5, 107:1, 108:20, 112:18, 120:14, 122:1, 122:5, 122:13, 122:16, 122:19, 123:11, 125:1, 125:3, 128:18, 129:23, 133:17, 134:11, 148:12, 154:2, 155:11, 157:13, 158:23, 159:13, 159:17, 160:19, 160:21, 160:25, 162:20, 163:24, 164:2, 165:10, 167:2, 167:23, 168:23, 169:12, 171:2, 171:19, 172:11, 172:23, 174:17, 175:11, 177:16, 179:8, 179:20, 179:21, 179:22, 181:9, 181:12, 182:24, 183:8, 183:22, 184:13, 185:7, 185:9, 187:19, 188:8, 189:3, 189:8, 191:14,

192:4, 194:24, 195:22, 196:1, 197:22, 198:23, 199:4, 201:9, 201:13, 202:14, 203:17, 205:15, 206:8
**Upper** [3] - 56:25, 57:18, 57:24
**upper** [2] - 23:19
**uptown** [3] - 120:13, 120:15, 120:16
**USCP** [1] - 88:13
**uses** [1] - 108:4
**utilize** [1] - 120:21

## V

**vague** [1] - 149:19
**valiantly** [1] - 3:14
**value** [2] - 73:20, 76:2
**van** [2] - 122:7, 122:9
**vans** [1] - 123:8
**vantage** [2] - 133:2, 183:19
**varies** [2] - 83:2, 113:25
**variety** [2] - 119:19, 120:10
**various** [3] - 93:14, 113:24, 114:9
**vegetation** [1] - 122:17
**verbiage** [3] - 114:5, 114:25
**verdict** [2] - 5:16, 209:2
**version** [2] - 109:19, 109:20
**versus** [4] - 2:4, 44:4, 84:21, 117:12
**vest** [2] - 46:19, 199:15
**veteran** [1] - 44:11
**via** [2] - 100:3, 113:6
**vice** [1] - 10:5
**Vice** [44] - 10:9, 10:12, 14:15, 23:5, 26:9, 26:20, 29:15, 75:20, 88:15, 88:18, 92:4, 94:3, 94:5, 94:23, 95:12, 96:5, 96:24, 97:13, 98:4, 98:13, 98:16, 99:10, 99:20, 103:7, 103:22, 104:2, 104:14, 104:16, 105:13, 105:22, 106:14, 106:16, 106:20, 106:23, 107:4, 107:14, 107:20, 107:25, 108:4, 108:6, 108:10, 111:13,

117:25, 118:6
**vicious** [1] - 4:21
**video** [156] - 35:13,
35:14, 35:16, 36:23,
37:21, 41:10, 42:3,
42:25, 43:19, 43:24,
52:25, 53:4, 53:6,
54:10, 54:14, 54:16,
58:19, 58:24, 59:1,
59:9, 59:16, 59:22,
60:7, 60:21, 61:16,
63:20, 63:21, 64:2,
64:4, 64:7, 64:8, 64:22,
65:12, 66:5, 66:13,
66:16, 66:24, 67:16,
67:19, 70:3, 70:14,
70:18, 72:10, 86:18,
88:12, 100:19, 100:20,
101:11, 103:24, 104:8,
105:21, 107:3, 124:12,
125:3, 125:7, 125:20,
125:25, 126:5, 143:6,
153:21, 164:1, 164:4,
164:7, 164:13, 164:16,
164:24, 165:4, 165:13,
167:9, 167:20, 168:1,
169:10, 170:5, 170:7,
170:11, 170:18,
170:21, 171:6, 171:14,
172:10, 172:19, 173:2,
173:19, 174:1, 174:6,
174:12, 175:2, 175:7,
175:10, 175:14,
175:23, 176:24, 178:6,
178:11, 178:14,
179:11, 180:3, 180:17,
180:20, 181:3, 181:8,
183:17, 184:22, 185:9,
185:21, 186:3, 186:20,
186:22, 187:5, 187:6,
188:5, 188:6, 188:15,
188:19, 190:15,
191:10, 192:7, 192:17,
192:20, 192:21,
192:23, 193:11,
193:22, 194:2, 194:10,
194:18, 195:18,
196:11, 196:13,
196:15, 196:23,
196:24, 197:2, 197:5,
197:17, 198:1, 199:3,
199:19, 199:25, 200:5,
201:2, 201:4, 201:12,
201:15, 202:8, 202:11,
203:20, 204:10,
205:11, 205:16, 207:6,
207:10, 207:16,
207:25, 208:1
**Video** [114] - 37:10,
38:18, 39:24, 41:11,
41:19, 42:19, 43:20,

48:17, 49:12, 50:12,
51:20, 52:21, 54:6,
55:2, 56:5, 56:18,
57:12, 58:15, 59:12,
59:25, 60:2, 61:19,
62:21, 63:23, 64:5,
65:7, 66:8, 66:19,
67:22, 69:21, 70:16,
72:13, 101:21, 104:5,
105:9, 105:15, 125:23,
128:13, 130:3, 131:15,
133:1, 135:13, 136:16,
137:11, 138:11, 165:5,
165:12, 166:17, 167:4,
167:21, 167:25,
168:17, 169:11,
169:15, 169:21,
169:23, 170:9, 170:22,
171:4, 172:13, 173:1,
173:21, 174:4, 174:20,
175:13, 177:1, 177:18,
178:9, 178:15, 179:10,
180:22, 181:5, 183:2,
183:24, 184:16,
185:22, 186:4, 186:12,
187:3, 187:8, 188:7,
188:17, 189:6, 192:18,
195:5, 195:13, 195:23,
196:4, 196:14, 197:6,
197:25, 198:7, 198:18,
199:21, 200:6, 200:11,
200:25, 201:5, 201:18,
202:9, 202:15, 203:15,
204:11, 204:25, 205:8,
205:10, 205:13,
205:19, 206:2, 206:7,
206:16, 206:23, 207:8,
207:17
**videos** [15] - 36:18,
84:10, 84:14, 84:15,
153:23, 163:9, 164:16,
166:7, 172:2, 173:12,
176:5, 182:1, 189:19,
193:21, 194:7
**view** [3] - 5:11, 172:1,
196:25
**viewed** [3] - 35:20,
39:10, 180:16
**VIGEANT** [179] - 2:24,
3:3, 3:5, 8:25, 9:4, 9:8,
9:11, 9:14, 11:2, 11:4,
11:17, 11:24, 15:22,
15:25, 16:1, 16:13,
16:17, 16:25, 17:3,
17:6, 18:19, 18:23,
21:14, 21:18, 26:5,
27:22, 28:1, 30:11,
30:15, 30:18, 31:7,
32:17, 33:20, 33:24,
35:1, 35:2, 38:3, 38:12,
39:15, 39:19, 40:15,

40:19, 42:16, 43:8,
43:18, 44:7, 44:9,
44:19, 47:21, 48:6,
48:8, 48:11, 48:12,
49:4, 49:8, 49:24, 50:3,
50:8, 51:1, 51:6, 52:13,
52:17, 53:9, 53:16,
54:19, 54:23, 55:21,
55:25, 56:2, 56:3, 57:5,
57:9, 58:7, 58:11, 59:4,
59:8, 59:21, 60:17,
60:21, 60:23, 61:1,
61:15, 62:6, 63:12,
63:19, 64:17, 65:1,
65:3, 65:23, 66:4,
67:10, 67:15, 68:12,
68:13, 69:13, 70:8,
70:13, 71:9, 71:20,
72:8, 73:3, 73:8, 73:23,
74:8, 74:22, 75:2,
76:15, 77:15, 78:6,
89:14, 89:18, 90:9,
150:20, 150:24, 151:1,
151:8, 151:16, 154:15,
154:19, 154:20, 156:4,
156:13, 156:16,
156:20, 156:23, 157:3,
157:12, 157:15, 160:9,
161:12, 161:16,
163:12, 163:16,
164:19, 164:23,
165:24, 166:11,
166:15, 168:15, 169:9,
172:5, 172:9, 173:15,
173:19, 174:16, 176:1,
176:3, 176:8, 176:12,
179:6, 180:6, 180:10,
181:15, 181:16, 182:4,
182:8, 185:6, 187:14,
187:16, 187:18, 189:7,
189:22, 190:1, 190:9,
190:19, 190:23, 191:5,
193:6, 194:5, 194:16,
197:23, 199:11, 203:7,
203:11, 203:18,
203:21, 208:9, 208:12,
208:14
**Vigeant** [4] - 1:13, 2:8,
2:24, 5:18
**vIGEANT** [1] - 32:12
**Vigeant.......** [1] -
211:4
**Vigeant.........** [1] -
211:3
**Vigent..........** [1] -
211:10
**violence** [1] - 4:11
**Virginia** [1] - 152:17
**virus** [1] - 27:2
**vis** [3] - 124:22,

124:24, 128:20
**visibility** [2] - 124:25,
128:23
**visible** [2] - 183:18,
205:2
**vision** [1] - 133:4
**visit** [8] - 92:13, 93:21,
94:3, 94:5, 94:22, 95:8,
95:12, 96:1
**visiting** [6] - 14:15,
14:16, 26:20, 34:18,
92:5, 111:13
**Visitor** [3] - 12:18,
15:11, 23:24
**visitor** [2] - 24:21,
25:5
**Visitors** [1] - 23:24
**visitors** [4] - 13:19,
23:23, 24:1, 24:6
**visits** [1] - 93:14
**visor** [1] - 132:17
**voicing** [1] - 130:22
**volume** [1] - 3:19
**vote** [3] - 9:16, 9:22,
10:25
**voted** [1] - 6:1
**votes** [11] - 6:4, 22:20,
28:20, 28:21, 28:23,
29:16, 77:13, 77:14,
96:13, 96:17, 98:19
**vs** [1] - 1:5

## W

**W-A-L-T-O-N** [1] - 12:5
**wait** [1] - 69:15
**waiting** [1] - 127:11
**waiving** [3] - 169:8,
170:17, 178:12
**walk** [4] - 23:17, 24:9,
108:11, 207:5
**walk-through** [1] -
24:9
**walked** [5] - 45:3,
46:21, 47:8, 100:2,
106:15
**walking** [12] - 29:16,
46:20, 97:20, 100:6,
106:16, 122:13,
122:14, 133:19,
162:25, 165:6, 165:8,
174:7
**walks** [1] - 100:9
**Walkway** [6] - 3:25,
19:20, 19:22, 82:20,
174:10, 175:3
**walkway** [3] - 45:21,
50:20, 174:9
**wall** [8] - 43:23, 80:18,
81:8, 170:24, 176:22,

178:2, 180:17, 185:18

**Walton** [67] - 11:18, 11:25, 12:4, 16:2, 16:19, 18:11, 18:24, 19:8, 21:5, 22:17, 23:9, 27:13, 29:25, 30:19, 32:4, 32:18, 33:12, 33:25, 35:12, 37:12, 38:20, 40:1, 40:20, 40:24, 42:21, 43:21, 44:9, 44:20, 47:22, 48:14, 48:18, 49:13, 50:13, 51:9, 51:21, 52:22, 53:18, 54:7, 55:3, 56:6, 56:20, 57:13, 58:16, 59:15, 59:22, 60:4, 61:17, 62:2, 62:23, 63:24, 64:6, 65:8, 66:10, 66:20, 67:16, 67:23, 68:14, 69:1, 69:23, 70:17, 70:22, 72:14, 73:10, 78:6, 89:19, 90:14, 168:2

**WALTON** [2] - 11:20, 211:3

**war** [3] - 137:20, 138:3, 138:13

**warming** [1] - 134:11

**warn** [1] - 209:1

**warrant** [2] - 154:21, 209:3

**Washington** [16] - 1:6, 1:15, 1:24, 5:25, 14:22, 76:23, 76:25, 158:6, 158:10, 158:15, 158:17, 159:10, 159:16, 160:21, 163:6, 210:13

**watch** [11] - 64:14, 64:16, 83:1, 83:3, 86:9, 87:3, 87:13, 131:10, 198:4, 198:16, 206:6

**watched** [3] - 149:3, 149:12, 208:1

**watching** [5] - 64:14, 86:9, 87:3, 87:12, 180:15

**water** [2] - 150:4, 150:5

**ways** [3] - 2:25, 71:16, 113:5

**weakening** [1] - 72:6

**weapon** [7] - 24:21, 24:25, 25:2, 25:5, 25:8, 134:20, 152:20

**weapons** [3] - 71:12, 76:4, 152:21

**wear** [1] - 180:24

**wearing** [19] - 63:24,

128:22, 129:6, 129:8, 141:13, 170:1, 172:16, 173:23, 177:4, 182:19, 184:9, 187:23, 191:21, 192:9, 192:10, 193:15, 199:5, 199:13, 199:14

**Wednesday** [3] - 95:14, 158:10, 162:5

**wee** [2] - 140:8, 141:22

**week** [4] - 13:13, 13:15, 143:14, 143:15

**week's** [1] - 13:6

**week-and-a-half** [1] - 13:13

**weeks** [1] - 13:9

**weight** [1] - 128:1

**welcome** [3] - 62:4, 90:23, 194:14

**west** [13] - 14:8, 16:9, 16:23, 23:20, 23:21, 27:6, 28:3, 28:8, 43:3, 44:23, 44:25, 45:2, 50:18

**West** [50] - 3:9, 4:2, 4:8, 6:21, 7:12, 17:19, 19:24, 20:15, 20:17, 20:18, 21:21, 22:12, 26:13, 27:18, 28:9, 32:8, 33:16, 39:1, 40:6, 42:11, 45:6, 48:22, 49:17, 52:2, 53:1, 55:9, 56:12, 63:3, 63:7, 64:3, 65:13, 65:17, 66:12, 66:25, 67:2, 67:5, 70:2, 72:18, 72:22, 74:3, 74:4, 80:2, 114:9, 176:15, 177:14, 180:13, 180:15, 183:11, 183:18

**western** [1] - 48:22

**white** [9] - 47:8, 59:15, 60:6, 61:2, 61:22, 122:18, 122:19, 122:21, 184:8

**who-done-it** [2] - 8:8, 8:11

**whole** [5] - 2:25, 50:2, 130:25, 152:10, 196:2

**willing** [1] - 8:18

**windows** [1] - 103:5

**wing** [2] - 17:13, 99:14

**wish** [1] - 5:19

**withdrawn** [1] - 43:16

**witness** [18] - 11:16, 11:21, 25:24, 64:21, 72:3, 72:10, 90:21, 91:2, 99:13, 111:19, 115:21, 116:6, 119:6, 149:20, 150:20, 151:6,

156:10, 160:3

**WITNESS** [19] - 26:4, 42:2, 42:10, 60:13, 64:12, 69:9, 76:11, 90:24, 97:18, 129:20, 129:25, 150:19, 151:15, 165:23, 185:4, 191:3, 197:20, 199:9, 208:22

**witness's** [2] - 115:23, 193:13

**witnessed** [2] - 38:6, 146:18

**witnesses** [5] - 4:18, 8:19, 8:23, 9:1, 211:2

**witnessing** [2] - 4:11, 84:17

**woke** [1] - 46:17

**won** [1] - 6:2

**wondering** [1] - 133:23

**WOOD** [1] - 1:18

**wooden** [1] - 134:17

**words** [3] - 79:12, 127:1, 132:18

**works** [2] - 35:21, 41:15

**worksheet** [3] - 95:20, 95:22, 96:3

**worn** [2] - 124:15, 125:17

**worse** [1] - 78:3

**worth** [1] - 13:7

**wrap** [1] - 20:9

**writing** [1] - 51:14

**written** [2] - 116:8, 116:9

## X

**x-ray** [1] - 24:10

## Y

**year** [1] - 142:18

**years** [20] - 12:7, 12:12, 15:10, 15:13, 15:15, 77:19, 77:21, 91:16, 91:24, 92:9, 119:16, 141:6, 141:9, 141:10, 144:2, 144:3, 145:23, 151:20, 151:23, 151:25

**yelling** [1] - 103:2

**yellow** [8] - 124:25, 154:13, 163:17, 181:23, 189:14, 189:16, 202:24, 203:1

**yellowish** [1] - 128:17

**York** [1] - 152:2

**young** [3] - 5:24, 6:24, 7:24

**yourself** [10] - 12:2, 68:7, 69:5, 69:14, 83:15, 91:7, 102:2, 104:20, 119:12, 151:10

**yourselves** [1] - 2:5

## Z

**zipped** [1] - 128:18

**zone** [2] - 19:14, 20:11